UNSEALED

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

1063 4627

United States of America
v.
Mariia Butina
also known as "Maria Butina"

_____
Defendant

) Case: 1:18-mj-00073
) Assigned To : Magistratre Judge Robinson, Deborah A.
) Assign. Date : 7/14/2018
) Description: Criminal Complaint & Arrest Warrant
)
)

FILED
JUL 16 2018
Clerk, U.S. District and
Bankruptcy Courts

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Mariia Butina, also known as "Maria Butina",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 371 (Conspiracy)

Date: 07/14/2018

_____
*Issuing officer's signature*

City and state:   Washington, D.C.

Deborah A. Robinson, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7/14/2018, and the person was ~~arrested~~ on *(date)* 7/16/2018 at *(city and state)* WASHINGTON DC. secured |
| Date: 7/16/2018 |
| D USM Burtel |
| ~~Arresting~~ officer's signature Securing |
| K. Butler |
| *Printed name and title* |