```
               IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


 United States of America,        ) Criminal Action
                                   ) No. 18-mj-73
                Plaintiff,         )
                                   ) INITIAL APPEARANCE
 vs.                               )
                                   ) Washington, DC
 Mariia Butina, a/k/a Maria        ) July 16, 2018
 Butina,                           ) Time:  1:41 p.m.
                                   )
                Defendant.         )
_____

              TRANSCRIPT OF INITIAL APPEARANCE
                        HELD BEFORE
      THE HONORABLE MAGISTRATE JUDGE DEBORAH A. ROBINSON
               UNITED STATES MAGISTRATE JUDGE
_____

                      A P P E A R A N C E S
```

For the Plaintiff: **Erik Michael Kenerson**
                   **William Mackie**
                   U.S. ATTORNEY'S OFFICE
                   555 Fourth Street, NW
                   Suite 11-449
                   Washington, DC 20530
                   (202) 252-7201
                   Email: Erik.kenerson@usdoj.gov

For the Defendant: **Robert Neil Driscoll**
                   McGLINCHEY STAFFORD PLLC
                   1275 Pennsylvania Avenue, NW
                   Suite 420
                   Washington, DC 20004
                   (202) 802-9950
                   Email: Rdriscoll@mcglinchey.com

Proceedings reported by audio recording.
_____

Transcribing Court Reporter: Janice E. Dickman, RMR, CRR
                             Official Court Reporter
                             United States Courthouse, Room 6523
                             333 Constitution Avenue, NW
                             Washington, DC  20001
                             202-354-3267

```
 1                THE COURT:  Good afternoon.
 2                THE COURTROOM DEPUTY:  This is magistrate case year
 3     2018-073M, United States of America versus Mariia Butina.
 4                Eric Kenderson and William Mackie for the government.
 5     Robert Driscoll for the defense.  Pretrial officer is Masharia
 6     Holman.
 7                This is an initial appearance and return on arrest
 8     warrant and this case is currently sealed.
 9                THE COURT:  Mr. Kenerson, good afternoon.
10                MR. KENERSON:  Good afternoon, Your Honor.
11                THE COURT:  Mr. Kenerson, the Court was informed,
12     before the case was called, indeed, before the Court took the
13     bench, that the United States intended to move to unseal this
14     matter.  I will hear from you now.
15                MR. KENERSON:  Yes, Your Honor.  The government does
16     move to unseal this case, including the complaint and related
17     documents.
18                THE COURT:  Thank you very much, Mr. Kenerson.  That
19     motion will be granted nunc pro tunc to the time the case was
20     called.  You may have a seat.  Thank you.
21                THE COURTROOM DEPUTY:  Miss Butina, please stand and
22     raise your right hand.
23                (Whereupon MARIIA BUTINA was duly sworn.)
24                THE COURT:  Now, good afternoon.  Will you please
25     state your full name for the record.
```

```
 1                THE DEFENDANT:  Mariia Butina.
 2                THE COURT:  Thank you.  You may be seated.
 3                Mr. Driscoll, before we begin, may I address you,
 4     please, to inquire whether or not Ms. Butina requires an
 5     interpreter?  I believe the question may have been asked
 6     earlier by either a representative of pretrial service or --
 7     services, or someone else involved in proceedings other than
 8     those in the courtroom.  But, I would like for you to address
 9     that, please.  Thank you.
10                Good afternoon.
11                MR. DRISCOLL:  Good afternoon, Your Honor.  I think
12     for this proceeding she'll be fine without an interpreter.
13     She's done other testimonial-under-oath events in English and
14     successfully completed them.  So I think for this proceeding it
15     will be fine.
16                THE COURT:  Very well.  Thank you very much, Mr.
17     Driscoll.  I assume you will alert the Court immediately if
18     your representations are contradicted by information that comes
19     to your attention.
20                MR. DRISCOLL:  I will.
21                THE COURT:  Thank you very much.
22                Now, Ms. Butina, you have been arrested on a warrant
23     issued by the Court at the time of the issuance of a criminal
24     complaint, a copy of which has been provided to your counsel.
25                You may take your seat.  Thank you.
```

1          You are advised that you are not required to make any
2  statement concerning the charge alleged there and that any
3  statement you make may be used against you.  You are charged by
4  complaint with the offense of conspiracy, in violation of Title
5  18 United States Code §371.  That offense is a felony for which
6  the statute provides as a penalty upon conviction a period of
7  incarceration of up to five years, a fine of up to $250,000, or
8  both.
9          As I indicated, you are not required to make any
10 statement concerning this charge and any statement you make may
11 be used against you.
12         You are advised that you have the right to the
13 assistance of counsel, and that the Court must appoint counsel
14 to assist you, if you are unable to retain counsel.  The Court
15 has been informed that you have retained counsel; that is, Mr.
16 Driscoll, thus, the Court has no need to inquire regarding your
17 eligibility for appointed counsel.
18         Finally, you are advised that you have a right to a
19 preliminary hearing at which the Court will make a finding
20 regarding probable cause.
21         Mr. Kenerson, does the United States wish to be heard
22 with regard to Miss Butina's conditions of release?
23         MR. KENERSON:  Yes, Your Honor.  The government is
24 moving for the Court to set a detention hearing pursuant to
25 3142(f)(2)(A).  We would request a continuance of that hearing,

1   and I've spoken to Mr. Driscoll about dates.  We would request
2   Wednesday afternoon, if it's available to the Court.
3              THE COURT:  Wednesday, July 18th?
4              MR. KENERSON:  Yes.
5              THE COURT:  Very well.  Thank you, Mr. Kenerson.
6         Mr. Driscoll, do you wish to be heard with respect to
7   the government's motion for a detention hearing on the
8   proffered ground?
9              MR. DRISCOLL:  Yes, Your Honor.  Thank you.  Miss
10  Butina is a 29-year-old Russian national with no interaction
11  with the criminal justice system at all.  She just graduated
12  from American with a master's in international relations, in
13  May, with a 4.0 GPA.
14             The government, I think, would contend she's a flight
15  risk, but she has been publicly, essentially, in the media,
16  accused of being an agent for the government of Russia for the
17  last nine months, has not fled; she testified before the Senate
18  Intelligence Committee in closed session -- which was not
19  public until today -- several months ago, did not flee,
20  cooperated with that request; had her house searched in April
21  by the FBI with 15 agents going through everything she had, did
22  not flee.  And we have been offering to cooperate with the
23  government the entire time and have been met with silence,
24  followed by an arrest on a Sunday, leaving Miss Butina in
25  central cellblock overnight last night.

1    So, I think she's not a flight risk.  She's certainly
2  not a danger to the community, and there's got to be conditions
3  of release short of detention that would work for her.  And
4  we've been trying to work something out, unsuccessfully, with
5  the government, who seems intent on pressing forward with
6  incarceration, notwithstanding, you know, a pretty weak case.
7    Thank you, Your Honor.
8    THE COURT:  So am I to infer from your comments that
9  you do not oppose the government's motion to schedule a hearing
10  on July 18th, but that you will have evidence to proffer at
11  that time?
12    MR. DRISCOLL:  That is true.
13    THE COURT:  Very well.  Thank you very much, Mr.
14  Driscoll.  That will, of course, be a consolidated preliminary
15  hearing and detention hearing.  Pending the continuance, Ms.
16  Butina will be held without bond pursuant to the statute.
17    Is there anything further with respect to this matter
18  this afternoon, Mr. Kenerson?  Is there anything further on
19  behalf of the United States?
20    MR. KENERSON:  No, nothing further at this time, Your
21  Honor.
22    THE COURT:  Thank you, Mr. Kenerson.
23    Mr. Driscoll, is there anything further on behalf of
24  Miss Butina?
25    MR. DRISCOLL:  I would just like the record to

1  reflect that discovery requests were served on the government.
2  And before we leave I would like to approach on one small
3  matter.
4          THE COURT:  Mr. Kenerson?
5          MR. KENERSON:  I need a little more information, Your
6  Honor.
7          THE COURT:  Yes.  Mr. Driscoll, let me ask you to
8  have a seat for one moment.
9          MR. KENERSON:  I just wanted to also inform the Court
10 and put on the record that consulate notification was made.
11         THE COURT:  In order for the record to be complete,
12 would you indicate, please, when that notification was made and
13 by what means, please?
14         MR. KENERSON:  I do believe it was yesterday, but I
15 will get that information for the Court in time for the
16 detention hearing.
17         THE COURT:  The consolidated preliminary hearing and
18 detention hearing.
19         MR. KENERSON:  Correct, and detention hearing.
20         THE COURT:  Thank you very much, Mr. Kenerson.
21         Counsel, you may both approach.  I will ask the
22 deputy clerk to please terminate this record.  And the bench
23 conference will be recorded on a separate record, to be
24 unsealed at such time as may be appropriate.
25                          *  *  *

```
 1                        CERTIFICATE
 2        I do hereby certify that the foregoing is a true, correct
 3   and complete transcript of the audio-recorded proceedings in
 4   this matter, audio recorded on July 16, 2018, and transcribed
 5   from the audio recording to the best of my ability, and that
 6   said transcript has been compared with the audio recording.
 7                              Dated:  July 17, 2018
 8
 9                              /s/_____
                                Janice Dickman
10                              Official Court Reporter
                                333 Constitution Avenue
11                              Washington, DC  20001
                                202-354-3267
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```