# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Case No.: 18-218 (TSC) |
| | ) |
| MARIIA BUTINA, a/k/a | ) |
| MARIA BUTINA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CONSENT MOTION TO PERMIT DEFENDANT
## TO APPEAR IN CIVILIAN CLOTHING AND WITHOUT RESTRAINTS

Defendant Maria Butina, by counsel, respectfully moves this Court for an order permitting Defendant to appear at the in-court proceedings scheduled before this Court on July 18, 2018 in civilian clothes, instead of a prison uniform, and without restraint by any means. Undersigned counsel has contacted the government, which graciously informed the undersigned that the government has no objection. A proposed order is attached to this motion.

WHEREFORE, Defendant Maria Butina requests that this motion be granted.

Dated: July 18, 2018

Respectfully submitted,

/s/Alfred D. Carry
Alfred D. Carry (DC Bar No. 1011877)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Phone: (202) 802-9999
Fax: (202) 330-5897
acarry@mcglinchey.com

*Counsel for Defendant*