United States of America

VS.

Mariia Butina

Civil/Criminal No. CR 18-218 (TSC)

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
**Court** ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Note from Person #1's residence referencing FSB | 7/18/2018 | 7/18/2018 | | |
| 2 | Photo of Defendant and suspected Russian Intel Operative at restaurant | 7/18/2018 | 7/18/2018 | | |
| 3 | Screen-shot of Russian conversation with Defendant and Russian Official, dated 1/20/2017 | 7/18/2018 | 7/18/2018 | Joseph Stowell | |