United States of America
VS.
Mariia Butina

Civil/Criminal No. CR 18-218 (TSC)

Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
**Court** ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Letter from U.S. Attorney in South Dakota, dated 5/29/2018 | 7/18/2018 | 7/18/2018 | | |
| 2 | Emails between Defense Attorney and U.S. Attorney Kenerson | 7/18/2018 | 7/18/2018 | | |