<pre>
1                    UNITED STATES DISTRICT COURT

2                    FOR THE DISTRICT OF COLUMBIA

3    * * * * * * * * * * * * * * *
     UNITED STATES OF AMERICA,        )  Criminal Action
4                                     )  No. 18-CR-218
                                      )
5                        Plaintiff,   )
                                      )
6    vs.                              )
                                      )
7    MARIIA BUTINA, a/k/a MARIA       )  July 18, 2018
     BUTINA,                          )
8                                     )  1:39 p.m.
                        Defendant.    )  Washington, DC
9                                     )
                                      )
10   * * * * * * * * * * * * * * *

11

12          TRANSCRIPT OF DETENTION HEARING AND ARRAIGNMENT
              BEFORE THE HONORABLE DEBORAH A. ROBINSON,
13                 UNITED STATES MAGISTRATE JUDGE

14   APPEARANCES:

15   FOR THE GOVERNMENT:     ERIK MICHAEL KENERSON, ESQ.
                             WILLIAM MACKIE, ESQ.
16                           DEBORAH CURTIS, ESQ.
                             UNITED STATES ATTORNEY'S OFFICE
17                              FOR THE DISTRICT OF COLUMBIA
                             555 Fourth Street, NW
18                           Eleventh Floor
                             Washington, DC 20530
19

20   FOR THE DEFENDANT:      ROBERT N. DRISCOLL, ESQ.
                             ALFRED D. CARRY, ESQ.
21                           DANIEL PLUNKETT, ESQ.
                             McGLINCHEY STAFFORD, PLLC
22                           1275 Pennsylvania Avenue, NW
                             Suite 420
23                           Washington, DC 20004

24

25
</pre>

<pre>
1    REPORTED BY:            LISA EDWARDS, RDR, CRR
                            Official Court Reporter
2                           United States District Court for the
                              District of Columbia
3                           333 Constitution Avenue, NW
                            Room 6706
4                           Washington, DC  20001
                            (202) 354-3269
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
</pre>

I N D E X

|  | Direct | Cross | Red. |
|---|---|---|---|

WITNESSES FOR THE GOVERNMENT:

Joseph William Stowell                43        52

EXHIBITS RECEIVED IN EVIDENCE                PAGE

Government's Exhibit Nos. 1, 2 and 3          32

Defendant's Exhibit Nos. 1 and 2             32

1          THE COURT:  Good afternoon.

2          (Thereupon, the Defendant entered the courtroom and the

3      following proceedings were had:)

4          THE COURTROOM DEPUTY:  This is criminal case year

5  2018-218, United States of America versus Mariia Butina.

6          Erik Kenerson and William Mackie for the Government.

7          Robert Driscoll, Alfred Carry and Daniel Plunkett for

8  the defense.

9          The pretrial services officer is Masharia Holman.

10          This case is on the calendar for a detention hearing

11  and an arraignment.

12          THE COURT:  Now, good afternoon.

13          MR. KENERSON:  Good afternoon.

14          MS. CURTIS:  Good afternoon.

15          THE COURT:  Mr. Kenerson, at the table with you is a

16  lawyer the Court recognizes but whose name was not called.

17          Maybe we'd ask you to please add for purposes of this

18  record your name, please.

19          MS. CURTIS:  Thank you, your Honor.

20          Good afternoon, your Honor.  Deborah Curtis on behalf

21  of the United States.

22          THE COURT:  Thank you.

23          Now, at the time of Ms. Butina's initial appearance on

24  Monday, Ms. Butina was charged by criminal complaint.  Thus,

25  the Court scheduled a consolidated preliminary hearing and

1  detention hearing for this afternoon granting the Government's

2  request for a detention hearing.

3         In the interim, an indictment was returned.  We will

4  thus proceed with the arraignment and the scheduled detention

5  hearing.

6         Now, Mr. Driscoll, good afternoon.

7         MR. DRISCOLL:  Good afternoon, your Honor.

8         THE COURT:  Mr. Driscoll, did you receive a copy of the

9  indictment?

10        MR. DRISCOLL:  I did.

11        THE COURT:  And have you provided a copy of the

12  indictment to Ms. Butina?

13        MR. DRISCOLL:  Yes, your Honor.

14        THE COURT:  And on behalf of Ms. Butina, do you waive

15  formal reading of the indictment?

16        MR. DRISCOLL:  We do.

17        THE COURT:  And with respect to a plea?

18        MR. DRISCOLL:  Not guilty, your Honor.  I'd like to

19  assert her Fourth, Fifth and Sixth Amendment rights.

20        THE COURT:  Thank you very much, Mr. Driscoll.

21        A plea of not guilty will be entered; and your other

22  requests on behalf of Ms. Butina are noted.

23        Thank you very much.

24        MR. DRISCOLL:  Thank you, your Honor.

25        THE COURT:  Counsel, after the -- upon the return of

1  the indictment, this matter was assigned to the calendar of US

2  District Judge Chutkan.  Judge Chutkan has advised a status

3  hearing is scheduled for Tuesday, July 24th, at 10:00 a.m. in

4  her courtroom, Courtroom 9 on the fourth floor.

5          I will ask that all of you please make note of that

6  date and time.

7          Are counsel ready to proceed with the scheduled

8  detention hearing?

9          Mr. Kenerson?

10         MR. KENERSON:  Yes, your Honor.

11         THE COURT:  And, Mr. Driscoll, are you ready to proceed

12  with the scheduled detention hearing?

13         MR. DRISCOLL:  Yes, your Honor.  We're ready to

14  proceed, your Honor.

15         THE COURT:  Very well.  Thank you very much.

16         Mr. Driscoll, let me inquire of you, please:  I did

17  receive the filing by the Government, the Government's

18  memorandum in support of pretrial detention, which bears ECF

19  No. 8.  Am I correct that you also have received it?

20         MR. DRISCOLL:  We received that, your Honor, around

21  11:00 this morning.

22         THE COURT:  Very well.

23         And may I ask whether you or your co-counsel filed any

24  memorandum on behalf of Ms. Butina?  I did not note the filing

25  of one when I last looked at ECF, but I want to be certain I

1    did not overlook it.

2          MR. DRISCOLL:  We did not, your Honor.  We were on our

3    way over here.

4          THE COURT:  Very well.  Thank you very much.

5          Now, Mr. Kenerson, you may proceed.

6          THE COURT:  Good afternoon.

7          MR. KENERSON:  Good afternoon.

8          As the Court knows, the Government can proceed by a

9    proffer on a detention hearing.  We intend to do that for the

10   most part, though we are prepared to present testimony on a

11   limited issue that I will raise in the course of my proffer

12   here.

13         THE COURT:  Very well.

14         MR. KENERSON:  There are no conditions or combinations

15   of conditions that the Court can set in this matter that will

16   assure Mariia Butina's return to court.

17         If Ms. Butina decides to go to any sort of embassy,

18   diplomatic mission, gets put in a diplomatic car that has been

19   so registered with the Department of State, there is nothing at

20   that point anyone in law enforcement can do to get her.  No law

21   enforcement action can be taken once she is there if she

22   decides to do so.

23         Even -- furthermore, even if the Court orders her to

24   surrender her passports and even if she is left without a

25   passport, after all of that, and if she requests a new one, the

1    Russian embassy can issue her a new one.  If she gets into a

2    diplomatic car, that car can drive her to the border and she

3    can get across the border and get back to Russia.  We do not

4    have an extradition treaty with Russia.

5          Any order the Court might fashion restricting her

6    ability to go to any sort of diplomatic location is essentially

7    unenforceable.  And once she is in a diplomatic location, there

8    is nothing that the Court or law enforcement can do to assure

9    her appearance back before this Court.

10          But the Court also, I think, has to take into account

11    in its detention decision the strength of the Government's

12    case.  And the notion that counsel raised at the first hearing

13    that Mariia Butina is just a student is not only absurd based

14    on the record that we have; it's flat-out belied by her

15    statements and actions over the past three-plus years since she

16    started traveling to the United States and thinking about

17    traveling to the United States.

18          As early as November of 2014, she was looking at

19    long-term visas.  Discussions and emails recovered by the FBI

20    recover conversations with US Person 1, where she is --

21    discussions centered around work visas, not student visas, and

22    those conversations noted that she already had a tourist visa.

23          Despite that, she neither applied for nor obtained a

24    work visa.

25          A month after those conversations, she was engaged in

1   text message conversations that were covered by the FBI in the

2   course of a search warrant in this case.  Those text messages

3   were written in Russian.  They have since been translated.

4        And she is in conversations in those messages with a

5   wealthy Russian businessman regarding planned travel to the

6   United States -- this is in December of 2014 -- and this person

7   told her, "I want you to go work with the US, not go on a

8   tourist trip."

9        Three days after, according to those text messages, she

10  had a meeting planned with the person who the Government

11  referred to in its detention memorandum as her funder, who has

12  been referred to throughout communications recovered by the FBI

13  as Ms. Butina's funder.

14       A week after that scheduled meeting, she was on a plane

15  for the United States on a tourist visit -- tourist visa.

16  Excuse me.

17       On January 24th, 2015, shortly after that visit to the

18  United States, she was discussing again the pros and cons of a

19  long-term visa with US Person 1 over email.

20       She noted with regards to keeping a tourist visa that

21  the risks are that the officers at the border may have

22  questions about my too-frequent and too-long stay in the United

23  States to participate in conferences and tourism.

24       There is -- she asks then about a J-1 visa, which is a

25  type of long-term visa, "Do I have the right to work in

1   parallel to another job with the official salary?"  And then in

2   parentheses, "(I do not care about an official salary.  No one

3   in Russia ever gets officially a salary.)"

4          She continued to travel on a tourist visa to the United

5   States often between that date and May 31st, 2016, when she

6   applied for her student visa.

7          On that student visa application, she lied about having

8   ended her affiliation with the Russian official.  She was doing

9   the same activities before and after, including setting up

10   dinners and making connections right before and right after she

11   submitted that visa application to the United States.

12          Three months after her first visit to the United States

13   that we just discussed in December-January 2015, she sent the

14   email referenced in the affidavit in support of a complaint to

15   US Person 1 with the subject line "The second Pozner; project

16   description:  diplomacy."

17          The FBI also recovered a nearly identical document

18   written in Russian from one of her computers.  That has since

19   been translated.  The differences in translation were minimal

20   and can be chalked up to an official translation versus a

21   Google translation, as she claimed in email.

22          And in that proposal, it ends, "Thus, we propose to

23   consider the issue of providing the spokesperson with financial

24   support for attending the events mentioned above, a total

25   budget of about $125,000, as separate meetings with interested

1  parties (the MFA, the Russian business representatives) in

2  order to determine where the focus of Russian interests lies in

3  cooperating with the United States."

4           That is a proposal to engage in part of a campaign.

5  That is not a proposal to later come over as part of a student

6  visa.

7           After that, her activities and trips to the United

8  States increased.  She was discussing events with the Russian

9  official over Twitter after that, as noted in the affidavit in

10 support of a complaint.

11          In 2015, the Russian official was asking for reports on

12 political events; and Ms. Butina was providing them.

13          He was noting approval from the Ministry of Foreign

14 Affairs to appear at a prayer breakfast.  He was engaging in

15 discussions about "Maybe by inviting the gun rights

16 organization here" -- this is Ms. Butina talking to the Russian

17 official -- "you have prevented a conflict between two great

18 nations, although I think this is the beginning of the

19 journey."

20          There were discussions in March of 2016 about President

21 Putin's administration approving the building of a

22 communication channel through friendship dinners.  One such

23 dinner happened in May of 2016, just before Ms. Butina

24 submitted the application to come here on a student visa.

25          After she arrived in this country, just about a month

1    later, in September of 2016, she sent another email to US

2    Person 1 and US Person 2, noting that the timing of this dinner

3    was less than two months before the elections and that the time

4    for building an advisors' team on Russia and the new president

5    was now.

6            On October 5th, right around that same time, the

7    Russian official -- sorry -- in a Twitter message with the

8    Russian official noted that "the political parties are divided,

9    one for and one against.  Our move here is very important."

10   Again, not the language of someone here just to study at

11   American University.

12           The same day, October 5th, 2016, and a week later,

13   Ms. Butina engaged in conversations with the Russian official,

14   where she discussed being underground and being incognito.

15           In a similar vein, on January 20th of 2017, if I may

16   put on the ELMO what I'm proffering as Government's Exhibit

17   No. 3 for purposes of this hearing.

18           THE COURT:  You may.

19           MR. KENERSON:  This is a screen --

20           THE COURT:  Mr. Driscoll --

21           Before you proceed, Mr. Kenerson, let me interrupt just

22   one moment.

23           Is the monitor on at your table, Mr. Driscoll?

24           MR. DRISCOLL:  Yes, your Honor.

25           THE COURT:  Very well.  Thank you.

1          Now, please continue, Mr. Kenerson.

2          MR. KENERSON:  Government's Exhibit No. 3 is a screen

3     shot from the Russian-language series of conversations between

4     Ms. Butina and the Russian official.

5          The date was January 20th, 2017, which was Inauguration

6     Day.  It was a picture of Ms. Butina in front of the US

7     Capitol.

8          The second page of the exhibit is FBI translations.

9     And they note -- and we would submit these to the Court,

10    subject to redaction:  They note, after that photo, the Russian

11    official says, "You're a daredevil, girl.  What can I say?"

12         Ms. Butina responds:  "Good teachers."

13         There's discussions of strategy for who to invite to

14    the National Prayer Breakfast occurring in February of 2017.

15    The day after the election, Ms. Butina reported to the Russian

16    officials via Twitter direct message that she was ready for

17    further orders.

18         Just two days after the election, there were reports on

19    proposed ways to establish a dialogue with US politicians

20    through a conference.

21         There was another report, again written in the Russian

22    language, recovered from a thumb drive at US Person 1's

23    residence.  The folder in which it was found bore Ms. Butina's

24    first name and then the subfolder was notes to the Russian

25    official's true name.

1          That report was regarding the groundwork, as they

2     termed it, that Ms. Butina and the Russian officials have laid

3     to influence high-level politicians.

4          Ms. Butina lays out in detail how her and the Russian

5     officials -- "During the last five years, Russian official and

6     Butina have constantly worked on a establishing unofficial

7     contact based on common views and a system of conservative

8     values with a number of key political party organizations" and

9     goes on to list the gun rights organization and the National

10    Prayer Breakfast as key to that.

11         They went on to discuss in lead-up to a speech that the

12    Russian official was going to make in or around the 2017

13    National Prayer Breakfast, "The speeches need to stress

14    Butina's status as a key figure."

15         Again, this is not someone who is just here on a

16    student visa.

17         But that's not the only evidence of the Defendant's

18    ties to the Russian government.  In terms of her risk of

19    flight, aside from the facts of the case as we just said, as we

20    noted in the Government's memorandum in support of detention,

21    if I may put up Exhibit No. 2 on the ELMO.

22         THE COURT:  May I ask whether that is an exhibit that

23    you have already shared with Mr. Driscoll and his co-counsel.

24         MR. KENERSON:  It is.  Yes.

25         THE COURT:  Very well.  You may.

1          MR. KENERSON:  Exhibit No. 2, we proffer, is a photo of

2    Ms. Butina and the individual that the US government suspects

3    of being a Russian intelligence operative taking place just

4    weeks before that suspected intelligence operative left the

5    country.  That photograph was taken by FBI surveillance at a

6    restaurant here in Washington, DC.  They appear to be sharing a

7    private meal.

8          As noted in the Government's memorandum, the FBI has

9    found contacts with an FSB-related email address, the successor

10   organization to the KGB.  There is a note found in US Person

11   1's effects, which I will proffer to the Court as Government's

12   Exhibit 1 and ask to place on the ELMO.

13         THE COURT:  Is that an exhibit you have already shared

14   with Mr. Driscoll --

15         MR. KENERSON:  It is.  Yes.

16         THE COURT:  -- and his co-counsel?

17         Very well.  You may.

18         MR. KENERSON:  The title of the note, which is

19   consistent with US Person 1's handwriting, is "Notes on Maria's

20   Russian patriots-in-waiting organization."  And there's a note

21   on there regarding "How to respond to FSB offer of employment?"

22         We are presenting this evidence and other similar

23   evidence -- we're presenting this evidence and other similar

24   evidence to the Court to demonstrate the Defendant's ties to

25   the government of Russia as opposed to her ties to the United

1    States, which are minimal.

2           We'd also note the comparison by the Russian official

3    in March of 2017 made over Twitter after some media stories

4    were published about Ms. Butina.  Over direct message, he

5    compares her to Anna Chapman, who is someone who has been

6    publicly affiliated with the Russian intelligence services and

7    entered a guilty plea to that.

8           And also, Ms. Butina noted after the media story that

9    she heard that there is an order not to touch us and that she

10   apologized to the Russian official for the leak.

11          Your Honor, the Government's submission and the

12   Government's evidence as laid out in the affidavit, as laid out

13   in the detention memorandum, I think, has established quite

14   convincingly that the Defendant was not here earnestly to

15   attend American University.

16          We're not disputing that she attended American

17   University.  We're not disputing that she attended class at

18   American University.  We're not disputing that she completed

19   coursework at American University.

20          But we do not believe that she was here and we do not

21   believe the Court could find that she was here just to attend

22   American University.

23          The evidence is overwhelming that the Defendant was

24   here on behalf of the government of Russia and was engaging in

25   a covert influence campaign.

1          Now, to sum up, the Government's case, I believe, as

2     just laid out, is extremely strong in this matter and that no

3     matter what conditions the Court imposes, including house

4     arrest, including electronic monitoring, including money bond,

5     including surrender of passports, including a third-party

6     custodian, the Court cannot fashion any of those conditions,

7     combination of conditions or any other conditions that would

8     ensure the Defendant's appearance at court in this case.

9          She's facing ten years in this case on the 18 USC 951

10    charge.  She has every incentive to flee.  And if she seeks the

11    help and if the government of Russia chooses to give her the

12    help, it can legally get her a new passport.  It can legally

13    get her out of the country.

14         With that, your Honor, we would ask that the Court

15    issue an order detaining the Defendant pending trial as a risk

16    of flight.

17         THE COURT:  Mr. Kenerson, you indicated at the outset

18    that the Government may offer testimony on certain issues.

19         Do you intend to do that now or is that something you

20    will do after you hear the proffer of Mr. Driscoll or by

21    Mr. Driscoll on behalf of Ms. Butina?

22         MR. KENERSON:  I think after the proffer, if that is

23    all right with the Court and Mr. Driscoll.

24         THE COURT:  Very well.  Thank you very much,

25    Mr. Kenerson.

1          You may have a seat.  Thank you.

2          MR. KENERSON:  Thank you.

3          THE COURT:  Mr. Driscoll, thank you.

4          Mr. Driscoll, is it your intention to proceed by

5     proffer at this time?

6          MR. DRISCOLL:  It is, your Honor.

7          THE COURT:  Very well.  We will hear your proffer.

8          MR. DRISCOLL:  Maria should be released on her personal

9     recognizances.  Notwithstanding the Government's presentation,

10    we're here today to discuss conditions of bail, of which

11    there's a presumption that she will be released on her personal

12    recognizances.

13         The Government got into a lot of things that have

14    nothing to do with this; but what I found remarkable was, most

15    of the Government's argument would apply to any Russian in

16    America.

17         Russia does not have an extradition treaty with the US.

18    Does that mean any Russian detained for any reason has the same

19    ability to go to a consulate, to go to an embassy, to get a new

20    passport, to possibly get out of the country?

21         But that is not the rules of the courts of this

22    country.  The rules are, there has to be an individual

23    determination for each defendant as to what the minimum, the

24    minimum conditions are to assure her return.

25         And Ms. Butina --

1          THE COURT:  Am I correct that for purposes of the

2    detention hearing, you acknowledge that the Court must take

3    into account the nature and circumstances of the offense or

4    offenses charged and also the weight of the evidence?

5          MR. DRISCOLL:  Yes.  The Court may take that into

6    account, your Honor.

7          THE COURT:  Very well.

8          MR. DRISCOLL:  I will address that.  That was a

9    misleading presentation as well.

10          Just to make one correction on the Government's

11    memorandum:  The facts pursuant to a finding should be proven

12    by clear and convincing evidence.  I believe that the

13    Government argued in her brief that it was a preponderance of

14    the evidence standard.  It must be clear and convincing

15    evidence submitted by the Government.

16          THE COURT:  Do you also acknowledge that the Bail

17    Reform Act provides that where the Court bases its finding upon

18    the determination that no conditions would reasonably assure an

19    individual's appearance that the applicable standard is

20    preponderance?

21          MR. DRISCOLL:  That's true, your Honor.

22          THE COURT:  Very well.  Please continue.

23          MR. DRISCOLL:  Ms. Butina is in a unique situation

24    before this Court.  And in most instances, the Court is forced

25    to essentially make a guess, make a determination as to what

1    the likelihood is that a person will return.

2            In this instance, we have a timeline, some of which the

3    Government laid out.  And we know how Ms. Butina would react,

4    knowing she's under criminal investigation.  She is not a

5    private person; she's a public person.  She was famous in

6    Russia before she came to the US.  She founded a gun rights

7    organization in Russia which received lots of publicity.

8            She was featured in the Russian *GQ* magazine, posing

9    with guns and talking about her Russian gun rights

10   organization.  That is how she became aware of the NRA and that

11   is how she and the NRA developed a relationship, which resulted

12   in mutual travel back and forth.  So there's a completely

13   innocent explanation for trips to the United States

14   periodically by Ms. Butina.

15           Conversations on email with her prospective and then

16   boyfriend about what visa status to apply under are perfectly

17   normal.  There's obviously a concern when two people are in a

18   relationship to get the appropriate visa status.  The tourist

19   visas are only temporary.  You can get other visas to make

20   speeches at gun rights conventions.  But looking at something

21   longer term is not nefarious, nor is applying to the school of

22   international relations.

23           I'm somewhat shocked that the Government used as an

24   exhibit a picture of a foreign international relations student

25   in front of the Capitol of the United States as though this

```
1    were evidence of some type of spying or nefarious plot.

2         That's a picture that's been taken by literally every

3    foreign student that's ever come to this country and shared

4    with a mentor in Russia.

5         And in terms of her risk of flight, your Honor, in May

6    of 2016, she started at American University into a graduate

7    program in international relations.

8         On November 22nd, 2017, she got a letter from the

9    Senate requesting cooperation with one of their investigations,

10   the Senate Finance Committee.  The Senate Finance Committee

11   inquired about her relationship with Mr. Torshin.  They asked

12   for all documents related to Mr. Torshin.  They asked for lots

13   of documents related to her contacts with various Americans and

14   various Russian people.

15        When she got that letter, did she flee the country?

16   She did not.

17        She retained counsel and she ended up cooperating with

18   the Senate Intel Committee to provide eight hours of closed

19   testimony, helping the United States government understand the

20   issues surrounding her communications with various American and

21   Russian officials.

22        On April 2nd, 2018 -- sorry.  On March 12, 2018,

23   Ms. Butina through counsel responded to the Federal Election

24   Commission, which had inquired about whether or not certain

25   donations had been made to political campaigns.  Again, an
```

1    indication of Government interest.

2          Did she flee?  She did not.

3          On April 2nd, 2018, *Rolling Stone* published an article,

4    a gigantic article, suggesting that she was part of a large

5    scandal to fund the NRA through Russia through Person 1 as

6    described in the Government's indictment.  And it was one of

7    the bigger political scandals of modern times.

8          What did she do?  She put on her backpack and she went

9    back to class.  She didn't flee the country.  She didn't go to

10   an embassy.

11         In early April 2018, she turned over 8,000 pages of

12   documents to the Senate Intelligence Committee through counsel,

13   including almost all of the communications the Government

14   relies on in their filing.

15         April 17th, 2018, she voluntarily met with Senate

16   Intelligence Committee staff to answer questions under oath for

17   eight hours.  She explained many of the documents that the

18   Government relies on in their affidavits in this case.

19         Again, we don't have to guess as to how she reacted

20   when confronted with Government accusations and knowing she's

21   under Government scrutiny.

22         If that weren't enough, your Honor, on April 25th,

23   2018, over a dozen FBI agents wearing tactical gear with guns

24   drawn appeared at Ms. Butina's front door in Washington, DC.

25         Did she flee the country?  Did she call her embassy?

1  Did a Russian car with diplomatic plates roll up and get her

2  out of there?

3          No.  She called her attorney.  We stood there and let

4  the Government go through the entire apartment for a full day.

5  She didn't flee the country.

6          On May 29th -- let me find a copy.  I'll give the Court

7  a copy.

8          THE COURT:  I'll ask you to hand it to the deputy

9  clerk, please, and she will mark it as Defendant's Exhibit 1.

10         Thank you.

11         MR. DRISCOLL:  We're just producing this now because we

12  received the Government's motion late in the day.

13         THE COURT:  Very well.  Bear with us -- bear with me

14  just one moment.

15         MR. DRISCOLL:  Uh-huh.

16         THE COURT:  Is that the document that you just provided

17  to Mr. Kenerson?

18         MR. DRISCOLL:  It is.

19         THE COURT:  Very well.

20         You may proceed.

21         MR. DRISCOLL:  Okay.

22         THE COURT:  I have the copy that you provided --

23         MR. DRISCOLL:  This May 29th document is a letter from

24  the United States Attorney in South Dakota sent in response to

25  me setting up a proffer session with Ms. Butina.

1       One of the search warrants used to execute on her

2  apartment on the 25th of April related to matters in South

3  Dakota.  And we called the South Dakota US Attorney and we

4  said:  Let's go in and explain everything you have questions

5  about.

6       Now, I ask you:  Does submitting to a proffer session

7  make it look like Ms. Butina's ready to flee the country if

8  confronted with allegations of criminal activity?

9       On June 29th of this year -- I refer now to the

10 Government's position taken in their briefing that Ms. Butina

11 was getting ready to move and they were somehow concerned she

12 might move and not know where she's going and maybe even she

13 was fleeing overseas.

14       THE COURT:  Is it your request that we mark the item as

15 Defendant's Exhibit 2?

16       MR. DRISCOLL:  Yes, please.

17       THE COURT:  Very well.

18       Did you provide a copy to Mr. Kenerson?

19       MR. DRISCOLL:  Right.

20       THE COURT:  Thank you.

21       MR. DRISCOLL:  Your Honor --

22       THE COURT:  You may proceed.  Thank you.  You may

23 proceed.

24       MR. DRISCOLL:  Referring backwards in time to May 17th,

25 the initial email, there's an email from me to Mr. Kenerson,

1    which says:  "Erik, Guessing at your email.  Your voicemail is

2    full.  Could you call me?  I wanted to talk a little about the

3    judiciary minority report that mentioned Maria that came out

4    yesterday."  This was me offering to explain to the Government

5    Ms. Butina's role in what were public allegations at that

6    point.

7              Having received no response, on June 21st, I emailed

8    Mr. Kenerson asking, quote, "Anything shaking with this?" which

9    is my all-too-informal way of checking in.

10              Again, Mr. Kenerson responded on June 21st, "Nothing to

11   report."

12              On June 29th, I responded, "Still nothing?  As an FYI,

13   my client may be moving to South Dakota later this summer.

14   Bob."

15              So as of June 29th, the Government was perfectly aware

16   that Ms. Butina was moving to South Dakota.

17              The Government had had Ms. Butina under surveillance

18   for over a year at that point, according to the Government.

19   They're well aware that Ms. Butina's boyfriend lived in South

20   Dakota.

21              They're well aware that people that graduate from grad

22   school sometimes move when school's up and that she graduated

23   in May and that she was moving to South Dakota to move in with

24   her boyfriend, an entirely atypical situation.

25              With respect to the Government's evidence regarding the

1  meetings with the supposed Russian intelligence official, that

2  simply is a daisy chain of the Government's speculating that

3  someone is a Russian spy and therefore trying to cast aspersion

4  on Ms. Butina for meeting with him.

5          By the same theory, any of the thousands of people that

6  have met Ms. Butina during her time here have also met with a

7  Russian intelligence officer.

8          The agent in question or the officer in question was

9  expelled from this country as part of the tensions between

10 Russia and America right now and had dinner with Maria prior to

11 her departure.

12         She certainly is unaware if he's any member of the

13 Russian intelligence, as alleged by the Government.

14         A Russian national having dinner with a Russian

15 national is nothing unique at all.

16         So, your Honor, I think if you look at the minimum

17 conditions of release, Maria can be released under her own

18 recognizances.

19         She's been around under surveillance and made no moves

20 to leave, even after a very interested search of her apartment;

21 after providing testimony to the Senate Intelligence Committee;

22 after being subject to massive speculation in the media that

23 she was a spy, essentially; after her connections with Person

24 1; connections with the Russian government official, alleged by

25 the Government.  All have been public.  There's been numerous

1    media articles about all of it.

2          If she were truly a risk or she truly felt at risk, she

3    could have left at any of those times.  And she didn't.

4          And here stands the Government today saying there are

5    no conditions, no combination of conditions, that could assure

6    her return.

7          I submit to you that she's entitled to leave on her own

8    recognizances and that, at worst, there could be other

9    conditions that could be set that could give the Court

10   assurance of her return.

11         But certainly keeping her in jail for what is -- and

12   let's look at the merits of this case -- this is not an

13   espionage case.  This is not a spying case.  This is a

14   regulatory filing case.

15         There is nothing that has been alleged that Maria did

16   that is illegal or unlawful but for the Government saying that

17   there was a filing required about the Attorney General.

18         If the filing had been made prior to her trip over,

19   everything she did would be illegal, even in the Government's

20   eyes.

21         The statute doesn't prohibit any of the things she did.

22   In fact, the statute doesn't, because it would be a massive

23   First Amendment violation.

24         She's accused of having dinner at a Bistro Bis with

25   Russian and American intellectuals to discuss the status of

1  Russian and American relations.  She's accused of going to

2  political events and meeting people.  She's accused of going to

3  the Capitol on Inauguration Day.  We saw the big picture.

4  Imagine that, that she's accused of that.

5        So she stands accused of nothing that is unlawful but

6  for a regulatory filing requirement that the Government alleges

7  was violated.

8        This is not a minor case and I think most

9  importantly -- or this is a minor case, your Honor.

10       I think most importantly, Ms. Butina is not a proxy for

11  any of the serious and substantial issues that our country has

12  with Russia right now.  There are 12 other people who allegedly

13  are Russian agents who have been indicted by the special

14  counsel recently.  This has nothing to do with that.

15       There is tensions between the two countries.  This has

16  nothing to do with that.

17       This has to do with a student who attended class, who

18  got a 4.0, who applied for a work visa, which indicates she

19  wants to stay in the country, and who deserves at least the

20  ability to be free while we resolve this case with the

21  Government.

22       Your Honor, that's all I have right now.  And I think

23  that she should be released on her own recognizance.

24       THE COURT:  Before you take your seat, Mr. Driscoll, I

25  will ask you to follow up on a matter that you mentioned just a

1    minute or two ago.

2           You indicated that you believe there are, quote, "other

3    conditions that the Court -- that a court would appropriately

4    set either in lieu of or in addition to personal recognizance."

5           Let me ask you to explain -- to articulate those

6    conditions, please.

7           MR. DRISCOLL:  Okay.  I think there could be a weekly

8    or other periodic check-in in Washington, DC.  She could be

9    required to maintain the apartment she has now, the lease on

10   which can be extended.  Presumably, the move to South Dakota

11   would be canceled, with periodic check-ins with pretrial

12   services.

13          There could be notice to the Government if she was

14   going to leave the area at all or go to an airport.  There

15   could be a prohibition on going to an airport.

16          I don't think this case requires a GPS-type bracelet,

17   but I think in an extreme case the Court could order that.  And

18   the Government could have monitoring.

19          And let's be realistic:  The Government has had

20   Ms. Butina under surveillance for at least a year anyway.  And

21   they will likely have her under surveillance the minute she

22   walks out of this courtroom this afternoon, if she does.

23          So the Government, I think, will know full well where

24   she is during the pendency of this matter.

25          THE COURT:  Do you wish to respond to Mr. Kenerson's

1    proffer concerning the inability of any US law enforcement

2    official to preclude Ms. Butina's entry into an embassy or

3    consulate, for example?

4        MR. DRISCOLL:  My only response is that it's an

5    argument that proves too much, your Honor.  It would apply to

6    anyone from any country we do not have an extradition agreement

7    with.  It would mean that every Russian who appeared before

8    you, there would be no conditions of release that could satisfy

9    the Court.

10       It would mean, you know, a whole host of countries.  I

11   believe Brazil does not have an extradition agreement with

12   [sic].

13       There are all kinds of countries in the world we don't

14   have an extradition agreement with.  Anyone charged with a

15   crime from one of those countries would conceivably walk to an

16   embassy and gain protection.

17       I mean, it's certainly true that that's a theoretical

18   possibility.  But if the statute -- you know, Congress could

19   pass a statute.  They could amend the Bail Reform Act and say:

20   Defendants from Russia don't get released on recognizance

21   because there's a risk.

22       But it's up to the Court to make a specific finding on

23   Ms. Butina.  And she's in the unique position of -- you can see

24   evidence of how she's reacted to what I think to any reasonable

25   person are credible threats of Government action on a criminal

1   way.

2          THE COURT:  I believe I have one final question,

3   Mr. Driscoll.

4          Part of your proffer and argument was that Ms. Butina

5   stands accused of not submitting a document before she entered

6   the United States.

7          Have I fairly summarized your argument?

8          MR. DRISCOLL:  Right.  And when she --

9          THE COURT:  When she entered the United States.

10         MR. DRISCOLL:  Right.

11         THE COURT:  To what extent is that characterization of

12   the charges at odds with the grand jury's finding of probable

13   cause as to two very serious felonies, including one which

14   carries a maximum term of incarceration of ten years?

15         MR. DRISCOLL:  Right.

16         Well, it's just the -- those are the terms of the

17   statute.  951, your Honor, is a foreign agent registration --

18   or foreign agent statute that prohibits foreign agents from

19   operating in the US without registering with the Department of

20   Justice.

21         And then the first count is a conspiracy to violate

22   that same statute.

23         So it's the same underlying conduct as the complaint.

24   That didn't change.  It just turned into a two-count

25   indictment.

1          THE COURT:  Very well.  Thank you very much,

2    Mr. Driscoll.

3          MR. DRISCOLL:  Thank you, your Honor.

4          THE COURT:  Mr. Driscoll, am I correct that it is your

5    intention to move Defendant's Exhibits 1 and 2 into evidence?

6          MR. DRISCOLL:  It is, your Honor.

7          THE COURT:  I assume that's without objection,

8    Mr. Kenerson?  Am I correct that the admission of the request

9    to admit into evidence Defendant's Exhibits 1 and 2 is without

10   objection?

11         MR. KENERSON:  That's correct.

12       (Whereupon, Defendant's Exhibit Nos. 1 and 2 were entered

13         into evidence.)

14         THE COURT:  And was it your intention to move into

15   evidence Government's Exhibits 1, 2 and 3?

16         MR. KENERSON:  Yes; with -- subject to redactions.

17         THE COURT:  And is that also without objection?

18         MR. DRISCOLL:  Without objection, your Honor.

19         THE COURT:  Very well.

20         Government's Exhibits 1, 2 and 3 will be admitted.

21         (Whereupon, Government's Exhibit Nos. 1, 2 and 3 were

22   entered into evidence.)

23         THE COURT:  Defendant's Exhibits 1 and 2 have already

24   been admitted.

25         Now, do you wish to proceed with your rebuttal,

1    Mr. Kenerson?

2           MR. KENERSON:  Yes, your Honor.  Thank you.

3           I would note on the issue of the testimony that was

4    referenced earlier, that would be on the issue of whether US

5    law enforcement or the Court could take any action once someone

6    got into an embassy or a consular area or a diplomatic vehicle.

7           THE COURT:  Who is the witness that you intend to call?

8           MR. KENERSON:  His name would be Bill Stowell.

9           What I am saying, though, is I think based on the

10   Defendant's proffer it sounds to me like -- and the Defendant's

11   response to the Court's question that the Defendant is not

12   disagreeing with the Government's position on that as a matter

13   of law.  He's disagreeing with how much weight the Court should

14   give that fact.

15          THE COURT:  May I ask you to return to the podium and

16   address that question, please, Mr. Driscoll, since I imagine it

17   is the case that, depending upon your response, Mr. Kenerson

18   may wish to call the witness.

19          MR. DRISCOLL:  Right.

20          Your Honor, I'm willing to concede for purposes of this

21   hearing that that -- the risk described by the Government

22   exists.

23          I'm not an expert on consular access in laws.  But for

24   purposes of this hearing, I will presume that citizens of the

25   Russian Federation can indeed access their consular officials,

1    and that embassy and law enforcement have difficulty getting

2    them.

3           THE COURT:  I believe the words you used were, closed,

4    "concede the risk," closed quotes.  Is that the complete answer

5    to Mr. Kenerson's question?

6           MR. DRISCOLL:  Yes, it is, for now, your Honor.

7           THE COURT:  Very well.  Thank you very much,

8    Mr. Driscoll.

9           MR. DRISCOLL:  And, your Honor, actually, if you would

10   allow me, there are Russian consular officials here in the

11   court, if I can consult with them briefly and see if there's

12   any disagreement as to what the state of the law is.  And I

13   could then return to the Court.

14          THE COURT:  Perhaps this is an appropriate time to take

15   a brief recess while you do that.  And you may also after you

16   do so confer with counsel for the Government with respect to

17   the answer to the question.  That will of course inform the

18   decision of the Government whether or not to call a witness on

19   that point.

20          MR. DRISCOLL:  Thank you, your Honor.

21          THE COURT:  Thank you very much, Mr. Driscoll.

22          Before we recess, may I ask you, Mr. Kenerson, whether

23   there was testimony from any other witness that you

24   considered --

25          MR. KENERSON:  No, your Honor.

1          THE COURT:  -- offering.

2          MR. KENERSON:  No, your Honor.  It would be just

3    arguments and further proffer.

4          THE COURT:  Very well.  Thank you very much.

5          We will take a brief recess.

6          Ms. Butina, please return with the marshal.

7          (Thereupon, the Defendant retired from the courtroom

8    and the following proceedings were had:)

9          THE COURT:  Counsel, please advise the deputy clerk

10   when you are ready to resume.

11         (Thereupon a recess was taken, after which the

12   following proceedings were had:)

13         THE COURT:  You may be seated.

14         (Thereupon, the Defendant entered the courtroom and the

15   following proceedings were had:)

16         THE COURTROOM DEPUTY:  We're now back on the record.

17         THE COURT:  Thank you.

18         Thank you, Mr. Driscoll.

19         During the recess, did you have the opportunity that

20   you desired to communicate with others who are present to

21   assist you?

22         MR. DRISCOLL:  I did.

23         THE COURT:  May I ask for your narrative response,

24   please, to Mr. Kenerson's question?

25         MR. DRISCOLL:  I'd like Mr. Kenerson to call the

1    witness he was going to call to explain the witness's

2    understanding of implications for US law enforcement.

3           THE COURT:  Very well.  Thank you very much,

4    Mr. Driscoll.

5           You may do so, Mr. Kenerson.

6           And, of course, you may cross-examine, Mr. Driscoll.

7           Mr. Kenerson.

8           MR. KENERSON:  Thank you, your Honor.

9           With the Court's permission, I would like to actually

10   make the rebuttal proffer and then call the witness.

11          THE COURT:  You may do that.

12          MR. KENERSON:  Thank you.

13          I think as counsel makes a big point of trying to argue

14   that Ms. Butina is not facing any serious time, is not -- has

15   committed what I think he calls a registration offense, as the

16   Court rightly points out, she is charged under 18 USC 951,

17   which is being an agent of a foreign government.  That is not a

18   foreign agent's registration act violation.  It does require

19   notification to the Attorney General.  That is one of the

20   elements.

21          But she is charged specifically with being an agent of

22   a foreign government.  That carries a ten-year sentence.

23          She's also charged with conspiracy, which carries a

24   potential additional five-year sentence.

25          THE COURT:  I believe the record so reflects.  And

1    indeed, at least for purposes of the detention hearing,

2    Mr. Driscoll, after questioning by the Court, acknowledged that

3    a grand jury has found probable cause as to those two offenses

4    and that the Court must consider such determination in

5    evaluating the first two factors under the Bail Reform Act.

6         MR. KENERSON:  Now, for the first two -- or for a

7    number of the examples that Mr. Driscoll cited of the

8    Defendant's supposed cooperation with the Government, none of

9    them up until potentially April of 2018 carried the possibility

10   of a criminal sanction.

11        That was the first one.  And even then, there were two

12   search warrants executed at the house that day.  There was also

13   a warrant executed in relation to a fraud investigation

14   directed at US Person 1.

15        THE COURT:  Just so our record is clear, is your -- may

16   I ask whether your reference to, quote, "that day" is to a date

17   in April 2018?

18        MR. KENERSON:  That is correct.  The date on which the

19   warrant was executed on Ms. Butina's residence in DC.

20        THE COURT:  Very well.  Please continue.

21        MR. KENERSON:  Ms. Butina was not ever told that she

22   was a subject of this particular investigation that I'm aware

23   of, in any event.

24        Ms. Butina -- when Mr. Driscoll proffered, I think, the

25   proffer letter that was put out by South Dakota, the District

1    of South Dakota -- and that's again in relation to US Person

2    1's fraud investigation --

3           THE COURT:  You're speaking of Defendant's Exhibit 1?

4           MR. KENERSON:  That's correct.

5           THE COURT:  Very well.  Please continue.

6           MR. KENERSON:  It's my understanding that

7    Mr. Driscoll's offer to proffer in that matter was one in a

8    case in which she is not a subject.  US Person 1 is the

9    subject.

10          And, two, was limited to that case.  Specifically, it

11   did not include an offer to proffer on any 951-related

12   offenses.

13          THE COURT:  What is the basis of your contention that

14   that is so?

15          MR. KENERSON:  It is in both conversations with counsel

16   and with the FBI agent who is in South Dakota.

17          Mr. Driscoll --

18          THE COURT:  To ensure that we have a clear record, may

19   I ask both of you, you, Mr. Kenerson, and you, Mr. Driscoll, to

20   look at the very first sentence of the letter so that we

21   can -- so that the record will be accurate with respect to the

22   parameters of the proffer or the proposed proffer.

23          Do you agree that the language, quote, "of the illegal

24   activities of others," closed quote, appears in the first

25   sentence?

1          MR. KENERSON:  That's correct.

2          THE COURT:  Do you wish to address that now,

3    Mr. Driscoll?  I believe I should give you that opportunity,

4    since this is your exhibit.

5          MR. DRISCOLL:  Your Honor, my broader point is that --

6          THE COURT:  Well, let me ask you to answer the Court's

7    question.

8          MR. DRISCOLL:  Yes.

9          THE COURT:  The Court's unspoken question, which is

10   whether you now acknowledge that the proffer letter -- or the

11   subject of the proffer letter was not any conduct of

12   Ms. Butina's, or alleged conduct by Ms. Butina, but alleged

13   illegal activity, quote, "of others," closed quote.

14         MR. DRISCOLL:  Correct.

15         THE COURT:  Very well.  You may have a seat.  Thank

16   you.

17         Now, please continue, Mr. Kenerson.

18         MR. KENERSON:  Thank you, your Honor.

19         The Government included information that she was

20   planning to imminently leave Washington, DC, for the Court's

21   consideration in determining whether she has any ties to the

22   District of Columbia.  We're certainly not disputing that

23   counsel made the Government aware that she was considering

24   moving to South Dakota.

25         With regards to the photo that counsel referenced of

1    Ms. Butina in front of the Capitol, I'd note that there are a

2    number of other individuals in that photo; and only one of them

3    is sitting at counsel table here today, despite Mr. Driscoll's

4    suggestion that the Government would want to arrest anyone who

5    takes -- any foreigner who takes a picture of themselves in

6    front of the Capitol.

7         As the Court certainly saw from the Government's

8    presentation the first time around, attached to that, which

9    Mr. Driscoll did not mention, was the FBI's translation of the

10   Russian official calling the Defendant "daredevil girl" in

11   context of other references to acting incognito and acting

12   secretly.

13        Now, the thrust, I think, of Mr. Driscoll's argument

14   seems to be, one, she's not likely to go to a diplomatic

15   consular facility and is not -- and is likely to return in part

16   because she has cooperated with Government investigations to

17   this point.

18        As you noted, I think this is the first time that she's

19   facing the actual possibility staring down in front of her of

20   criminal sanctions and multiyear criminal sanctions in terms of

21   maximum penalties.

22        But she also -- noted also in the context of the --

23   what she's actually charged in with 18 USC 951, that is

24   specifically what the Anna Chapman referenced in the

25   Government's memorandum today pled guilty to.  It encompasses

1    those types of cases, not just people who fail to file a

2    certificate and then come to the United States.

3           But nonetheless, in that exchange, where the Russian

4    official talks about news articles coming out about her and

5    talking about upstaging Anna Chapman, the Defendant says, "It's

6    one other thing that's important.  Evidently, there's an order

7    not to touch us.  I believe that's a good sign."

8           And as she has gone since this -- March of 2017, when

9    this happened, when she has talked to the Government, nothing

10   yet has happened.

11          So -- but now something has.  Now something has

12   changed.  Now she has been arrested on a complaint.  She has

13   been brought to court.  She has been indicted by a grand jury.

14   And she now has every single incentive to flee that she did not

15   have prior to the charges in this case.

16          So for all the reasons stated earlier -- and one more

17   thing I would like to note as well is that I think counsel puts

18   this as -- essentially lays out for the Court it's a decision

19   between whether the Court can set conditions of release and the

20   recognizance bond.  And I think for all of the reasons that we

21   have laid out, even if the Court does go higher than

22   recognizance bond, GPS, monitoring, that there are no

23   conditions of release that can satisfy the Defendant's return

24   to court.

25          And I'm sorry.  Just one more point:  The idea that any

1    Russian national arrested in the United States or any national

2    of any citizen [sic] arrested in the United States who does not

3    have -- with whom we did not have an extradition treaty should

4    be held pending bond, I think, as the Court rightly pointed

5    out, the Court should look at not just the specifics of whether

6    they're a national of a foreign government, but the charges and

7    the weight of the charges in this case.  And the specific

8    charges in this case are that Ms. Butina was acting here for

9    multiple years as an agent of the Russian government.

10          The Court can take -- can and should take that into

11   consideration in determining the likelihood that she will take

12   actions such as seeking refuge in some sort of a diplomatic

13   facility.

14          And that is different than a Russian national who might

15   be arrested for something like cashing false checks or

16   something that has no connection back to Russia.

17          But this particular investigation does.  This Defendant

18   has those ties.

19          And the Court should find that there are no other

20   combination of conditions that can ensure that she will appear

21   in court.

22          THE COURT:  Thank you, Mr. Kenerson.

23          Mr. Kenerson, are you prepared to call the witness at

24   this time?

25          MR. KENERSON:  Yes, your Honor.

1           If I may step out and retrieve him.

2           THE COURT:  Yes.

3        (Thereupon, the witness entered the courtroom and the

4        following proceedings were had:)

5           THE COURT:  Good afternoon.

6           THE WITNESS:  Good afternoon, ma'am.

7           THE COURT:  I will ask you to please step to the

8    witness stand and then face the deputy clerk of Court to be

9    sworn.

10        JOSEPH WILLIAM STOWELL, GOVERNMENT WITNESS, SWORN.

11           THE COURT:  Thank you.  And again, good afternoon.

12           THE WITNESS:  Good afternoon.

13           THE COURT:  You may examine, Mr. Kenerson.

14           Then, Mr. Driscoll, you may of course cross-examine.

15           MR. KENERSON:  Thank you, your Honor.

16                         DIRECT EXAMINATION

17   BY MR. KENERSON:

18   Q.   Good afternoon, sir.

19   A.   Good afternoon, sir.

20   Q.   Can you please introduce yourself and spell your name for

21   the court reporter.

22   A.   My name is Joseph William Stowell, S-T-O-W-E-L-L.

23   Q.   Can you tell us, sir, how you're employed?

24   A.   I am a special agent with the Diplomatic Security Service,

25   which is the law enforcement branch of the State Department.

1   Q.   And how long have you been employed with the Diplomatic

2   Security Service of the State Department?

3   A.   Approximately 20 years.

4   Q.   Is that more commonly referred to as the DSS?

5   A.   DSS would be easier.

6   Q.   And do you participate in any sort of task force?

7   A.   Yes.  I am a task force officer with the FBI.  I sit with

8   their national security unit over at the Washington field

9   office.

10  Q.   How long have you been with the task force over at the

11  Washington field office?

12  A.   Over seven years, sir.

13  Q.   And can you just tell us a little bit about what the role

14  of a diplomatic security officer is.

15  A.   Diplomatic security does a wide range of duties.  We are --

16  we work at all embassies overseas.  We provide protection,

17  security for embassies, person, places and things.

18       Stateside, we work on visa and passport fraud.

19       We also protect emissaries, diplomats that come over from

20  other countries.  We work at the United Nations General

21  Assembly.

22  Q.   Now, have you yourself been stationed overseas in diplomat

23  capacity?

24  A.   Yes, I have.  I've spent -- over five years.  I've spent

25  time in Manila, the Philippines, and Honduras.

1    Q.   Okay.  And about how many years total did you spend abroad?

2    A.   Approximately five.

3    Q.   Now, are you familiar with international law and customs as

4    it relates to embassies and diplomatic compounds?

5    A.   Yes.  When we serve overseas, we're granted full

6    immunities --

7    Q.   Okay.

8    A.   -- by the host nation.

9    Q.   Now, in addition to your personal experience, have you

10   spoken with anyone who's familiar with the law and customs

11   governing this?

12   A.   Yes.  I have spoken to officials at the State Department

13   Office of Foreign Missions, or OFM for short, who basically

14   work on accreditation for diplomats inside the United States.

15   Q.   Okay.  Now, based on your conversations with the

16   individuals involved in working on the accreditation, tell us

17   what makes up an embassy, what makes up a diplomatic mission.

18   A.   The guideline for this is the Vienna Convention.  There's a

19   manual put out in 1961 that everybody adheres to.

20        The State Department will basically pass accreditation to

21   diplomats visiting.  There's going to be paperwork that's

22   provided.  They do research and then they will bestow upon for

23   various embassies accreditation, which will mean they don't

24   have to pay taxes.  They have full immunities.

25        That will -- that extends to properties, vehicles and

1    residences for properly accredited diplomats inside the United

2    States, which would include embassy compounds and anything

3    that's accredited, which could be any other compound that the

4    United States feels properly -- it is properly accredited.

5    Q.   And what is the process for getting something accredited?

6    A.   Basically, the -- say, for example, a country will send

7    documentation to the State Department through OFM.  OFM will

8    look at that.  All of this has already been established for

9    many years here.  They'll look at the paperwork.  It's mostly

10   right now for -- they have to go through a process for getting

11   something accredited.  But most things are previously

12   established.

13   Q.   I think you mentioned it can apply to vehicles and to

14   residences as well.  How does a vehicle or a residence get

15   diplomatic status?

16   A.   So, for example, if somebody is granted by the State

17   Department full immunity, that will pass on -- that will extend

18   to their vehicle and to their residence as property.

19   Q.   Okay.  Now, what are the, I guess, privileges, for lack of

20   a better term, that come with the granting of diplomatic

21   status?

22   A.   Privileges are numerous.  But the ones I can think of

23   offhand are that they don't have to pay taxes.  They get tax

24   exemption for shopping here.

25       Also, they're not bound by -- they'll get immunities from

1    arrest, detention, stuff of that nature.  That's -- it's called

2    inviolability as far as they cannot be arrested by host

3    government law enforcement, which here would be the United

4    States.  So basically, that extends to -- we cannot search any

5    kind of a residence, vehicles, stuff like that.  That's the

6    immunity.  That's what they're granted.

7    Q.   Okay.  And within, I guess -- let's talk about just, I

8    guess, an embassy for a second.

9    A.   Yes.

10   Q.   There is a common notion that that's considered foreign

11   soil.  Is that true?

12   A.   We look at inviolability as far as the property itself.  I

13   don't think it's -- the definition is not really foreign soil.

14   It's just the property itself is granted -- it extends the

15   immunity.

16       That means that basically, that the individuals working and

17   living there are not subject to search or arrest or any kind

18   of -- the host nation has to get permission to gain access to

19   that.

20       So it's not so much foreign soil as it is protection.  That

21   property is protected under the Vienna Convention; and also,

22   what the State Department grants or accredits.

23   Q.   Now, I think you mentioned the term inviolability.

24   A.   Inviolability.  Yes.

25   Q.   What -- how -- what does that term mean?  When something is

1    granted inviolability, what does that mean?

2    A.   That basically means that you cannot trespass upon or

3    search.  For example, the embassy compound itself, local

4    officials cannot gain entrance or access without gaining

5    permission from -- it would be the ambassador chief of

6    admissions.  So that's sacrosanct.  We can't enter that without

7    some sort of invitation or some sort of grant from the host

8    government.

9        So that means they're not subject to search or arrest

10   inside that property.

11   Q.   Does any American law enforcement have jurisdiction within

12   something that has been declared diplomatically inviolable?

13   A.   No.

14   Q.   Does that include just the embassy or does that extend to

15   the other categories that you've mentioned?

16   A.   So once a diplomat is accredited, that will extend to the

17   diplomat himself, his property, which would mean his vehicle

18   and his residence.

19   Q.   Okay.  So that same inviolability would apply?

20   A.   Absolutely.

21   Q.   Now, you've mentioned law enforcement.  What about the

22   Court?  Does the foreign embassy have to honor a federal bench

23   warrant?

24   A.   No.  Particularly no, because they are immune from arrest.

25   For example, if somebody -- if a diplomat gets pulled over for

1    drunk driving, basically they can be detained, but they cannot

2    be arrested, not unless the host government lifts the

3    inviolability.  And that's a process.

4        So basically, they can be detained, but they can't be

5    arrested.  And what would happen for public safety, somebody

6    from the embassy would come grab the car and come grab the

7    person.

8        So that they could -- there's a detention for public

9    safety, but there's not an arrest.  They cannot be held.

10   Q.  Now, if a foreign national is in the country without a

11   passport, is a diplomatic mission able to grant them a new

12   passport --

13   A.  Yes.

14   Q.  -- from their own country?

15   A.  Yes, they are.

16   Q.  Now, if -- does the inviolability extend to the interior

17   of, say, a car even if the people inside the car do not

18   themselves have diplomatic status?

19   A.  Yes, it does.  As long as the diplomat is fully accredited,

20   the inviolability will extend to the vehicle.

21   Q.  So are you familiar with ways in which a foreign

22   national -- a host country -- excuse me -- a foreign country

23   could get a foreign national out of the country lawfully if

24   they so desired?

25   A.  Yes.

1    Q.   What are some of those ways?

2    A.   If they chose to put somebody inside of a vehicle and drive

3    it, we cannot stop and search or arrest anybody inside the

4    vehicle for the inviolability.

5         If they got inside the embassy compound, we could not -- we

6    cannot execute any kind of law enforcement action, arrest or

7    search warrant, anything like that.

8         So if they also -- also, another issue, if they designate

9    something, a pouch, a box of some sort, that's something we

10   can't x-ray or search either.

11   Q.   Does the pouch have a size limit?

12   A.   No, it does not.

13   Q.   And what would happen at, say, a border, a land border

14   crossing with a diplomatic car?

15   A.   As they're exiting the United States, there's nothing we

16   can do, depending on -- I'm not sure -- it depends on their

17   laws and how they see it.  Inside the United States, we have no

18   authority to stop and search or arrest.

19   Q.   So in other words, it's on the foreign officials at that

20   point as to whether they let that car or the people in that car

21   through?

22   A.   True.  And they would have to waive the immunities for the

23   vehicle.  There would have to be a process through their

24   embassy, through their chief of admissions.

25   Q.   Who would have to waive?

A.   The host -- the country that -- say, if there was a

country -- their chief of admission, their government, would

have to waive all immunities.  It's something we could not do.

We could not detain or arrest anybody.  They'd have to be

waived through country X, for example.

    If they -- if we stopped somebody, we could not arrest and

detain.  If they waived immunities, then we could.  But if not,

we could not do anything.

Q.   Sorry.  I just want to make sure I understand.  So the

waiving of immunity --

A.   That comes from the country, not from us.  It comes from

the host country who owns the vehicle.

Q.   Who owns the vehicle --

A.   Yes.

Q.   -- correct?

    What my question was -- I'm sorry if this was unclear --

is:  In terms of if a diplomatic car with United States

diplomatic status drives from here to the Mexican border, it

would be the Mexican authorities who would make the decision as

to allow that car through?

A.   Yes.

Q.   Okay.

        MR. KENERSON:  Your Honor, I think that's all that I

have.

        THE COURT:  Thank you, Mr. Kenerson.

1              Mr. Driscoll, you may cross-examine.

2                        CROSS-EXAMINATION

3    BY MR. DRISCOLL:

4    Q.   Good afternoon.

5    A.   Good afternoon.

6    Q.   How many times have you seen Mariia Butina enter the

7    Russian embassy?

8              MR. KENERSON:  Objection.

9              THE COURT:  So the record is clear, you may state your

10   ground, Mr. Kenerson.

11             MR. KENERSON:  Scope.

12             THE COURT:  Is your question beyond the scope,

13   Mr. Driscoll?

14             MR. DRISCOLL:  I don't -- do not believe it is.  He

15   spends all this time testifying about all these risks.  And I'm

16   seeing if any of them are material to Ms. Butina.

17             THE COURT:  The objection is sustained.

18             MR. DRISCOLL:  No cross, your Honor.

19             THE COURT:  Thank you, Mr. Driscoll.

20             Agent Stowell, thank you.  You may step down.

21             (Witness excused.)

22             THE COURT:  Mr. Kenerson, Mr. Kenerson, is there

23   additional or further evidence that the United States intends

24   to offer in support of its motion?

25             MR. KENERSON:  No additional evidence, your Honor.

1          I would just note for the record I think the Court -- I

2   just want to clarify that the witness has been excused at this

3   point?

4          THE COURT:  That is correct.

5          You may confirm, Mr. Driscoll, if you wish, that you

6   still do not intend to cross-examine the witness.

7          MR. DRISCOLL:  Correct, your Honor.

8          MR. KENERSON:  Thank you.

9          THE COURT:  Very well.

10          MR. KENERSON:  No additional evidence.  No additional

11   witnesses.

12          I would direct the Court's attention to one case.  And

13   I apologize for not having cited this earlier.  But it is --

14          THE COURT:  We will hear the citation now.

15          MR. KENERSON:  *United States of America versus*

16   *Michaelson* out of the Eastern District of New York, in 1985,

17   607 F.Supp. 693.

18          And in that case, the Court was considering a case

19   where there were assurances of the East German ambassador that

20   he will guarantee the Defendant's appearance in court.

21          In that case, the Court found that that was not

22   sufficient.

23          And we have, I think, here a case where the Defendant's

24   ties to the government of Russia have been demonstrated over

25   and over and over again.  The risk that the Defendant will flee

1    has been demonstrated numerous times.

2           And the Court's inability to stop the Defendant, if the

3    Defendant were inclined to flee to a diplomatic mission, and

4    the Court's inability to have any recourse once the Defendant

5    entered a diplomatic mission or even a diplomatic vehicle, it

6    sounds like is uncontested.

7           So there are no conditions or combination of conditions

8    that the Court can set to ensure the Defendant's appearance

9    back here in court.

10          THE COURT:  Thank you, Mr. Kenerson.

11          MR. KENERSON:  Thank you.

12          THE COURT:  Mr. Driscoll, ordinarily, the Court would

13   not hear a rebuttal to the rebuttal.  But if you wish to be

14   heard, I will hear you.

15          I will of course give the movant an opportunity to

16   respond.

17          MR. DRISCOLL:  Thank you, your Honor.

18          Just briefly:  The Government is talking a lot of

19   generalities.  But they've also had Mariia Butina under

20   surveillance for a long time.

21          There's no evidence that she's been in a diplomatic

22   car.  There's no evidence that she's been to the embassy.

23   There's no evidence that she's been in contact with the

24   consulate.  There's no evidence that she's made any attempts to

25   use any of the alleged privileges the Government has suggested.

1          And I'd just like to leave the Court with that thought,

2   that, again, this case is about this individual Defendant and

3   what is the risk of her flight, not the risk generally, if

4   we're in a spy novel or something else.  And in this case, we

5   have a lot of evidence about how she reacts.

6          Thank you, your Honor.

7          THE COURT:  I do have one question, Mr. Driscoll, in

8   view of the argument that you just made.

9          What is your response to -- do you wish to respond to

10  the specifics of the Government's proffer concerning

11  Ms. Butina's communication during the course of the events

12  under investigation with officials of Russia --

13         MR. DRISCOLL:  Yes.

14         THE COURT:  -- including intelligence officials?  I ask

15  that to the extent that your proffer may be at odds with the

16  Government's written proffer and the facts on which the proffer

17  is based.

18         MR. DRISCOLL:  Your Honor, I would like to emphasize

19  that government official -- I believe it's Government Official

20  1 who the Government refers to -- there are thousands and

21  thousands of direct messages between Maria and that government

22  official.

23         They're selectively looked at by the Government and put

24  in a bad light.  But there are messages back and forth about

25  purchasing toothpaste in the US.  There are messages about

1    buying pharmaceuticals in the US for the official's children.

2    There are messages back and forth as would be typical among

3    friends, anyone in a mentor-mentee relationship, or anything

4    like that.

5          The government official in question was a gun rights

6    advocate himself in Russia, became aware of Ms. Butina when she

7    founded her group, and they developed a friendship that way.

8          The Government takes all of those out of context.  The

9    government official's seeking approval.  He's seeking approval

10   to travel to the US for the National Rifle Association or

11   prayer breakfast, which he's doing on his own time, so he needs

12   approval to get away from the Russian government.

13         The Government is taking thousands and thousands of

14   direct messages between the two and trying to construct a story

15   out of them.

16         What's unfortunate, your Honor, is that those very

17   messages were discussed at length before the Senate

18   Intelligence Committee in closed session.  The Government has

19   not even asked for a transcript of that session from the Senate

20   Intelligence Committee.

21         So rather, they've just selected certain emails, not

22   asked for an explanation from my client, not allowed her to

23   explain herself, and arrested her and indicted her and

24   apparently will do the discovery later as to what her

25   explanations to all these Twitter direct messages are.

1          THE COURT:  Is there some portion of the transcript

2    that you intended to offer during this hearing?

3          MR. DRISCOLL:  I do not have access to the transcript

4    because it is confidential with the Senate Intelligence

5    Committee.

6          However, Senate Intelligence Committee counsel has

7    informed me that upon my signature, if the Government requests

8    that transcript, that they would at least give it to the

9    special counsel.  I imagine they would give it to the national

10   security division as well.

11         But when we were -- agreed to testify, we were informed

12   by the Committee that the transcript would be classified, that

13   we had to review the transcript in a skiff, and that they would

14   keep it confidential unless the special counsel's office wanted

15   a transcript.  And in that case, with my consent, it would be

16   provided.

17         I assume the same standards would apply if the

18   Government asked for that transcript.  But they have not even

19   attempted that, your Honor.

20         THE COURT:  I have not suggested -- I did not intend to

21   suggest by my question that you or counsel for the Government

22   request the transcript.  My question was only whether there is

23   any portion of the transcript that you intend to offer.

24         I ask that question, of course, because you indicated

25   that you believe the Government has quoted selectively from it.

1              If there is something else you wish to offer by way of

2       context, I will certainly hear it.

3              MR. DRISCOLL:  No, your Honor.

4              THE COURT:  Very well.  Thank you, Mr. Driscoll.

5              Anything further, Mr. Kenerson?

6              MR. KENERSON:  Just two brief points, I think, your

7       Honor:

8              One, in response to counsel's, I think, proffer that

9       there has been no evidence of connections between Ms. Butina

10      and consular officials made at this hearing, I would make an

11      additional proffer that amongst the materials seized from the

12      Defendant's electronic devices are photographs of her with the

13      former ambassador to the United States from the Russian

14      Federation Kislyak.

15             Also, it just -- in response to the --

16             THE COURT:  Before you go, may I ask on what your

17      proffer is based.  Is that based on your viewing of the

18      photograph?

19             MR. KENERSON:  Both discussions with FBI agents and I

20      have myself viewed the photograph as well.

21             THE COURT:  You may continue.

22             MR. KENERSON:  In terms of the referenced transcript of

23      any testimony that happened before the Senate Intelligence

24      Committee, I would just note that Mr. Driscoll is not in a

25      position to represent to the Court what access or requests that

1    the Government may or may not have made, and would also note

2    for the Court that there are of course speech or debate issues

3    surrounding any transcript in a situation taken like that that

4    may --

5            THE COURT:  Again, the Court's question was only

6    whether or not there was evidence that Mr. Driscoll intended to

7    offer in support of the argument that the Government had

8    selectively quoted from the testimony.

9            MR. KENERSON:  I understand.

10           THE COURT:  It was not an invitation for either side to

11   take action or decline to take action with respect to a

12   transcript.

13           MR. KENERSON:  I understand the Court's question.

14   Thank you, your Honor.

15           THE COURT:  Very well.  Thank you very much,

16   Mr. Kenerson.

17           Anything further, Mr. Driscoll?

18           MR. DRISCOLL:  Only briefly, your Honor:

19           That any photos of Ms. Butina and Ambassador Kislyak

20   were in a movie screening hosted by a Russian cultural group in

21   Washington.

22           Thank you.

23           THE COURT:  So am I to assume from what you have just

24   said that you are aware of the photograph?

25           MR. DRISCOLL:  Yes.

1          THE COURT:  To what extent was that inconsistent with

2     your proffer that there is no evidence of any contact by your

3     client with any diplomatic official?

4          MR. DRISCOLL:  Simply attending a movie screening, your

5     Honor, at a Russian cultural event, I think there was -- I

6     think it was the former ambassador at the time, in fact.  So,

7     your Honor, I don't think that's inconsistent at all.

8          THE COURT:  Very well.  Thank you, Mr. Driscoll.

9          I assume the Government has nothing further?

10         MR. KENERSON:  That's correct, your Honor.  Nothing

11    further.

12         THE COURT:  Thank you.

13         The Court, having very carefully considered the

14    evidence offered and proffered during the course of this

15    hearing, finds that the Government has demonstrated by a

16    preponderance of the evidence that no condition of release or

17    combination of conditions would reasonably assure Ms. Butina's

18    appearance.  And accordingly, the Court will order Ms. Butina

19    held without bond pending trial.

20         The Court's further findings will be set forth in

21    writing, as the Bail Reform Act requires.

22         The Court does not believe that it is necessary for the

23    Court to take a recess at this time to review the opinion cited

24    by counsel for the Government.  The Court will review it.  And

25    to the extent that the opinion warrants consideration by the

1    Court, the consideration will be detailed in the written

2    findings.

3           Is there anything further with respect to this matter

4    at this time?

5           Mr. Driscoll, is there anything further on behalf of

6    Ms. Butina?

7           MR. DRISCOLL:  No, your Honor.  Nothing further.

8           THE COURT:  Thank you very much, Mr. Driscoll.

9           Mr. Kenerson, is there anything further on behalf of

10   the United States?

11          MR. KENERSON:  No, your Honor.

12          THE COURT:  Thank you very much.

13          That concludes this hearing.

14          Ms. Butina, please return with the marshal.

15          (Thereupon, the Defendant retired from the courtroom

16   and the following proceedings were had:)

17          THE COURT:  Counsel, you may be excused.

18          (Proceedings concluded.)

19

20

21

22

23

24

25

1                              **CERTIFICATE**

2

3                I, LISA EDWARDS, RDR, CRR, do hereby certify

4    that the foregoing constitutes a true and accurate transcript

5    of my stenographic notes, and is a full, true, and complete

6    transcript of the proceedings produced to the best of my

7    ability.

8

9

10              Dated this 18th day of July, 2018.

11

12              /s/ Lisa Edwards, RDR, CRR
                Official Court Reporter
13              United States District Court for the
                   District of Columbia
14              333 Constitution Avenue, NW, Room 6706
                Washington, DC 20001
15              (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## $

**$125,000** [1] - 10:25

## /

**/s** [1] - 62:12

## 1

**1** [21] - 3:8, 3:9, 8:20, 9:19, 10:15, 12:2, 15:12, 22:5, 23:9, 26:24, 32:5, 32:9, 32:12, 32:15, 32:20, 32:21, 32:23, 37:14, 38:3, 38:8, 55:20
**1's** [4] - 13:22, 15:11, 15:19, 38:2
**10:00** [1] - 6:3
**11:00** [1] - 6:21
**12** [2] - 21:22, 28:12
**1275** [1] - 1:22
**17th** [2] - 22:15, 24:24
**18** [4] - 1:7, 17:9, 36:16, 40:23
**18-CR-218** [1] - 1:4
**18th** [1] - 62:10
**1961** [1] - 45:19
**1985** [1] - 53:16
**1:39** [1] - 1:8

## 2

**2** [13] - 3:8, 3:9, 12:2, 14:21, 15:1, 24:15, 32:5, 32:9, 32:12, 32:15, 32:20, 32:21, 32:23
**20** [1] - 44:3
**20001** [2] - 2:4, 62:14
**20004** [1] - 1:23
**2014** [2] - 8:18, 9:6
**2015** [3] - 9:17, 10:13, 11:11
**2016** [6] - 10:5, 11:20, 11:23, 12:1, 12:12, 21:6
**2017** [7] - 12:15, 13:5, 13:14, 14:12, 16:3, 21:8, 41:8
**2018** [10] - 1:7, 21:22, 22:3, 22:11, 22:15, 22:23, 37:9, 37:17, 62:10
**2018-218** [1] - 4:5

**202** [2] - 2:4, 62:15
**20530** [1] - 1:18
**20th** [2] - 12:15, 13:5
**21st** [2] - 25:7, 25:10
**22nd** [1] - 21:8
**24th** [2] - 6:3, 9:17
**25th** [2] - 22:22, 24:2
**29th** [5] - 23:6, 23:23, 24:9, 25:12, 25:15
**2nd** [2] - 21:22, 22:3

## 3

**3** [6] - 3:8, 12:17, 13:2, 32:15, 32:20, 32:21
**31st** [1] - 10:5
**32** [2] - 3:8, 3:9
**333** [2] - 2:3, 62:14
**354-3269** [2] - 2:4, 62:15

## 4

**4.0** [1] - 28:18
**420** [1] - 1:22
**43** [1] - 3:5

## 5

**52** [1] - 3:5
**555** [1] - 1:17
**5th** [2] - 12:6, 12:12

## 6

**607** [1] - 53:17
**6706** [2] - 2:3, 62:14
**693** [1] - 53:17

## 8

**8** [1] - 6:19
**8,000** [1] - 22:11

## 9

**9** [1] - 6:4
**951** [4] - 17:9, 31:17, 36:16, 40:23
**951-related** [1] - 38:11

## A

**a.m** [1] - 6:3
**a/k/a** [1] - 1:7
**ability** [4] - 8:6, 18:19, 28:20, 62:7
**able** [1] - 49:11
**abroad** [1] - 45:1
**absolutely** [1] - 48:20
**absurd** [1] - 8:13
**access** [6] - 33:23, 33:25, 47:18, 48:4, 57:3, 58:25
**according** [2] - 9:9, 25:18
**accordingly** [1] - 60:18
**account** [3] - 8:10, 19:3, 19:6
**accreditation** [4] - 45:14, 45:16, 45:20, 45:23
**accredited** [7] - 46:1, 46:3, 46:4, 46:5, 46:11, 48:16, 49:19
**accredits** [1] - 47:22
**accurate** [2] - 38:21, 62:4
**accusations** [1] - 22:20
**accused** [6] - 27:24, 28:1, 28:2, 28:4, 28:5, 31:5
**acknowledge** [3] - 19:2, 19:16, 39:10
**acknowledged** [1] - 37:2
**Act** [4] - 19:17, 30:19, 37:5, 60:21
**act** [1] - 36:18
**acting** [3] - 40:11, 42:8
**action** [6] - 7:21, 30:25, 33:5, 50:6, 59:11
**Action** [1] - 1:3
**actions** [2] - 8:15, 42:12
**activities** [3] - 10:9, 11:7, 38:24
**activity** [2] - 24:8, 39:13
**actual** [1] - 40:19
**add** [1] - 4:17
**addition** [2] - 29:4, 45:9
**additional** [6] - 36:24, 52:23, 52:25,

53:10, 58:11
**address** [4] - 15:9, 19:8, 33:16, 39:2
**adheres** [1] - 45:19
**administration** [1] - 11:21
**admission** [2] - 32:8, 51:2
**admissions** [2] - 48:6, 50:24
**admit** [1] - 32:9
**admitted** [2] - 32:20, 32:24
**advise** [1] - 35:9
**advised** [1] - 6:2
**advisors'** [1] - 12:4
**advocate** [1] - 56:6
**Affairs** [1] - 11:14
**affidavit** [3] - 10:14, 11:9, 16:12
**affidavits** [1] - 22:18
**affiliated** [1] - 16:6
**affiliation** [1] - 10:8
**afternoon** [19] - 4:1, 4:12, 4:13, 4:14, 4:20, 5:1, 5:6, 5:7, 7:6, 7:7, 29:22, 43:5, 43:6, 43:11, 43:12, 43:18, 43:19, 52:4, 52:5
**agent** [9] - 26:8, 31:17, 31:18, 36:17, 36:21, 38:16, 42:9, 43:24, 52:20
**agent's** [1] - 36:18
**agents** [4] - 22:23, 28:13, 31:18, 58:19
**ago** [1] - 29:1
**agree** [1] - 38:23
**agreed** [1] - 57:11
**agreement** [3] - 30:6, 30:11, 30:14
**airport** [2] - 29:14, 29:15
**Alfred** [1] - 4:7
**ALFRED** [1] - 1:20
**all-too-informal** [1] - 25:9
**allegations** [2] - 24:8, 25:5
**alleged** [6] - 26:13, 26:24, 27:15, 39:12, 54:25
**allegedly** [1] - 28:12
**alleges** [1] - 28:6
**allow** [2] - 34:10, 51:20
**allowed** [1] - 56:22
**almost** [1] - 22:13
**Ambassador** [1] - 59:19

**ambassador** [4] - 48:5, 53:19, 58:13, 60:6
**amend** [1] - 30:19
**Amendment** [2] - 5:19, 27:23
**America** [4] - 4:5, 18:16, 26:10, 53:15
**AMERICA** [1] - 1:3
**American** [11] - 12:11, 16:15, 16:16, 16:18, 16:19, 16:22, 21:6, 21:20, 27:25, 28:1, 48:11
**Americans** [1] - 21:13
**AND** [1] - 1:12
**Anna** [3] - 16:5, 40:24, 41:5
**answer** [4] - 22:16, 34:4, 34:17, 39:6
**anyway** [1] - 29:20
**apartment** [4] - 23:4, 24:2, 26:20, 29:9
**apologize** [1] - 53:13
**apologized** [1] - 16:10
**appear** [3] - 11:14, 15:6, 42:20
**appearance** [7] - 4:23, 8:9, 17:8, 19:19, 53:20, 54:8, 60:18
**APPEARANCES** [1] - 1:14
**appeared** [2] - 22:24, 30:7
**applicable** [1] - 19:19
**application** [3] - 10:7, 10:11, 11:24
**applied** [3] - 8:23, 10:6, 28:18
**apply** [6] - 18:15, 20:16, 30:5, 46:13, 48:19, 57:17
**applying** [1] - 20:21
**appropriate** [2] - 20:18, 34:14
**appropriately** [1] - 29:3
**approval** [4] - 11:13, 56:9, 56:12
**approving** [1] - 11:21
**April** [8] - 21:22, 22:3, 22:11, 22:15, 22:22, 24:2, 37:9, 37:17
**area** [2] - 29:14, 33:6
**argue** [1] - 36:13

argued [1] - 19:13
argument [7] -
18:15, 30:5, 31:4,
31:7, 40:13, 55:8,
59:7
arguments [1] - 35:3
arraignment [2] -
4:11, 5:4
ARRAIGNMENT [1] -
1:12
arrest [12] - 17:4,
40:4, 47:1, 47:17,
48:9, 48:24, 49:9,
50:3, 50:6, 50:18,
51:4, 51:6
arrested [8] - 41:12,
42:1, 42:2, 42:15,
47:2, 49:2, 49:5,
56:23
arrived [1] - 11:25
article [2] - 22:3,
22:4
articles [2] - 27:1,
41:4
articulate [1] - 29:5
aside [1] - 14:19
aspersion [1] - 26:3
Assembly [1] - 44:21
assert [1] - 5:19
assigned [1] - 6:1
assist [1] - 35:21
Association [1] -
56:10
assume [4] - 32:7,
57:17, 59:23, 60:9
assurance [1] -
27:10
assurances [1] -
53:19
assure [6] - 7:16,
8:8, 18:24, 19:18,
27:5, 60:17
attached [1] - 40:8
attempted [1] - 57:19
attempts [1] - 54:24
attend [2] - 16:15,
16:21
attended [3] - 16:16,
16:17, 28:17
attending [2] - 10:24,
60:4
attention [1] - 53:12
attorney [1] - 23:3
Attorney [4] - 23:24,
24:3, 27:17, 36:19
ATTORNEY'S [1] -
1:16
atypical [1] - 25:24
authorities [1] -
51:19

authority [1] - 50:18
Avenue [3] - 1:22,
2:3, 62:14
aware [8] - 20:10,
25:15, 25:19, 25:21,
37:22, 39:23, 56:6,
59:24

**B**

backpack [1] - 22:8
backwards [1] -
24:24
bad [1] - 55:24
bail [1] - 18:10
Bail [4] - 19:16,
30:19, 37:5, 60:21
based [7] - 8:13,
14:7, 33:9, 45:15,
55:17, 58:17
bases [1] - 19:17
basis [1] - 38:13
bear [2] - 23:13
bears [1] - 6:18
became [2] - 20:10,
56:6
BEFORE [1] - 1:12
beginning [1] - 11:18
behalf [8] - 4:20,
5:14, 5:22, 6:24,
16:24, 17:21, 61:5,
61:9
belied [1] - 8:14
bench [1] - 48:22
best [1] - 62:6
bestow [1] - 45:22
better [1] - 46:20
between [9] - 10:5,
11:17, 13:3, 26:9,
28:15, 41:19, 55:21,
56:14, 58:9
beyond [1] - 52:12
big [2] - 28:3, 36:13
bigger [1] - 22:7
Bill [1] - 33:8
Bis [1] - 27:24
Bistro [1] - 27:24
bit [1] - 44:13
Bob [1] - 25:14
bond [5] - 17:4,
41:20, 41:22, 42:4,
60:19
border [6] - 8:2, 8:3,
9:21, 50:13, 51:18
bore [1] - 13:23
bound [1] - 46:25
box [1] - 50:9
boyfriend [3] -
20:16, 25:19, 25:24

bracelet [1] - 29:16
branch [1] - 43:25
Brazil [1] - 30:11
Breakfast [3] -
13:14, 14:10, 14:13
breakfast [2] - 11:14,
56:11
brief [4] - 19:13,
34:15, 35:5, 58:6
briefing [1] - 24:10
briefly [3] - 34:11,
54:18, 59:18
broader [1] - 39:5
brought [1] - 41:13
budget [1] - 10:25
building [2] - 11:21,
12:4
business [1] - 11:1
businessman [1] -
9:5
BUTINA [1] - 1:7
Butina [53] - 4:5,
4:24, 5:12, 5:14, 5:22,
6:24, 7:17, 8:13,
11:12, 11:16, 11:23,
12:13, 13:4, 13:6,
13:12, 13:15, 14:2,
14:4, 14:6, 15:2, 16:4,
16:8, 17:21, 18:25,
19:23, 20:3, 20:14,
21:23, 23:25, 24:10,
25:16, 25:17, 26:4,
26:6, 28:10, 29:20,
30:23, 31:4, 35:6,
36:14, 37:21, 37:24,
39:12, 40:1, 42:8,
52:6, 52:16, 54:19,
56:6, 58:9, 60:18,
61:6, 61:14
butina [2] - 1:7,
59:19
Butina's [14] - 4:23,
7:16, 9:13, 13:23,
14:14, 22:24, 24:7,
25:5, 25:19, 30:2,
37:19, 39:12, 55:11,
60:17
buying [1] - 56:1
BY [3] - 2:1, 43:17,
52:3

**C**

calendar [2] - 4:10,
6:1
campaign [2] - 11:4,
16:25
campaigns [1] -
21:25

canceled [1] - 29:11
cannot [9] - 17:6,
47:2, 47:4, 48:2, 48:4,
49:1, 49:9, 50:3, 50:6
capacity [1] - 44:23
Capitol [5] - 13:7,
20:25, 28:3, 40:1,
40:6
car [13] - 7:18, 8:2,
23:1, 49:6, 49:17,
50:14, 50:20, 51:17,
51:20, 54:22
care [1] - 10:2
carefully [1] - 60:13
carried [1] - 37:9
carries [3] - 31:14,
36:22, 36:23
CARRY [1] - 1:20
Carry [1] - 4:7
case [32] - 4:4, 4:10,
8:12, 9:2, 14:19, 17:1,
17:8, 17:9, 22:18,
27:12, 27:13, 27:14,
28:8, 28:9, 28:20,
29:16, 29:17, 33:17,
38:8, 38:10, 41:15,
42:7, 42:8, 53:12,
53:18, 53:21, 53:23,
55:2, 55:4, 57:15
cases [1] - 41:1
cashing [1] - 42:15
cast [1] - 26:3
categories [1] -
48:15
centered [1] - 8:21
certain [4] - 6:25,
17:18, 21:24, 56:21
certainly [6] - 26:12,
27:11, 30:17, 39:22,
40:7, 58:2
CERTIFICATE [1] -
62:1
certificate [1] - 41:2
certify [1] - 62:3
chain [1] - 26:2
chalked [1] - 10:20
change [1] - 31:24
changed [1] - 41:12
channel [1] - 11:22
Chapman [3] - 16:5,
40:24, 41:5
characterization [1]
- 31:11
charge [1] - 17:10
charged [7] - 4:24,
19:4, 30:14, 36:16,
36:21, 36:23, 40:23
charges [5] - 31:12,
41:15, 42:6, 42:7,
42:8

check [2] - 29:8,
29:11
check-in [1] - 29:8
check-ins [1] - 29:11
checking [1] - 25:9
checks [1] - 42:15
chief [3] - 48:5,
50:24, 51:2
children [1] - 56:1
chooses [1] - 17:11
chose [1] - 50:2
Chutkan [2] - 6:2
circumstances [1] -
19:3
citation [1] - 53:14
cited [3] - 37:7,
53:13, 60:23
citizen [1] - 42:2
citizens [1] - 33:24
claimed [1] - 10:21
clarify [1] - 53:2
class [3] - 16:17,
22:9, 28:17
classified [1] - 57:12
clear [5] - 19:12,
19:14, 37:15, 38:18,
52:9
clerk [3] - 23:9, 35:9,
43:8
client [3] - 25:13,
56:22, 60:3
closed [6] - 21:18,
34:3, 34:4, 38:24,
39:13, 56:18
co [3] - 6:23, 14:23,
15:16
co-counsel [3] -
6:23, 14:23, 15:16
Columbia [3] - 2:2,
39:22, 62:13
COLUMBIA [2] - 1:2,
1:17
combination [5] -
17:7, 27:5, 42:20,
54:7, 60:17
combinations [1] -
7:14
coming [1] - 41:4
Commission [1] -
21:24
committed [1] -
36:15
Committee [12] -
21:10, 21:18, 22:12,
22:16, 26:21, 56:18,
56:20, 57:5, 57:6,
57:12, 58:24
common [2] - 14:7,
47:10
commonly [1] - 44:4

**communicate** [1] - 35:20
**communication** [2] - 11:22, 55:11
**communications** [3] - 9:12, 21:20, 22:13
**compares** [1] - 16:5
**comparison** [1] - 16:2
**complaint** [5] - 4:24, 10:14, 11:10, 31:23, 41:12
**complete** [2] - 34:4, 62:5
**completed** [1] - 16:18
**completely** [1] - 20:12
**compound** [3] - 46:3, 48:3, 50:5
**compounds** [2] - 45:4, 46:2
**computers** [1] - 10:18
**concede** [2] - 33:20, 34:4
**conceivably** [1] - 30:15
**concern** [1] - 20:17
**concerned** [1] - 24:11
**concerning** [2] - 30:1, 55:10
**concluded** [1] - 61:18
**concludes** [1] - 61:13
**condition** [1] - 60:16
**conditions** [22] - 7:14, 7:15, 17:3, 17:6, 17:7, 18:10, 18:24, 19:18, 26:17, 27:5, 27:9, 29:3, 29:6, 30:8, 41:19, 41:23, 42:20, 54:7, 60:17
**conduct** [3] - 31:23, 39:11, 39:12
**confer** [1] - 34:16
**conference** [1] - 13:20
**conferences** [1] - 9:23
**confidential** [2] - 57:4, 57:14
**confirm** [1] - 53:5
**conflict** [1] - 11:17
**confronted** [2] - 22:20, 24:8
**Congress** [1] - 30:18
**connection** [1] -

42:16
**connections** [4] - 10:10, 26:23, 26:24, 58:9
**cons** [1] - 9:18
**consent** [1] - 57:15
**conservative** [1] - 14:7
**consider** [2] - 10:23, 37:4
**consideration** [4] - 39:21, 42:11, 60:25, 61:1
**considered** [3] - 34:24, 47:10, 60:13
**considering** [2] - 39:23, 53:18
**consistent** [1] - 15:19
**consolidated** [1] - 4:25
**conspiracy** [2] - 31:21, 36:23
**constantly** [1] - 14:6
**constitutes** [1] - 62:4
**Constitution** [2] - 2:3, 62:14
**construct** [1] - 56:14
**consular** [6] - 33:6, 33:23, 33:25, 34:10, 40:15, 58:10
**consulate** [3] - 18:19, 30:3, 54:24
**consult** [1] - 34:11
**contact** [3] - 14:7, 54:23, 60:2
**contacts** [2] - 15:9, 21:13
**contention** [1] - 38:13
**context** [4] - 40:11, 40:22, 56:8, 58:2
**continue** [6] - 13:1, 19:22, 37:20, 38:5, 39:17, 58:21
**continued** [1] - 10:4
**Convention** [2] - 45:18, 47:21
**conventions** [1] - 20:20
**conversations** [10] - 8:20, 8:22, 8:25, 9:1, 9:4, 12:13, 13:3, 20:15, 38:15, 45:15
**convincing** [2] - 19:12, 19:14
**convincingly** [1] - 16:14
**cooperated** [1] - 40:16

**cooperating** [2] - 11:3, 21:17
**cooperation** [2] - 21:9, 37:8
**copy** [6] - 5:8, 5:11, 23:6, 23:7, 23:22, 24:18
**correct** [13] - 6:19, 19:1, 32:4, 32:8, 32:11, 37:18, 38:4, 39:1, 39:14, 51:15, 53:4, 53:7, 60:10
**correction** [1] - 19:10
**counsel** [23] - 5:25, 6:7, 6:23, 8:12, 14:23, 15:16, 21:17, 21:23, 22:12, 28:14, 34:16, 35:9, 36:13, 38:15, 39:23, 39:25, 40:3, 41:17, 57:6, 57:9, 57:21, 60:24, 61:17
**counsel's** [2] - 57:14, 58:8
**count** [2] - 31:21, 31:24
**countries** [5] - 28:15, 30:10, 30:13, 30:15, 44:20
**country** [26] - 11:25, 15:5, 17:13, 18:20, 18:22, 21:3, 21:15, 22:9, 22:25, 23:5, 24:7, 26:9, 28:11, 28:19, 30:6, 46:6, 49:10, 49:14, 49:22, 49:23, 51:1, 51:2, 51:5, 51:11, 51:12
**course** [10] - 7:11, 9:2, 34:17, 36:6, 43:14, 54:15, 55:11, 57:24, 59:2, 60:14
**coursework** [1] - 16:19
**Court** [62] - 2:1, 2:2, 4:16, 4:25, 7:8, 7:15, 7:23, 8:5, 8:8, 8:9, 8:10, 13:9, 15:11, 15:24, 16:21, 17:3, 17:6, 17:14, 17:23, 19:2, 19:5, 19:17, 19:24, 23:6, 27:9, 29:3, 29:17, 30:9, 30:22, 33:5, 33:13, 34:13, 36:16, 37:2, 37:4, 40:7, 41:18, 41:19, 41:21, 42:4, 42:5, 42:10, 42:19, 43:8, 48:22, 53:1, 53:18, 53:21, 54:8,

54:12, 55:1, 58:25, 59:2, 60:13, 60:18, 60:22, 60:23, 60:24, 61:1, 62:12, 62:13
**COURT** [112] - 1:1, 4:1, 4:12, 4:15, 4:22, 5:8, 5:11, 5:14, 5:17, 5:20, 5:25, 6:11, 6:15, 6:22, 7:4, 7:6, 7:13, 12:18, 12:20, 12:25, 14:22, 14:25, 15:13, 15:16, 17:17, 17:24, 18:3, 18:7, 19:1, 19:7, 19:16, 19:22, 23:8, 23:13, 23:16, 23:19, 23:22, 24:14, 24:17, 24:20, 24:22, 28:24, 29:25, 31:2, 31:9, 31:11, 32:1, 32:4, 32:7, 32:14, 32:17, 32:19, 32:23, 33:7, 33:15, 34:3, 34:7, 34:14, 34:21, 35:1, 35:4, 35:9, 35:13, 35:17, 35:23, 36:3, 36:11, 36:25, 37:15, 37:20, 38:3, 38:5, 39:6, 39:9, 39:15, 42:22, 43:2, 43:5, 43:7, 43:11, 43:13, 51:25, 52:9, 52:12, 52:17, 52:19, 52:22, 53:4, 53:9, 53:14, 54:10, 54:12, 55:7, 55:14, 57:1, 57:20, 58:4, 58:16, 58:21, 59:5, 59:10, 59:15, 59:23, 60:1, 60:8, 60:12, 61:8, 61:12, 61:17
**Court's** [11] - 33:11, 36:9, 39:6, 39:9, 39:20, 53:12, 54:2, 54:4, 59:5, 59:13, 60:20
**courtroom** [7] - 4:2, 6:4, 29:22, 35:7, 35:14, 43:3, 61:15
**Courtroom** [1] - 6:4
**COURTROOM** [2] - 4:4, 35:16
**courts** [1] - 18:21
**covered** [1] - 9:1
**covert** [1] - 16:25
**credible** [1] - 30:25

**crime** [1] - 30:15
**criminal** [8] - 4:4, 4:24, 20:4, 24:8, 30:25, 37:10, 40:20
**Criminal** [1] - 1:3
**CROSS** [1] - 52:2
**Cross** [1] - 3:2
**cross** [5] - 36:6, 43:14, 52:1, 52:18, 53:6
**CROSS-EXAMINATION** [1] - 52:2
**cross-examine** [4] - 36:6, 43:14, 52:1, 53:6
**crossing** [1] - 50:14
**CRR** [3] - 2:1, 62:3, 62:12
**cultural** [2] - 59:20, 60:5
**Curtis** [1] - 4:20
**CURTIS** [3] - 1:16, 4:14, 4:19
**custodian** [1] - 17:6
**customs** [2] - 45:3, 45:10

## D

**daisy** [1] - 26:2
**Dakota** [12] - 23:24, 24:3, 25:13, 25:16, 25:20, 25:23, 29:10, 37:25, 38:1, 38:16, 39:24
**Daniel** [1] - 4:7
**DANIEL** [1] - 1:21
**daredevil** [2] - 13:11, 40:10
**date** [5] - 6:6, 10:5, 13:5, 37:16, 37:18
**Dated** [1] - 62:10
**days** [2] - 9:9, 13:18
**DC** [10] - 1:8, 1:18, 1:23, 2:4, 15:6, 22:24, 29:8, 37:19, 39:20, 62:14
**debate** [1] - 59:2
**Deborah** [1] - 4:20
**DEBORAH** [2] - 1:12, 1:16
**December** [2] - 9:6, 10:13
**December-January** [1] - 10:13
**decides** [2] - 7:17, 7:22
**decision** [4] - 8:11,

34:18, 41:18, 51:19
**declared** [1] - 48:12
**decline** [1] - 59:11
**Defendant** [17] - 1:8, 4:2, 16:14, 16:23, 17:15, 33:11, 35:7, 35:14, 40:10, 41:5, 42:17, 53:25, 54:2, 54:3, 54:4, 55:2, 61:15
**defendant** [1] - 18:23
**DEFENDANT** [1] - 1:20
**defendant's** [1] - 3:9
**Defendant's** [18] - 14:17, 15:24, 17:8, 23:9, 24:15, 32:5, 32:9, 32:12, 32:23, 33:10, 37:8, 38:3, 41:23, 53:20, 53:23, 54:8, 58:12
**Defendants** [1] - 30:20
**defense** [1] - 4:8
**definition** [1] - 47:13
**demonstrate** [1] - 15:24
**demonstrated** [3] - 53:24, 54:1, 60:15
**Department** [9] - 7:19, 31:19, 43:25, 44:2, 45:12, 45:20, 46:7, 46:17, 47:22
**departure** [1] - 26:11
**deputy** [3] - 23:8, 35:9, 43:8
**DEPUTY** [2] - 4:4, 35:16
**described** [2] - 22:6, 33:21
**description** [1] - 10:16
**deserves** [1] - 28:19
**designate** [1] - 50:8
**desired** [2] - 35:20, 49:24
**despite** [2] - 8:23, 40:3
**detail** [1] - 14:4
**detailed** [1] - 61:1
**detain** [2] - 51:4, 51:7
**detained** [3] - 18:18, 49:1, 49:4
**detaining** [1] - 17:15
**detention** [16] - 4:10, 5:1, 5:2, 5:4, 6:8, 6:12, 6:18, 7:9, 8:11, 9:11, 14:20, 16:13, 19:2, 37:1, 47:1, 49:8

**DETENTION** [1] - 1:12
**determination** [4] - 18:23, 19:18, 19:25, 37:4
**determine** [1] - 11:2
**determining** [2] - 39:21, 42:11
**developed** [2] - 20:11, 56:7
**devices** [1] - 58:12
**dialogue** [1] - 13:19
**differences** [1] - 10:19
**different** [1] - 42:14
**difficulty** [1] - 34:1
**dinner** [5] - 11:23, 12:2, 26:10, 26:14, 27:24
**dinners** [2] - 10:10, 11:22
**diplomacy** [1] - 10:16
**diplomat** [5] - 44:22, 48:16, 48:17, 48:25, 49:19
**diplomatic** [25] - 7:18, 8:2, 8:6, 8:7, 23:1, 33:6, 40:14, 42:12, 44:14, 44:15, 45:4, 45:17, 46:15, 46:20, 49:11, 49:18, 50:14, 51:17, 51:18, 54:3, 54:5, 54:21, 60:3
**Diplomatic** [2] - 43:24, 44:1
**diplomatically** [1] - 48:12
**diplomats** [4] - 44:19, 45:14, 45:21, 46:1
**direct** [4] - 13:16, 16:4, 53:12, 55:21, 56:14, 56:25
**DIRECT** [1] - 43:16
**Direct** [1] - 3:2
**directed** [1] - 37:14
**disagreeing** [2] - 33:12, 33:13
**disagreement** [1] - 34:12
**discovery** [1] - 56:24
**discuss** [3] - 14:11, 18:10, 27:25
**discussed** [3] - 10:13, 12:14, 56:17
**discussing** [2] - 9:18, 11:8
**discussions** [6] -

8:19, 8:21, 11:15, 11:20, 13:13, 58:19
**disputing** [4] - 16:16, 16:17, 16:18, 39:22
**District** [7] - 2:2, 2:2, 6:2, 37:25, 39:22, 53:16, 62:13
**DISTRICT** [3] - 1:1, 1:2, 1:17
**district** [1] - 62:13
**divided** [1] - 12:8
**division** [1] - 57:10
**document** [4] - 10:17, 23:16, 23:23, 31:5
**documentation** [1] - 46:7
**documents** [4] - 21:12, 21:13, 22:12, 22:17
**donations** [1] - 21:25
**door** [1] - 22:24
**down** [2] - 40:19, 52:20
**dozen** [1] - 22:23
**drawn** [1] - 22:24
**Driscoll** [45] - 4:7, 5:6, 5:8, 5:20, 6:11, 6:16, 12:20, 12:23, 14:23, 15:14, 17:20, 17:21, 17:23, 18:3, 18:4, 28:24, 31:3, 32:2, 32:4, 33:16, 34:8, 34:21, 35:18, 36:4, 36:6, 37:2, 37:7, 37:24, 38:17, 38:19, 39:3, 40:9, 43:14, 52:1, 52:19, 53:5, 54:12, 55:7, 58:4, 58:24, 59:6, 59:17, 60:8, 61:5, 61:8
**driscoll** [1] - 52:13
**DRISCOLL** [56] - 1:20, 5:7, 5:10, 5:13, 5:16, 5:18, 5:24, 6:13, 6:20, 7:2, 12:24, 18:6, 18:8, 19:5, 19:8, 19:21, 19:23, 23:11, 23:15, 23:18, 23:21, 23:23, 24:16, 24:19, 24:21, 24:24, 29:7, 30:4, 31:8, 31:10, 31:15, 32:3, 32:6, 32:18, 33:19, 34:6, 34:9, 34:20, 35:22, 35:25, 39:5, 39:8, 39:14, 52:3, 52:14, 52:18, 53:7, 54:17, 55:13, 55:18, 57:3, 58:3, 59:18, 59:25,

60:4, 61:7
**Driscoll's** [3] - 38:7, 40:3, 40:13
**drive** [3] - 8:2, 13:22, 50:2
**drives** [1] - 51:18
**driving** [1] - 49:1
**drunk** [1] - 49:1
**DSS** [2] - 44:4, 44:5
**during** [7] - 14:5, 26:6, 29:24, 35:19, 55:11, 57:2, 60:14
**duties** [1] - 44:15

# E

**early** [2] - 8:18, 22:11
**earnestly** [1] - 16:14
**easier** [1] - 44:5
**East** [1] - 53:19
**Eastern** [1] - 53:16
**ECF** [2] - 6:18, 6:25
**EDWARDS** [2] - 2:1, 62:3
**Edwards** [1] - 62:12
**effects** [1] - 15:11
**eight** [2] - 21:18, 22:17
**either** [3] - 29:4, 50:10, 59:10
**Election** [1] - 21:23
**election** [2] - 13:15, 13:18
**elections** [1] - 12:3
**electronic** [2] - 17:4, 58:12
**elements** [1] - 36:20
**Eleventh** [1] - 1:18
**ELMO** [3] - 12:16, 14:21, 15:12
**email** [9] - 9:19, 10:14, 10:21, 12:1, 15:9, 20:15, 24:25, 25:1
**emailed** [1] - 25:7
**emails** [2] - 8:19, 56:21
**embassies** [4] - 44:16, 44:17, 45:4, 45:23
**embassy** [20] - 7:17, 8:1, 18:19, 22:10, 22:25, 30:2, 30:16, 33:6, 34:1, 45:17, 46:2, 47:8, 48:3, 48:14, 48:22, 49:6, 50:5, 50:24, 52:7, 54:22
**emissaries** [1] -

44:19
**emphasize** [1] - 55:18
**employed** [2] - 43:23, 44:1
**employment** [1] - 15:21
**encompasses** [1] - 40:25
**ended** [2] - 10:8, 21:17
**ends** [1] - 10:22
**enforcement** [12] - 7:20, 7:21, 8:8, 30:1, 33:5, 34:1, 36:2, 43:25, 47:3, 48:11, 48:21, 50:6
**engage** [1] - 11:4
**engaged** [2] - 8:25, 12:13
**engaging** [2] - 11:14, 16:24
**ensure** [4] - 17:8, 38:18, 42:20, 54:8
**enter** [2] - 48:6, 52:6
**entered** [10] - 4:2, 5:21, 16:7, 31:5, 31:9, 32:12, 32:22, 35:14, 43:3, 54:5
**entire** [1] - 23:4
**entirely** [1] - 25:24
**entitled** [1] - 27:7
**entrance** [1] - 48:4
**entry** [1] - 30:2
**ERIK** [1] - 1:15
**Erik** [2] - 4:6, 25:1
**espionage** [1] - 27:13
**ESQ** [6] - 1:15, 1:15, 1:16, 1:20, 1:20, 1:21
**essentially** [4] - 8:6, 19:25, 26:23, 41:18
**establish** [1] - 13:19
**established** [3] - 16:13, 46:8, 46:12
**establishing** [1] - 14:6
**evaluating** [1] - 37:5
**event** [2] - 37:23, 60:5
**events** [5] - 10:24, 11:8, 11:12, 28:2, 55:11
**EVIDENCE** [1] - 3:7
**evidence** [32] - 14:17, 15:22, 15:23, 15:24, 16:12, 16:23, 19:4, 19:12, 19:14, 19:15, 21:1, 25:25, 30:24, 32:5, 32:9,

32:13, 32:15, 32:22, 52:23, 52:25, 53:10, 54:21, 54:22, 54:23, 54:24, 55:5, 58:9, 59:6, 60:2, 60:14, 60:16
**evidently** [1] - 41:6
**EXAMINATION** [2] - 43:16, 52:2
**examine** [5] - 36:6, 43:13, 43:14, 52:1, 53:6
**example** [6] - 30:3, 46:6, 46:16, 48:3, 48:25, 51:5
**examples** [1] - 37:7
**exchange** [1] - 41:3
**excuse** [2] - 9:16, 49:22
**excused** [3] - 52:21, 53:2, 61:17
**execute** [2] - 24:1, 50:6
**executed** [3] - 37:12, 37:13, 37:19
**exemption** [1] - 46:24
**Exhibit** [12] - 3:8, 3:9, 12:16, 13:2, 14:21, 15:1, 15:12, 23:9, 24:15, 32:12, 32:21, 38:3
**exhibit** [3] - 13:8, 14:22, 15:13, 20:24, 39:4
**Exhibits** [5] - 32:5, 32:9, 32:15, 32:20, 32:23
**EXHIBITS** [1] - 3:7
**exists** [1] - 33:22
**exiting** [1] - 50:15
**expelled** [1] - 26:9
**experience** [1] - 45:9
**expert** [1] - 33:23
**explain** [5] - 24:4, 25:4, 29:5, 36:1, 56:23
**explained** [1] - 22:17
**explanation** [2] - 20:13, 56:22
**explanations** [1] - 56:25
**extend** [5] - 46:17, 48:14, 48:16, 49:16, 49:20
**extended** [1] - 29:10
**extends** [3] - 45:25, 47:4, 47:14
**extent** [4] - 31:11, 55:15, 60:1, 60:25

**extradition** [6] - 8:4, 18:17, 30:6, 30:11, 30:14, 42:3
**extreme** [1] - 29:17
**extremely** [1] - 17:2
**eyes** [1] - 27:20

## F

**F.Supp** [1] - 53:17
**face** [1] - 43:8
**facility** [2] - 40:15, 42:13
**facing** [3] - 17:9, 36:14, 40:19
**fact** [3] - 27:22, 33:14, 60:6
**factors** [1] - 37:5
**facts** [3] - 14:19, 19:11, 55:16
**fail** [1] - 41:1
**fairly** [1] - 31:7
**false** [1] - 42:15
**familiar** [3] - 45:3, 45:10, 49:21
**famous** [1] - 20:5
**far** [2] - 47:2, 47:12
**fashion** [2] - 8:5, 17:6
**FBI** [11] - 8:19, 9:1, 9:12, 10:17, 13:8, 15:5, 15:8, 22:23, 38:16, 44:7, 58:19
**FBI's** [1] - 40:9
**featured** [1] - 20:8
**February** [1] - 13:14
**Federal** [1] - 21:23
**federal** [1] - 48:22
**Federation** [2] - 33:25, 58:14
**felonies** [1] - 31:13
**felt** [1] - 27:2
**field** [2] - 44:8, 44:11
**Fifth** [1] - 5:19
**figure** [1] - 14:14
**file** [1] - 41:1
**filed** [1] - 6:23
**filing** [7] - 6:17, 6:24, 22:14, 27:14, 27:17, 27:18, 28:6
**final** [1] - 31:2
**Finance** [2] - 21:10
**financial** [1] - 10:23
**findings** [2] - 60:20, 61:2
**first** [8] - 8:12, 10:12, 13:24, 31:21, 37:5, 37:6, 37:11, 38:20, 38:24, 40:8,

40:18
**First** [1] - 27:23
**five** [4] - 14:5, 36:24, 44:24, 45:2
**five-year** [1] - 36:24
**flat** [1] - 8:14
**flat-out** [1] - 8:14
**flee** [10] - 17:10, 21:15, 22:2, 22:9, 22:25, 23:5, 24:7, 41:14, 53:25, 54:3
**fleeing** [1] - 24:13
**flight** [4] - 14:19, 17:16, 21:5, 55:3
**floor** [1] - 6:4
**Floor** [1] - 1:18
**focus** [1] - 11:2
**folder** [1] - 13:23
**follow** [1] - 28:25
**following** [6] - 4:3, 35:8, 35:12, 35:15, 43:4, 61:16
**FOR** [5] - 1:2, 1:15, 1:17, 1:20, 3:3
**force** [3] - 44:6, 44:7, 44:10
**forced** [1] - 19:24
**foregoing** [1] - 62:4
**foreign** [18] - 20:24, 21:3, 31:17, 31:18, 36:17, 36:18, 36:22, 42:6, 47:10, 47:13, 47:20, 48:22, 49:10, 49:21, 49:22, 49:23, 50:19
**Foreign** [2] - 11:13, 45:13
**foreigner** [1] - 40:5
**formal** [1] - 5:15
**former** [2] - 58:13, 60:6
**forth** [4] - 20:12, 55:24, 56:2, 60:20
**founded** [2] - 20:6, 56:7
**Fourth** [2] - 1:17, 5:19
**fourth** [1] - 6:4
**fraud** [3] - 37:13, 38:2, 44:18
**free** [1] - 28:20
**frequent** [1] - 9:22
**friends** [1] - 56:3
**friendship** [2] - 11:22, 56:7
**front** [6] - 13:6, 20:25, 22:24, 40:1, 40:6, 40:19
**FSB** [2] - 15:9, 15:21
**FSB-related** [1] -

15:9
**full** [7] - 23:4, 25:2, 29:23, 45:5, 45:24, 46:17, 62:5
**fully** [1] - 49:19
**fund** [1] - 22:5
**funder** [2] - 9:11, 9:13
**furthermore** [1] - 7:23
**FYI** [1] - 25:12

## G

**gain** [3] - 30:16, 47:18, 48:4
**gaining** [1] - 48:4
**gear** [1] - 22:23
**General** [3] - 27:17, 36:19, 44:20
**generalities** [1] - 54:19
**generally** [1] - 55:3
**German** [1] - 53:19
**gigantic** [1] - 22:4
**girl** [2] - 13:11, 40:10
**Google** [1] - 10:21
**governing** [1] - 45:11
**Government** [57] - 4:6, 6:17, 7:8, 9:10, 17:18, 18:13, 19:13, 19:15, 20:3, 20:23, 22:1, 22:13, 22:18, 22:20, 22:21, 23:4, 25:4, 25:15, 25:17, 25:18, 26:13, 26:25, 27:4, 27:16, 28:6, 28:21, 29:13, 29:18, 29:19, 29:23, 30:25, 33:21, 34:16, 34:18, 37:8, 39:19, 39:23, 40:4, 40:16, 41:9, 54:18, 54:25, 55:19, 55:20, 55:23, 56:8, 56:13, 56:18, 57:7, 57:18, 57:21, 57:25, 59:1, 59:7, 60:9, 60:15, 60:24
**GOVERNMENT** [3] - 1:15, 3:3, 43:10
**government** [21] - 14:18, 15:2, 15:25, 16:24, 17:11, 21:19, 26:24, 36:17, 36:22, 42:6, 42:9, 47:3, 48:8, 49:2, 51:2, 53:24, 55:19, 55:21, 56:5, 56:9, 56:12

**Government's** [29] - 3:8, 5:1, 6:17, 8:11, 12:16, 13:2, 14:20, 15:8, 15:11, 16:11, 16:12, 17:1, 18:9, 18:15, 19:10, 22:6, 23:12, 24:10, 25:25, 26:2, 27:19, 32:15, 32:20, 32:21, 33:12, 40:7, 40:25, 55:10, 55:16
**GPS** [2] - 29:16, 41:22
**GPS-type** [1] - 29:16
**GQ** [1] - 20:8
**grab** [2] - 49:6
**grad** [1] - 25:21
**graduate** [2] - 21:6, 25:21
**graduated** [1] - 25:22
**grand** [3] - 31:12, 37:3, 41:13
**grant** [2] - 48:7, 49:11
**granted** [5] - 45:5, 46:16, 47:6, 47:14, 48:1
**granting** [2] - 5:1, 46:20
**grants** [1] - 47:22
**great** [1] - 11:17
**ground** [1] - 52:10
**groundwork** [1] - 14:1
**group** [2] - 56:7, 59:20
**guarantee** [1] - 53:20
**guess** [5] - 19:25, 22:19, 46:19, 47:7, 47:8
**guessing** [1] - 25:1
**guideline** [1] - 45:18
**guilty** [4] - 5:18, 5:21, 16:7, 40:25
**gun** [6] - 11:15, 14:9, 20:6, 20:9, 20:20, 56:5
**guns** [2] - 20:9, 22:23

## H

**hand** [1] - 23:8
**handwriting** [1] - 15:19
**hear** [6] - 17:20, 18:7, 53:14, 54:13, 54:14, 58:2

heard [2] - 16:9, 54:14
hearing [19] - 4:10, 4:25, 5:1, 5:2, 5:5, 6:3, 6:8, 6:12, 7:9, 8:12, 12:17, 19:2, 33:21, 33:24, 37:1, 57:2, 58:10, 60:15, 61:13
HEARING [1] - 1:12
held [3] - 42:4, 49:9, 60:19
help [2] - 17:11, 17:12
helping [1] - 21:19
hereby [1] - 62:3
herself [1] - 56:23
high [1] - 14:3
high-level [1] - 14:3
higher [1] - 41:21
himself [2] - 48:17, 56:6
Holman [1] - 4:9
Honduras [1] - 44:25
honor [1] - 48:22
Honor [58] - 4:19, 4:20, 5:7, 5:13, 5:18, 5:24, 6:10, 6:13, 6:14, 6:20, 7:2, 12:24, 16:11, 17:14, 18:6, 19:6, 19:21, 21:5, 22:22, 24:21, 26:16, 28:9, 28:22, 30:5, 31:17, 32:3, 32:6, 32:18, 33:2, 33:20, 34:6, 34:9, 34:20, 34:25, 35:2, 36:8, 39:5, 39:18, 42:25, 43:15, 51:23, 52:18, 52:25, 53:7, 54:17, 55:6, 55:18, 56:16, 57:19, 58:3, 58:7, 59:14, 59:18, 60:5, 60:7, 60:10, 61:7, 61:11
HONORABLE [1] - 1:12
host [9] - 30:10, 45:8, 47:2, 47:18, 48:7, 49:2, 49:22, 51:1, 51:12
hosted [1] - 59:20
hours [2] - 21:18, 22:17
house [2] - 17:3, 37:12

I

idea [1] - 41:25
identical [1] - 10:17
illegal [4] - 27:16, 27:19, 38:23, 39:13
imagine [3] - 28:4, 33:16, 57:9
imminently [1] - 39:20
immune [1] - 48:24
immunities [6] - 45:6, 45:24, 46:25, 50:22, 51:3, 51:7
immunity [4] - 46:17, 47:6, 47:15, 51:10
implications [1] - 36:2
important [2] - 12:9, 41:6
importantly [2] - 28:9, 28:10
imposes [1] - 17:3
IN [1] - 3:7
inability [3] - 30:1, 54:2, 54:4
Inauguration [2] - 13:5, 28:3
incarceration [1] - 31:14
incentive [2] - 17:10, 41:14
inclined [1] - 54:3
include [3] - 38:11, 46:2, 48:14
included [1] - 39:19
including [6] - 10:9, 17:3, 17:4, 17:5, 22:13, 31:13, 55:14
incognito [2] - 12:14, 40:11
inconsistent [2] - 60:1, 60:7
increased [1] - 11:8
indeed [2] - 33:25, 37:1
indicated [3] - 17:17, 29:2, 57:24
indicates [1] - 28:18
indication [1] - 22:1
indicted [3] - 28:13, 41:13, 56:23
indictment [7] - 5:3, 5:9, 5:12, 5:15, 6:1, 22:6, 31:25
individual [3] - 15:2, 18:22, 55:2
individual's [1] - 19:19

individuals [3] - 40:2, 45:16, 47:16
influence [2] - 14:3, 16:25
inform [1] - 34:17
informal [1] - 25:9
information [1] - 39:19
informed [2] - 57:7, 57:11
initial [2] - 4:23, 24:25
innocent [1] - 20:13
inquire [1] - 6:16
inquired [2] - 21:11, 21:24
inside [8] - 45:14, 46:1, 48:10, 49:17, 50:2, 50:3, 50:5, 50:17
instance [1] - 20:2
instances [1] - 19:24
Intel [1] - 21:18
intellectuals [1] - 27:25
Intelligence [8] - 22:12, 22:16, 26:21, 56:18, 56:20, 57:4, 57:6, 58:23
intelligence [7] - 15:3, 15:4, 16:6, 26:1, 26:7, 26:13, 55:14
intend [6] - 7:9, 17:19, 33:7, 53:6, 57:20, 57:23
intended [2] - 57:2, 59:6
intends [1] - 52:23
intention [3] - 18:4, 32:5, 32:14
interest [1] - 22:1
interested [2] - 10:25, 26:20
interests [1] - 11:2
interim [1] - 5:3
interior [1] - 49:16
international [4] - 20:22, 20:24, 21:7, 45:3
interrupt [1] - 12:21
introduce [1] - 43:20
investigation [6] - 20:4, 37:13, 37:22, 38:2, 42:17, 55:12
investigations [2] - 21:9, 40:16
inviolability [10] - 47:2, 47:12, 47:23, 47:24, 48:1, 48:19, 49:3, 49:16, 49:20,

50:4
inviolable [1] - 48:12
invitation [2] - 48:7, 59:10
invite [1] - 13:13
inviting [1] - 11:15
involved [1] - 45:16
issue [7] - 7:11, 8:1, 10:23, 17:15, 33:3, 33:4, 50:8
issues [4] - 17:18, 21:20, 28:11, 59:2
item [1] - 24:14
itself [3] - 47:12, 47:14, 48:3

J

J-1 [1] - 9:24
jail [1] - 27:11
January [4] - 9:17, 10:13, 12:15, 13:5
job [1] - 10:1
joseph [1] - 3:5
JOSEPH [1] - 43:10
Joseph [1] - 43:22
journey [1] - 11:19
JUDGE [1] - 1:13
Judge [1] - 6:2
judge [1] - 6:2
judiciary [1] - 25:3
July [3] - 1:7, 6:3, 62:10
June [2] - 24:9, 25:7, 25:10, 25:12, 25:15
jurisdiction [1] - 48:11
jury [2] - 37:3, 41:13
jury's [1] - 31:12
Justice [1] - 31:20

K

keep [1] - 57:14
keeping [2] - 9:20, 27:11
Kenerson [33] - 4:6, 4:15, 6:9, 7:5, 12:21, 13:1, 17:17, 17:25, 23:17, 24:18, 24:25, 25:8, 25:10, 32:8, 33:1, 33:17, 34:22, 35:25, 36:5, 36:7, 38:19, 39:17, 42:22, 42:23, 43:13, 51:25, 52:10, 52:22, 54:10, 58:5, 59:16, 61:9
KENERSON [47] -

1:15, 4:13, 6:10, 7:7, 7:14, 12:19, 13:2, 14:24, 15:1, 15:15, 15:18, 17:22, 18:2, 32:11, 32:16, 33:2, 33:8, 34:25, 35:2, 36:8, 36:12, 37:6, 37:18, 37:21, 38:4, 38:6, 38:15, 39:1, 39:18, 42:25, 43:15, 43:17, 51:23, 52:8, 52:11, 52:25, 53:8, 53:10, 53:15, 54:11, 58:6, 58:19, 58:22, 59:9, 59:13, 60:10, 61:11
Kenerson's [3] - 29:25, 34:5, 35:24
key [3] - 14:8, 14:10, 14:14
KGB [1] - 15:10
kind [3] - 47:5, 47:17, 50:6
kinds [1] - 30:13
Kislyak [2] - 58:14, 59:19
knowing [2] - 20:4, 22:20
knows [1] - 7:8

L

lack [1] - 46:19
laid [6] - 14:2, 16:12, 17:2, 20:3, 41:21
land [1] - 50:13
language [4] - 12:10, 13:3, 13:22, 38:23
large [1] - 22:4
last [2] - 6:25, 14:5
late [1] - 23:12
law [16] - 7:20, 8:8, 30:1, 33:5, 33:13, 34:1, 34:12, 36:2, 43:25, 45:3, 45:10, 47:3, 48:11, 48:21, 50:6
lawfully [1] - 49:23
laws [2] - 33:23, 50:17
lawyer [1] - 4:16
lays [2] - 14:4, 41:18
lead [1] - 14:11
lead-up [1] - 14:11
leak [1] - 16:10
lease [1] - 29:9
least [4] - 28:19, 29:20, 37:1, 57:8
leave [5] - 26:20,

27:7, 29:14, 39:20,
55:1
**left** [3] - 7:24, 15:4,
27:3
**legally** [2] - 17:12
**length** [1] - 56:17
**less** [1] - 12:3
**letter** [7] - 21:8,
21:15, 23:23, 37:25,
38:20, 39:10, 39:11
**level** [1] - 14:3
**lied** [1] - 10:7
**lies** [1] - 11:2
**lieu** [1] - 29:4
**lifts** [1] - 49:2
**light** [1] - 55:24
**likelihood** [2] - 20:1,
42:11
**likely** [3] - 29:21,
40:14, 40:15
**limit** [1] - 50:11
**limited** [2] - 7:11,
38:10
**line** [1] - 10:15
**Lisa** [1] - 62:12
**LISA** [2] - 2:1, 62:3
**list** [1] - 14:9
**literally** [1] - 21:2
**lived** [1] - 25:19
**living** [1] - 47:17
**local** [1] - 48:3
**location** [2] - 8:6, 8:7
**long-term** [3] - 8:19,
9:19, 9:25
**look** [8] - 24:7,
26:16, 27:12, 38:20,
42:5, 46:8, 46:9,
47:12
**looked** [2] - 6:25,
55:23
**looking** [2] - 8:18,
20:20

## M

**ma'am** [1] - 43:6
**MACKIE** [1] - 1:15
**Mackie** [1] - 4:6
**magazine** [1] - 20:8
**MAGISTRATE** [1] -
1:13
**maintain** [1] - 29:9
**Manila** [1] - 44:25
**manual** [1] - 45:19
**March** [4] - 11:20,
16:3, 21:22, 41:8
**Maria** [6] - 18:8,
25:3, 26:10, 26:17,
27:15, 55:21

**MARIA** [1] - 1:7
**Maria's** [1] - 15:19
**Mariia** [5] - 4:5, 7:16,
8:13, 52:6, 54:19
**MARIIA** [1] - 1:7
**mark** [2] - 23:9,
24:14
**marshal** [2] - 35:6,
61:14
**Masharia** [1] - 4:9
**massive** [2] - 26:22,
27:22
**material** [1] - 52:16
**materials** [1] - 58:11
**matter** [9] - 6:1, 7:15,
17:2, 17:3, 28:25,
29:24, 33:12, 38:7,
61:3
**matters** [1] - 24:2
**maximum** [2] -
31:14, 40:21
**McGLINCHEY** [1] -
1:21
**meal** [1] - 15:7
**mean** [8] - 18:18,
30:7, 30:10, 30:17,
45:23, 47:25, 48:1,
48:17
**means** [3] - 47:16,
48:2, 48:9
**media** [4] - 16:3,
16:8, 26:22, 27:1
**meeting** [4] - 9:10,
9:14, 26:4, 28:2
**meetings** [2] - 10:25,
26:1
**member** [1] - 26:12
**memorandum** [8] -
6:18, 6:24, 9:11,
14:20, 15:8, 16:13,
19:11, 40:25
**mentee** [1] - 56:3
**mention** [1] - 40:9
**mentioned** [7] -
10:24, 25:3, 28:25,
46:13, 47:23, 48:15,
48:21
**mentor** [2] - 21:4,
56:3
**mentor-mentee** [1] -
56:3
**merits** [1] - 27:12
**message** [4] - 9:1,
12:7, 13:16, 16:4
**messages** [10] - 9:2,
9:4, 9:9, 55:21, 55:24,
55:25, 56:2, 56:14,
56:17, 56:25
**met** [3] - 22:15, 26:6
**Mexican** [2] - 51:18,

51:19
**MFA** [1] - 11:1
**MICHAEL** [1] - 1:15
**Michaelson** [1] -
53:16
**might** [3] - 8:5,
24:12, 42:14
**minimal** [2] - 10:19,
16:1
**minimum** [3] - 18:23,
18:24, 26:16
**Ministry** [1] - 11:13
**minor** [2] - 28:8, 28:9
**minority** [1] - 25:3
**minute** [2] - 29:1,
29:21
**misleading** [1] - 19:9
**mission** [5] - 7:18,
45:17, 49:11, 54:3,
54:5
**Missions** [1] - 45:13
**modern** [1] - 22:7
**moment** [2] - 12:22,
23:14
**Monday** [1] - 4:24
**money** [1] - 17:4
**monitor** [1] - 12:23
**monitoring** [3] -
17:4, 29:18, 41:22
**month** [2] - 8:25,
11:25
**months** [2] - 10:12,
12:3
**morning** [1] - 6:21
**most** [6] - 7:10,
18:14, 19:24, 28:8,
28:10, 46:11
**mostly** [1] - 46:9
**motion** [2] - 23:12,
52:24
**movant** [1] - 54:15
**move** [8] - 12:9,
24:11, 24:12, 25:22,
25:23, 29:10, 32:5,
32:14
**moves** [1] - 26:19
**movie** [2] - 59:20,
60:4
**moving** [4] - 25:13,
25:16, 25:23, 39:24
**MR** [101] - 4:13, 5:7,
5:10, 5:13, 5:16, 5:18,
5:24, 6:10, 6:13, 6:20,
7:2, 7:7, 7:14, 12:19,
12:24, 13:2, 14:24,
15:1, 15:15, 15:18,
17:22, 18:2, 18:6,
18:8, 19:5, 19:8,
19:21, 19:23, 23:11,
23:15, 23:18, 23:21,

23:23, 24:16, 24:19,
24:21, 24:24, 29:7,
30:4, 31:8, 31:10,
31:15, 32:3, 32:6,
32:11, 32:16, 32:18,
33:2, 33:8, 33:19,
34:6, 34:9, 34:20,
34:25, 35:2, 35:22,
35:25, 36:8, 36:12,
37:6, 37:18, 37:21,
38:4, 38:6, 38:15,
39:1, 39:5, 39:8,
39:14, 39:18, 42:25,
43:15, 43:17, 51:23,
52:3, 52:8, 52:11,
52:14, 52:18, 52:25,
53:7, 53:8, 53:10,
53:15, 54:11, 54:17,
55:13, 55:18, 57:3,
58:3, 58:6, 58:19,
58:22, 59:9, 59:13,
59:18, 59:25, 60:4,
60:10, 61:7, 61:11
**MS** [2] - 4:14, 4:19
**multiple** [1] - 42:9
**multiyear** [1] - 40:20
**must** [3] - 19:2,
19:14, 37:4
**mutual** [1] - 20:12

## N

**name** [7] - 4:16,
4:18, 13:24, 13:25,
33:8, 43:20, 43:22
**narrative** [1] - 35:23
**nation** [2] - 45:8,
47:18
**National** [4] - 13:14,
14:9, 14:13, 56:10
**national** [11] - 26:14,
26:15, 42:1, 42:6,
42:14, 44:8, 49:10,
49:22, 49:23, 57:9
**Nations** [1] - 44:20
**nations** [1] - 11:18
**nature** [2] - 19:3,
47:1
**nearly** [1] - 10:17
**necessary** [1] -
60:22
**need** [2] - 14:13
**needs** [1] - 56:11
**nefarious** [2] - 20:21,
21:1
**new** [6] - 7:25, 8:1,
12:4, 17:12, 18:19,
49:11
**New** [1] - 53:16

**news** [1] - 41:4
**none** [1] - 37:8
**nonetheless** [1] -
41:3
**normal** [1] - 20:17
**Nos** [4] - 3:8, 3:9,
32:12, 32:21
**note** [14] - 6:5, 6:24,
13:9, 13:10, 15:10,
15:18, 15:20, 16:2,
33:3, 40:1, 41:17,
53:1, 58:24, 59:1
**noted** [10] - 5:22,
8:22, 9:20, 11:9, 12:8,
14:20, 15:8, 16:8,
40:18, 40:22
**notes** [1] - 13:24,
15:19, 62:5
**nothing** [15] - 7:19,
8:8, 18:14, 25:10,
25:12, 26:15, 27:15,
28:5, 28:14, 28:16,
41:9, 50:15, 60:9,
60:10, 61:7
**notice** [1] - 29:13
**notification** [1] -
36:19
**noting** [2] - 11:13,
12:2
**notion** [2] - 8:12,
47:10
**notwithstanding** [1]
- 18:9
**novel** [1] - 55:4
**November** [2] - 8:18,
21:8
**NRA** [3] - 20:10,
20:11, 22:5
**number** [3] - 14:8,
37:7, 40:2
**numerous** [3] -
26:25, 46:22, 54:1
**NW** [4] - 1:17, 1:22,
2:3, 62:14

## O

**oath** [1] - 22:16
**objection** [6] - 32:7,
32:10, 32:17, 32:18,
52:8, 52:17
**obtained** [1] - 8:23
**obviously** [1] - 20:17
**occurring** [1] - 13:14
**October** [2] - 12:6,
12:12
**odds** [2] - 31:12,
55:15
**OF** [4] - 1:2, 1:3,

1:12, 1:17
**offense** [2] - 19:3, 36:15
**offenses** [3] - 19:4, 37:3, 38:12
**offer** [9] - 15:21, 17:18, 38:7, 38:11, 52:24, 57:2, 57:23, 58:1, 59:7
**offered** [1] - 60:14
**offering** [2] - 25:4, 35:1
**offhand** [1] - 46:23
**OFFICE** [1] - 1:16
**office** [3] - 44:9, 44:11, 57:14
**Office** [1] - 45:13
**officer** [5] - 4:9, 26:7, 26:8, 44:7, 44:14
**officers** [1] - 9:21
**Official** [2] - 2:1, 55:19
**official** [26] - 10:1, 10:2, 10:8, 10:20, 11:9, 11:11, 11:17, 12:7, 12:8, 12:13, 13:4, 13:11, 14:5, 14:12, 16:2, 16:10, 26:1, 26:24, 30:2, 40:10, 41:4, 55:19, 55:22, 56:5, 60:3, 62:12
**official's** [3] - 13:25, 56:1, 56:9
**officially** [1] - 10:3
**officials** [12] - 13:16, 14:2, 14:5, 21:21, 33:25, 34:10, 45:12, 48:4, 50:19, 55:12, 55:14, 58:10
**OFM** [3] - 45:13, 46:7
**often** [1] - 10:5
**once** [5] - 7:21, 8:7, 33:5, 48:16, 54:4
**one** [28] - 6:25, 7:25, 8:1, 10:2, 10:18, 11:22, 12:9, 12:22, 19:10, 21:9, 22:6, 23:14, 24:1, 30:15, 31:2, 31:13, 36:19, 37:11, 38:7, 40:2, 40:14, 41:6, 41:16, 41:25, 53:12, 55:7, 58:8
**ones** [1] - 46:22
**operating** [1] - 31:19
**operative** [2] - 15:3, 15:4
**opinion** [2] - 60:23, 60:25

**opportunity** [3] - 35:19, 39:3, 54:15
**opposed** [1] - 15:25
**order** [7] - 8:5, 11:2, 16:9, 17:15, 29:17, 41:6, 60:18
**orders** [2] - 7:23, 13:17
**ordinarily** [1] - 54:12
**organization** [6] - 11:16, 14:9, 15:10, 15:20, 20:7, 20:10
**organizations** [1] - 14:8
**outset** [1] - 17:17
**overlook** [1] - 7:1
**overseas** [4] - 24:13, 44:16, 44:22, 45:5
**overwhelming** [1] - 16:23
**own** [5] - 26:17, 27:7, 28:23, 49:14, 56:11
**owns** [2] - 51:12, 51:13

## P

**p.m** [1] - 1:8
**PAGE** [1] - 3:7
**page** [1] - 13:8
**pages** [1] - 22:11
**paperwork** [2] - 45:21, 46:9
**parallel** [1] - 10:1
**parameters** [1] - 38:22
**parentheses** [1] - 10:2
**part** [7] - 7:10, 11:4, 11:5, 22:4, 26:9, 31:4, 40:15
**participate** [2] - 9:23, 44:6
**particular** [2] - 37:22, 42:17
**particularly** [1] - 48:24
**parties** [2] - 11:1, 12:8
**party** [2] - 14:8, 17:5
**pass** [1] - 30:19, 45:20, 46:17
**passport** [6] - 7:25, 17:12, 18:20, 44:18, 49:11, 49:12
**passports** [2] - 7:24, 17:5
**past** [1] - 8:15
**patriots** [1] - 15:20

**patriots-in-waiting** [1] - 15:20
**pay** [2] - 45:24, 46:23
**penalties** [1] - 40:21
**pendency** [1] - 29:24
**pending** [3] - 17:15, 42:4, 60:19
**Pennsylvania** [1] - 1:22
**people** [9] - 20:17, 21:14, 25:21, 26:5, 28:2, 28:12, 41:1, 49:17, 50:20
**perfectly** [2] - 20:16, 25:15
**perhaps** [1] - 34:14
**periodic** [2] - 29:8, 29:11
**periodically** [1] - 20:14
**permission** [3] - 36:9, 47:18, 48:5
**Person** [13] - 8:20, 9:19, 10:15, 12:2, 13:22, 15:10, 15:19, 22:5, 26:23, 37:14, 38:1, 38:8
**person** [8] - 9:6, 9:10, 20:1, 20:5, 30:25, 44:17, 49:7
**personal** [4] - 18:8, 18:11, 29:4, 45:9
**pharmaceuticals** [1] - 56:1
**Philippines** [1] - 44:25
**photo** [4] - 13:10, 15:1, 39:25, 40:2
**photograph** [4] - 15:5, 58:18, 58:20, 59:24
**photographs** [1] - 58:12
**photos** [1] - 59:19
**picture** [5] - 13:6, 20:24, 21:2, 28:3, 40:5
**place** [2] - 15:3, 15:12
**places** [1] - 44:17
**plaintiff** [1] - 1:5
**plane** [1] - 9:14
**planned** [2] - 9:5, 9:10
**planning** [1] - 39:20
**plates** [1] - 23:1
**plea** [3] - 5:17, 5:21, 16:7
**pled** [1] - 40:25
**PLLC** [1] - 1:21

**plot** [1] - 21:1
**PLUNKETT** [1] - 1:21
**Plunkett** [1] - 4:7
**plus** [1] - 8:15
**podium** [1] - 33:15
**point** [10] - 7:20, 25:6, 25:18, 34:19, 36:13, 39:5, 40:17, 41:25, 50:20, 53:3
**pointed** [1] - 42:4
**points** [2] - 36:16, 58:6
**political** [6] - 11:12, 12:8, 14:8, 21:25, 22:7, 28:2
**politicians** [2] - 13:19, 14:3
**portion** [1] - 57:1, 57:23
**posing** [1] - 20:8
**position** [4] - 24:10, 30:23, 33:12, 58:25
**possibility** [3] - 30:18, 37:9, 40:19
**possibly** [1] - 18:20
**potential** [1] - 36:24
**potentially** [1] - 37:9
**pouch** [2] - 50:9, 50:11
**Pozner** [1] - 10:15
**prayer** [2] - 11:14, 56:11
**Prayer** [3] - 13:14, 14:10, 14:13
**preclude** [1] - 30:2
**preliminary** [1] - 4:25
**prepared** [2] - 7:10, 42:23
**preponderance** [3] - 19:13, 19:20, 60:16
**present** [2] - 7:10, 35:20
**presentation** [3] - 18:9, 19:9, 40:8
**presenting** [2] - 15:22, 15:23
**President** [1] - 11:20
**president** [1] - 12:4
**presumably** [1] - 29:10
**presume** [1] - 33:24
**presumption** [1] - 18:11
**pretrial** [3] - 4:9, 6:18, 29:11
**prevented** [1] - 11:17
**previously** [1] - 46:11
**private** [2] - 15:7,

20:5
**privileges** [3] - 46:19, 46:22, 54:25
**probable** [2] - 31:12, 37:3
**proceed** [12] - 5:4, 6:7, 6:11, 6:14, 7:5, 7:8, 12:21, 18:4, 23:20, 24:22, 24:23, 32:25
**Proceedings** [1] - 61:18
**proceedings** [7] - 4:3, 35:8, 35:12, 35:15, 43:4, 61:16, 62:6
**process** [4] - 46:5, 46:10, 49:3, 50:23
**produced** [1] - 62:6
**producing** [1] - 23:11
**proffer** [30] - 7:9, 7:11, 15:1, 15:11, 17:20, 17:22, 18:5, 18:7, 23:25, 24:6, 30:1, 31:4, 33:10, 35:3, 36:10, 37:25, 38:7, 38:11, 38:22, 39:10, 39:11, 55:10, 55:15, 55:16, 58:8, 58:11, 58:17, 60:2
**proffered** [2] - 37:24, 60:14
**proffering** [1] - 12:16
**program** [1] - 21:7
**prohibit** [1] - 27:21
**prohibition** [1] - 29:15
**prohibits** [1] - 31:18
**project** [1] - 10:15
**properly** [3] - 46:1, 46:4
**properties** [1] - 45:25
**property** [6] - 46:18, 47:12, 47:14, 47:21, 48:10, 48:17
**proposal** [3] - 10:22, 11:4, 11:5
**propose** [1] - 10:22
**proposed** [2] - 13:19, 38:22
**pros** [1] - 9:18
**prospective** [1] - 20:15
**protect** [1] - 44:19
**protected** [1] - 47:21
**protection** [3] - 30:16, 44:16, 47:20
**proven** [1] - 19:11

**proves** [1] - 30:5
**provide** [3] - 21:18, 24:18, 44:16
**provided** [5] - 5:11, 23:16, 23:22, 45:22, 57:16
**provides** [1] - 19:17
**providing** [3] - 10:23, 11:12, 26:21
**proxy** [1] - 28:10
**public** [5] - 20:5, 25:5, 26:25, 49:5, 49:8
**publicity** [1] - 20:7
**publicly** [1] - 16:6
**published** [2] - 16:4, 22:3
**pulled** [1] - 48:25
**purchasing** [1] - 55:25
**purposes** [6] - 4:17, 12:17, 19:1, 33:20, 33:24, 37:1
**pursuant** [1] - 19:11
**put** [8] - 7:18, 12:16, 14:21, 22:8, 37:25, 45:19, 50:2, 55:23
**Putin's** [1] - 11:21
**puts** [1] - 41:17

**Q**

**questioning** [1] - 37:2
**questions** [3] - 9:22, 22:16, 24:4
**quite** [1] - 16:13
**quote** [7] - 25:8, 29:2, 37:16, 38:23, 38:24, 39:13
**quoted** [2] - 57:25, 59:8
**quotes** [1] - 34:4

**R**

**raise** [1] - 7:11
**raised** [1] - 8:12
**range** [1] - 44:15
**rather** [1] - 56:21
**ray** [1] - 50:10
**RDR** [3] - 2:1, 62:3, 62:12
**react** [1] - 20:3
**reacted** [2] - 22:19, 30:24
**reacts** [1] - 55:5
**reading** [1] - 5:15

**ready** [7] - 6:7, 6:11, 6:13, 13:16, 24:7, 24:11, 35:10
**realistic** [1] - 29:19
**really** [1] - 47:13
**reason** [1] - 18:18
**reasonable** [1] - 30:24
**reasonably** [2] - 19:18, 60:17
**reasons** [2] - 41:16, 41:20
**rebuttal** [4] - 32:25, 36:10, 54:13
**receive** [2] - 5:8, 6:17
**RECEIVED** [1] - 3:7
**received** [5] - 6:19, 6:20, 20:7, 23:12, 25:7
**recently** [1] - 28:14
**recess** [6] - 34:15, 34:22, 35:5, 35:11, 35:19, 60:23
**recognizance** [5] - 28:23, 29:4, 30:20, 41:20, 41:22
**recognizances** [4] - 18:9, 18:12, 26:18, 27:8
**recognizes** [1] - 4:16
**record** [9] - 4:18, 8:14, 35:16, 36:25, 37:15, 38:18, 38:21, 52:9, 53:1
**recourse** [1] - 54:4
**recover** [1] - 8:20
**recovered** [4] - 8:19, 9:12, 10:17, 13:22
**Red** [1] - 3:2
**redaction** [1] - 13:10
**redactions** [1] - 32:16
**refer** [1] - 24:9
**reference** [1] - 37:16
**referenced** [5] - 10:14, 33:4, 39:25, 40:24, 58:22
**references** [1] - 40:11
**referred** [3] - 9:11, 9:12, 44:4
**referring** [1] - 24:24
**refers** [1] - 55:20
**reflects** [1] - 36:25
**Reform** [4] - 19:17, 30:19, 37:5, 60:21
**refuge** [1] - 42:12
**regarding** [4] - 9:5, 14:1, 15:21, 25:25

**regards** [2] - 9:20, 39:25
**registered** [1] - 7:19
**registering** [1] - 31:19
**registration** [3] - 31:17, 36:15, 36:18
**regulatory** [2] - 27:14, 28:6
**related** [4] - 15:9, 21:12, 21:13, 24:2
**relates** [1] - 45:4
**relation** [2] - 37:13, 38:1
**relations** [4] - 20:22, 20:24, 21:7, 28:1
**relationship** [4] - 20:11, 20:18, 21:11, 56:3
**release** [5] - 26:17, 30:8, 41:19, 41:23, 60:16
**released** [5] - 18:8, 18:11, 26:17, 28:23, 30:20
**relies** [2] - 22:14, 22:18
**remarkable** [1] - 18:14
**report** [4] - 13:21, 14:1, 25:3, 25:11
**REPORTED** [1] - 2:1
**reported** [1] - 13:15
**Reporter** [2] - 2:1, 62:12
**reporter** [1] - 43:21
**reports** [2] - 11:11, 13:18
**represent** [1] - 58:25
**representatives** [1] - 11:1
**request** [4] - 5:2, 24:14, 32:8, 57:22
**requesting** [1] - 21:9
**requests** [4] - 5:22, 7:25, 57:7, 58:25
**require** [1] - 36:18
**required** [2] - 27:17, 29:9
**requirement** [1] - 28:6
**requires** [2] - 29:16, 60:21
**research** [1] - 45:22
**residence** [6] - 13:23, 37:19, 46:14, 46:18, 47:5, 48:18
**residences** [2] - 46:1, 46:14
**resolve** [1] - 28:20

**respect** [6] - 5:17, 25:25, 34:16, 38:21, 59:11, 61:3
**respond** [4] - 15:21, 29:25, 54:16, 55:9
**responded** [3] - 21:23, 25:10, 25:12
**responds** [1] - 13:12
**response** [9] - 23:24, 25:7, 30:4, 33:11, 33:17, 35:23, 55:9, 58:8, 58:15
**restaurant** [1] - 15:6
**restricting** [1] - 8:5
**resulted** [1] - 20:11
**resume** [1] - 35:10
**retained** [1] - 21:17
**retired** [2] - 35:7, 61:15
**retrieve** [1] - 43:1
**return** [12] - 5:25, 7:16, 18:24, 20:1, 27:6, 27:10, 33:15, 34:13, 35:6, 40:15, 41:23, 61:14
**returned** [1] - 5:3
**review** [3] - 57:13, 60:23, 60:24
**Rifle** [1] - 56:10
**rightly** [2] - 36:16, 42:4
**rights** [7] - 5:19, 11:15, 14:9, 20:6, 20:9, 20:20, 56:5
**risk** [11] - 14:18, 17:15, 21:5, 27:2, 30:21, 33:21, 34:4, 53:25, 55:3
**risks** [2] - 9:21, 52:15
**ROBERT** [1] - 1:20
**Robert** [1] - 4:7
**ROBINSON** [1] - 1:12
**role** [2] - 25:5, 44:13
**roll** [1] - 23:1
**Rolling** [1] - 22:3
**Room** [2] - 2:3, 62:14
**rules** [2] - 18:21, 18:22
**Russia** [19] - 8:3, 8:4, 10:3, 12:4, 15:25, 16:24, 17:11, 18:17, 20:6, 20:7, 21:4, 22:5, 26:10, 28:12, 30:20, 42:16, 53:24, 55:12, 56:6
**Russian** [59] - 8:1, 9:3, 9:5, 10:8, 10:18, 11:1, 11:2, 11:8,

11:11, 11:16, 12:7, 12:8, 12:13, 13:3, 13:4, 13:10, 13:15, 13:21, 13:24, 14:2, 14:4, 14:5, 14:12, 14:18, 15:3, 15:20, 16:2, 16:6, 16:10, 18:15, 18:18, 20:8, 20:9, 21:14, 21:21, 23:1, 26:1, 26:3, 26:7, 26:13, 26:14, 26:24, 27:25, 28:1, 28:13, 30:7, 33:25, 34:10, 40:10, 41:3, 42:1, 42:9, 42:14, 52:7, 56:12, 58:13, 59:20, 60:5
**Russian-language** [1] - 13:3

**S**

**S-T-O-W-E-L-L** [1] - 43:22
**sacrosanct** [1] - 48:6
**safety** [2] - 49:5, 49:9
**salary** [3] - 10:1, 10:2, 10:3
**sanction** [1] - 37:10
**sanctions** [2] - 40:20
**satisfy** [2] - 30:8, 41:23
**saw** [2] - 28:3, 40:7
**scandal** [1] - 22:5
**scandals** [1] - 22:7
**scheduled** [6] - 4:25, 5:4, 6:3, 6:7, 6:12, 9:14
**school** [2] - 20:21, 25:22
**school's** [1] - 25:22
**scope** [2] - 52:11, 52:12
**screen** [2] - 12:19, 13:2
**screening** [2] - 59:20, 60:4
**scrutiny** [1] - 22:21
**search** [12] - 9:2, 24:1, 26:20, 37:12, 47:4, 47:17, 48:3, 48:9, 50:3, 50:7, 50:10, 50:18
**seat** [3] - 18:1, 28:24, 39:15
**seated** [1] - 35:13
**second** [3] - 10:15, 13:8, 47:8
**secretly** [1] - 40:12

**Security** [2] - 43:24, 44:2

**security** [5] - 44:8, 44:14, 44:15, 44:17, 57:10

**see** [3] - 30:23, 34:11, 50:17

**seeing** [1] - 52:16

**seeking** [3] - 42:12, 56:9

**seeks** [1] - 17:10

**seized** [1] - 58:11

**selected** [1] - 56:21

**selectively** [3] - 55:23, 57:25, 59:8

**Senate** [12] - 21:9, 21:10, 21:18, 22:12, 22:15, 26:21, 56:17, 56:19, 57:4, 57:6, 58:23

**send** [1] - 46:6

**sent** [3] - 10:13, 12:1, 23:24

**sentence** [4] - 36:22, 36:24, 38:20, 38:25

**separate** [1] - 10:25

**September** [1] - 12:1

**series** [1] - 13:3

**serious** [3] - 28:11, 31:13, 36:14

**serve** [1] - 45:5

**Service** [2] - 43:24, 44:2

**services** [3] - 4:9, 16:6, 29:12

**session** [4] - 23:25, 24:6, 56:18, 56:19

**set** [6] - 7:15, 27:9, 29:4, 41:19, 54:8, 60:20

**setting** [2] - 10:9, 23:25

**seven** [1] - 44:12

**shaking** [1] - 25:8

**shared** [3] - 14:23, 15:13, 21:3

**sharing** [1] - 15:6

**shocked** [1] - 20:23

**shopping** [1] - 46:24

**short** [1] - 45:13

**shortly** [1] - 9:17

**shot** [1] - 13:3

**sic** [1] - 42:2

**sic]** [1] - 30:12

**side** [1] - 59:10

**sign** [1] - 41:7

**signature** [1] - 57:7

**similar** [3] - 12:15, 15:22, 15:23

**simply** [2] - 26:2,

60:4

**single** [1] - 41:14

**sit** [1] - 44:7

**sitting** [1] - 40:3

**situation** [3] - 19:23, 25:24, 59:3

**Sixth** [1] - 5:19

**size** [1] - 50:11

**skiff** [1] - 57:13

**soil** [3] - 47:11, 47:13, 47:20

**someone** [5] - 12:10, 14:15, 16:5, 26:3, 33:5

**sometimes** [1] - 25:22

**somewhat** [1] - 20:23

**sorry** [5] - 12:7, 21:22, 41:25, 51:9, 51:16

**sort** [7] - 7:17, 8:6, 42:12, 44:6, 48:7, 50:9

**sounds** [2] - 33:10, 54:6

**South** [12] - 23:24, 24:2, 24:3, 25:13, 25:16, 25:19, 25:23, 29:10, 37:25, 38:1, 38:16, 39:24

**speaking** [1] - 38:3

**special** [3] - 28:13, 43:24, 57:9, 57:14

**specific** [2] - 30:22, 42:7

**specifically** [3] - 36:21, 38:10, 40:24

**specifics** [2] - 42:5, 55:10

**speculating** [1] - 26:2

**speculation** [1] - 26:22

**speech** [2] - 14:11, 59:2

**speeches** [2] - 14:13, 20:20

**spell** [1] - 43:20

**spend** [1] - 45:1

**spends** [1] - 52:15

**spent** [2] - 44:24

**spoken** [2] - 45:10, 45:12

**spokesperson** [1] - 10:23

**spy** [3] - 26:3, 26:23, 55:4

**spying** [2] - 21:1, 27:13

**staff** [1] - 22:16

**STAFFORD** [1] - 1:21

**stand** [1] - 43:8

**standard** [2] - 19:14, 19:19

**standards** [1] - 57:17

**stands** [3] - 27:4, 28:5, 31:5

**staring** [1] - 40:19

**started** [2] - 8:16, 21:6

**state** [2] - 34:12, 52:9

**State** [8] - 7:19, 43:25, 44:2, 45:12, 45:20, 46:7, 46:16, 47:22

**statements** [1] - 8:15

**STATES** [4] - 1:1, 1:3, 1:13, 1:16

**States** [36] - 2:2, 4:5, 4:21, 8:16, 8:17, 9:6, 9:15, 9:18, 9:23, 10:5, 10:11, 10:12, 11:3, 11:8, 16:1, 20:13, 20:25, 21:19, 23:24, 31:6, 31:9, 41:2, 42:1, 42:2, 45:14, 46:2, 46:4, 47:4, 50:15, 50:17, 51:17, 52:23, 53:15, 58:13, 61:10, 62:13

**stateside** [1] - 44:18

**stationed** [1] - 44:22

**status** [9] - 6:2, 14:14, 20:16, 20:18, 27:25, 46:15, 46:21, 49:18, 51:18

**statute** [7] - 27:21, 27:22, 30:18, 30:19, 31:17, 31:18, 31:22

**stay** [2] - 9:22, 28:19

**stenographic** [1] - 62:5

**step** [3] - 43:1, 43:7, 52:20

**still** [2] - 25:12, 53:6

**Stone** [1] - 22:3

**stood** [1] - 23:3

**stop** [3] - 50:3, 50:18, 54:2

**stopped** [1] - 51:6

**stories** [1] - 16:3

**story** [2] - 16:8, 56:14

**Stowell** [4] - 3:5, 33:8, 43:22, 52:20

**STOWELL** [1] - 43:10

**strategy** [1] - 13:13

**Street** [1] - 1:17

**strength** [1] - 8:11

**stress** [1] - 14:13

**strong** [1] - 17:2

**student** [10] - 8:13, 8:21, 10:6, 10:7, 11:5, 11:24, 14:16, 20:24, 21:3, 28:17

**study** [1] - 12:10

**stuff** [2] - 47:1, 47:5

**subfolder** [1] - 13:24

**subject** [7] - 10:15, 13:10, 26:22, 32:16, 37:22, 38:8, 38:9, 39:11, 47:17, 48:9

**submission** [1] - 16:11

**submit** [2] - 13:9, 27:7

**submitted** [3] - 10:11, 11:24, 19:15

**submitting** [2] - 24:6, 31:5

**substantial** [1] - 28:11

**successor** [1] - 15:9

**sufficient** [1] - 53:22

**suggest** [1] - 57:21

**suggested** [2] - 54:25, 57:20

**suggesting** [1] - 22:4

**suggestion** [1] - 40:4

**Suite** [1] - 1:22

**sum** [1] - 17:1

**summarized** [1] - 31:7

**summer** [1] - 25:13

**support** [7] - 6:18, 10:14, 10:24, 11:10, 14:20, 52:24, 59:7

**supposed** [2] - 26:1, 37:8

**surrender** [2] - 7:24, 17:5

**surrounding** [2] - 21:20, 59:3

**surveillance** [6] - 15:5, 25:17, 26:19, 29:20, 29:21, 54:20

**suspected** [1] - 15:4

**suspects** [1] - 15:2

**sustained** [1] - 52:17

**sworn** [1] - 43:9

**SWORN** [1] - 43:10

**system** [1] - 14:7

**T**

**table** [3] - 4:15, 12:23, 40:3

**tactical** [1] - 22:23

**talks** [1] - 41:4

**task** [3] - 44:6, 44:7, 44:10

**tax** [1] - 46:23

**taxes** [2] - 45:24, 46:23

**teachers** [1] - 13:12

**team** [1] - 12:4

**temporary** [1] - 20:19

**ten** [3] - 17:9, 31:14, 36:22

**ten-year** [1] - 36:22

**tensions** [2] - 26:9, 28:15

**term** [8] - 8:19, 9:19, 9:25, 20:21, 31:14, 46:20, 47:23, 47:25

**termed** [1] - 14:2

**terms** [6] - 14:18, 21:5, 31:16, 40:20, 51:17, 58:22

**testify** [1] - 57:11

**testifying** [1] - 52:15

**testimony** [8] - 7:10, 17:18, 21:19, 26:21, 33:3, 34:23, 58:23, 59:8

**text** [3] - 9:1, 9:2, 9:9

**THE** [121] - 1:2, 1:12, 1:15, 1:17, 1:20, 3:3, 4:1, 4:4, 4:12, 4:15, 4:22, 5:8, 5:11, 5:14, 5:17, 5:20, 5:25, 6:11, 6:15, 6:22, 7:4, 7:6, 7:13, 12:18, 12:20, 12:25, 14:22, 14:25, 15:13, 15:16, 17:17, 17:24, 18:3, 18:7, 19:1, 19:7, 19:16, 19:22, 23:8, 23:13, 23:16, 23:19, 23:22, 24:14, 24:17, 24:20, 24:22, 28:24, 29:25, 31:2, 31:9, 31:11, 32:1, 32:4, 32:7, 32:14, 32:17, 32:19, 32:23, 33:7, 33:15, 34:3, 34:7, 34:14, 34:21, 35:1, 35:4, 35:9, 35:13, 35:16, 35:17, 35:23, 36:3, 36:11, 36:25, 37:15, 37:20, 38:3, 38:5,

38:13, 38:18, 39:2, 39:6, 39:9, 39:15, 42:22, 43:2, 43:5, 43:6, 43:7, 43:11, 43:12, 43:13, 51:25, 52:9, 52:12, 52:17, 52:19, 52:22, 53:4, 53:9, 53:14, 54:10, 54:12, 55:7, 55:14, 57:1, 57:20, 58:4, 58:16, 58:21, 59:5, 59:10, 59:15, 59:23, 60:1, 60:8, 60:12, 61:8, 61:12, 61:17

**themselves** [2] - 40:5, 49:18

**theoretical** [1] - 30:17

**theory** [1] - 26:5

**therefore** [1] - 26:3

**Thereupon** [6] - 4:2, 35:7, 35:11, 35:14, 43:3, 61:15

**they've** [2] - 54:19, 56:21

**thinking** [1] - 8:16

**third** [1] - 17:5

**third-party** [1] - 17:5

**thousands** [5] - 26:5, 55:20, 55:21, 56:13

**threats** [1] - 30:25

**three** [3] - 8:15, 9:9, 10:12

**three-plus** [1] - 8:15

**throughout** [1] - 9:12

**thrust** [1] - 40:13

**thumb** [1] - 13:22

**ties** [6] - 14:18, 15:24, 15:25, 39:21, 42:18, 53:24

**timeline** [1] - 20:2

**timing** [1] - 12:2

**title** [1] - 15:18

**today** [4] - 18:10, 27:4, 40:3, 40:25

**too-frequent** [1] - 9:22

**too-long** [1] - 9:22

**toothpaste** [1] - 55:25

**Torshin** [2] - 21:11, 21:12

**total** [2] - 10:24, 45:1

**touch** [2] - 16:9, 41:7

**tourism** [1] - 9:23

**tourist** [7] - 8:22, 9:8, 9:15, 9:20, 10:4, 20:18

**TRANSCRIPT** [1] - 1:12

**transcript** [15] - 56:19, 57:1, 57:3, 57:8, 57:12, 57:13, 57:15, 57:18, 57:22, 57:23, 58:22, 59:3, 59:12, 62:4, 62:6

**translated** [2] - 9:3, 10:19

**translation** [4] - 10:19, 10:20, 10:21, 40:9

**translations** [1] - 13:8

**travel** [4] - 9:5, 10:4, 20:12, 56:10

**traveling** [2] - 8:16, 8:17

**treaty** [3] - 8:4, 18:17, 42:3

**trespass** [1] - 48:2

**trial** [2] - 17:15, 60:19

**trip** [2] - 9:8, 27:18

**trips** [1] - 11:7, 20:13

**true** [7] - 13:25, 19:21, 30:17, 47:11, 50:22, 62:4, 62:5

**truly** [2] - 27:2

**trying** [3] - 26:3, 36:13, 56:14

**Tuesday** [1] - 6:3

**turned** [2] - 22:11, 31:24

**Twitter** [5] - 11:9, 12:7, 13:16, 16:3, 56:25

**two** [15] - 11:17, 12:3, 13:18, 20:17, 28:15, 29:1, 31:13, 31:24, 37:3, 37:5, 37:6, 37:11, 38:10, 56:14, 58:6

**two-count** [1] - 31:24

**type** [3] - 9:25, 21:1, 29:16

**types** [1] - 41:1

**typical** [1] - 56:2

**U**

**unaware** [1] - 26:12

**unclear** [1] - 51:16

**uncontested** [1] - 54:6

**under** [14] - 20:4, 20:16, 22:16, 22:21, 25:17, 26:17, 26:19, 29:20, 29:21, 36:16, 37:5, 47:21, 54:19,

55:12

**underground** [1] - 12:14

**underlying** [1] - 31:23

**unenforceable** [1] - 8:7

**unfortunate** [1] - 56:16

**unique** [3] - 19:23, 26:15, 30:23

**unit** [1] - 44:8

**United** [37] - 2:2, 4:5, 4:21, 8:16, 8:17, 9:6, 9:15, 9:18, 9:22, 10:4, 10:11, 10:12, 11:3, 11:7, 15:25, 20:13, 20:25, 21:19, 23:24, 31:6, 31:9, 41:2, 42:1, 42:2, 44:20, 45:14, 46:1, 46:4, 47:3, 50:15, 50:17, 51:17, 52:23, 53:15, 58:13, 61:10, 62:13

**UNITED** [4] - 1:1, 1:3, 1:13, 1:16

**University** [7] - 12:11, 16:15, 16:17, 16:18, 16:19, 16:22, 21:6

**unlawful** [2] - 27:16, 28:5

**unless** [2] - 49:2, 57:14

**unofficial** [1] - 14:6

**unspoken** [1] - 39:9

**up** [14] - 10:9, 10:20, 14:11, 14:21, 17:1, 21:17, 23:1, 23:25, 25:22, 28:25, 30:22, 37:9, 45:17

**upstaging** [1] - 41:5

**US** [26] - 6:1, 8:20, 9:7, 9:19, 10:15, 12:1, 12:2, 13:6, 13:19, 13:22, 15:2, 15:10, 15:19, 18:17, 20:6, 24:3, 30:1, 31:19, 33:4, 36:2, 37:14, 38:1, 38:8, 55:25, 56:1, 56:10

**USC** [3] - 17:9, 36:16, 40:23

**V**

**values** [1] - 14:8

**various** [4] - 21:13, 21:14, 21:20, 45:23

**vehicle** [11] - 33:6, 46:14, 46:18, 48:17, 49:20, 50:2, 50:4, 50:23, 51:12, 51:13, 54:5

**vehicles** [3] - 45:25, 46:13, 47:5

**vein** [1] - 12:15

**versus** [3] - 4:5, 10:20, 53:15

**via** [1] - 13:16

**Vienna** [3] - 45:18, 47:21

**view** [1] - 55:8

**viewed** [1] - 58:20

**viewing** [1] - 58:17

**views** [1] - 14:7

**violate** [1] - 31:21

**violated** [1] - 28:7

**violation** [2] - 27:23, 36:18

**visa** [18] - 8:22, 8:24, 9:15, 9:19, 9:20, 9:24, 9:25, 10:4, 10:6, 10:7, 10:11, 11:6, 11:24, 14:16, 20:16, 20:18, 28:18, 44:18

**visas** [5] - 8:19, 8:21, 20:19

**visit** [3] - 9:15, 9:17, 10:12

**visiting** [1] - 45:21

**voicemail** [1] - 25:1

**voluntarily** [1] - 22:15

**vs** [1] - 1:6

**W**

**waiting** [1] - 15:20

**waive** [4] - 5:14, 50:22, 50:25, 51:3

**waived** [2] - 51:5, 51:7

**waiving** [1] - 51:10

**walk** [1] - 30:15

**walks** [1] - 29:22

**wants** [1] - 28:19

**warrant** [5] - 9:2, 37:13, 37:19, 48:23, 50:7

**warrants** [3] - 24:1, 37:12, 60:25

**Washington** [11] - 1:8, 1:23, 2:4, 15:6, 22:24, 29:8, 39:20, 44:8, 44:11, 59:21, 62:14

**washington** [1] -

1:18

**ways** [3] - 13:19, 49:21, 50:1

**wealthy** [1] - 9:5

**wearing** [1] - 22:23

**week** [2] - 9:14, 12:12

**weekly** [1] - 29:7

**weeks** [1] - 15:4

**weight** [3] - 19:4, 33:13, 42:7

**whole** [1] - 30:10

**wide** [1] - 44:15

**WILLIAM** [2] - 1:15, 43:10

**William** [3] - 3:5, 4:6, 43:22

**willing** [1] - 33:20

**wish** [8] - 29:25, 32:25, 33:18, 39:2, 53:5, 54:13, 55:9, 58:1

**WITNESS** [3] - 43:6, 43:10, 43:12

**witness** [12] - 33:7, 33:18, 34:18, 34:23, 36:1, 36:10, 42:23, 43:3, 43:8, 52:21, 53:2, 53:6

**witness's** [1] - 36:1

**WITNESSES** [1] - 3:3

**witnesses** [1] - 53:11

**words** [2] - 34:3, 50:19

**world** [1] - 30:13

**worst** [1] - 27:8

**writing** [1] - 60:21

**written** [5] - 9:3, 10:18, 13:21, 55:16, 61:1

**X**

**x-ray** [1] - 50:10

**Y**

**year** [6] - 4:4, 24:9, 25:18, 29:20, 36:22, 36:24

**years** [10] - 8:15, 14:5, 17:9, 31:14, 42:9, 44:3, 44:12, 44:24, 45:1, 46:9

**yesterday** [1] - 25:4

**York** [1] - 53:16

**yourself** [2] - 43:20, 44:22