```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA


   United States of America,     ) Criminal Action
                                 ) No. 18-mj-73
              Plaintiff,         )
                                 ) INITIAL APPEARANCE
   vs.                           ) UNSEALED
                                 ) Washington, DC
   Mariia Butina, a/k/a Maria    ) July 16, 2018
   Butina,                       ) Time:  1:41 p.m.
                                 )
              Defendant.         )
   _____

            TRANSCRIPT OF INITIAL APPEARANCE
                      HELD BEFORE
      THE HONORABLE MAGISTRATE JUDGE DEBORAH A. ROBINSON
              UNITED STATES MAGISTRATE JUDGE
   _____

                    A P P E A R A N C E S

   For the Plaintiff:  Erik Michael Kenerson
                       William Mackie
                       U.S. ATTORNEY'S OFFICE
                       555 Fourth Street, NW
                       Suite 11-449
                       Washington, DC 20530
                       (202) 252-7201
                       Email: Erik.kenerson@usdoj.gov

   For the Defendant:  Robert Neil Driscoll
                       McGLINCHEY STAFFORD PLLC
                       1275 Pennsylvania Avenue, NW
                       Suite 420
                       Washington, DC 20004
                       (202) 802-9950
                       Email: Rdriscoll@mcglinchey.com

   Proceedings reported by audio recording.
   _____

   Transcribing Court Reporter: Janice E. Dickman, RMR, CRR
                       Official Court Reporter
                       United States Courthouse, Room 6523
                       333 Constitution Avenue, NW
                       Washington, DC  20001
                       202-354-3267
```

```
 1                THE COURT:  Good afternoon.
 2                THE COURTROOM DEPUTY:  This is magistrate case year
 3    2018-073M, United States of America versus Mariia Butina.
 4                Eric Kenderson and William Mackie for the government.
 5    Robert Driscoll for the defense.  Pretrial officer is Masharia
 6    Holman.
 7                This is an initial appearance and return on arrest
 8    warrant and this case is currently sealed.
 9                THE COURT:  Mr. Kenerson, good afternoon.
10                MR. KENERSON:  Good afternoon, Your Honor.
11                THE COURT:  Mr. Kenerson, the Court was informed,
12    before the case was called, indeed, before the Court took the
13    bench, that the United States intended to move to unseal this
14    matter.  I will hear from you now.
15                MR. KENERSON:  Yes, Your Honor.  The government does
16    move to unseal this case, including the complaint and related
17    documents.
18                THE COURT:  Thank you very much, Mr. Kenerson.  That
19    motion will be granted nunc pro tunc to the time the case was
20    called.  You may have a seat.  Thank you.
21                THE COURTROOM DEPUTY:  Miss Butina, please stand and
22    raise your right hand.
23                (Whereupon MARIIA BUTINA was duly sworn.)
24                THE COURT:  Now, good afternoon.  Will you please
25    state your full name for the record.
```

1          THE DEFENDANT: Mariia Butina.

2          THE COURT: Thank you. You may be seated.

3          Mr. Driscoll, before we begin, may I address you,
4    please, to inquire whether or not Ms. Butina requires an
5    interpreter? I believe the question may have been asked
6    earlier by either a representative of pretrial service or --
7    services, or someone else involved in proceedings other than
8    those in the courtroom. But, I would like for you to address
9    that, please. Thank you.

10         Good afternoon.

11         MR. DRISCOLL: Good afternoon, Your Honor. I think
12   for this proceeding she'll be fine without an interpreter.
13   She's done other testimonial-under-oath events in English and
14   successfully completed them. So I think for this proceeding it
15   will be fine.

16         THE COURT: Very well. Thank you very much, Mr.
17   Driscoll. I assume you will alert the Court immediately if
18   your representations are contradicted by information that comes
19   to your attention.

20         MR. DRISCOLL: I will.

21         THE COURT: Thank you very much.

22         Now, Ms. Butina, you have been arrested on a warrant
23   issued by the Court at the time of the issuance of a criminal
24   complaint, a copy of which has been provided to your counsel.

25         You may take your seat. Thank you.

1        You are advised that you are not required to make any
2   statement concerning the charge alleged there and that any
3   statement you make may be used against you.  You are charged by
4   complaint with the offense of conspiracy, in violation of Title
5   18 United States Code §371.  That offense is a felony for which
6   the statute provides as a penalty upon conviction a period of
7   incarceration of up to five years, a fine of up to $250,000, or
8   both.
9        As I indicated, you are not required to make any
10  statement concerning this charge and any statement you make may
11  be used against you.
12       You are advised that you have the right to the
13  assistance of counsel, and that the Court must appoint counsel
14  to assist you, if you are unable to retain counsel.  The Court
15  has been informed that you have retained counsel; that is, Mr.
16  Driscoll, thus, the Court has no need to inquire regarding your
17  eligibility for appointed counsel.
18       Finally, you are advised that you have a right to a
19  preliminary hearing at which the Court will make a finding
20  regarding probable cause.
21       Mr. Kenerson, does the United States wish to be heard
22  with regard to Miss Butina's conditions of release?
23       MR. KENERSON:  Yes, Your Honor.  The government is
24  moving for the Court to set a detention hearing pursuant to
25  3142(f)(2)(A).  We would request a continuance of that hearing,

1  and I've spoken to Mr. Driscoll about dates.  We would request
2  Wednesday afternoon, if it's available to the Court.
3          THE COURT:  Wednesday, July 18th?
4          MR. KENERSON:  Yes.
5          THE COURT:  Very well.  Thank you, Mr. Kenerson.
6          Mr. Driscoll, do you wish to be heard with respect to
7  the government's motion for a detention hearing on the
8  proffered ground?
9          MR. DRISCOLL:  Yes, Your Honor.  Thank you.  Miss
10 Butina is a 29-year-old Russian national with no interaction
11 with the criminal justice system at all.  She just graduated
12 from American with a master's in international relations, in
13 May, with a 4.0 GPA.
14         The government, I think, would contend she's a flight
15 risk, but she has been publicly, essentially, in the media,
16 accused of being an agent for the government of Russia for the
17 last nine months, has not fled; she testified before the Senate
18 Intelligence Committee in closed session -- which was not
19 public until today -- several months ago, did not flee,
20 cooperated with that request; had her house searched in April
21 by the FBI with 15 agents going through everything she had, did
22 not flee.  And we have been offering to cooperate with the
23 government the entire time and have been met with silence,
24 followed by an arrest on a Sunday, leaving Miss Butina in
25 central cellblock overnight last night.

1            So, I think she's not a flight risk. She's certainly
2   not a danger to the community, and there's got to be conditions
3   of release short of detention that would work for her. And
4   we've been trying to work something out, unsuccessfully, with
5   the government, who seems intent on pressing forward with
6   incarceration, notwithstanding, you know, a pretty weak case.
7            Thank you, Your Honor.
8            THE COURT: So am I to infer from your comments that
9   you do not oppose the government's motion to schedule a hearing
10  on July 18th, but that you will have evidence to proffer at
11  that time?
12           MR. DRISCOLL: That is true.
13           THE COURT: Very well. Thank you very much, Mr.
14  Driscoll. That will, of course, be a consolidated preliminary
15  hearing and detention hearing. Pending the continuance, Ms.
16  Butina will be held without bond pursuant to the statute.
17           Is there anything further with respect to this matter
18  this afternoon, Mr. Kenerson? Is there anything further on
19  behalf of the United States?
20           MR. KENERSON: No, nothing further at this time, Your
21  Honor.
22           THE COURT: Thank you, Mr. Kenerson.
23           Mr. Driscoll, is there anything further on behalf of
24  Miss Butina?
25           MR. DRISCOLL: I would just like the record to

1   reflect that discovery requests were served on the government.
2   And before we leave I would like to approach on one small
3   matter.
4              THE COURT:  Mr. Kenerson?
5              MR. KENERSON:  I need a little more information, Your
6   Honor.
7              THE COURT:  Yes.  Mr. Driscoll, let me ask you to
8   have a seat for one moment.
9              MR. KENERSON:  I just wanted to also inform the Court
10  and put on the record that consulate notification was made.
11             THE COURT:  In order for the record to be complete,
12  would you indicate, please, when that notification was made and
13  by what means, please?
14             MR. KENERSON:  I do believe it was yesterday, but I
15  will get that information for the Court in time for the
16  detention hearing.
17             THE COURT:  The consolidated preliminary hearing and
18  detention hearing.
19             MR. KENERSON:  Correct, and detention hearing.
20             THE COURT:  Thank you very much, Mr. Kenerson.
21             Counsel, you may both approach.  I will ask the
22  deputy clerk to please terminate this record.  And the bench
23  conference will be recorded on a separate record, to be
24  unsealed at such time as may be appropriate.
25             Mr. Driscoll, do you wish headphones for your client,

1  so that she will be present for the conference?
2          MR. DRISCOLL:  It's not necessary.
3          THE COURT:  Let me ask you to go back to the podium
4  then and indicate whether you waive your client's -- or,
5  whether your client waives her presence for the bench
6  conference, please.
7          We are still on the public record.  I ask you, Mr.
8  Driscoll, to please indicate whether, in response to my offer
9  that Miss Butina be provided with headphones, a headset, so
10 that she can be present for the bench conference, you
11 indicated, quote, that was not necessary.  My question, of
12 course, is whether Miss Butina waives her presence for the
13 conference?
14         MR. DRISCOLL:  Yes.
15         THE COURT:  Very well.  In that event, the deputy
16 courtroom clerk will terminate this record and call the case
17 again.
18         You may approach, Counsel.
19         THE COURTROOM DEPUTY:  This is magistrate case year
20 2018-073, United States of America versus Mariia Butina.
21         Eric Kenerson and William Mackie for the government.
22 Robert Driscoll for the defense.
23         This is a sealed portion for her initial appearance.
24         THE COURT:  Thank you. Miss Lesley, may I ask you to
25 please ensure that your calling of the case was recorded?  I'm

1  also going to ask each counsel to state his name, just so we
2  are certain that this is on audio.
3              Mr. Driscoll, your full name.
4              MR. DRISCOLL:  Robert Neil Driscoll on behalf of
5  Mariia Butina.
6              MR. KENERSON:  And Eric Kenerson for the United
7  States.
8              MR. MACKIE:  William Mackie.
9              THE COURT:  Also for the United States?
10             MR. MACKIE:  I'm sorry.  Also for the United States.
11             THE COURT:  Mr. Driscoll?
12             MR. DRISCOLL:  I'm sorry for the extended issue here,
13 for a small matter.  Miss Butina appears to have a cut on her
14 ankle.  She got in custody last night.  I want to just make
15 sure, on the transfer order, maybe make a notation that she
16 should see a doctor to get that taken care of.  That was my
17 only request for the Court.
18             THE COURT:  Of course.  There is a medical alert form
19 that is utilized in this court and I will ask you to get one
20 for the table, complete it, ask your client to sign it and then
21 return it to the deputy clerk.
22             Is there any reason that I cannot state what we
23 discussed here at the bench?
24             MR. DRISCOLL:  No.
25             THE COURT:  And of the issue that you brought to the

1   Court's attention, a medical report?
2           MR. DRISCOLL:  None.
3           THE COURT:  Very well.  Do you wish to inquire, Mr.
4   Kenerson or Mr. Mackie?
5           MR. KENERSON:  No.  No, Your Honor.
6           THE COURT:  Thank you.
7           (In open court:)
8           THE COURTROOM DEPUTY:  Recalling the public matter of
9   criminal case year 2018-073M, United States of America versus
10  Mariia Butina.
11          THE COURT:  Thank you.  The record will reflect that
12  at the bench counsel for Miss Butina brought to the Court's
13  attention a need for a medical alert.  The Court advised you,
14  Mr. Driscoll, to obtain a copy of the medical alert form,
15  complete it, and return it to the deputy clerk.  The form will
16  accompany the commitment.
17          Is there anything further with respect to this matter
18  at this time?  Mr. Kenerson, is there anything further on
19  behalf of the United States?
20          MR. KENERSON:  No, Your Honor.
21          THE COURT:  Thank you, Mr. Kenerson.
22          Mr. Driscoll, is there anything further on behalf of
23  Miss Butina?
24          MR. DRISCOLL:  There is not, Your Honor.
25          THE COURT:  Thank you very much, Mr. Driscoll.

1            Miss Butina, please return with the marshal.
2                              *   *   *

```
 1
 2                          CERTIFICATE
 3        I do hereby certify that the foregoing is a true, correct
 4    and complete transcript of the audio-recorded proceedings in
 5    this matter, audio recorded on July 16, 2018, and transcribed
 6    from the audio recording to the best of my ability, and that
 7    said transcript has been compared with the audio recording.
 8                             Dated:  July 19, 2018
 9
10                             /s/_____
                               Janice Dickman
11                             Official Court Reporter
                               333 Constitution Avenue
12                             Washington, DC  20001
                               202-354-3267
```