# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Criminal Case: 18-cr-00218 (TSC)** |
| **MARIIA BUTINA,** : | |
|   Also known as Maria Butina, : | |
| : | |
|   **Defendant.** : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Thomas N. Saunders is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472845

By:        /s/
THOMAS N. SAUNDERS
Assistant United States Attorney
N.Y. Bar Number 4876975
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7790
Email: thomas.saunders@usdoj.gov

Certificate of Service

    I HEREBY CERTIFY that a copy of the foregoing Notice was delivered via the Court's electronic filing system upon counsel for the defendant on this 24th day of July, 2018.

                                                                /s/  
                                            THOMAS N. SAUNDERS  
                                            Assistant United States Attorney