**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | Criminal Case: 18-218 (TSC) |
| | : | |
| **MARIIA BUTINA,** | : | |
| also known as Maria Butina | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF APPEARANCE**

COMES NOW on behalf of the United States of America the undersigned attorney, A. William Mackie, and hereby gives notice of appearance as co-counsel for the United States in the captioned case. The undersigned has been duly appointed as a Trial Attorney for the United States Department of Justice, National Security Division, Counterintelligence and Export Control Section, and is authorized to participate in case *sub judice*.

The undersigned is a member in good standing with the State Bar of North Carolina and holds State Bar Identification Number 13816. The undersigned has been duly authorized to appear and submit filings as an attorney for the United States in the United States District Court of the District of Columbia.

Respectfully submitted this 6 day of August 2018, in Washington, DC.

s/ A. WILLIAM MACKIE
Trial Attorney
National Security Division
U.S. Department of Justice
600 E. Street NW, Suite 10810
Washington, DC, 20530
(202) 233-2122
(202) 233-2146
N.C. Bar No. 13816
Will.Mackie@usdoj.gov
