# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | **Criminal Case: 18-218 (TSC)** |
| **v.** : | |
| : | |
| : | |
| **MARIIA BUTINA, also known as** : | |
| **MARIA BUTINA,** : | |
| : | |
| **Defendant.** : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

                                            Respectfully submitted,

                                            JESSIE K. LIU
                                            UNITED STATES ATTORNEY
                                            D.C. Bar No. 472845

                By:          /s/
                                            ERIK M. KENERSON
                                            Assistant United States Attorney
                                            Ohio Bar No. 82960
                                            555 4th Street, N.W.,
                                            Washington, D.C. 20530
                                            (202) 252-7201
                                            Erik.Kenerson@usdoj.gov

Dated:   August 8, 2018