## Butina Letter of Recommendation
## from Bank of Russia Deputy Governor Alexander Torshin

To the Columbia University Graduate School of Arts & Sciences:

World class universities, by their nature, carry the special responsibility of preparing future world leaders. I have been privileged in my career to work with many world leaders and I have come to recognize the traits that make each one a success. Mariia Butina embodies the essential traits of future success   and I am trusting you to further refine her skills so that she may one day offer bold leadership within Mother Russia.

I was Chairman of the Federation Council (the equivalent of being president of the American U.S. Senate) when I first met Ms. Butina in 2012. I have met few if any other young leaders who were as quick to learn and adapt to wildly different environments and challenges. She was introduced to me as the Founding Chairman of a (then) small public organization dedicated to "The Right to Bear Arms" for Russian citizens. I shared her belief on this issue and, together with Hero of the Motherland Gen. Mikhail Kalashnikov, sought ways to support her work. She was fearless when others were timid. She was a woman in a world dominated by men. In four years, she added 10,000 citizen members to her organization, but her legislative dreams have yet to be fully realized. She is patient when others are rash   she keeps an eye on the horizon.

The Soviet and now Russian educational system drills its students thoroughly and hard. But it cannot teach aptitude. During her years as my assistant in the Russian Federation Council, she learned the difference between reading political science and real life political science. She adapted quickly and was able to learn mountains of process and the special language of government (her third after Russian and English).

When my world radically changed just under a year ago, she taught herself yet another world as Special Assistant to my new position as Deputy Governor of the Bank of Russia. Central bank finance now became more central than legislation, but she discovered that key political truths transcend government institutions . . . and international borders. All while maintaining her leadership of her gun rights organization.

She will flourish at Columbia. She meets and charms world leaders effortlessly and shall greet her fellow students with equal ease. Thank you for considering her   please teach her and return her home ready for the next chapter in Russian / U.S. relations.

Sincerely,
Alexander Torshin
Deputy Governor, Bank of Russia

EXHIBIT 1