## Mariia Butina Statement of Purpose

Is it possible to be born in two countries at once? I was. But my mission is to help the new conquer the old.

I was born in a small town in Siberia at the sunset of the Soviet era and the sunrise of the new capitalistic Russia. I had the good fortune to see socialism, the lack of human rights and a dying economy. I had the good fortune to see the transitional period when my country did not have any rules and laws. (For a period, Russia was controlled by criminals – I remember when our house was occasionally called by various people threatening to burn my home and kill my family.) I had the good fortune to see the New Russia, when my fellow citizens took first steps in a market economy, and to share with them the joy of success and the pain of failure.

My generation in Russia is called "the transitionals." We were taught by teachers nostalgic for the Soviet past. We were taught new ideas from old textbooks. On the first page of my first book in elementary school was a huge portrait of Vladimir Lenin with his famous phrase, "Study, study and study again." Though dated, it was surprisingly crucial for my generation. We chose to interpret it as a call to be a person free from the pressure of Soviet propaganda – and open to new ideas.

In my life, there were three moments that allowed me to fully realize the importance of new ideas.

The first moment was when I was granted admission to the only special experimental public school in Siberia – with in-depth study of foreign languages. I was allowed to read English and German books, not just Soviet history books. Only 15% of Russians know any foreign language.

Sunrise in New Russia was also the dawn of the internet. My second moment was when my generation decided to live by the Latin aphorism "scientia potentia est" (knowledge is power). The post-Soviet internet age gave us the most valuable gift for our minds – access to true information. We could study the world and the laws of capitalism outside official classes.

My final lesson was from my father. When the Soviet Union collapsed, he was a university professor of mechanical engineering. That's when he started his first business in what the West calls "retail," which for 70 years the USSR called "speculation" and was a crime punishable by up to 2 years in prison. Following the example of my father, I studied the basics of supply and demand and opened a small chain of furniture stores (mostly by "trial and error").

But it was the criminal "transition" period that haunted me. I realized the importance of safety for the prosperity of the nation. And I realized that average Russians had no way to protect themselves, their homes or their families.

So at the same time that I was attending university and running a retail business, I founded a non-profit public organization to fight for the right of average citizens to bear arms for self-defense. During my second year at university, the success of "The Right to Bear Arms" led to my election as the youngest member of The Russian Social Chamber of my home state.

EXHIBIT 2

I was ready to devote my whole life to bettering my New Russia by bettering my native Siberia. But then more I learned about Russia, then more I realized that the true hub of power was located far to the west . . . in Moscow. I realized that to be significant, I had to live where one-third of the Russian population (and all political, media and business authorities) lived.

So after graduating with Masters Degrees in political science and teaching, I sold my business and moved to Moscow. I created a new public relations company in Moscow, all while concentrating on expanding "The Right to Bear Arms." This non-profit organization grew to include offices in nearly every Russian state and currently has over 10,000 members.

Being chairman of the public organization, I got to see all of my vast country – its rich and its poor. And much of the world. I have spoken about gun rights in Germany, the Czech Republic, Estonia, Taiwan and the United States.

But despite everything I've learned and the political influence I've gained, I understand that this knowledge is still insufficient to help develop my Motherland. We are still learning economics, democracy, human rights and international relations through "trial and error." The price of each mistake is the broken fate of a citizen of my country. So I believe that it's necessary to obtain knowledge in a Western university, to more rapidly bring true economic and political progress to New Russia.

I believe in the Russian Federation. I believe that Russia can be a country with free and prosperous citizens, who will be able to realize and use their talents and potential. I believe that Russia is an important and powerful player in the global political arena and can play an even bigger role in maintaining peace in the world and countering the threat of global terrorism.

And I believe that the Russian Federation and America can be partners (again) on the world stage. The one truly golden age of diplomacy between Russia and America occurred during the rule of Russian Emperor Alexander II and President Abraham Lincoln. These leaders shared a contemporary challenge of abolishing slavery within their nations – with Alexander II ending serfdom in 1861 and Lincoln ending slavery in 1863. At a time of upheaval in both nations, their close correspondence created diplomatic relations that were durable and effective.

My generation has a great responsibility for the management of Russia during this time of upheaval and into the future, and I want to do my best for my Motherland. A Master's degree from Harvard will give me the best chance to see this dream become reality.

**To:** [redacted]@gmail.com[[redacted]@gmail.com]
**From:** Harvard Graduate School of Arts and Sciences
**Sent:** Tue 1/3/2017 1:18:05 AM
**Subject:** Harvard GSAS Application Submitted

Dear Maria Butina,

Your application to Harvard University's Graduate School of Arts and Sciences has been successfully submitted.

Please remember to complete and submit the supplemental data application.

Sincerely,
Admissions Office

**To:** [redacted]@gmail.com[[redacted]@gmail.com]
**From:** Harvard Graduate School of Arts and Sciences
**Sent:** Wed 12/28/2016 11:26:27 AM
**Subject:** Online Recommendation Submitted for Harvard Graduate School Online Application

Dear Maria Butina,

This email is to let you know that an online recommendation has been submitted by Alexander Torshin for your application to Harvard Graduate School of Arts and Scie

Thank you,

Graduate School Admissions Office

**From:**
**Sent:** Sat 1/28/2017 12:57:18 AM
**Subject:** Harvard REECA Skype Interview Sign-Up

Greetings!

Thank you for your application to the REECA Master's Program at Harvard.  As part of the application process, our director of studies, ▮▮▮▮, would like to conduct a brief interview with you.  She has set aside the following blocks of time for this purpose (all times listed are Eastern Standard Time):

Monday, January 30:  12 noon – 1pm, 3:30pm – 5pm
Tuesday, January 31:  10:30am – 4:40pm

I realize that this is short notice, but I hope that you will be able to find a time that works for you.  Each slot is just 10 minutes, so the conversation will be brief.

If you have the bandwidth, video is preferred, but we recognize that this may not be possible. To facilitate the interview process, please send a Skype contact request to avacroux well ahead of your appointment.

Please sign up for an individual appointment on the Doodle poll at the link below.

http://doodle.com/poll▮▮▮▮▮.

Note:  by signing up for a slot, you have reserved that appointment.  To edit your response, simply follow the link again, and click on the pencil icon to edit your response.

If you are not available or do not have internet access during the times listed, please let me know.

Thank you!
--
▮▮▮▮▮▮
Student Programs Officer
Davis Center for Russian and Eurasian Studies
t: ▮▮▮▮

**From:** Maria Butina [████@gmail.com] on behalf of Maria Butina
**Sent:** Friday, January 27, 2017 7:13 PM
**To:** Erickson Paul
**Subject:** Fwd: Harvard REECA Skype Interview Sign-Up

!!!!!

Best regards,

Maria Butina

████████(cell)

Начало переадресованного сообщения:

От: "████████" <████@fas.harvard.edu>
Дата: 27 января 2017 г., 19:57:18 GMT-5
Тема: **Harvard REECA Skype Interview Sign-Up**

Greetings!

Thank you for your application to the REECA Master's Program at Harvard. As part of the application process, our director of studies, ████████, would like to conduct a brief interview with you. She has set aside the following blocks of time for this purpose (all times listed are Eastern Standard Time):

Monday, January 30: 12 noon – 1pm, 3:30pm – 5pm
Tuesday, January 31: 10:30am – 4:40pm

I realize that this is short notice, but I hope that you will be able to find a time that works for you. Each slot is just 10 minutes, so the conversation will be brief.

If you have the bandwidth, video is preferred, but we recognize that this may not be possible. To facilitate the interview process, please send a Skype contact request to avacroux well ahead of your appointment.

Please sign up for an individual appointment on the Doodle poll at the link below.

http://doodle.com/poll/████

Note: by signing up for a slot, you have reserved that appointment. To edit your response, simply follow the link again, and click on the pencil icon to edit your response.

If you are not available or do not have internet access during the times listed, please let me know.

Thank you!
--
████████

1

Student Programs Officer
Davis Center for Russian and Eurasian Studies
t: ▮