| +79▮▮▮ | Local User | 8/26/2015 01:33:27 PM | I don't know what you owe me for this insurance they put me through the wringer. |
|---|---|---|---|
| Local User | +79▮▮▮ | 8/26/2015 01:33:46 PM | Sex. |
| Local User | +79▮▮▮ | 8/26/2015 01:33:51 PM | Thank you so much. |
| Local User | +79▮▮▮ | 8/26/2015 01:34:04 PM | I have nothing else at all. Not a nickel to my name. |
| +79▮▮▮ | Local User | 8/26/2015 01:37:19 PM | Ugh…( |
| +79▮▮▮ | Local User | 8/26/2015 02:18:52 PM | The "mvshina"[sic, read "car"] is at the house, the insurance and documents are on the table at your house, winter tires are in the truck of the car! |
| Local User | +79▮▮▮ | 8/26/2015 04:09:37 PM | [DK], thank you so much!!!!! |
| Local User | +79▮▮▮ | 8/26/2015 04:09:44 PM | Ask for anything… |
| Local User | +79▮▮▮ | 8/26/2015 04:09:49 PM | …you want. |
| Local User | +79▮▮▮ | 8/26/2015 04:09:57 PM | That they hire you? |
| +79▮▮▮ | Local User | 8/26/2015 04:13:39 PM | Think of something! Sex with you does not interest me. Think! |

EXHIBIT 2