UNCLASSIFIED

Conversation (iMessage: +79 ███████ Chat)

Participants (3)

(owner)    Mariya Butina    +79 ████████

         ██████████    +79 ████████

(owner)    Mariya Butina    ████████@gmail.com

Conversation

Mariya Butina

[IS] let's go have fun with guys!!!
Read: 8/19/2015 7:06:24 AM (UTC+0) | Delivered: 8/19/2015 7:06:06 AM (UTC+0)

8/19/2015 7:06:06 AM (UTC+0)

IS ██████

What kind of proposition is this first thing in the morning? Are you drunk?
Read: 8/19/2015 7:07:17 AM (UTC+0)

8/19/2015 7:07:04 AM (UTC+0)

Mariya Butina

Bored. So there.

Read: 8/19/2015 7:08:16 AM (UTC+0) | Delivered: 8/19/2015 7:07:22 AM (UTC+0)

8/19/2015 7:07:22 AM (UTC+0)

IS ██████

Got you. Come over for lunch, would you like to?
Read: 8/19/2015 7:14:43 AM (UTC+0)

8/19/2015 7:08:35 AM (UTC+0)

Mariya Butina

I can't((. Thursday evening?!
Read: 8/19/2015 7:15:04 AM (UTC+0) | Delivered: 8/19/2015 7:15:57 AM (UTC+0)

8/19/2015 7:14:56 AM (UTC+0)

UNCLASSIFIED

**EXHIBIT
3**

USAO_Discovery_005760

UNCLASSIFIED

Mariya Butina

Oh. Shit. There is a gathering there. Lunchtime on Thursday.
Read: 8/19/2015 7:15:11 AM (UTC+0) | Delivered: 8/19/2015 7:15:11 AM (UTC+0)

8/19/2015 7:15:11 AM (UTC+0)

IS █████████

I am going home on Thursday evening. I will come on Sun. In the meantime, look for guys)
Read: 8/19/2015 7:15:46 AM (UTC+0)

8/19/2015 7:15:46 AM (UTC+0)

Mariya Butina

How is it going with yours!
Read: 8/19/2015 7:17:09 AM (UTC+0) | Delivered: 8/19/2015 7:17:09 AM (UTC+0)

8/19/2015 7:17:09 AM (UTC+0)

Mariya Butina

?
Read: 8/19/2015 7:17:11 AM (UTC+0) | Delivered: 8/19/2015 7:17:11 AM (UTC+0)

8/19/2015 7:17:11 AM (UTC+0)

IS █████████

Nohow. 3 weeks of silence. The hell with him! [angry face emoji]
Read: 8/19/2015 7:18:04 AM (UTC+0)

8/19/2015 7:17:46 AM (UTC+0)

Mariya Butina

It's even worse in my case. He's been bugging the shit out of me with his mom

Read: 8/19/2015 7:18:29 AM (UTC+0) | Delivered: 8/19/2015 7:18:21 AM (UTC+0)

8/19/2015 7:18:20 AM (UTC+0)

Mariya Butina

I have a feeling that I am residing in a nursing home

Read: 8/19/2015 7:18:32 AM (UTC+0) | Delivered: 8/19/2015 7:18:31 AM (UTC+0)

UNCLASSIFIED

USAO_Discovery_005761

UNCLASSIFIED

8/19/2015 7:18:30 AM (UTC+0)

Mariya Butina

Shit!!!!

Read: 8/19/2015 7:18:35 AM (UTC+0)  |  Delivered: 8/19/2015 7:18:35 AM (UTC+0)

8/19/2015 7:18:35 AM (UTC+0)

UNCLASSIFIED

USAO_Discovery_005762

UNCLASSIFIED

Mariya Butina

Send a link to the dating app

Read: 8/31/2015 1:18:36 PM (UTC+0) | Delivered: 8/31/2015 1:18:22 PM (UTC+0)

8/19/2015 1:18:22 PM (UTC+0)

IS ███████████

Tinder
Read: 8/31/2015 1:18:48 PM (UTC+0)

8/31/2015 1:18:43 PM (UTC+0)

Mariya Butina

And a photo of your cat

Read: 8/31/2015 1:18:53 PM (UTC+0) | Delivered: 8/31/2015 1:18:52 PM (UTC+0)

8/31/2015 1:18:48 PM (UTC+0)

IS ███████████

In AppStore

Read: 8/31/2015 1:18:53 PM (UTC+0)

8/31/2015 1:18:52 PM (UTC+0)

IS ███████████

[Image of a cat]

8/31/2015 1:19:36 PM (UTC+0)

Mariya Butina

Oh my, what a cutie

Read: 8/31/2015 1:20:44 PM (UTC+0) | Delivered: 8/31/2015 1:20:20 PM (UTC+0)

8/31/2015 1:20:05 PM (UTC+0)

Mariya Butina

What's his name?
Read: 8/31/2015 1:20:46 PM (UTC+0) | Delivered: 8/31/2015 1:20:45 PM (UTC+0)

UNCLASSIFIED
4

USAO_Discovery_005763

UNCLASSIFIED

IS ████████

[Photo of a cat]
8/31/2015 1:20:51 PM (UTC+0)

IS ████████

Elizar. Meet him )

8/31/2015 1:21:02 PM (UTC+0)

Mariya Butina

[image]
Read: 8/31/2015 1:21:34 PM (UTC+0) | Delivered: 8/31/2015 1:21:16 PM (UTC+0)

8/31/2015 1:21:00 PM (UTC+0)

Mariya Butina

Is that it?
Read: 8/31/2015 1:21:34 PM (UTC+0) | Delivered: 8/31/2015 1:21:24 PM (UTC+0)

8/31/2015 1:21:02 PM (UTC+0)

IS ████████

Yeeeees
Read: 8/31/2015 1:21:53 PM (UTC+0)

8/31/2015 1:21:52 PM (UTC+0)

IS ████████

Download.

Read: 8/31/2015 1:21:05 PM (UTC+0)

████████

There are lots of foreigners there, and they are the ones most engaged, ours are such slackasses(
Read: 8/31/2015 1:22:57 PM (UTC+0)

8/31/2015 1:22:48 PM (UTC+0)

Mariya Butina

It is asking for Facebook. In other words everyone will know that I am there?

UNCLASSIFIED

USAO_Discovery_005764

UNCLASSIFIED

Read: 8/31/2015 1:24:51 PM (UTC+0) | Delivered: 8/31/2015 1:23:57 PM (UTC+0)

8/31/2015 1:23:54 PM (UTC+0)

IS ███████

No
Read: 8/31/2015 1:24:56 PM (UTC+0)

8/31/2015 1:24:55 PM (UTC+0)

IS ███████

They will not
Read: 8/31/2015 1:25:06 PM (UTC+0)

8/31/2015 1:24:58 PM (UTC+0)

IS ███████

It is asking for this for identification purposes, that you in fact exist
Read: 8/31/2015 1:25:22 PM (UTC+0)

8/31/2015 1:25:18 PM (UTC+0)

IS ███████

It is not going to post anything
Read: 8/31/2015 1:25:47 PM (UTC+0)

8/31/2015 1:25:29 PM (UTC+0)

Mariya Butina

So it is only searching for those within a radius?
Read: 8/31/2015 1:27:42 PM (UTC+0) | Delivered: 8/31/2015 1:27:41 PM (UTC+0)

8/31/2015 1:27:38 PM (UTC+0)

IS ███████

No, how you give parameters.

Read: 8/31/2015 1:28:12 PM (UTC+0)

8/31/2015 1:28:11 PM (UTC+0)

IS ███████

UNCLASSIFIED

6

USAO_Discovery_005765

UNCLASSIFIED

Look in settings.

Read: 8/31/2015 1:28:21 PM (UTC+0)

8/31/2015 1:28:18 PM (UTC+0)

USAO_Discovery_005766