2018

U-Haul Order/Reservation confirmation

Order/Reservation confirmation # - 23316478

Paul Erickson

Print this page | Back to your order

*[handwritten: confirmed 7/13 2:00 pm]*

Amount paid to date: $0.00

*[handwritten: (360)-843-6198 / (603)-464-4285]*

Rental equipment confirmation # 23316478

Save time at the counter with Express On-Line Check-In, and experience Moving Made Easier™ on your own personal page at myuhaul.com. This is also the place to go to view your reservation, make changes as needed and learn about other useful features.

**Pick up**

Sunday, July 15, 2018  *[handwritten: (2:00 pm)]*

U-Haul Moving & Storage of Capitol Hill
26 K St NE
Washington, DC 20002
(202) 289-5480

(@ 1st Ne)

Note: This location is a preference only.

Includes up to 5 days and 1587 miles

**Drop off**

By: Friday, July 20, 2018

U-Haul Moving & Storage of Sioux Falls
923 W 11th St
Sioux Falls, SD 57104
(605) 339-0750

(East of I-29 on 12th Before Minnesota)

Note: This location is a preference only.

| Item | Total |
|---|---|
| 10' truck | $1,300.00 |
| Safemove® | $112.00 |

**Additional rental items**

| Item | Quantity | Rate | Total |
|---|---|---|---|
| Utility Dolly | 1 | $10.00 | $10.00 |
| Total due | | | $10.00 |

*[handwritten: dimensions: 10' x 6'4" x 6'2"  [15' x 7'5" x 7'2", plus cab]]*

*[handwritten: fuel: 31 gallon tank / 12 mpg]*

EXHIBIT 5

https://www.uhaul.com/Orders/Receipt.aspx

1/1