Cedar Point

**VOUCHER - NOT FOR RESALE**

# Cedar Point

**Cedar Point**



BUTINA

01419418936697865279

---

## 2018 ALL DAY DINING

| | |
|---|---|
| **TYPE:** All-Day Dining | **PURCHASER:** Erickson, Paul |
| **PRICE:** $34.15 | **CONFIRMATION #** 67377458 |
| **TICKET #** 01419418936697865279 | **PURCHASE DATE:** 07/13/2018 |
| | **PAYMENT METHOD:** Visa |

### DESCRIPTION

Add food to your fun all day long! Enjoy an entrée and side as often as every 90 minutes during 1 visit during the 2018 season. Valid at participating locations at Cedar Point and Cedar Point Shores Waterpark. Drinks are not included. Does not include park admission.

### INSTRUCTIONS

Redeem this original Voucher at participating locations throughout Cedar Point and Cedar Point Shores Waterpark for an all-day dining wristband. This Voucher contains a unique barcode valid for UNLIMITED USE FOR ONE MAIN AND ONE SIDE EVERY 90 MINUTES. This Voucher becomes INVALID once scanned and may not be re-used. Unauthorized use or duplication is strictly prohibited and will result in revocation without refund and ejection of the individual attempting to enter. In the event that a duplicate ticket appears, the Park reserves the right to refuse entry to all ticket holders.

### TERMS OF USE AND REFUNDS

Valid for the entitlement(s) and park(s) specified during the **2018 Season only**. Not valid in conjunction with any other discount offer. Not for resale. Cedar Fair reserves the right to refuse admission and control occupancy. Holder assumes all risk of personal injury and loss of property, agrees to the posted conditions of usage, rider safety guidelines and ride admission policies and grants Cedar Fair permission to use his/her photograph or video image in any advertising and promotion without payment to holder.

No rain checks, refunds, exchanges or replacements if lost or stolen. Not valid for separately ticketed events, special events or park buyouts. Some attractions require an additional charge. Height and physical restrictions may apply on some rides. Please visit the park's website or call the park to confirm operating dates and hours and learn more about park rules, ride admission policies and guest assistance guidelines. Unauthorized resale of this ticket is prohibited.

**NOT FOR RESALE**



01419418936697865279



EXHIBIT

6

**VOUCHER - NOT FOR RESALE**

# Cedar Point

**Cedar Point**



01419418938697865273

---

**2018 ALL DAY DINING**

---

**TYPE:** All-Day Dining
**PRICE:** $34.15
**TICKET #**01419418938697865273

**PURCHASER:** Erickson, Paul
**CONFIRMATION #** 67377458
**PURCHASE DATE:**07/13/2018
**PAYMENT METHOD:** Visa

---

## DESCRIPTION

Add food to your fun all day long! Enjoy an entrée and side as often as every 90 minutes during 1 visit during the 2018 season. Valid at participating locations at Cedar Point and Cedar Point Shores Waterpark. Drinks are not included. Does not include park admission.

## INSTRUCTIONS

Redeem this original Voucher at participating locations throughout Cedar Point and Cedar Point Shores Waterpark for an all-day dining wristband. This Voucher contains a unique barcode valid for UNLIMITED USE FOR ONE MAIN AND ONE SIDE EVERY 90 MINUTES. This Voucher becomes INVALID once scanned and may not be re-used. Unauthorized use or duplication is strictly prohibited and will result in revocation without refund and ejection of the individual attempting to enter. In the event that a duplicate ticket appears, the Park reserves the right to refuse entry to all ticket holders.

---

## TERMS OF USE AND REFUNDS

Valid for the entitlement(s) and park(s) specified during the **2018 Season only**. Not valid in conjunction with any other discount offer. Not for resale. Cedar Fair reserves the right to refuse admission and control occupancy. Holder assumes all risk of personal injury and loss of property, agrees to the posted conditions of usage, rider safety guidelines and ride admission policies and grants Cedar Fair permission to use his/her photograph or video image in any advertising and promotion without payment to holder.

No rain checks, refunds, exchanges or replacements if lost or stolen. Not valid for separately ticketed events, special events or park buyouts. Some attractions require an additional charge. Height and physical restrictions may apply on some rides. Please visit the park's website or call the park to confirm operating dates and hours and learn more about park rules, ride admission policies and guest assistance guidelines. Unauthorized resale of this ticket is prohibited.

**NOT FOR RESALE**



01419418938697865273

---

Cedar Point

## FAST LANE PLUS and ADMISSION COMBO - NOT FOR RESALE

# Cedar Point

**Cedar Point**

ERICKSON



01419418940697865820

---



### ADMISSION & FAST LANE PLUS COMBO

Valid Date:Tuesday, 07/17/2018

**TYPE:** Admission w/Fast Lane Plus
**PRICE:** $150.96
**TICKET #**01419418940697865820

**PURCHASER:** Erickson, Paul
**CONFIRMATION #** 67377458
**PURCHASE DATE:**07/13/2018
**PAYMENT METHOD:** Visa

### DESCRIPTION

Valid for one admission and one Fast Lane Plus wristband for anyone age 3 or older. Valid on the date chosen. Limited availability.

Enjoy the ultimate Cedar Point experience with Fast Lane Plus! Includes all Fast Lane attractions plus unlimited rides on Steel Vengeance, Valravn, Maverick, Top Thrill Dragster and GateKeeper!

### INSTRUCTIONS

Valid only on the date printed on this ticket. This is your Fast Lane voucher. Present this voucher at any ticket sales window (prior to entering the park) to receive your Fast Lane wristband or at any Fast Lane sales location inside the park. This is also your admission ticket. Present this original E- Ticket at any Cedar Point entrance gate for admission. This E-Ticket becomes INVALID once scanned for admission and Fast Lane wristband and may not be re-used. Unauthorized use or duplication is strictly prohibited and will result in revocation without refund and ejection of the individual attempting to enter. In the event that a duplicate ticket appears, the Park reserves the right to refuse entry to all ticket holders. GET INTO CEDAR POINT AN HOUR EARLY WITH AN OVERNIGHT STAY! Cedar Point Resorts offer the closest accommodations to the amusement park, and resort guests enjoy getting in ONE HOUR EARLY to challenge select rides. Visit cedarpoint.com or call 419-627-2106 for further details.

## TERMS OF USE AND REFUNDS

Valid for the entitlement(s) and park(s) specified during the 2018 Season Only. Not valid in conjunction with any other discount offer. Not for resale. Cedar Fair reserves the right to refuse admission and control occupancy. Holder assumes all risk of personal injury and loss of property, agrees to the posted conditions of usage, rider safety guidelines and ride admission policies and grants Cedar Fair permission to use his/her photograph or video image in any advertising and promotion without payment to holder.

No rain checks, refunds, exchanges or replacements if lost or stolen. Not valid for separately ticketed events, special events or park buyouts. Some attractions require an additional charge. Height and physical restrictions may apply on some rides. Please visit the park's website or call the park to confirm operating dates and hours and learn moreparkihng about park rules, ride admission policies and guest assistance guidelines.

UNAUTHORIZED RESALE OF THIS TICKET IS PROHIBITED.

**NOT FOR RESALE**



01419418940697865820

**FAST LANE PLUS and ADMISSION COMBO - NOT FOR RESALE**



**Cedar Point**

Cedar Point



PAUL

01419418942697865834

---



## ADMISSION & FAST LANE PLUS COMBO

Valid Date:Tuesday, 07/17/2018

**TYPE:** Admission w/Fast Lane Plus
**PRICE:** $150.96
**TICKET #**01419418942697865834

**PURCHASER:** Erickson, Paul
**CONFIRMATION #** 67377458
**PURCHASE DATE:**07/13/2018
**PAYMENT METHOD:** Visa

### DESCRIPTION

Valid for one admission and one Fast Lane Plus wristband for anyone age 3 or older. Valid on the date chosen. Limited availability.

Enjoy the ultimate Cedar Point experience with Fast Lane Plus! Includes all Fast Lane attractions plus unlimited rides on Steel Vengeance, Valravn, Maverick, Top Thrill Dragster and GateKeeper!

### INSTRUCTIONS

Valid only on the date printed on this ticket. This is your Fast Lane voucher. Present this voucher at any ticket sales window (prior to entering the park) to receive your Fast Lane wristband or at any Fast Lane sales location inside the park. This is also your admission ticket. Present this original E- Ticket at any Cedar Point entrance gate for admission. This E-Ticket becomes INVALID once scanned for admission and Fast Lane wristband and may not be re-used. Unauthorized use or duplication is strictly prohibited and will result in revocation without refund and ejection of the individual attempting to enter. In the event that a duplicate ticket appears, the Park reserves the right to refuse entry to all ticket holders. GET INTO CEDAR POINT AN HOUR EARLY WITH AN OVERNIGHT STAY! Cedar Point Resorts offer the closest accommodations to the amusement park, and resort guests enjoy getting in ONE HOUR EARLY to challenge select rides. Visit cedarpoint.com or call 419-627-2106 for further details.

### TERMS OF USE AND REFUNDS

Valid for the entitlement(s) and park(s) specified during the 2018 Season Only. Not valid in conjunction with any other discount offer. Not for resale. Cedar Fair reserves the right to refuse admission and control occupancy. Holder assumes all risk of personal injury and loss of property, agrees to the posted conditions of usage, rider safety guidelines and ride admission policies and grants Cedar Fair permission to use his/her photograph or video image in any advertising and promotion without payment to holder.

No rain checks, refunds, exchanges or replacements if lost or stolen. Not valid for separately ticketed events, special events or park buyouts. Some attractions require an additional charge. Height and physical restrictions may apply on some rides. Please visit the park's website or call the park to confirm operating dates and hours and learn moreparkihng about park rules, ride admission policies and guest assistance guidelines.

UNAUTHORIZED RESALE OF THIS TICKET IS PROHIBITED.

**NOT FOR RESALE**

01419418942697865834