| | |
|---|---|
| **From:** | Kenerson, Erik (USADC) <Erik.Kenerson@usdoj.gov> |
| **Sent:** | Monday, August 13, 2018 7:55 PM |
| **To:** | Driscoll, Robert; Saunders, Thomas (USADC) |
| **Cc:** | Carry, Alfred; Mackie, Will (NSD) (JMD); Plunkett, Daniel T. |
| **Subject:** | RE: US v. Butina - protective order |

Bob,

As to the hard drive, it is a good news, bad news proposition. The good news is that the FBI was able to image her electronics from the July search as well, and it can put those on this initial hard drive as well. The bad news is that this would extend the amount of time it takes – to about two weeks. I have been explained the technical reasons why it should take so long and can relay them in a call if you want (with the caveat that I'm not technical myself so my knowledge base is limited). It should be ready by August 24, though the FBI hopes to have it sooner. The other option is to provide only the April images in this initial tranche, which would get them to you sooner, but then we would need another hard drive for the July tranche.

We know, of course, that you are eager to get the materials. We should be able to provide within a couple of days a disc containing scanned versions of the physical documents seized from your client's residence, as well as the FBI verbatim translations of her Twitter chats.

With regards to the materials underlying the complaint and detention memo, I will identify those today and ask the agents to begin pulling copies of them so we can provide them to you separately before the hard drive finishes copying. By the way, your email reminds me of a correction I've been meaning to make since I recently noticed it – the B1/B2 reference from the detention memo is a mistake – she recently applied for an OPT extension (if that's the proper term) of her F1, but the upshot of that—that she can travel to and from under it—remains the same. Apologies for the clerical error there.

Please let us know if you want to discuss further.

Erik

-----Original Message-----
From: Driscoll, Robert <rdriscoll@mcglinchey.com>
Sent: Monday, August 13, 2018 12:37 PM
To: Kenerson, Erik (USADC) <EKenerson@usa.doj.gov>; Saunders, Thomas (USADC) <TSaunders@usa.doj.gov>
Cc: Carry, Alfred <acarry@mcglinchey.com>; Mackie, Will (NSD) (JMD) <Will.Mackie@usdoj.gov>; Plunkett, Daniel T. <dplunkett@mcglinchey.com>
Subject: RE: US v. Butina - protective order

Erik:

     Please let us know the revised timing on the hard drive – obviously this is important to us. Also, given that the protective order is in place, could you please send separately all the evidence relied on in your proffer regarding detention, particularly the allegations that (a) Maria offered to trade sex for a position with an organization; (b) that Maria expressed dissatisfaction with living with Paul; and (c) that Maria applied for a tourist visa (B1/B2). You had previously indicated that you would need a day or two to get this information together, but now that the PO is in place I'd imagine you can go to the file you used to write the motion to identify the documents fairly quickly. If there are other electronic forms of evidence (e.g., a CD) that would take some time, let us know what there is and how long it might take.

     Given the September 10 status, I would like to review that information quickly to determine if we will seek to revisit Maria's detention, because in order to brief that question in time for the next date, we would have to make that call fairly soon. Thus the urgency on our end.

EXHIBIT 7

Thanks for doing what you can to expedite that portion of the discovery process.

Best,

Bob