**From:** Driscoll, Robert
**Sent:** Friday, June 29, 2018 10:08 AM
**To:** 'Kenerson, Erik (USADC)'
**Subject:** RE: Butina

Still nothing?

As an FYI, my client may be moving South Dakota later this summer,

Bob

**Robert Neil Driscoll**

| | |
|---|---|
| **direct:** | (202) 802-9950 |
| **fax:** | (202) 403-3870 |
| **email:** | rdriscoll@mcglinchey.com |
| **office:** | 1275 Pennsylvania Avenue NW, Suite 420 \| Washington, DC 20004 |



bio | vcard | www.mcglinchey.com | www.cafalawblog.com

Alabama  California  Florida  Louisiana  Mississippi  New York  Ohio  Tennessee  Texas  Washington, DC

**From:** Kenerson, Erik (USADC) [mailto:Erik.Kenerson@usdoj.gov]
**Sent:** Thursday, June 21, 2018 4:38 PM
**To:** Driscoll, Robert
**Subject:** RE: Butina

Nothing new to report

**From:** Driscoll, Robert <rdriscoll@mcglinchey.com>
**Sent:** Thursday, June 21, 2018 2:33 PM
**To:** Kenerson, Erik (USADC) <EKenerson@usa.doj.gov>
**Subject:** Re: Butina

Anything shaking with this?

Sent from my iPhone

On May 17, 2018, at 11:46 AM, Driscoll, Robert <rdriscoll@mcglinchey.com> wrote:

> Erik:
>
> Guessing at your email, your vmail is full. Could you call me? I wanted to talk a little about the Judiciary Minority Report mentioning Maria that came out yesterday.
>
> Bob



EXHIBIT 8

1

**Robert Neil Driscoll**

| | |
|---|---|
| **direct:** | (202) 802-9950 |
| **fax:** | (202) 403-3870 |
| **email:** | rdriscoll@mcglinchey.com |
| **office:** | 1275 Pennsylvania Avenue NW, Suite 420 \| Washington, DC 20004 |

&lt;image001.gif&gt;®

bio | vcard | www.mcglinchey.com | www.cafalawblog.com

Alabama   California   Florida   Louisiana   Mississippi   New York   Ohio   Tennessee   Texas   Washington, DC

---

www.mcglinchey.com | www.CafaLawBlog.com

McGlinchey Stafford, PLLC in Alabama, Florida, Louisiana, Mississippi, New York, Ohio, Tennessee, Texas, and Washington DC and McGlinchey Stafford, LLP in California.

Confidentiality Statement: This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you have received this transmission in error, immediately notify us by telephone at 504-586-1200 and return the original message to us at McGlinchey Stafford, 12th Floor, 601 Poydras Street, New Orleans, LA, 70130 via the United States Postal Service.

We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

See McGlinchey Stafford Disclaimer/Privacy Policy https://www.mcglinchey.com/disclaimer/