**From:** Driscoll, Robert
**Sent:** Friday, July 06, 2018 9:42 AM
**To:** 'Miller, Matthew J. (MP) (FBI)'
**Subject:** RE:

Just checking if you saw this – the bottom line is that she is moving.  July  11-14 work best for DC (and generally), as she has not told Paul she is talking to you .  She can do other dates in SD, but I will have to fly out and it will be harder to keep Paul in the dark, which may or may not matter to you at this point (I understand that he rolled in with counsel a few weeks back).

**Robert Neil Driscoll**

| | |
|---|---|
| **direct:** | (202) 802-9950 |
| **fax:** | (202) 403-3870 |
| **email:** | rdriscoll@mcglinchey.com |
| **office:** | 1275 Pennsylvania Avenue NW, Suite 420 | Washington, DC 20004 |



bio | vcard | www.mcglinchey.com | www.cafalawblog.com

Alabama  California  Florida  Louisiana  Mississippi  New York  Ohio  Tennessee  Texas  Washington, DC

---

**From:** Driscoll, Robert
**Sent:** Thursday, June 28, 2018 5:38 PM
**To:** Miller, Matthew J. (MP) (FBI)
**Subject:** RE:

July 11-14 all work in DC.  I think in August she'll be in SD.  That's suboptimal for me but doable if it comes to it, as easier to have me fly than you and her.   Let me know what its looking like for you.

---

**From:** Miller, Matthew J. (MP) (FBI) <MJMiller@fbi.gov>
**Sent:** Thursday, June 28, 2018 5:28 PM
**To:** Driscoll, Robert <rdriscoll@mcglinchey.com>
**Subject:**

Hey Bob,

Just checking in on Maria. I know she is out of school by now so I was wondering if she was still around for a possible proffer on August 3rd.

Matt



EXHIBIT
9