UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No.: 1:18-cr-218 (TSC) |
| ) | |
| MARIIA BUTINA, a/k/a ) | |
| MARIA BUTINA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**FILED**
SEP 10 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### NOTICE OF FILING

Defendant Maria Butina, by counsel, hereby respectfully submits for the record three video files (in .mp4 format that are stored on the SanDisk flash drive accompanied herewith) in support of her Motion for Bond Review. (Doc. 23.) The videos depict Maria Butina and her boyfriend Paul Erickson singing a song together and her parents and grandmother conveying birthday wishes by video gram. In the interests of judicial economy and efficiency, the videos are provided for the Court's review in advance of the in-court bond review proceedings scheduled before this Court on September 10, 2018 at 2:00 p.m.

Dated: September 10, 2018

Respectfully submitted,

/s/Robert N. Driscoll
Robert N. Driscoll (DC Bar No. 486451)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Phone: (202) 802-9999
Fax: (202) 403-3870
rdriscoll@mcglinchey.com

/s/Alfred D. Carry
Alfred D. Carry (DC Bar No. 1011877)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Phone: (202) 802-9999
Fax: (202) 330-5897
acarry@mcglinchey.com
*Counsel for Defendant*

**RECEIVED**
SEP 10 2018
Clerk, U.S. District and
Bankruptcy Courts

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Filing was filed in this case with the Clerk of the Court, and that I served a copy of the same, together with the three electronic video files referenced therein, on this 10th day of September, 2018 to all registered counsel of record for the government by electronic mail at:

Erik M. Kenerson
Assistant United States Attorney
erik.kenerson@usdoj.gov

Thomas N. Saunders
Assistant United States Attorney
thomas.saunders@usdoj.gov

William A. Mackie
Trial Attorney, U.S. Department of Justice
will.mackie@usdoj.gov

/s/Alfred D. Carry
Alfred D. Carry (DC Bar No. 1011877)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Phone: (202) 802-9999
Fax: (202) 330-5897
acarry@mcglinchey.com
*Counsel for Defendant*