# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) )  ) |
| v. | ) ) |
| MARIIA BUTINA, a/k/a, MARIA BUTINA | ) ) )    Criminal Action No. 18-cr-218 (TSC) ) |
| Defendant. | ) ) ) |

## ORDER TO SHOW CAUSE

The court has received multiple motions by third parties identifying themselves as students at American University. The movants ask this court to quash a subpoena *duces tecum* served on American University by counsel for the Defendant.

By 5:00 pm today Friday September 21, 2018, counsel for the Defendant shall file a copy of the subpoena on the record and shall SHOW CAUSE why the court should not quash the subpoenas.

Attached to this order is a redacted copy of one of the motions; all of the motions contain the same wording. Redacted versions of the motions will be entered on the record as soon as possible.

Date: September 21, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

United States District Court

For the District of Columbia

United States

v.

Mariia Butina, a/k/a Maria Butina				Case No. 1:18-cr-218 (TSC)

Ex-Parte Motion to Quash Subpoena to Produce Documents, Information, or Objects in a Criminal Case to American University, dated September 4, 2018

        , a student at American University, hereby moves that this honorable court quash the above referenced subpoena and order American University to refrain from complying with the subpoena. As grounds for this motion      states that pursuant to the Family Educational Rights and Privacy Act (FERPA), the defendant has not shown good cause for the requested information that outweighs      privacy interest in the information and compliance with the subpoena would be unreasonable and oppressive. The attached affidavit is submitted in support of this motion.

I further request that my name be redacted from any correspondence or court papers shared with the Defendant or available to the public.

Respectfully submitted.

Date: 9/21/18

United States

v.

Mariia Butina, a/k/a Maria Butina               Case No. 1:18-cr-218 (TSC)

Affidavit in Support of Motion to Quash Subpoena

I, _____, state the following:

1. I am a graduate student in American University's School of International Service.
2. A copy of a subpoena to American University in the above referenced matter was mailed to my home in D.C. on September 16, 2018
3. The subpoena requests class rosters for all classes Mariia Butina attended at American University.
4. The subpoena gives no reason for the request.

Signed under pains and penalty of perjury,

Date: 9/21/18