UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.: 1:18-cr-218 (TSC) |
| | ) | |
| MARIIA BUTINA, a/k/a | ) | |
| MARIA BUTINA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT MARIA BUTINA'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO REPLY TO THE ORDER TO SHOW CAUSE**

Pursuant to Fed.R.Crim.P. 45(b), Defendant Maria Butina, by counsel, moves this Court for an extension of time to and including Saturday, September 22, 2018 at 5:00 p.m., within which to file a response to the Court's Order to Show Cause. (Doc. 32.) In support, the undersigned states that:

This matter comes before the Court regarding a defense subpoena *duces tecum* served upon the Office of General Counsel for American University that sought a discrete body of records from the custodian of such records, the production of which would be material and helpful for the defense. The subpoena was served after consultation with counsel for American University. Additionally, American University sought an extension of time to respond to the subpoena from the undersigned, which was granted. Following the receipt of *ex parte* motions filed by third parties (none of whom were served with the subpoena), the Court issued counsel for the Defendant a Show Cause Order to file a copy of the subpoena on the record and response by 5:00 p.m. on Friday, September 21, 2018, explaining why the subpoena should not be quashed.

The undersigned respectfully requests a 24-hour extension of time to file a response. This extension of time is necessary to enable counsel to prepare a succinct response to assist the Court

1

in its analysis of the issues presented. The combination of competing work schedules and other responsibilities, the nature of which include active cases with imminent trial dates and witness preparation obligations, have made it not possible for the undersigned to prepare a response within the current briefing schedule and timing limitations.

      To accommodate the time and effort needed to submit a thoughtful response to the Court's Order to Show Cause, the undersigned kindly requests that this Court grant a 24-hour extension of time, to an including Saturday, September 22, 2018 at 5:00 p.m., in which to file a response. This motion is not sought for delay, but so that justice may be done. Prior to the filing of this motion, the undersigned conferred with counsel for the government who indicated that the government had no position regarding this request for an extension of time.

      WHEREFORE, for the foregoing reasons, Defendant Maria Butina respectfully requests that this Court grant this motion to extend time to file a response to the Order to Show Cause.

Dated: September 21, 2018          Respectfully submitted,

                                            /s/Alfred D. Carry
Alfred D. Carry (DC Bar No. 1011877)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Phone: (202) 802-9999
Fax: (202) 330-5897
acarry@mcglinchey.com

*Counsel for Defendant*