UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **UNDER SEAL** |
| | : | |
| v. | : | Criminal Case:  18-218 (TSC) |
| | : | |
| **MARIIA BUTINA, also known as** | : | |
| **MARIA BUTINA,** | : | |
| | : | |
| Defendant. | : | |

## Government's Motion for Authorization of Transportation

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion, under seal, for an order authorizing transportation of the defendant.  Authorities at the Alexandria Detention Center have requested such an order before they will authorize transportation of the defendant.  The undersigned has conferred with defense counsel, and the defense does not oppose this motion.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar No. 472845

By:       /s/
THOMAS N. SAUNDERS
Assistant United States Attorney
N.Y. Bar Number 4876975
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: 202-252-7790
Email: Thomas.Saunders@usdoj.gov