# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   )
                            )
          v.                )          Case No.: 1:18-cr-218 (TSC)
                            )
MARIIA BUTINA, a/k/a        )
MARIA BUTINA,               )
                            )
          Defendant.        )
_____ )

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Order to Show Cause (Doc. 32) and Defendant Maria

Butina's Reply to the Order to Show Cause (Doc. 36) were both served on the Office of General

Counsel for American University prior to the Court's Minute Order of even date, which have now

been supplemented with a copy of this Certificate of Service, all on this 24th day of September,

2018 by first-class mail and/or electronic mail at the following:

    Justin A. Perillo, Esq.
    Associate General Counsel
    American University
    Office of General Counsel
    4400 Massachusetts Avenue NW
    Washington DC 20016
    perillo@american.edu

Dated: September 24, 2018              /s/Alfred D. Carry
                                        Alfred D. Carry (DC Bar No. 1011877)
                                        McGlinchey Stafford PLLC
                                        1275 Pennsylvania Avenue NW, Suite 420
                                        Washington, DC 20004
                                        Phone: (202) 802-9999
                                        Fax: (202) 330-5897
                                        acarry@mcglinchey.com

                                        *Counsel for Defendant*