AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:18-cr-218 (TSC) |
| Mariia Butina, a/k/a Maria Butina | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: American University c/o Traevena Byrd and Justin A. Perillo, General and Associate General Counsel
American University, Office of General Counsel, 4400 Massachusetts Avenue NW, Washington, DC 20016

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

All documents and electronically stored information identified in the Schedule of Document Requets attached hereto as Exhibit A.

| Place: U.S. District Court for the District of Columbia<br>E. Barrett Prettyman Courhouse, Attn: Clerk's Office<br>333 Constitution Avenue NW, Washington, DC 20001 | Date and Time: |

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

*(SEAL)*

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Defendant
Mariia Butina, a/k/a Maria Butina                                    , who requests this subpoena, are:

Alfred D. Carry, McGlinchey Stafford PLLC, 1275 Pennsylvania Avenue NW, Suite 420, Washington, DC 20004
Ph: (202) 802-9999; Fx: (202) 330-5897; acarry@mcglinchey.com

**Notice to those who use this form to request a subpoena**

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Page 2)

Case No. 1:18-cr-218 (TSC)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Criminal Procedure 17 (c), (d), (e), and (g) (Effective 12/1/08)

**(c) Producing Documents and Objects.**

**(1) In General.** A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them.

**(2) Quashing or Modifying the Subpoena.** On motion made promptly, the court may quash or modify the subpoena if compliance would be unreasonable or oppressive.

**(3) Subpoena for Personal or Confidential Information About a Victim.** After a complaint, indictment, or information is filed, a subpoena requiring the production of personal or confidential information about a victim may be served on a third party only by court order. Before entering the order and unless there are exceptional circumstances, the court must require giving notice to the victim so that the victim can move to quash or modify the subpoena or otherwise object.

**(d) Service.** A marshal, a deputy marshal, or any nonparty who is at least 18 years old may serve a subpoena. The server must deliver a copy of the subpoena to the witness and must tender to the witness one day's witness-attendance fee and the legal mileage allowance. The server need not tender the attendance fee or mileage allowance when the United States, a federal officer, or a federal agency has requested the subpoena.

**(e) Place of Service.**

**(1) In the United States.** A subpoena requiring a witness to attend a hearing or trial may be served at any place within the United States.

**(2) In a Foreign Country.** If the witness is in a foreign country, 28 U.S.C. § 1783 governs the subpoena's service.

**(g) Contempt.** The court (other than a magistrate judge) may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by a federal court in that district. A magistrate judge may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by that magistrate judge as provided in 28 U.S.C. § 636(e).

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No.: 1:18-cr-218 (TSC) |
| | ) |
| MARIIA BUTINA, a/k/a | ) |
| MARIA BUTINA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## EXHIBIT A
### To Subpoena to Produce Documents, Information, or Objects in a Criminal Case

To:   American University
      c/o Traevena Bryd, General Counsel
      Justin A. Perillo, Associate General Counsel
      Office of General Counsel
      4400 Massachusetts Avenue NW
      Washington, DC 20016

YOU ARE COMMANDED, pursuant to the attached subpoena and Rule 17 of the Federal Rules of Criminal Procedure, to produce to the Clerk's Office of the U.S. District Court for the District of Columbia, E. Barrett Prettyman Courthouse, 333 Constitution Avenue NW, Washington, DC 20001, as of the date and time stated, or at such other date and time ordered by the court, all of the documents, information, and things in your possession, custody, or control that are listed and described below, together with a certificate from the records custodian, authenticating any documents produced.

**SCHEDULE OF DOCUMENT REQUESTS**

<u>Definitions and Instructions</u>

A.  In responding to this subpoena served on you (or your organization) requesting the production of documents, you are to furnish all documents, information or objects however obtained, that are available to or in possession or control of yourself, your agents, and your attorneys.

B.  If you object to a request on the grounds of privilege or some other legally cognizable doctrine, provide documents or portions of documents with such non-privileged information as is responsive. For information withheld, list all documents or other information withheld pursuant to the claim of privilege, provide a general description of the information withheld pursuant to the claim, and identify the specific privilege(s) that form the basis for nondisclosure of each piece of responsive information.

C.  For a further statement of your obligation in producing documents under this subpoena, see Rule 17 of the Federal Rules of Criminal Procedure, which appears on the final page of the subpoena.

D.  As used herein, the term "Defendant" means Mariia Butina, a/k/a Maria Butina (DOB: 11/10/1988; SSN: xxx-xx-2406; AU ID#: 4454850). Maria Butina was a graduate student at American University from on or about June 2016 to May 2018.

E.  "You" or "your" shall mean the summoned person whose records are being sought by the corresponding subpoena.

F.  Please produce any documents that are responsive to this subpoena as they are kept in the usual course of business or organize and label them to correspond with the categories numbered below.

3

Document Requests

1.	A copy of any and all American University campus police reports, investigative notes (typed or handwritten), or other law enforcement materials that concern or relate to any investigative matter concerning Maria Butina.

2.	A copy of any and all documents concerning Maria Butina's complaint about, and American University's subsequent response, inquiry or investigation into, the actions of professor and lecturer Svetlana Savranskava.

3.	A copy of each class roster (and photo roster, if one) for each of Maria Butina's courses at American University.