# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No.: 1:18-cr-218 (TSC) |
| | ) |
| MARIIA BUTINA, a/k/a | ) |
| MARIA BUTINA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF FILING

Defendant Maria Butina, by counsel, hereby gives notice of filing of a letter dated October 22, 2018 sent by the undersigned to Assistant United States Attorney Erik M. Kenerson and his cocounsel for the government, concerning discovery issues in this case. The clerk of the court will kindly docket said letter filed herewith to apprise the court of the current posture of these discovery issues prior to the status hearing set for Tuesday, November 13, 2018.

Dated: October 22, 2018

Respectfully submitted,

/s/Robert N. Driscoll
Robert N. Driscoll (DC Bar No. 486451)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Phone: (202) 802-9999
Fax: (202) 403-3870
rdriscoll@mcglinchey.com

/s/Alfred D. Carry
Alfred D. Carry (DC Bar No. 1011877)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Phone: (202) 802-9999
Fax: (202) 330-5897
acarry@mcglinchey.com

*Counsel for Defendant*