UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIIA BUTINA,<br>    Also known as Maria Butina,<br><br>    Defendant. | **UNDER SEAL**<br><br>No. 1:18-cr-218(TSC) |

**ORDER OF AUTHORIZATION FOR TRANSPORTATION OF PRISONER FOR INTERVIEW PURPOSES AT THE U.S. ATTORNEY'S OFFICE OR THE ALEXANDRIA PUBLIC SAFETY CENTER**

Upon motion of the United States of America, it is hereby:

ORDERED that agents Kevin Helson, Michelle Ball, and Scott Schumacher of the Federal Bureau of Investigation, duly authorized federal law enforcement officers, are authorized to take custody of defendant Mariia Butina ("the Inmate"), a federal prisoner presently in custody of the U.S. Marshals Service (USMS) at the Alexandria Adult Detention Center (ADC), at or after 9:00 a.m. on November 7, 2018, or on any other dates that the Inmate is needed through December 6, 2018.

The law enforcement agents are authorized to transport the Inmate from the ADC to either (1) the Interview Rooms at the U.S. Attorney's Office in Washington, D.C., or (2) the U.S. Attorney Interview Room located at the Alexandria Public Safety Center adjacent to the ADC, and to maintain custody of the Inmate at the designated interview rooms. At least two law enforcement agents must be involved in transporting the Inmate to the interview location and back to the ADC, and at least one of the transporting agents must be listed by name above. If the Inmate is being interviewed at the U.S. Attorney's Office, the Inmate must be returned by the agents directly to

the ADC no later than 4:00 p.m. on that same day.  If the Inmate is being interviewed at the Alexandria Public Safety Center, the Inmate must be returned to the ADC no later than 5:00 p.m. on that same day.

The purpose of the transfer is to interview the Inmate concerning an ongoing federal investigation.  The Inmate's counsel, Robert Driscoll and Alfred Carry, have been contacted by the undersigned government attorney(s) and have no objection to this Order.  The Inmate's counsel will be present during the interview.  The government is further directed to notify the Inmate's counsel before each transport, pursuant to this Order.  Each subsequent transport will require a prisoner "come-up" request to be submitted to the USMS no later than 3:00 p.m. the day before the transport.

It is further ORDERED that during the period of temporary custody, the Inmate shall remain at all times in restraints and in the custody and control of the above-named law enforcement agents, or other designated law enforcement officers.  The Inmate shall have no contact or visits with persons other than defense counsel, the agents and attorneys working on this case, and other personnel needed to complete the purpose of the interview, such as interpreters.  Before removing the inmate from the ADC, the designated law enforcement officers shall ascertain if there are any medical considerations or restrictions regarding food or medications that would impact on their custody of the Inmate.

This Order shall be placed **UNDER SEAL** pending further order of this Court, except that copies may be furnished to the U.S. Attorney's Office, the Inmate's counsel, the U.S. Marshals Service, and the above-named law enforcement agents.

Date: _____                    _____
                                                United States District Judge