# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **Criminal Case: 18-218 (TSC)** |
| v. | : | |
| | : | |
| | : | |
| **MARIIA BUTINA, also known as** | : | |
| **MARIA BUTINA,** | : | |
| | : | |
| Defendant. | : | |

## Joint Motion to Continue Status Conference

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court continue the status conference in this matter (including the motions-briefing schedule), presently set for November 13, 2018, for approximately three weeks. In support of this motion, the parties state that the United States has provided voluminous discovery to the defense so far. The parties are in agreement that to make the best and most efficient use of the Court's time and resources to decide any motions, it would be prudent to continue the upcoming hearing and its accompanying motions schedule for approximately three weeks.

The parties thus jointly request that the Court vacate the current motions schedule and motions hearing date; reset this case for a status conference to take place on December 4, 5, 6, or 7, 2018, if any of those dates are convenient for the Court. The parties also jointly request that the present motions schedule be set back by three weeks. The Court should thus direct the defense to file any dispositive motions on or before November 16, 2018. Any government responses would be due on or before November 30, 2018, and any defense reply would be due on or before December 3, 2018.

The parties also jointly request that the Court continue to exclude time under the Speedy Trial Act between now and the next date set. The defendant, through counsel, does not object to this request. For the reasons stated in previous hearings, the parties request that the Court find that this period of delay serves the ends of justice, and that those ends outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A) & (B)(ii).

Undersigned counsel has provided a copy of this motion to Robert Driscoll and Alfred Carry, Esqs., counsel for the defendant, and they have agreed that undersigned counsel may file this motion as a joint request.

    Respectfully submitted,

    JESSIE K. LIU
    UNITED STATES ATTORNEY
    D.C. Bar Number 472845

    By:_____/s/_____
    ERIK M. KENERSON
    THOMAS N. SAUNDERS
    Assistant United States Attorneys
    Ohio Bar Number 82960 (Kenerson)
    N.Y. Bar Number 4876975 (Saunders)
    United States Attorney's Office
    555 Fourth Street, N.W.
    Washington, D.C.  20530
    Telephone: 202-252-7201
    Email: Erik.Kenerson@usdoj.gov

    _____/s/_____
    WILLIAM A. MACKIE
    Trial Attorney, National Security Division
    N.C. Bar Number 13816
    U.S. Department of Justice
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530
    Telephone: 202-233-2122
    Email: Will.Mackie@usdoj.gov