UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>MARIIA BUTINA, a/k/a, )<br>MARIA BUTINA )<br>)<br>Defendant. )<br>) | Criminal Action No. 18-cr-218 (TSC) |

**ORDER**

Upon consideration of the parties' Joint Motion to Continue Status Conference, ECF No. 44, it is hereby **ORDERED** that the Status Conference and Motions Schedule, which were set at a status conference on September 10, 2018, are hereby **VACATED**. It is **FURTHER ORDERED** that the parties shall appear for a status conference before this court on December 6, 2018 at 11:00 a.m.

It is **FURTHER ORDERED** that any dispositive motions are due by November 16, 2018. Any responses are due by November 30, 2018, and any replies are due by December 3, 2018. It is **FURTHER ORDERED** that time between the date of this Order and December 6, 2018 shall be excluded from calculation under the Speedy Trial Act, 18 U.S.C. § 3161. For the reasons stated at the hearing on September 10, 2018, including the complex nature of this case, the court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A) & (B)(ii).

Date:  October 26, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge