# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> MARIIA BUTINA, a/k/a, ) <br> MARIA BUTINA, ) <br> ) <br> Defendant. ) <br> ) | Criminal Action No. 18-cr-218 (TSC) |

## ORDER

Upon consideration of Defendant's Motion for Issuance of Rule 17(c) Subpoena (to American University), ECF No. 39, the court hereby **GRANTS** the motion with modifications to the subpoena and conditions detailed below.

It is **ORDERED** that Defendant shall complete the Subpoena to Produce Documents, Information, or Objects in a Criminal Case, ECF No. 39-2, with the following modifications:

1. The subpoena shall designate December 17, 2018 at 2:00 p.m. as the date and time for the return of the subpoenaed documents, information, or objects.

2. In the "Documents Requests" section, at page 3 of Exhibit A, the Defendant shall add the following sentence after each request: "No identifying information beyond persons' names and photographs (if applicable) shall be released by American University.  If documents, information, or objects contain identifying information beyond persons' names and photographs, American University shall redact such information before producing the documents, information, or objects."[1]

---

[1] Other identifying information includes, but is not limited to, Social Security numbers, home addresses, e-mail addresses, telephone numbers, and student or employee identification numbers.

Page **1** of **3**

It is **FURTHER ORDERED** that no later than November 12, 2018 the Government and Defendant shall meet and confer and provide the court with a proposed Protective Order that will govern documents, information, and objects provided by American University.

It is **FURTHER ORDERED** that the Defendant shall not serve the subpoena on American University until the court has issued a Protective Order governing the documents, information, and objects provided by American University.

It is **FURTHER ORDERED** that upon the Defendant's making the above modifications to the subpoena in accordance with this Order and the court's issuing a Protective Order governing the documents, information, and objects provided by American University, the subpoena shall be signed by the Clerk of the Court or Deputy Clerk.  Upon the Clerk or Deputy Clerk's signing the Subpoena, it is approved for service by Defendant.

It is **FURTHER ORDERED** that once this court issues a Protective Order governing information, documents, and objects provided by American University, Defendant shall serve American University with the Subpoena no sooner than November 14, 2018 and no later than November 16, 2018.

It is **FURTHER ORDERED** that Defendant shall file the Proof of Service with the court by November 23, 2018.

It is **FURTHER ORDERED** that the Clerk of the Court shall accept the subpoenaed documents and place them under seal.  The Clerk of the Court shall then, under seal, notify the court and all counsel of record that the documents are available for copying and inspection in advance of trial.

It is **FURTHER ORDERED** that Defendant shall attach to the subpoena a copy of this Order.

Nothing in this Order prevents American University from seeking leave to modify this Order. If American University seeks leave to modify this Order, all orders contained in this Order are stayed until the court rules on the motion.

**SO ORDERED.**

Date:  October 31, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge