UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **UNDER SEAL** |
| | : | |
| v. | : | Criminal Case:  18-218 (TSC) |
| | : | |
| | : | |
| **MARIIA BUTINA, also known as** | : | |
| **MARIA BUTINA,** | : | |
| | : | |
| Defendant. | : | |

### Government's Motion for Authorization of Transportation

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion, under seal, for an order authorizing transportation of the defendant.  Authorities at the Alexandria Detention Center have requested such an order before they will authorize transportation of the defendant.  The Court approved a similar request made in September.  The subsequently issued Court order will expire on its own terms on October 25, 2018.  Accordingly, the government is seeking this follow-on Order.  The defense joins the government in this motion for a follow-on transfer Order.

                                            Respectfully submitted,

                                            JESSIE K. LIU
                                            UNITED STATES ATTORNEY
                                            D.C. Bar No. 472845

By:          /s/
                      THOMAS N. SAUNDERS
                      Assistant United States Attorney
                      N.Y. Bar Number 4876975
                      United States Attorney's Office
                      555 Fourth Street, N.W.
                      Washington, D.C.  20530
                      Telephone: 202-252-7790
                      Email: Thomas.Saunders@usdoj.gov