UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No.: 1:18-cr-218 (TSC) |
| ) | |
| MARIIA BUTINA, a/k/a ) | |
| MARIA BUTINA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STIPULATED PROTECTIVE ORDER GOVERNING
## DOCUMENTS, INFORMATION, AND OBJECTS FROM AMERICAN UNIVERSITY

The parties in this matter have conferred as directed by the court's order of October 31, 2018 (ECF 48), which granted the Defendant Maria Butina's motion (ECF 39) seeking permission to issue a Rule 17(c) subpoena to American University, as modified by the court (the "Subpoena"). The parties acknowledge that the Subpoena compels the production of records related to former students of American University. The parties recognize that these individuals are not parties to this litigation and that some of the information being disclosed by the university pursuant to the Subpoena may qualify as confidential education records under the Family Educational Rights and Privacy Act ("FERPA"), codified at 20 U.S.C. § 1232g. The parties agree that the entry of a stipulated protective order governing the disclosure of such materials is necessary to assure appropriate protection of privacy interests and other legitimate confidentiality interests. Accordingly, the government and Defendant HEREBY STIPULATE AND AGREE as follows:

All student education records and information, and all documents and objects (whether or not also education records), produced by American University in response to the Subpoena that contain information about present or former students of American University (hereafter, "Confidential Education Records") are subject to the Protective Order entered by Judge Chutkan on August 10, 2018 (ECF 21). Both the government and Defense agree to maintain all Confidential Education Records as if Discovery Material, as set forth in the Protective Order.

If a party wishes to file any Confidential Education Record with the court, those Confidential Education Records shall be filed under seal. Also, any memorandum of law or other public filing in this case shall be redacted insofar as the memorandum of law or other filing is derived from, quotes, or otherwise conveys information contained in the Confidential Education Records. If a party wishes to file any Confidential Education Record publicly, the parties agree to confer in the same manner as described in paragraph 8 of the Protective Order. However, at all times, no party may disclose a Confidential Education Record or the information contained therein in any public filing without redacting personally identifiable information as understood by Rule 49.1 of the Federal Rules of Criminal Procedure. The clerk will accept for filing under seal any filings so marked by the parties pursuant to this Stipulated Order.

The restrictions set forth in this Stipulated Order do not apply to Confidential Education Records or documents that are or become matters of public record. Capitalized terms not defined herein shall have the meanings ascribed to them in the Protective Order.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472845

By:_____/s/_____
ERIK M. KENERSON
THOMAS N. SAUNDERS
Assistant United States Attorneys
Ohio Bar Number 82960 (Kenerson)
N.Y. Bar Number 4876975 (Saunders)
United States Attorney's Office
555 Fourth Street, NW
Washington, DC 20530
Phone: (202) 252-7201
Erik.Kenerson@usdoj.gov
*Counsel for the government*

/s/ Robert N. Driscoll
Robert N. Driscoll (DC Bar No. 486451)

/s/ Alfred D. Carry
Alfred D. Carry (DC Bar No. 1011877)

McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Phone: (202) 802-9999
Fax: (202) 403-3870
rdriscoll@mcglinchey.com
acarry@mcglinchey.com
*Counsel for Defendant*

\* \* \*

IT IS SO ORDERED.

/s/ Tanya Chutkan
TANYA S. CHUTKAN
United States District Judge

Date: November 13, 2018

2