# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.: 1:18-cr-218 (TSC) |
| | ) | |
| MARIIA BUTINA, a/k/a | ) | |
| MARIA BUTINA, | ) | **ORAL HEARING REQUESTED** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT MARIA BUTINA'S MOTION TO DISMISS OR
## COMPEL ELECTION BETWEEN MULTIPLICITOUS COUNTS

Pursuant to Fed. R. Crim. P. 12, Defendant Maria Butina hereby moves the court to dismiss the indictment (or one of the counts thereof), or to compel election between the multiplicitous counts. In support, Maria Butina states that the indictment is constitutionally infirm. As further grounds for this motion, for which a hearing is requested, counsel directs the court to the memorandum in support filed herewith. For the foregoing reasons, Defendant Maria Butina respectfully requests that the court grant this motion. A proposed order is attached.

Dated: November 15, 2018

Respectfully submitted,

/s/Robert N. Driscoll
Robert N. Driscoll (DC Bar No. 486451)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Phone: (202) 802-9999
Fax: (202) 403-3870
rdriscoll@mcglinchey.com

/s/Alfred D. Carry
Alfred D. Carry (DC Bar No. 1011877)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Phone: (202) 802-9999
Fax: (202) 330-5897
acarry@mcglinchey.com

*Counsel for Defendant*