# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **Criminal Case:  18-218 (TSC)** |
| **v.** | : | |
| | : | |
| | : | |
| **MARIIA BUTINA, also known as** | : | |
| **MARIA BUTINA,** | : | |
| | : | |
| **Defendant.** | : | |

## Joint Motion to Continue Status Conference

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Mariia Butina, also known as Maria Butina, through her counsel, Robert Driscoll and Alfred Carry, Esqs., respectfully request that the Court continue the status conference in this matter (including the motions-briefing schedule), presently set for December 6, 2018, for approximately two weeks.  In support of this motion, the parties state that they continue to engage, as they did prior to yesterday's defense filing, in negotiations regarding a potential resolution of this matter and that those negotiations would be potentially hindered by simultaneously engaging in motions practice.  The parties further agree that to make the best and most efficient use of the Court's time and resources to decide any motions in the event those negotiations are unsuccessful, it would be prudent to continue the upcoming hearing and its accompanying motions schedule for approximately two weeks.  If the Court grants this motion, the defendant will withdraw the motion and accompanying documents she filed yesterday [ECF No. 52], without prejudice to refiling within any motions hearing the Court sets.

The parties thus jointly request that the Court vacate the current motions schedule and motions hearing date; reset this case for a status conference to take place on December 18, or 19,

2018, if either of those dates are convenient for the Court.  The parties also jointly request that the present motions schedule be set back by two weeks.  The Court should thus direct the defense to file any dispositive motions on or before November 30, 2016.  Any government responses would be due on or before December 14, 2018, and any defense reply would be due on or before December 17, 2018.

The parties also jointly request that the Court continue to exclude time under the Speedy Trial Act between now and the next date set.  The defendant, through counsel, does not object to this request.  For the reasons stated in previous hearings, the parties request that the Court find that this period of delay serves the ends of justice, and that those ends outweigh the best interest of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A) & (B)(ii).

Respectfully submitted,

/s/ Robert N. Driscoll_____
Robert N. Driscoll (DC Bar No. 486451)

/s/ Alfred D. Carry_____
Alfred D. Carry (DC Bar No. 1011877)

McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Phone: (202) 802-9999
Fax: (202) 403-3870
rdriscoll@mcglinchey.com
acarry@mcglinchey.com
*Counsel for Defendant*

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472845

By:_____/s/_____
ERIK M. KENERSON
THOMAS N. SAUNDERS
Assistant United States Attorneys
Ohio Bar Number 82960 (Kenerson)
N.Y. Bar Number 4876975 (Saunders)
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: 202-252-7201
Email: Erik.Kenerson@usdoj.gov

_____/s/_____
WILLIAM A. MACKIE
Trial Attorney, National Security Division
N.C. Bar Number 13816
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: 202-233-2122
Email: Will.Mackie@usdoj.gov