**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No.: 1:18-cr-218 (TSC) |
| ) | |
| MARIIA BUTINA, a/k/a ) | |
| MARIA BUTINA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF DEFENDANT**
**MARIA BUTINA'S MOTION TO DISMISS OR COMPEL ELECTION BETWEEN**
**MULTIPLICITOUS COUNTS WITHOUT PREJUDICE**

On November 15, 2018, Defendant Maria Butina filed a Motion to Dismiss or Compel Election between Multiplicitous Counts (the "Motion") (Docs. 52, 53). Consistent with the court's minute order of November 16, 2018, Maria Butina files this notice to inform the court that she withdraws her Motion without prejudice.

Dated: November 16, 2018         Respectfully submitted,

/s/Robert N. Driscoll
Robert N. Driscoll (DC Bar No. 486451)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Phone: (202) 802-9999
Fax: (202) 403-3870
rdriscoll@mcglinchey.com

/s/Alfred D. Carry
Alfred D. Carry (DC Bar No. 1011877)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Phone: (202) 802-9999
Fax: (202) 330-5897
acarry@mcglinchey.com

*Counsel for Defendant*