# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No.: 1:18-cr-218 (TSC) |
| ) | |
| MARIIA BUTINA, a/k/a ) | |
| MARIA BUTINA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PROOF OF SERVICE
### In re Rule 17(c) Subpoena to American University

I hereby certify that a copy of the attached Rule 17(c) Subpoena to American University, court Order authorizing the issuance of the same (Doc. 48), and Stipulated Protective Order governing any documents produced in response (Doc. 51), were all served via email on November 15, 2018 at 5:52 p.m. on the Office of General Counsel for American University, Attn: Traevana Byrd and Justin A. Perillo, General and Associate General Counsel, who graciously informed the undersigned in advance that the university agreed to accept service via email at:

  American University | Office of General Counsel
  Attn: Justin A. Perillo, Associate General Counsel
  4400 Massachusetts Avenue NW
  Washington DC 20016
  lawyers@american.edu; perillo@american.edu

Dated: November 23, 2018          /s/Alfred D. Carry
                                  Alfred D. Carry (DC Bar No. 1011877)
                                  McGlinchey Stafford PLLC
                                  1275 Pennsylvania Avenue NW, Suite 420
                                  Washington, DC 20004
                                  Phone: (202) 802-9999
                                  Fax: (202) 330-5897
                                  acarry@mcglinchey.com

                                  *Counsel for Defendant*

1

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served on this 23rd day of November, 2018 through the court's CM/ECF system, which will send notification of this filing to all counsel of record for the government. And I further certify that I have served a copy of the same on this 23rd day of November, 2018 by first-class mail, postage prepaid, and email to the following:

  American University | Office of General Counsel
  Attn: Justin A. Perillo, Associate General Counsel
  4400 Massachusetts Avenue NW
  Washington DC 20016
  perillo@american.edu
  *Counsel for American University*

            /s/Alfred D. Carry
            Alfred D. Carry (DC Bar No. 1011877)
            *Counsel for Defendant*

AO 89B  (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Mariia Butina, a/k/a Maria Butina<br>*Defendant* | )<br>)<br>)  Case No.  1:18-cr-218 (TSC)<br>)<br>)<br>) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To:  American University c/o Traevana Byrd and Justin A. Perillo, General and Associate General Counsel
American University, Office of General Counsel, 4400 MAssachusetts Avenue NW, Washington, DC 20016

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

All documents and electronically stored information identified in the Schedule of Document Requests attached hereto as Exhibit A.

| Place: U.S. District Court for the District of Columbia<br>E. Barrett Prettyman Courthouse, Attn: Clerk's Office<br>333 Constitution Avenue NW, Washington, DC 20001 | Date and Time: 12/17/2018 2:00 pm |
|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

(SEAL)
Date:  11/13/2018

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Defendant**
Mariia Butina, a/k/a Maria Butina                                                                              , who requests this subpoena, are:

Alfred D. Carry, McGlinchey Stafford PLLC, 1275 Pennsylvania Avenue NW, Suite 420, Washington, DC 20004
Ph: (202) 802-9999; Fx: (202) 330-5897; acarry@mcglinchey.com

**Notice to those who use this form to request a subpoena**

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

AO 89B  (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case  (Page 2)

Case No.  1:18-cr-218 (TSC)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Page 3)

## Federal Rule of Criminal Procedure 17 (c), (d), (e), and (g) (Effective 12/1/08)

**(c) Producing Documents and Objects.**

**(1) In General.** A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them.

**(2) Quashing or Modifying the Subpoena.** On motion made promptly, the court may quash or modify the subpoena if compliance would be unreasonable or oppressive.

**(3) Subpoena for Personal or Confidential Information About a Victim.** After a complaint, indictment, or information is filed, a subpoena requiring the production of personal or confidential information about a victim may be served on a third party only by court order. Before entering the order and unless there are exceptional circumstances, the court must require giving notice to the victim so that the victim can move to quash or modify the subpoena or otherwise object.

**(d) Service.** A marshal, a deputy marshal, or any nonparty who is at least 18 years old may serve a subpoena. The server must deliver a copy of the subpoena to the witness and must tender to the witness one day's witness-attendance fee and the legal mileage allowance. The server need not tender the attendance fee or mileage allowance when the United States, a federal officer, or a federal agency has requested the subpoena.

**(e) Place of Service.**

**(1) In the United States.** A subpoena requiring a witness to attend a hearing or trial may be served at any place within the United States.

**(2) In a Foreign Country.** If the witness is in a foreign country, 28 U.S.C. § 1783 governs the subpoena's service.

**(g) Contempt.** The court (other than a magistrate judge) may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by a federal court in that district. A magistrate judge may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by that magistrate judge as provided in 28 U.S.C. § 636(e).

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No.: 1:18-cr-218 (TSC) |
| | ) |
| MARIIA BUTINA, a/k/a | ) |
| MARIA BUTINA, | ) |
| | ) |
| Defendant. | ) |

### EXHIBIT A
### To Subpoena to Produce Documents, Information, or Objects in a Criminal Case

To:   American University
       c/o Traevena Bryd, General Counsel
       Justin A. Perillo, Associate General Counsel
       Office of General Counsel
       4400 Massachusetts Avenue NW
       Washington, DC 20016

YOU ARE COMMANDED, pursuant to the attached subpoena and Rule 17 of the Federal Rules of Criminal Procedure, to produce to the Clerk's Office of the U.S. District Court for the District of Columbia, E. Barrett Prettyman Courthouse, 333 Constitution Avenue NW, Washington, DC 20001, as of the date and time stated, or at such other date and time ordered by the court, all of the documents, information, and things in your possession, custody, or control that are listed and described below, together with a certificate from the records custodian, authenticating any documents produced.

## SCHEDULE OF DOCUMENT REQUESTS

### Definitions and Instructions

A.  In responding to this subpoena served on you (or your organization) requesting the production of documents, you are to furnish all documents, information or objects however obtained, that are available to or in possession or control of yourself, your agents, and your attorneys.

B.  If you object to a request on the grounds of privilege or some other legally cognizable doctrine, provide documents or portions of documents with such non-privileged information as is responsive. For information withheld, list all documents or other information withheld pursuant to the claim of privilege, provide a general description of the information withheld pursuant to the claim, and identify the specific privilege(s) that form the basis for nondisclosure of each piece of responsive information.

C.  For a further statement of your obligation in producing documents under this subpoena, see Rule 17 of the Federal Rules of Criminal Procedure, which appears on the final page of the subpoena.

D.  As used herein, the term "Defendant" means Mariia Butina, a/k/a Maria Butina (DOB: ███; SSN: ███; AU ID#: ███). Maria Butina was a graduate student at American University from on or about June 2016 to May 2018.

E.  "You" or "your" shall mean the summoned person whose records are being sought by the corresponding subpoena.

F.  Please produce any documents that are responsive to this subpoena as they are kept in the usual course of business or organize and label them to correspond with the categories numbered below.

2

Document Requests

1. A copy of any and all American University campus police reports, investigative notes (typed or handwritten), or other law enforcement materials that concern or relate to any investigative matter concerning Maria Butina. No identifying information beyond persons' names and photographs (if applicable) shall be released by American University. If documents, information, or objects contain identifying information beyond persons' names and photographs, American University shall redact such information before producing the documents, information, or objects.[1]

2. A copy of any and all documents concerning Maria Butina's complaint about, and American University's subsequent response, inquiry or investigation into, the actions of professor and lecturer Svetlana Savranskava. No identifying information beyond persons' names and photographs (if applicable) shall be released by American University. If documents, information, or objects contain identifying information beyond persons' names and photographs, American University shall redact such information before producing the documents, information, or objects.[1]

3. A copy of each class roster (and photo roster, if one) for each of Maria Butina's courses at American University. No identifying information beyond persons' names and photographs (if applicable) shall be released by American University. If documents, information, or objects contain identifying information beyond persons' names and photographs, American University shall redact such information before producing the documents, information, or objects.[1]

---

[1] Other identifying information includes, but is not limited to, Social Security numbers, home addresses, e-mail addresses, telephone numbers, and student or employee identification numbers.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> MARIIA BUTINA, a/k/a, ) <br> MARIA BUTINA, ) <br> ) <br> Defendant. ) <br> ) | Criminal Action No. 18-cr-218 (TSC) |

## ORDER

Upon consideration of Defendant's Motion for Issuance of Rule 17(c) Subpoena (to American University), ECF No. 39, the court hereby **GRANTS** the motion with modifications to the subpoena and conditions detailed below.

It is **ORDERED** that Defendant shall complete the Subpoena to Produce Documents, Information, or Objects in a Criminal Case, ECF No. 39-2, with the following modifications:

1. The subpoena shall designate December 17, 2018 at 2:00 p.m. as the date and time for the return of the subpoenaed documents, information, or objects.

2. In the "Documents Requests" section, at page 3 of Exhibit A, the Defendant shall add the following sentence after each request: "No identifying information beyond persons' names and photographs (if applicable) shall be released by American University. If documents, information, or objects contain identifying information beyond persons' names and photographs, American University shall redact such information before producing the documents, information, or objects."[1]

---

[1] Other identifying information includes, but is not limited to, Social Security numbers, home addresses, e-mail addresses, telephone numbers, and student or employee identification numbers.

It is **FURTHER ORDERED** that no later than November 12, 2018 the Government and Defendant shall meet and confer and provide the court with a proposed Protective Order that will govern documents, information, and objects provided by American University.

It is **FURTHER ORDERED** that the Defendant shall not serve the subpoena on American University until the court has issued a Protective Order governing the documents, information, and objects provided by American University.

It is **FURTHER ORDERED** that upon the Defendant's making the above modifications to the subpoena in accordance with this Order and the court's issuing a Protective Order governing the documents, information, and objects provided by American University, the subpoena shall be signed by the Clerk of the Court or Deputy Clerk. Upon the Clerk or Deputy Clerk's signing the Subpoena, it is approved for service by Defendant.

It is **FURTHER ORDERED** that once this court issues a Protective Order governing information, documents, and objects provided by American University, Defendant shall serve American University with the Subpoena no sooner than November 14, 2018 and no later than November 16, 2018.

It is **FURTHER ORDERED** that Defendant shall file the Proof of Service with the court by November 23, 2018.

It is **FURTHER ORDERED** that the Clerk of the Court shall accept the subpoenaed documents and place them under seal. The Clerk of the Court shall then, under seal, notify the court and all counsel of record that the documents are available for copying and inspection in advance of trial.

It is **FURTHER ORDERED** that Defendant shall attach to the subpoena a copy of this Order.

Nothing in this Order prevents American University from seeking leave to modify this Order. If American University seeks leave to modify this Order, all orders contained in this Order are stayed until the court rules on the motion.

**SO ORDERED.**

Date: October 31, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No.: 1:18-cr-218 (TSC) |
| | ) |
| MARIIA BUTINA, a/k/a | ) |
| MARIA BUTINA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATED PROTECTIVE ORDER GOVERNING
## DOCUMENTS, INFORMATION, AND OBJECTS FROM AMERICAN UNIVERSITY

The parties in this matter have conferred as directed by the court's order of October 31, 2018 (ECF 48), which granted the Defendant Maria Butina's motion (ECF 39) seeking permission to issue a Rule 17(c) subpoena to American University, as modified by the court (the "Subpoena"). The parties acknowledge that the Subpoena compels the production of records related to former students of American University. The parties recognize that these individuals are not parties to this litigation and that some of the information being disclosed by the university pursuant to the Subpoena may qualify as confidential education records under the Family Educational Rights and Privacy Act ("FERPA"), codified at 20 U.S.C. § 1232g. The parties agree that the entry of a stipulated protective order governing the disclosure of such materials is necessary to assure appropriate protection of privacy interests and other legitimate confidentiality interests. Accordingly, the government and Defendant HEREBY STIPULATE AND AGREE as follows:

All student education records and information, and all documents and objects (whether or not also education records), produced by American University in response to the Subpoena that contain information about present or former students of American University (hereafter, "Confidential Education Records") are subject to the Protective Order entered by Judge Chutkan on August 10, 2018 (ECF 21). Both the government and Defense agree to maintain all Confidential Education Records as if Discovery Material, as set forth in the Protective Order.

1

If a party wishes to file any Confidential Education Record with the court, those Confidential Education Records shall be filed under seal. Also, any memorandum of law or other public filing in this case shall be redacted insofar as the memorandum of law or other filing is derived from, quotes, or otherwise conveys information contained in the Confidential Education Records. If a party wishes to file any Confidential Education Record publicly, the parties agree to confer in the same manner as described in paragraph 8 of the Protective Order. However, at all times, no party may disclose a Confidential Education Record or the information contained therein in any public filing without redacting personally identifiable information as understood by Rule 49.1 of the Federal Rules of Criminal Procedure. The clerk will accept for filing under seal any filings so marked by the parties pursuant to this Stipulated Order.

The restrictions set forth in this Stipulated Order do not apply to Confidential Education Records or documents that are or become matters of public record. Capitalized terms not defined herein shall have the meanings ascribed to them in the Protective Order.

| | |
|---|---|
| JESSIE K. LIU<br>UNITED STATES ATTORNEY<br>D.C. Bar Number 472845 | Respectfully submitted,<br><br>/s/ Robert N. Driscoll<br>Robert N. Driscoll (DC Bar No. 486451) |
| By:_____/s/_____<br>ERIK M. KENERSON<br>THOMAS N. SAUNDERS<br>Assistant United States Attorneys<br>Ohio Bar Number 82960 (Kenerson)<br>N.Y. Bar Number 4876975 (Saunders)<br>United States Attorney's Office<br>555 Fourth Street, NW<br>Washington, DC 20530<br>Phone: (202) 252-7201<br>Erik.Kenerson@usdoj.gov<br>*Counsel for the government* | /s/ Alfred D. Carry<br>Alfred D. Carry (DC Bar No. 1011877)<br><br>McGlinchey Stafford PLLC<br>1275 Pennsylvania Avenue NW, Suite 420<br>Washington, DC 20004<br>Phone: (202) 802-9999<br>Fax: (202) 403-3870<br>rdriscoll@mcglinchey.com<br>acarry@mcglinchey.com<br>*Counsel for Defendant* |
| Date: November 13, 2018 | * * *<br>IT IS SO ORDERED.<br><br>_____<br>TANYA S. CHUTKAN<br>United States District Judge |

2