UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **Criminal Case: 18-218 (TSC)** |
| v. | : | |
| | : | |
| | : | |
| **MARIIA BUTINA, also known as** | : | |
| **MARIA BUTINA,** | : | |
| | : | |
| Defendant. | : | |

## Joint Motion to Vacate Dispositive Motions Schedule

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Mariia Butina, also known as Maria Butina, through her counsel, Robert Driscoll and Alfred Carry, Esqs., respectfully request that the Court vacate the current motions schedule. In support of this motion, the parties state that they remain optimistic about a pretrial resolution of this matter, but were unable to reach a final agreement within the time period to file dispositive motions. Given the outstanding Motion to Transfer Defendant Maria Butina into General Population Housing, the parties request to vacate the current briefing schedule for dispositive motions, but keep the December 19, 2018 date (unless a different, earlier date is more convenient for the Court and parties) to address the aforementioned Motion and any other issues that may arise. If the parties are unable to reach a pretrial resolution, we will contact the Court to request a new briefing and motions schedule. If we are able to reach a disposition, we may contact chambers to request an earlier date.

The parties thus jointly request that the Court vacate the current motions schedule, but retain the December 19, 2018, status hearing (unless a different, earlier date is more convenient for the Court and parties).

Respectfully submitted,

/s/ Robert N. Driscoll
Robert N. Driscoll (DC Bar No. 486451)

/s/ Alfred D. Carry
Alfred D. Carry (DC Bar No. 1011877)

McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Phone: (202) 802-9999
Fax: (202) 403-3870
rdriscoll@mcglinchey.com
acarry@mcglinchey.com
*Counsel for Defendant*

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472845

By:_____/s/_____
ERIK M. KENERSON
THOMAS N. SAUNDERS
Assistant United States Attorneys
Ohio Bar Number 82960 (Kenerson)
N.Y. Bar Number 4876975 (Saunders)
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: 202-252-7201
Email: Erik.Kenerson@usdoj.gov

_____/s/_____
WILLIAM A. MACKIE
Trial Attorney, National Security Division
N.C. Bar Number 13816
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: 202-233-2122
Email: Will.Mackie@usdoj.gov