# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No.: 1:18-cr-218 (TSC) |
| ) | |
| MARIIA BUTINA, a/k/a ) | **UNDER SEAL** |
| MARIA BUTINA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT MOTION FOR TELEPHONE CONFERENCE
### On December 6, 2018 at 11:00 A.M.

The Defendant Maria Butina, by counsel, with the consent of the government, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this motion, under seal, to request a telephone conference with the court on December 6, 2018 at 11:00 a.m. to discuss the scheduling of a possible change of plea hearing, as well as one other preliminary matter requiring the court's attention. Defense counsel hereby waives Defendant Maria Butina's appearance at this telephone conference.

During the course of this telephone conference, nonpublic matters regarding a possible change of plea, confidential, privileged communications, and a potential conflict may be presented and discussed. Accordingly, defense counsel requests that this motion and telephone conference be under seal. The government is unable to join in a sealing request at this time due to internal and preexisting DOJ guidance.

The parties thus jointly request that the court hold a telephone conference on December 6, 2018 at 11:00 a.m., granting such other further relief as the court deems necessary and just.

1

Dated: December 5, 2018                                          Respectfully submitted,

|  |  |
|---|---|
| _____/s/_____ <br> Robert N. Driscoll (DC Bar No. 486451) <br> Alfred D. Carry (DC Bar No. 1011877) <br> McGlinchey Stafford PLLC <br> 1275 Pennsylvania Avenue NW, Suite 420 <br> Washington, DC 20004 <br> Phone: (202) 802-9999 <br> Fax: (202) 403-3870 <br> rdriscoll@mcglinchey.com <br> acarry@mcglinchey.com <br><br> *Counsel for Defendant* | JESSIE K. LIU <br> UNITED STATES ATTORNEY <br> D.C. Bar Number 472845 <br><br> By: _____/s/_____ <br> ERIK M. KENERSON <br> THOMAS N. SAUNDERS <br> Assistant United States Attorneys <br> Ohio Bar Number 82960 (Kenerson) <br> N.Y. Bar Number 4876975 (Saunders) <br> 555 Fourth Street, N.W. <br> Washington, D.C. 20530 <br> Telephone: 202-252-7201 <br> Email: Erik.Kenerson@usdoj.gov <br><br> _____/s/_____ <br> WILLIAM A. MACKIE <br> Trial Attorney, National Security Division <br> N.C. Bar Number 13816 <br> 950 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20530 <br> Telephone: 202-233-2122 <br> Email: Will.Mackie@usdoj.gov |