# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| v.  ) | Case No.: 1:18-cr-218 (TSC) |
| ) | |
| MARIIA BUTINA, a/k/a  ) | |
| MARIA BUTINA,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

## JOINT MOTION TO SET CHANGE OF PLEA HEARING

The Defendant Maria Butina, by counsel, and the government, by and through its attorney, the United States Attorney for the District of Columbia, respectfully file this joint motion to set a change of plea hearing in the above-captioned matter and request a hearing at the Court's earliest convenience. The parties, as well as advisory counsel A.J. Kramer, Esq., are available for a hearing beginning between 9:00 a.m. and 11:00 a.m. on Tuesday, December 11, 2018, at any point on Wednesday, December 12, 2018, or on Thursday, December 13, 2018, at any point except 1:30-3:00 p.m. The parties have resolved this matter, and the Defendant Mariia Butina remains in custody.

| | |
|---|---|
| Dated: December 10, 2018 | Respectfully submitted, |
| | JESSIE K. LIU |
| _____/s/_____ | UNITED STATES ATTORNEY |
| Robert N. Driscoll (DC Bar No. 486451) | D.C. Bar Number 472845 |
| Alfred D. Carry (DC Bar No. 1011877) | |
| McGlinchey Stafford PLLC | By: _____/s/_____ |
| 1275 Pennsylvania Avenue NW, Suite 420 | ERIK M. KENERSON |
| Washington, DC 20004 | THOMAS N. SAUNDERS |
| Phone: (202) 802-9999 | Assistant United States Attorneys |
| Fax: (202) 403-3870 | Ohio Bar Number 82960 (Kenerson) |
| rdriscoll@mcglinchey.com | N.Y. Bar Number 4876975 (Saunders) |
| acarry@mcglinchey.com | 555 Fourth Street, N.W. |
| | Washington, D.C.  20530 |
| *Counsel for Defendant* | Telephone: 202-252-7201 |
| | Email: Erik.Kenerson@usdoj.gov |
| | |
| | _____/s/_____ |
| | WILLIAM A. MACKIE |
| | Trial Attorney, National Security Division |
| | N.C. Bar Number 13816 |
| | 950 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20530 |
| | Telephone: 202-233-2122 |
| | Email: Will.Mackie@usdoj.gov |