# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No.: 1:18-cr-218 (TSC) |
| ) | |
| MARIIA BUTINA, a/k/a ) | |
| MARIA BUTINA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT MARIA BUTINA'S RESPONSE TO
## DECEMBER 6, 2018 MINUTE ORDER TO SHOW CAUSE

In response to the court's December 6, 2018 minute order to show cause, Defendant Maria Butina, by counsel, pursuant to *United States v. Hubbard*, 650 F.2d 293, 317-23 (D.C. Cir. 1980), does not oppose the unsealing of the sealed portion of the joint telephone conference held on the same date.

Dated: December 10, 2018                Respectfully submitted,

                                        _____/s/_____
                                        Robert N. Driscoll (DC Bar No. 486451)
                                        Alfred D. Carry (DC Bar No. 1011877)
                                        McGlinchey Stafford PLLC
                                        1275 Pennsylvania Avenue NW, Suite 420
                                        Washington, DC 20004
                                        Phone: (202) 802-9999
                                        Fax: (202) 403-3870
                                        rdriscoll@mcglinchey.com
                                        acarry@mcglinchey.com

                                        *Counsel for Defendant*