# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No.: 1:18-cr-218 (TSC) |
| ) | |
| MARIIA BUTINA, a/k/a ) | |
| MARIA BUTINA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF DEFENDANT
## MARIA BUTINA'S RULE 17(c) SUBPOENA TO AMERICAN UNIVERSITY

On October 31, 2018, the court issued an order (Doc. 48) granting Defendant Maria Butina's motion (Doc. 39) to issue a Rule 17(c) subpoena to American University (the "Subpoena"), a return copy of which was filed with this court on November 23, 2018 (at Doc. 56-1). After further review and consultation with the Office of General Counsel for American University, as encouraged by the court, Defendant Maria Butina, by counsel, files this notice to inform the court and counsel that she hereby withdraws the Subpoena.

Dated: December 14, 2018

Respectfully submitted,

/s/
Robert N. Driscoll (DC Bar No. 486451)
Alfred D. Carry (DC Bar No. 1011877)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Phone: (202) 802-9999
Fax: (202) 403-3870
rdriscoll@mcglinchey.com
acarry@mcglinchey.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served on this 14th day of December, 2018 through the court's CM/ECF system, which will send notification of this filing to all counsel of record for the government. And I further certify that I have served a copy of the same on this 14th day of December, 2018 by first-class mail, postage prepaid, and email to the following:

American University | Office of General Counsel
Attn: Justin A. Perillo, Associate General Counsel
4400 Massachusetts Avenue NW
Washington DC 20016
perillo@american.edu
*Counsel for American University*

/s/Alfred D. Carry
Alfred D. Carry (DC Bar No. 1011877)
*Counsel for Defendant*