**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **Criminal Case:  18-218 (TSC)** |
| **v.** | : | |
| | : | |
| | : | |
| **MARIIA BUTINA, also known as** | : | |
| **MARIA BUTINA,** | : | |
| | : | |
| **Defendant.** | : | |

### Joint Motion to Continue Status Conference

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Mariia Butina, also known as Maria Butina, through her counsel, Robert Driscoll and Alfred Carry, Esqs., respectfully request that the Court continue the status conference in this matter, presently set for February 12, 2019, to February 26, 2019, at 2:30 p.m.

In support of this motion, the parties represent that on or about December 13, 2018, the defendant entered a guilty plea to Count 1 of the indictment in this case.  As part of her plea agreement, the defendant agreed to cooperate with the United States.  The parties agreed on a status date of February 12, 2019, to determine whether a sentencing date should be set.  The defendant's cooperation is not yet complete, and the parties are not prepared to advise the Court about potential sentencing dates.  The parties thus request a continuance of this matter until February 26, 2019, at 2:30 p.m., if that date and time are convenient for the Court.

1

Respectfully submitted,

/s/ Robert N. Driscoll_____

Robert N. Driscoll (DC Bar No. 486451)

/s/ Alfred D. Carry_____

Alfred D. Carry (DC Bar No. 1011877)

McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Phone: (202) 802-9999
Fax: (202) 403-3870
rdriscoll@mcglinchey.com
acarry@mcglinchey.com
*Counsel for Defendant*

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472845


By:_____/s/_____
ERIK M. KENERSON
THOMAS N. SAUNDERS
Assistant United States Attorneys
Ohio Bar Number 82960 (Kenerson)
N.Y. Bar Number 4876975 (Saunders)
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: 202-252-7201
Email: Erik.Kenerson@usdoj.gov


_____/s/_____
WILLIAM A. MACKIE
Trial Attorney, National Security Division
N.C. Bar Number 13816
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: 202-233-2122
Email: Will.Mackie@usdoj.gov

2