```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,      .
                               .
        Plaintiff,             .  CR No. 18-0218 (TSC)
                               .
    v.                         .
                               .
MARIIA BUTINA, a/k/a           .  Washington, D.C.
MARIA BUTINA,                  .  Thursday, March 28, 2019
                               .  10:00 a.m.
        Defendant.             .
. . . . . . . . . . . . . . . .
```

## TRANSCRIPT OF STATUS HEARING
### BEFORE THE HONORABLE TANYA S. CHUTKAN
### UNITED STATES DISTRICT JUDGE

**APPEARANCES:**

| | |
|---|---|
| For the Government: | ERIK M. KENERSON, AUSA<br>U.S. Attorney's Office<br>National Security Section<br>555 Fourth Street, NW<br>Washington, DC 20530 |
| For the Defendant: | ROBERT N. DRISCOLL, ESQ.<br>ALFRED D. CARRY, ESQ.<br>McGlinchey Stafford, PLLC<br>1275 Pennsylvania Avenue, NW<br>Suite 420<br>Washington, DC 20004 |
| Court Reporter: | BRYAN A. WAYNE, RPR, CRR<br>U.S. Courthouse, Room 4704-A<br>333 Constitution Avenue, NW<br>Washington, DC 20001 |

Proceedings reported by stenotype shorthand.
Transcript produced by computer-aided transcription.

```
 1                      P R O C E E D I N G S
 2              THE DEPUTY CLERK:  Your Honor, we have criminal
 3   action 18-218, United States of America versus Mariia Butina.
 4   We have Mr. Erik Kenerson representing the government and
 5   Mr. Alfred Carry and Mr. Robert Driscoll representing
 6   Ms. Butina, who is present.
 7              THE COURT:  Good morning, everyone.  Good morning,
 8   Ms. Butina.  Mr. Kenerson, chambers received an e-mail from
 9   you last night, and obviously Mr. Driscoll was included on that,
10   that the government is in a position to request a sentencing
11   date.  Is that correct?
12              MR. KENERSON:  Good morning, Your Honor.
13      Yes.  That is correct.
14              THE COURT:  All right.  Have you conferred with
15   Mr. Driscoll regarding when that could be?  Because I believe,
16   since we already ordered the presentence report, Probation has
17   indicated they can turn that around pretty quickly.
18              MR. KENERSON:  We had discussed -- the government's
19   request is going to be the week of April 29, if the Court's
20   available.  I think Mr. Driscoll preferred it to be the week
21   before.  We would kind of defer to the Court's availability
22   between those two weeks.
23              THE COURT:  Mr. Bradley?
24        (Court conferring with deputy clerk.)
25              THE COURT:  You said you're asking for the week of
```

```
 1   the 29th?  Is the 29th a Monday?
 2              THE DEPUTY CLERK:  That's a Monday.
 3              THE COURT:  That's a Monday.  And what's the Friday
 4   before that?
 5              THE DEPUTY CLERK:  The Friday before that's the 26th.
 6              THE COURT:  Are you available on the 26th?
 7   That would be sort of a compromise between the two of you.
 8              MR. KENERSON:  I am available on the 26th.
 9              THE COURT:  Mr. Driscoll?
10              MR. DRISCOLL:  We're available on the 26th.
11              THE COURT:  All right.  What time do you want to
12   set that for?  10 a.m.?
13              MR. KENERSON:  That's fine, Your Honor.
14              MR. DRISCOLL:  Fine with us, Your Honor.
15              THE COURT:  10 a.m. on the 26th.
16         All right.  Mr. Kenerson and Mr. Driscoll, will you
17   approach, please, and Mr. Carry, if you want to.
18         (Bench conference.)
19   ████████████████████████████████████
20   ██████████████
21   ████████████████████████████████████
22   ███████████████████████
23   ███████████████████████████████
24   ████████████████████████████████████
25   ████████████████████████████████████████
```

1    ███████████████████████████████████

2           ████████████████████████

3         (End of bench conference.)

4         THE COURT:  All right.  Sentencing is set for

5    April 26th at noon.  I require all sentencing material and

6    memoranda to be filed a week before.  I like to review it

7    several times.  I really don't like last-minute submissions.

8         Ms. Butina, if there are documents or letters or anything

9    you want your lawyer to have me look at as I prepare for

10   sentencing, those must be submitted to Mr. Driscoll so that

11   he can get them to me within a week before sentencing.

12        As I told you at your plea, you will also have an

13   opportunity, if you wish, to speak to me.  You don't have to.

14   I don't hold it against you if you don't, but I do take into

15   account what you do say.

16        So all submissions need to be -- if they're not, and I

17   get them late, we're going to have to continue the sentencing,

18   and I don't want to do that.

19        Is there anything else?

20        (Law clerk conferring with Court.)

21        Did I say noon?  I'm sorry.  10 a.m.

22        Mr. Driscoll.

23        MR. DRISCOLL:  Your Honor, I think the only matter

24   is I think you need to set a date for the PSR.  I mean, we have

25   the draft and we've given our comments, but I think just give

```
 1    them a date --
 2              THE COURT:  Once I set a sentencing date, they usually
 3    take that into consideration.  I don't have to set a date for
 4    the PSR --
 5              MR. DRISCOLL:  Okay.
 6              THE COURT:  -- because I already ordered that it be
 7    prepared some time ago.  I believe that they only need about
 8    12 days to finalize.  So you all should get the draft well in --
 9    and if you don't get it in time, let us know, because you all
10    have to look at the draft before I see it.
11              MR. KENERSON:  We've actually already received the
12    draft.
13              MR. DRISCOLL:  And we've given our comment.
14              THE COURT:  Oh, good.
15              MR. DRISCOLL:  I just wanted to make sure that they
16    had a date --
17              THE COURT:  Oh, yeah.  Then we're fine.
18              MR. KENERSON:  And the only request from the
19    government, since we didn't formally request it, is that
20    the bench conference be under seal.
21              THE COURT:  The bench conference will be placed
22    under seal.  All right.  Anything further?
23              MR. DRISCOLL:  Not from defense, Your Honor.
24              THE COURT:  All right.  I'll see you all on the 26th.
25    Thank you.   (Proceedings adjourned at 10:07 a.m.)
```

\* \* \* \* \* \*

CERTIFICATE

I, BRYAN A. WAYNE, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.

*Bryan A. Wayne*
BRYAN A. WAYNE