UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : Criminal Case: 18-218 (TSC) |
| v. | : |
| | : |
| MARIIA BUTINA, also known as | : |
| MARIA BUTINA, | : |
| | : |
| Defendant. | : |

### FACTUAL ALLEGATIONS IN SUPPORT OF JUDICIAL REMOVAL

NOTICE IS HEREBY GIVEN TO MARIIA BUTINA ("the defendant") and to her attorneys of record, Robert Driscoll and Alfred Carry, Esqs., that the United States of America alleges the following facts in support of the Notice of Intent to Request Judicial Removal:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of the Union of Soviet Socialist Republics (Russian S.F.S.R), and citizen of the Russian Federation.

3. The defendant entered the United States on an F-1 student visa in August 2016.

4. At the time of sentencing in this case, the defendant will be convicted in the United States District Court for the District of Columbia, of the following counts charged in the indictment: Count One: Conspiracy to Act as an Agent of a Foreign Government in violation of 18 U.S.C. §§ 371, 951. The maximum sentence for this offense is five years of imprisonment and/or a $250,000 fine.

5. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to Section 237(a)(4)(A)(ii) of the Immigration and Nationality Act of 1952

("INA"), as amended, 8 U.S.C. § 1227(a)(4)(A)(ii), as an alien who has engaged, is engaged, or at any time after admission engages in "any other criminal activity which endangers public safety or national security." *Id.*

WHEREFORE, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), the United States of America requests that the Court, at the time of sentencing, order that the defendant be removed from the United States to Russia.

Dated:        March 28, 2019

                              Respectfully Submitted,

                              JESSIE K. LIU
                              UNITED STATES ATTORNEY
                              D.C. Bar Number 472845

                              By: _____
                              ERIK M. KENERSON
                              THOMAS N. SAUNDERS
                              Assistant United States Attorneys
                              Ohio Bar Number 82960 (Kenerson)
                              N.Y. Bar Number 4876975 (Saunders)
                              555 Fourth Street, N.W.
                              Washington, D.C. 20530
                              Telephone: 202-252-7201
                              Email: Erik.Kenerson@usdoj.gov