UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | Criminal Case: 18-218 (TSC) |
| v. : | |
| : | |
| : | |
| MARIIA BUTINA, also known as : | |
| MARIA BUTINA, : | |
| : | |
| Defendant. : | |

## ORDER OF JUDICIAL REMOVAL

Upon the application of the United States of America, by Erik M. Kenerson and Thomas N. Saunders, Assistant United States Attorneys, District of Columbia; upon the Factual Allegations in Support of Judicial Removal; upon the consent of Mariia Butina ("the defendant") and upon all prior proceedings and submissions in this matter, with full consideration having been given to the matters set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of the Union of Soviet Socialist Republics (Russian S.F.S.R.), and citizen of the Russian Federation.

3. The defendant entered the United States on an F-1 student visa in August 2016.

4. At the time of sentencing in this case, the defendant will be convicted in the United States District Court for the District of Columbia, of the following counts charged in the indictment: Count One: Conspiracy to Act as an Agent of a Foreign Government in violation of 18 U.S.C. §§ 371, 951. The maximum sentence for this offense is five years of imprisonment and/or a $250,000 fine.

5.     The defendant is, and at sentencing will be, subject to removal from the United States pursuant to Section 237(a)(4)(A)(ii) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 U.S.C. § 1227(a)(4)(A)(ii), as an alien who has engaged, is engaged, or at any time after admission engages in "any other criminal activity which endangers public safety or national security." *Id.*

7.     The defendant has waived her right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8.     The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant is ordered removed from the United States to the Russian Federation promptly upon her sentencing.

Dated: _____    _____
                                    THE HONORABLE TANYA S. CHUTKAN
                                    UNITED STATES DISTRICT JUDGE