# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.: 1:18-cr-218 (TSC) |
| | ) | |
| MARIIA BUTINA, a/k/a | ) | |
| MARIA BUTINA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SENTENCING MEMORANDUM
## ON BEHALF OF MARIA BUTINA

McGLINCHEY STAFFORD PLLC
Robert N. Driscoll (DC Bar #486451)
Alfred D. Carry (DC Bar #1011877)
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
(202) 802-9999

*Counsel for Defendant Maria Butina*

Dated: April 19, 2019

# TABLE OF CONTENTS

Page

I.   INTRODUCTION ................................................................................................. 1

II.  PERSONAL BACKGROUND ............................................................................. 2

III. OFFENSE CONDUCT ........................................................................................ 7

IV. THE GUIDELINES AND § 3553 FACTORS FAVOR A TIME-SERVED
    SENTENCE ........................................................................................................ 10

     A.     The Plea Agreement ............................................................................. 11

     B.     The Presentence Investigation Report and Guidelines Range ............. 12

     C.     The Sentencing Factors ........................................................................ 20

V.   CONCLUSION ................................................................................................... 24

## ATTACHMENTS

### Character Letters

Letter of Maria Grigorievna Shapovalova (Grandmother)
    *English Translation* ................................................................................. 1
    *Affidavit of Accuracy of Translation* ..................................................... 3
    *Original Russian Letter* ......................................................................... 5

Letter of Valeri Butin (Father)
    *English Translation* ................................................................................. 7
    *Affidavit of Accuracy of Translation* ................................................... 10
    *Original Russian Letter* ....................................................................... 11

Letter of Irina Butina (Mother)
    *English Translation* ............................................................................... 15
    *Affidavit of Accuracy of Translation* ................................................... 17
    *Original Russian Letter* ....................................................................... 18

Letter of Marina Butina (Sister)
    *English Translation* ............................................................................... 20
    *Affidavit of Accuracy of Translation* ................................................... 22
    *Original Russian Letter* ....................................................................... 23

Letter of Sarah Schoeffel (Friend and Classmate from American University) ............. 25

Letter of George D. O'Neill, Jr. (Friend) ................................................................ 27

Letter of Rev. Nathan Hanson (Minister) ...................................................................28

Letter of Rev. Victor Potapov (Minister)....................................................................29

Letter of Tatiana Ryurikovna Kudryavtseva (Exonerated Survivor)
    *English Translation*.................................................................................................30
    *Affidavit of Accuracy of Translation*....................................................................31
    *Original Russian Letter*........................................................................................32

Letter of Aleksandra Borisovna Lotkova (Exonerated Survivor)
    *English Translation*.................................................................................................34
    *Affidavit of Accuracy of Translation*....................................................................35
    *Original Russian Letter*........................................................................................36

Letter of Evgenij N. Kostyrin (Exonerated Survivor)
    *English Translation*.................................................................................................37
    *Affidavit of Accuracy of Translation*....................................................................39
    *Original Russian Letter*........................................................................................40

Letter of Igor Zajtsev (RTBA Coworker)
    *English Translation*.................................................................................................42
    *Affidavit of Accuracy of Translation*....................................................................44
    *Original Russian Letter*........................................................................................45

Letter of A.V. Parshin (RTBA Attorney)
    *English Translation*.................................................................................................47
    *Affidavit of Accuracy of Translation*....................................................................49
    *Original Russian Letter*........................................................................................50

Letter of Elena V. Pritchina (Altai State University Dean and Professor)
    *English Translation*.................................................................................................51
    *Affidavit of Accuracy of Translation*....................................................................53
    *Original Russian Letter*........................................................................................54

Letter of Yaroslava Y. Shashkova (Altai State University Professor)
    *English Translation*.................................................................................................56
    *Affidavit of Accuracy of Translation*....................................................................58
    *Original Russian Letter*........................................................................................59

Letter of Natalia P. Korobkova (Altai State University Professor)
    *English Translation*.................................................................................................61
    *Affidavit of Accuracy of Translation*....................................................................62
    *Original Russian Letter*........................................................................................63

Letter of Vyacheslav A. Dolzhikov (Altai State University Professor)
*English Translation*.................................................................................64
*Affidavit of Accuracy of Translation*.......................................................65
*Original Russian Letter*...........................................................................66

Letter of Konstantin Emeshin (Altai State University Professor)
*English Translation*.................................................................................67
*Affidavit of Accuracy of Translation*.......................................................69
*Original Russian Letter*...........................................................................70

Letter of Natalia A. Zausaeva (Altai State University Professor)
*English Translation*.................................................................................72
*Affidavit of Accuracy of Translation*.......................................................74
*Original Russian Letter*...........................................................................75

Letter of Vladimir Dortman (Friend and Classmate from Altai State University)
*English Translation*.................................................................................77
*Affidavit of Accuracy of Translation*.......................................................78
*Original Russian Letter*...........................................................................79

Letter of Oleg Evdokimov (Friend)
*English Translation*.................................................................................80
*Affidavit of Accuracy of Translation*.......................................................82
*Original Russian Letter*...........................................................................83

Letter of Vladimir Kikolaevich Shapovalov (Cousin)
*English Translation*.................................................................................86
*Affidavit of Accuracy of Translation*.......................................................87
*Original Russian Letter*...........................................................................88

Letter of Andrej V. Stepurko (Former Head of Barnaul Rotary Club)
*English Translation*.................................................................................89
*Affidavit of Accuracy of Translation*.......................................................90
*Original Russian Letter*...........................................................................91

Letter of Arina Kuznetsova (Friend)
*English Translation*.................................................................................92
*Affidavit of Accuracy of Translation*.......................................................93
*Original Russian Letter*...........................................................................94

<u>Certificates</u>

Certificate of Completion, Women Empowering Women .............................................................96

Certificate, Community Service Participation in "Knitting Projects" ..........................................97

Certificate of Participation, Life Skills Class .................................................................98

Defendant Maria Butina will appear before this court for sentencing on April 26, 2019, after having plead guilty to one count of conspiracy to act as an agent of a foreign official, in violation of 18 U.S.C. §§ 371, 951. She submits this memorandum to assist the court in fashioning the appropriate sentence, respectfully requesting that it impose a sentence of time served in this case for the following reasons.

## I.   INTRODUCTION

Maria Butina is a devoted daughter, genuine idealist, and compassionate civil activist. Nearly a year ago, she graduated with a master's degree from American University with straight A's and bright career prospects. Now, her world has collapsed because of a decision to help and discuss her amateur diplomacy efforts with a Russian official.

Maria spent a night in the Central Cell Block in Washington, DC, weeks of incarceration in the DC Correctional Treatment Facility, and months at the Alexandria detention center. Her reputation has suffered. Her integrity has been questioned. She has been separated from her family, in a foreign country, for over nine months. She has languished for three of those months in administrative segregation—solitary confinement by another name—where she was enclosed in a small cell for 22 hours a day. Maria has tremendous debts with no assets. Her ability to get a job going forward is uncertain. She faces expulsion from this country and now must reconcile with her new future.

Although Maria has committed a serious offense, just punishment does not require additional incarceration. After all, if Maria had never been detained, it's possible a sentence without incarceration could have been handed down given the deportation consequences of her felony plea, her substantial assistance the government will acknowledge in its USSG § 5K1.1 submission, and analogous guideline range of 0-6 months we canvass in this memorandum.

1

Moreover, had Maria notified the Attorney General of her foreign agent status in advance of her activities, she would have committed no crime.

However, Maria acknowledges her failure to notify the Attorney General and thus serious offense. She further appreciates her violation is more than a mere process crime—it is a violation of an important law through which the United States identifies those who act on behalf of foreign governments or officials. She admits that, by agreeing to work with another at the direction of a foreign official without notice, she deprived the United States government of important information through required disclosures and committed a felony: conspiracy to violate 18 U.S.C. § 951, in violation of 18 U.S.C. § 371. She regrets this act more than anything and her contrition—reflected in her cooperation and substantial assistance—is honest and sincere.

As the court knows, no sentencing guideline expressly applies in this case. We ask the court to find that USSG § 2B1.1 of the Sentencing Guidelines is most analogous and applicable. The advisory guideline range for § 2B1.1 is 0-6 months imprisonment. Having now spent over nine months in detention, with earnest cooperation occurring before and after her arrest and guilty plea, we urge the court to sentence Maria Butina to time served, enter the proposed order directing a prompt removal (*see* Doc. 92-5), and send her home to her family.

## II.  PERSONAL BACKGROUND

Maria is 30 years old, born in the former Soviet Union one year before the fall of the Berlin Wall. She grew up on the edge of a boreal forest in Siberia, 2200 miles and four time zones away from Moscow. Her hometown of Barnaul is not a seat of wealth or privilege. It is an industrial city of roughly 600,000 residents and a place where five months of the year are below freezing and average temperatures never reach 70 degrees. Raised by loving parents, her father is a retired furniture maker and her mother is an electrical engineer. Maria has a younger sister who works in advertising and sells e-cigarettes at the airport, and in addition to her nuclear family, Maria has

been exceptionally close to her maternal grandmother, a retired teacher who used to work in a Russian orphanage.

Maria grew up middle class in Russia and attended local public schools. When she was 10, her school couldn't afford to purchase computers. Her first computer classes were taught using a hand-drawn keyboard on a piece of paper from the teacher. Despite her parents "limited income," they did their best to "provide Maria a good education" and other opportunities "in hopes of her securing a good job and a successful career." (Ltr. from Valeri Butin, Attach. at 7.) They enrolled Maria in a neighborhood secondary school that taught English as part of the curriculum. Maria was a successful and intellectually curious student. "Virtually all the subjects came easy to her." (*Id.*) And she went on to study political science and education at Altai State University, where she eventually graduated with honors and a joint bachelor's/master's degree in 2009 and 2010, respectively.

In university, Maria thrived. A member of the first post-Communism generation, politics and international relations became her passion. She volunteered as a political journalist in the local press. At 19, she became the youngest person ever elected to the Altai State Social Chamber, an advisory council. For a little spending cash, she had a part-time community service job at the Barnaul Rotary Club.

There were few opportunities for Maria after graduation and after her failed attempt at local office. But as a hardworking entrepreneur like her father, she decided to follow his lead into the furniture business by taking out a loan to start a small retail store of her own. Her store expanded to other locations, growth that was fueled by the introduction of consumer credit in Russia. By the age of 22, Maria soon decided to move to the big city as many young people do. And also like many young people, she did so without a clear plan to get by. She considered expanding her

furniture business to Moscow, but quickly realized that running a small chain of stores in Siberia was not adequate preparation to compete with stores like IKEA. Spurred by business realities and a failing economy, she ultimately sold her furniture business with her dad's help and decided to put her political science degree and public relations experience back to work.

She returned to the issue of gun rights. Her father had taught her how to use a hunting rifle as a child, a hobby they both shared. Her gun rights advocacy had also been one of the most popular issues in her campaign for local office right after graduating, and she already started a small gun rights group in Barnaul. Using social networking websites, Maria was able to form a formidable group in Moscow, organizing demonstrations and protests, particularly on the issue of personal safety. Based on her admiration of western democratic freedoms, a group name was chosen: the Right to Bear Arms.

Notably, gun advocacy in Russia has little to do with gun advocacy in the United States. A hundred years ago, during the Russian Civil War, guns were confiscated by the precursor of the Soviet Union. With few exceptions, Russians today cannot carry or own most firearms. Yet, the issue of gun rights was important to Maria as a matter of self-defense, when for every five people murdered in the United States, there were fifteen murdered in Russia.[1] For Maria, gun rights— however unpopular—was a means for personal safety, and Maria sought support for her advocacy from across the political spectrum. It didn't matter to her whether the person was liberal, conservative, in government, or oppositional, and she had a slogan written on her office door that read "anyone who supports gun rights may come in, but you leave your flag behind."

---

[1] *See* Nation Master, Crime Stats: compare key data on Russia & United States, available at: https://www.nationmaster.com/country-info/compare/Russia/United-States/Crime  (last   visited Apr. 19, 2019)

Maria marshaled her civil society group to an "all-Russia" sized entity—that is, one having a large enough membership across all the Russian regions. Soon after, avocation and vocation merged when her group attracted funding from a wealthy private businessman, someone who had a logical fiscal interest in Maria's gun-rights advocacy in Russia because his wife owned a domestic gun company.

Over the next two years, Maria became the face of the gun-rights movement in Russia, appearing frequently on television, in newspapers and magazines, and leading rallies around the country. She traveled to other international cities to give talks at civil functions and compare notes on gun laws. She advocated for those wrongly convicted of crimes, and she was a champion for self-defense survivors who were abandoned by an unforgiving local criminal justice system.[2]

In the process, she met Aleksandr Torshin, the first deputy chairman of the Federation Council (the upper chamber of Russian parliament), who would later become the deputy governor of the Central Bank of Russia in July 2018. Torshin had been a gun rights advocate in the State Duma (the lower house of Russian parliament) and had previously been to National Rifle Association (NRA) conventions in the United States where he met other NRA members and officials. Like Maria, Torshin hailed from another remote region of the country. Maria did occasional unpaid volunteer work for his office, and Torshin lent his name and prestige to her gun-rights group, eventually submitting a report to the Duma, recommending that the parliament adopt a version of the "Castle Doctrine." President Putin never signed or adopted the recommendations.

As Maria's group membership multiplied, she planned an annual convention for fall 2013, with similar gun-rights organizations from around the world invited to Moscow for the meeting.

---

[2] (*See, e.g.*, Attachs. 30, 34, and 37) (character letters from assault victims who were wrongly accused of crimes and exonerated with Maria's support)).

Torshin gave Maria the contact information for David Keene (a former NRA President), who Torshin met on a prior trip to the United States. Because Torshin did not speak or write English, Maria reached out to Keene to invite him and any other NRA members for her group's annual meeting. Keene accepted the invitation and asked Paul Erickson to accompany him. Maria was elated.

Through Maria's advocacy in Russia, she became familiar with the NRA during this 2013 visit. She did not infiltrate the NRA. She joined it, as millions have, by filling out an online form and paying a fee. She did not seduce the figures within it or funnel Russian money to it. Nor did anyone else instruct her to do so. Simply put, as the founder of a fledgling gun rights group, in a country without much in the way of gun rights, the NRA was a good connection to have.

On a personal level, Erickson and Maria kept in touch after the 2013 meeting and she began a romantic relationship with him in the following year. Her new connection to the NRA, reached through a graciously accepted cold-call invitation to Keene and Erickson, gained her a reciprocal invitation to a 2014 NRA convention in Indianapolis. Maria used the occasion to see Erickson, attend the convention, and travel. Amazed by what she saw, she seized all opportunities to travel to the US, either on her own or with Torshin, to go to other NRA events, give talks about Russian gun rights, network, and see Erickson, who eventually flew to Siberia to meet her family in return.

In 2015, she invited a larger group of NRA members and others to Moscow, through Keene, for her group's 2015 annual meeting, and she attempted to match the hospitality of the NRA conventions. For example in 2015, Torshin and Maria flew to Nashville for an NRA annual meeting attended by many US dignitaries, and Torshin was entertained by Southern culture, its cowboy hats, dinners and a trip to an Allan Jackson concert. To return the favor, Maria arranged a trip to the Bolshoi Ballet, gun ranges, and fine dining, thereby blowing the small budget she had

for her American guests. She also asked Torshin—not the other way around—to set up meetings with Russian politicians to given an appearance of greater legitimacy for her group.

Maria's world was expanding. As the young woman who had never been on a plane a few years earlier, she traveled internationally for her gun rights group and met with people she thought influential. She wished to pursue graduate education as the important people around her had degrees from institutions more prestigious than Altai State. She also wished to be in the same hemisphere as her romantic interest. So Maria and Erickson explored both educational and business opportunities for her. This is the genesis of the *Description of the Diplomacy Project* proposal referenced in the Statement of Offense. (Doc. 66.)

### III. <u>OFFENSE CONDUCT</u>

In March 2015, Maria drafted the *Description of the Diplomacy Project* with Erickson's help. In it, she laid out the benefits of having nongovernmental contacts between Russia and the US based on shared interests (like gun rights) to help make the case for an international policy/consulting position for her. Erickson assisted by giving her a forecast on politics and the upcoming 2016 US presidential election. Erickson also inspired Maria with information about the citizen diplomat Vladimir Pozner, a Russian-American journalist (best known for explaining the views of the Soviet Union during the Cold War) and spokesman for the Soviets, who Maria believed, as described in her proposal, was an "unofficial transmitter" of the policies of Gorbachev and Yeltsin in the United States.

Ambitious and suggestible, Maria cleverly listed all of her American involvements in the proposal to market and inflate her experience, and then she cast herself as the next Pozner offering to meet with people from the Russian foreign ministry or private Russian businessmen to determine where interests lay. In other words, the "project" was a request to fund Maria's travels

to the US for an idealized job that entailed getting to see Erickson while attending various conservative conferences and meetings in the US on the basis that these types of Americans might be receptive to improved relations between the countries.

Maria took her proposal to the only wealthy person she knew in Russia—the funder of the Right to Bear Arms—and one politically connected person she knew—Torshin. It would come as no surprise to a skilled issue advocate reading the project description that after vague commitments of partial support from Torshin, and no commitments from the wealthy businessman, not a dime of support for this project was provided by any Russian entity—private, government, or otherwise. Thus, the project was essentially an invitation to fund Maria's time and travels in the US in exchange for ephemeral hopes of better relations without any specific policy or other objective.

In hindsight, Maria admits her proposal was foolish and potentially harmful. If given a chance, she would have done things differently. Yet, she never received funding. So without any, she industriously rebranded and attempted to launch an international career by forming a single-member limited liability company called "Bridges, LLC"—aptly named based on her wish to be a bridge between Russia and America. Under Bridges, Maria scored a consulting contract with the Outdoor Channel to develop a television show in Russia featuring President Putin and his love of the outdoors. Her contract and business were unsurprisingly short-lived, however, because she couldn't produce the president. After all, she had no personal or direct ties to him and Torshin— not without trying—didn't either.

With no commercial prospects left, Maria resolved to focus on graduate school. When she considered where to pursue a degree, there was really only one choice: the United States. No Russian told Maria to apply to American University. She was not infiltrating the American education system. She was not using her schooling as a cover. She was simply pursuing a degree

in international relations. And according to Twitter messages, Torshin even forgot at one point that Maria was bound for Washington, DC to attend American University.

However, even without financial support or direction from the Russian government, Maria admittedly still took some of the actions described in her *Description of the Diplomacy Project* on behalf of Torshin. For instance, she went to various events with Erickson and others while in the US. She did additional things for Torshin while a student. She regularly spoke to him, who by this point had become a friend, using unsecure Twitter direct messages. Their messages show a friendly personal relationship, as opposed to something more operational. Maria every so often helped Torshin with mundane tasks like buying clothes for his grandchildren, purchasing American toothpaste and medication, providing translations, and making travel arrangements for trips to the US. But as admitted in her Statement of Offense, Maria also attended a presidential campaign announcement—albeit not under any order or mission—and described it for Torshin, who requested to know more about the exciting event and candidate. Maria complied by translating a Wikipedia page, she copy-pasted into a Twitter direct message. With an eye on future job possibilities, Maria further sent other notes to Torshin regarding the political landscape in the US on her own. She also helped him secure time off from work for a trip to the US by writing a note that highlighted the chance to meet political candidates as justification, which Maria knew in this instance he would share with his superiors at the Russian Central Bank or foreign ministry.

All told, her motivations weren't nefarious. Maria was genuinely interested in improving relations between the two countries, and she had no ill intent. Additionally, if Torshin happened to share any of her unsolicited notes or political thoughts up the chain, she didn't know, although she would welcome any recognition all the same. She was driven to find a career. Graduation was

inevitable, and her ambition clouded her good judgment. So she carelessly continued to help Torshin while in the US, albeit not under orders or for money.

Ironically, the financial support Maria received for her friendship citizen diplomacy activities only came from Americans, not Russians. For example, a wealthy philanthropist she met had a shared appreciation for restoring US-Russia relations. This American helped Maria with some of her educational expenses, and Maria felt indebted to him. So based on shared interests she helped him plan a series of friendship dinners between Russians and Americans.

Despite Maria's well-meant intentions, she has confessed to her crime. She recognizes that her good ends were sought using unlawful means. Her activities with Torshin triggered a duty to notify the Attorney General. This law exists for a reason: so the Unites States government knows the identities of those who are acting on behalf of foreign governments or officials, whether the actions are legal or not, and Maria failed to provide the requisite notice. For this, she is remorseful.

## IV.  THE GUIDELINES AND § 3553 FACTORS FAVOR A TIME-SERVED SENTENCE

Title 18, United States Code, § 3553(a) requires the court to impose a sentence "sufficient, but not greater than necessary, to comply" with the sentencing purposes in the statute.

In this case, the nature and circumstances of the offense, history and characteristics of the defendant, as well as sentencing ranges for the most analogous and meaningfully applicable guideline all weigh heavily in favor of a time-served sentence. *See* 18 U.S.C. § 3553(a)(1) and (a)(4). Maria has acknowledged her wrongdoing and has fully accepted responsibility. Even prior to her arrest and guilty plea, she did everything she could to remedy her misconduct. Although no sentencing guideline expressly applies to the substantive offense in this case, "the most analogous offense guideline" or guideline "that can be applied meaningfully," USSG 2X5.1, provides for a base offense level of 6 and sentencing range of 0-6 months imprisonment. Together with her

earnest cooperation and substantial assistance, a time-served sentence is sufficient to achieve the purposes of sentencing set forth in § 3553(a).

### A.   The Plea Agreement

Maria pleaded guilty on December 13, 2018 to Count 1 of the indictment, charging her with conspiracy to violate 18 U.S.C. § 951, in violation of 18 U.S.C. § 371. Per the terms of her Rule 11(c)(1)(B) plea agreement (Doc. 67), Maria agreed that the guidelines range for a violation of section 371 follows the underlying substantive offense, which in this case is section 951. Maria also agreed that the Sentencing Guidelines did not expressly specify an applicable guideline for the substantive offense. Where the Guidelines do not expressly specify an applicable guideline, the court should

> apply the most analogous guideline. If there is not a sufficient analogous guideline, the provisions of 18 U.S.C. §3553 shall control, except that any guidelines and policy statements that can be applied meaningfully in the absence of a Chapter Two offense guideline shall remain applicable.

USSG § 2X5.1.

The government's position in the plea agreement is that there is no sufficiently analogous guideline for the underlying substantive offense, that the provisions of 18 U.S.C. §3553 should control sentencing, and they cite *United States v. Alvarez*, 506 F.Supp. 2d 1285 (S.D. Fla. 2007) for support. Maria submits that the guideline that best captures her offense behavior and guideline that is most analogous for sentencing purposes here is USSG § 2B1.1, and she cites *United States v. Dumeisi*, No. 06C4165, 2006 WL 2990436, at *8 (N.D. Ill. Oct. 17, 2006) for support. If accepted by the court, the parties agreed that the base offense level for USSG § 2B1.1 is 6; that Maria would be entitled to a two-level adjustment for acceptance of responsibility under USSG § 3E1.1 for a total offense level of at least 4; that Maria does not have any criminal convictions,

rendering her criminal history category I; thus, the resulting advisory guideline range is 0-6 months imprisonment. (Doc. 67 at ¶ 4.)

Both parties agreed for allocution purposes that if a guidelines range applies, a sentence within this estimated guidelines range of 0-6 months "would constitute a reasonable sentence in light of all the factors set forth in 18 U.S.C. § 3553(a), should such a sentence be subject to appellate review" (Doc. 67 at ¶ 5). The court is free to make the final decision regarding sentencing. Yet, per the promises in the plea agreement, the government implicitly agreed that a 0-6 month sentence would be "sufficient, but not greater than necessary, to comply" with the purposes of the statute. Maria has now served over nine months of incarceration. Accordingly, we respectfully request the court impose a sentence of time-served.

## B.   The Presentence Investigation Report and Guidelines Range

To be sure, when sentencing a defendant, the court must consider the Sentencing Guidelines and kinds of advisory sentencing ranges available. *See* 18 U.S.C. § 3553(a)(4). In this respect, Maria disagrees with the government and presentence investigation report's (PSR) conclusion that "there is no analogous guideline" and thus no advisory sentencing range to consider. (Doc. 95 at ¶ 71.) Admittedly, there is no express guideline range for the substantive offense of section 951. However, the district court must "apply the most analogous offense guideline" if one, or "any guideline[] and policy statement[]" if it "can be applied meaningfully[.]" USSG § 2X5.1. We submit that § 2B1.1 of the Guidelines is most analogous and can be applied meaningfully for sentencing in this matter.

In determining whether there is an analogous guideline, case law counsels courts to first "determine whether *any* guideline, and there can be more than one, is sufficiently analogous to the defendant's crime of conviction." *United States v. Nichols*, 169 F.3d 1255, 1270 (10th Cir. 1999)

(emphasis in original), *cert denied*, 528 U.S. 934 (1999). Whether a guideline is sufficiently analogous "most generally will involve comparing the elements of the federal offenses to the elements of the crime of conviction." *United States v. Osborne*, 164 F.3d 434, 437 (8th Cir. 1999).

Upon examination of the elements for the substantive offense here, we see that section 951 makes acting as a foreign agent in the United States illegal if without prior notice to the Attorney General.[3] With the exception of diplomatic officials and the like, section 951 covers all agents of foreign governments, not just hostile or covert ones. Section 951 also covers all acts taken in the United States by such agents, not just espionage-related or subversive acts. The statute contains no statutorily prescribed form. Even a letter to the Attorney General would suffice. The statute also contains no regulation on the proscribed actions of a foreign agent. Even "legal conduct on behalf of a foreign government" may result in a conviction the agent "fails to notify the Attorney General of such conduct" in advance. *United States v. Duran*, 596 F.3d 1283, 1295 (9th Cir. 2010); *see also United States v. Latchin*, 554 F.3d 709, 715 (7th Cir. 2009) (requiring only "*some kind*" of act by a foreign agent without prior registration to establish guilt under the statute (emphasis in original)). Section 951 gives the government no authority to withhold permission to act as a foreign agent, and once the agent has notified the Attorney General, he or she is in no way regulated by the statute. The principal requirement is notification. Correspondingly, the essence of the substantive offense is failing to notify the Attorney General.

In this light, with failing to notify being the core element of the offense, there are some readily-available analogous offenses and other guidelines that can be meaningfully applied. For

---

[3] Specifically, section 951 states, in pertinent part that: "Whoever, other than a diplomatic or consular officer or attaché, acts in the United States as an agent of a foreign government without prior notification to the Attorney General . . . shall be fined under this title or imprisoned[.]" 18 USC § 951(a).

instance, USSG § 2B1.1 covers false statements to the government under 18 U.S.C. § 1001. Undeniably, making a false statement is not the same as failing to notify a foreign agent's status. After all, a false statement can be considered more egregious. However, making a false statement deprives the government of information in much the same way as failing to notify the Attorney General deprives the government of information—that is, "the identity of those acting on behalf of a foreign government within the United States, whether the action is legal or not." *Duran*, 596 F.3d at 1295.

The base offense level for USSG § 2B1.1 is 6. Other guidelines concerning depriving the government of information also have base offense levels at or near 6. For example, USSG § 2C1.8 (for 2 USC § 437 et seq.) has a base offense level of 8 for failing to report campaign contributions. USSG § 2E5.3 (for 18 USC § 1027 or 29 USC § 439 et seq.) has a base offense level of 6 for various federal crimes concerning failures to maintain the required records for pension plans. USSG § 2M4.1 (for 50 USC § 462) sets a base offense level of 6 for failing to register for military service. And USSG § 2T1.1 (for 26 USC §§ 7201 and 7203) likewise sets a base offense level of 6 for failing to file a tax return.

These guidelines reveal a pattern on how the Sentencing Commission treats failures to make required disclosures to the government. Although each covers a unique crime distinct from section 951, all cover the Commission's treatment of those who deprive the government of information. In this respect, they lend support for the premise that USSG § 2B1.1 (which concerns false statements to government agents of all varieties, thereby depriving them of information) is sufficiently analogous to section 951. And this premise is bolstered by the fact that the legality of the predicate act for a conviction of section 951, at least according to two circuits, is seemingly irrelevant. *See Duran*, 596 F.3d at 1295 (even "legal conduct" taken by a foreign agent without

14

prior notification can result in a conviction); *see also Latchin*, 544 F.3d at 715 (uncertain acts of

"*some kind*" taken by an undisclosed foreign agent is sufficient to sustain a conviction (emphasis

in original)). The critical requirement is that the agent notify the Attorney General in advance,

even if in a mere e-mail message. This makes notification and disclosure to the Attorney General

before acting as a foreign agent the flashpoint of the crime.

Yet, if the court wished to look beyond the element of 'non-disclosure or notification' and

instead focus on 'acting as an agent of a foreign government,' there is another analogous offense

and guideline: USSG § 2J1.4 (for the crime of impersonation under 18 USC §§ 912 and 913). In

this context, section 951 only applies to foreign agents who don't have prior sponsorship, public

acknowledgment, or official recognition as a representative of a foreign government. Thus a

diplomat, for instance, would not have to register, while an amateur diplomat would. The

difference between them is that the diplomat has official status. The amateur diplomat does not,

although is pretending to have similar authority. By analogy, section 951 regulates foreign agents

who are acting as or impersonating a duly-accredited agent of a foreign government, in much the

same way as sections 912 and 913 regulate unlicensed federal agents who are acting as or

impersonating a federal officer, agent, or employee. The guideline for impersonation is USSG §

2J1.4, and the Sentencing Commission likewise calculates a base offense level of 6 for this crime.

There is nevertheless precedent for applying USSG § 2B1.1 as the most analogous and

meaningfully applicable guideline. The leading case for this proposition is *United States v.

Dumeisi*, No. 06C4165, 2006 WL 2990436, *8 (N.D. Ill. Oct. 17, 2006) (Conlon, J.). *Dumeisi*

involved a matter with more sinister behavior, no cooperation or acceptance of responsibility by

the defendant, and yet the court still found the fraud/false statement guideline of USSG § 2B1.1 to

be most analogous and applicable. *Id.*

In *Dumeisi*, the defendant was charged with acting as a secret foreign agent of the Iraqi government, conspiracy, and perjury for lying to an immigration officer about his ties to Iraq, and lying to a grand jury. *Id.* at *1. Dumeisi was accused of spying on critics of the Baghdad regime living in the United States and passing the information along to the Iraqi intelligence service. The trial evidence showed he had coded messages, traded secret phone calls, and worked with Iraqi intelligence officers. It also showed he published a repugnant local Arabic community newspaper, in which he expressed hatred for Israel and admiration for the Iraqi dictator Saddam Hussein, as directed by the Iraqi Mission to the United Nations. He pleaded not guilty, but a jury found him guilty on all counts. *Id.* at *2.

As here, the government contended there's no sufficiently analogous guideline to section 951. Probation differed, offering USSG § 2M5.3—which covers crimes for supporting terrorist organizations (in violation of 18 USC §§ 2283, 2284, 2339B, 2339C(a)(1)(B))—as the appropriate guideline. But the *Dumeisi* court rejected both of these views and invited the parties to identify other analogous guidelines that better capture the offense behavior. After additional briefing, the judge dismissed the government's proposed alternatives under the espionage and IEEPA-linked guidelines of USSG §§ 2M3 and 2M5,[4] and instead agreed with the defense, adopting § 2B1.1 as the most analogous guideline to be applied in the case.

The same should happen here, as further corroborated by Application Note (I) of USSG § 1B1.1 and USSG § 1B1.3(a), which call for the application of chapter two offense guidelines on the basis of the relevant conduct. The relevant conduct here is that Maria Butina pleaded guilty to a single charge of conspiring to act as an agent of a Russian official.

---

[4] (*See* Gov't's Mem. Concerning Sentencing Issues [ECF 123], filed Mar. 31, 2004 in *United States v. Dumeisi*, No. 1:03-cr-00664 (N.D. Ill.)).

"Agent of a Russian official." We appreciate how this phrase is perceived in light of the strained relations and controversy surrounding the relationship between the United States and Russia, as well as other, unrelated cases brought by the Special Counsel's Office to address Russian election interference. But there are many agents of foreign governments or officials from other nations acting lawfully in the United States. The difference between those agents and Maria is that they registered with the government when Maria did not.

Additionally, when the government charges Maria with conspiring to act as a foreign agent, they are not saying she conspired to act as a "secret agent." Rather she's better viewed as the 'agent' in a principal-agent relationship under Agency Law as opposed to something more nefarious or clandestine. Indeed, for all of the media coverage of Hollywood style, spy-novel allegations, in reality, this case is bereft of any tradecraft or covert activity whatsoever. There are no dead drops, brush passes, secret communication devices, hidden transmitters, bags of cash or payoffs, counterfeit passports, plane tickets back to Moscow, or espionage-related activity at all.

This is in sharp contrast with the clear espionage-type conduct of the accused in the matter *United States v. Alvarez*, 506 F.Supp. 2d 1285 (S.D. Fla. 2007), which the government relies on for its position here. (Doc. 67 at 3.) *Alvarez*, 506 F.Supp. 2d at 1288 (proposing there's no sufficiently analogous guideline for section 951). In *Alvarez*, the husband-wife pair were genuine covert Cuban intelligence agents, who spied on the Cuban-exile community in South Florida for 30 years. They used sophisticated communications equipment from the Cuban intelligence service to keep their activities secret, and they regularly gathered and transmitted information to their Cuban intelligence handlers for decades. The court sentenced the codefendants according to § 3553 in the absence of an advisory guideline because the judge found "that neither 2M3.3 nor any other guideline provision was sufficiently analogous to be applied in this case." *Alvarez*, 508 F.Supp. 2d

at 1291 (Moore, J.). Although importantly, the *Alvarez* court only considered whether USSG § 2M3.3 (dealing with espionage and the transmittal of national defense or classified information) was sufficiently analogous to the relevant conduct in that case. In fact, there's no indication or record evidence that the government, defense, or probation department ever briefed the court on USSG § 2B1.1 (among the others referenced above) as an alternative analogous or meaningfully applicable guideline.

We informed the probation department of our position and objections (Doc. 95 at 21-25), simultaneously sharing a copy of the same with the government. To date, the government has offered no alternative or rebuttal guidelines analysis. The probation department has nonetheless left the PSR unchanged because Maria's "offense conduct" included some unknown, unspecified "overt acts that are not adequately taken into account by USSG § 2B1.1." (Doc. 95 at 24-25.)

The probation department is mistaken. The test under USSG § 2X5.1 doesn't focus on the underlying conduct, but rather raises a legal question that generally involves examining and comparing the elements of the federal offenses with the relevant crime of conviction. *See Osborne*, 164 F.3d at 437. But even if the court were to look at the underlying facts in selecting the most analogous offense, as the Second Circuit seems to permit, *see, e.g.*, *United States v. Cefalu*, 85 F.3d 964, 968 n.6 (2d Cir. 1996), what are these "overt acts" that concern the probation department to counsel against USSG § 2B1.1? There are no transmissions of national defense information. There are no national secrets or unlawful disclosures of covert agent information being revealed— which, by the way, rules out the espionage or IEEPA related guidelines of the Guidelines Manual. There is no lying, stealing, or spying. Maria never communicated sensitive information. In fact, all of the evidence in this case contains no classified information at all. Thus, Maria took no independently criminal overt act and the probation department cites none. (Doc. 95 at 24.)

18

In her Statement of Offense (Doc. 66), Maria admitted to coauthoring *Description of the Diplomacy Project*, a proposal that was partially backed (in concept only and without any financial support) by a single Russian official to better Russian-American relations. The description of her offense doesn't mention any link to Russian intelligence services. Rather Maria is accused of unofficial diplomacy and lobbying at conferences, dinners, and other events without any clandestine or nefarious ends. She admitted to wanting to open a dialogue with influential Americans to win them over to the idea of Russia as a friend, not a foe. And she admitted to taking advice and doing tasks for a Russian official, who recently resigned as deputy governor of the Russian central bank, and that she knew this banker had at times coordinated with the Russian foreign ministry.

There is no claim in the Statement of Offense that she was a Russian intelligence operative. There is no assertion that she stole confidential information, bribed an official, funneled money to the NRA, ran a Russian troll farm on social media, made illegal campaign contributions, lied to investigators, acted covertly, engaged in subversive activities, had ill will, or undertook any independently criminal act in the United States for some spy-game or Cold War related goal. There is no admission that she received money from the Russian government for her actions in the United States. Nor is there a claim that she harmed an American or was sent here on a mission to lie in wait until Russian intelligence officers decided how to use her. The government withdrew its initial accusation that Maria communicated with Russian intelligence agents about her diplomacy activities while in the United States. The government corrected its inaccurate assertion that Maria had applied for a B1/B2 visa (rather she applied for OPT and work authorization) as part of a plan to bolt back to Russia. And the government withdrew its mistaken claim that Maria used sex as spycraft.

In truth, Maria entered the United States because of a sincere desire to pursue a western education (as acknowledged in a footnote in the Statement of Offense), but as a lover of both this country and her own, she hoped for a better relationship between the two countries and took steps to pursue that aim. She discussed her amateur diplomacy efforts with a member of Russian government. Had Maria disclosed her resulting foreign-agent status in advance, she would have committed no crime. But she didn't disclose it. For that, she committed a felony: conspiracy to violate section 951. And she deprived the United States government of information through required disclosures, a serious crime that Maria deeply regrets.

For all of these reasons, we submit that USSG § 2B1.1 is "the most analogous offense guideline" or guideline "that can be meaningfully applied" here, and should be used by the court at sentencing.

## C.   <u>The Sentencing Factors</u>

With or without applicable advisory guideline ranges, case law still requires the court to "make an individualized assessment," tailoring an individualized sentence that actually achieves the sentencing purposes of § 3553(a). *Gall v. United States*, 552 U.S. 38, 50 (2007). Given Maria's personal history, characteristics, and the stated objectives of sentencing, a sentence of time-served is "sufficient but not greater than necessary" to serve the purposes of sentencing in this matter.

The nature and circumstances of Maria's offense are recounted in the personal background and offense conduct sections above, as well as in the PSR. While the facts constituting Maria's offense for which she is ashamed need no repeating, Maria has otherwise lived a law-abiding life. Her character was never called into question and her civic mindedness was always on display. As the testimonials from her family, friends, professors, supporters, priests, and others make plain, Maria is a good person. Some of her supporters include former strangers, who she helped escape

wrongful convictions, and their insights on Maria describe a person who is capable of making a positive difference and lasting impact on many lives and families. Maria is kind and generous. She is honest, thoughtful, and hardworking. These qualities should not be overshadowed by her aberrant felonious act.

Maria has also acknowledged her wrongdoing, fully accepting responsibility, and she's been trying to cure her misconduct through complete and extensive cooperation, some of which predates her arrest. Indeed, Maria has *always* been willing to cooperate with the government. Her willingness to cooperate is demonstrated by her decision to appear voluntarily before the United States Senate Select Committee on Intelligence. Although not under any subpoena, she supplied thousands of pages of documents to the committee, which significantly included all of her Twitter direct messages with Torshin. She answered all of the committee's question's for eight hours, providing satisfactory testimony that didn't trigger a Senate referral to the FBI and, in broad strokes, mirrored what she has told the government and federal investigators in more detail during the witness interviews before and after her guilty plea.

Maria did not flee the United States after her apartment was searched in April 2018. She did not return home after graduating from American University. She did not refuse to provide her electronic device passwords to the FBI when requested during the April 2018 search. In fact, when the FBI seized her electronics again with her arrest months later, she said she never changed her passwords when requested to provide them again. Since arrest, her cooperation has continued, even prior to the start of any plea negotiations. She answered all questions, never lied to an investigator, and never refused a requested interview.

Maria's cooperation has been full, transparent, and complete. Yet, what makes her case especially noteworthy is that, as a young Russian national who has accepted that deportation will

be part of the resolution of her case, Maria has willingly cooperated with the United States despite the geopolitical tension between the two countries. Even though Maria was not charged with espionage or for being an agent of Russian intelligence—and accordingly doesn't fear being accused of divulging Russian secrets upon her return, as she has none to divulge—the high-profile nature of her case and frequent use of the terms "spy" or "secret agent" by many in the international news community will undoubtedly lead to speculation by some as to what kind of information she has provided or whether she has been loyal to her homeland. Maria has taken on that burden as part of her penance.

The need for just punishment does not warrant more incarceration in this case. *See* 18 U.S.C. § 3553(a)(2)(A). Maria has already suffered severe consequences from her offense. The impact of her arrest and incarceration over the past nine months have been sobering. This widely-publicized prosecution and its collateral consequences similarly send a strong message to anyone who considers conspiring to act as a foreign agent without prior notification.

On a very real level, Maria spent a harrowing night in the Central Cell Block in Washington, DC on the day of her arrest, followed by weeks in a DC jail, and months in the Alexandria detention center. During her detention, Maria spent three months in administrative segregation, confined in a cell the size of a parking space, behind a steal door, in a foreign country, for 22 hours a day. She was relieved from her cell for two hours total to shower and call her parents, once at 1:00am and again at 11:00am. The hardship of such confinement alone is adequate punishment and of great deterrent value.

On a more lasting and internal level, however, Maria also has had a great deal of time to reflect on the choices she made to bring her to this point, and she has had to confront the personal shame, embarrassment, and public opprobrium that now attend her crime as a foreign agent and

convicted felon. This is to say nothing of the global media coverage on this case that has falsely portrayed Maria as a "Kremlin spy" who "traded sex for access" in a manner akin to the Red Sparrow fictional character from the movie and book trilogy.[5] Maria has felt the weight of these consequences and brands has looked ahead to the limitations they will have for her the rest of her life.

This case and her guilty plea almost assures that her future career prospects are bleak. No one would wish to follow this fate, especially someone who acted out of good motivations toward good peaceful ends, albeit using unlawful means. And there is no reason to conclude that more punishment is needed in this case to deter others or to exact retribution on Maria. Her very public and humiliating fate has chastised all who deal with the regulations Maria has transgressed.

Maria has paid a great price for her unlawful conduct, making any additional term of imprisonment unduly severe under the circumstances. She is desperate to return home to her family as soon as possible, so that she can start her life anew. And even if the court were inclined to add additional prison time, Maria's immigration status may already result in an indeterminate period of detention before her final removal. It is the policy of Immigration and Customs Enforcement (ICE) to detain incarcerated foreign nationals waiting removal in immigration detention facilities. ICE issued a detainer in this case and upon entering the proposed judicial order of removal, ICE will take custody of Maria and transfer her to an immigration facility, where she might spend days,

---

[5] As the court is aware, subsequently withdrawn allegations made by the government in pleadings and open court fueled this negative coverage. And notwithstanding the government's later acknowledgment of its errors and abandonment of certain assertions, that bell cannot be unrung. In the age of the internet, these allegations, which resulted from this prosecution, will follow her wherever she goes. This makes it appropriate for the court to consider the negative effects the media coverage has had and will have on Maria, despite their proven falsity, the government's admitted mistake and withdrawal.

weeks, or even months before leaving the country. We urge the court not to impose a greater sentence.

Finally, Maria has learned her lesson, and her remorse is genuine and deep. The combination of her good character and evident proclivity to be a lawful and productive member of society will ensure that she never reoffends again.

## V.   **CONCLUSION**

Maria Butina has been justly punished. She now has a felony conviction for her crime, and she has been held in three different detention facilities for over nine months, with another facility to follow pending her ultimate removal. Maria has felt the depths of shame, humiliation, and remorse for her actions. She has done everything she could to atone for her mistakes through cooperation and substantial assistance, which the government acknowledges in its USSG § 5K1.1 submission. She is ready to return to her family and get her life back on track. For all of these reasons, and such others that may be presented at the sentencing hearing on this matter, a sentence of time-served is sufficient but not greater than necessary to meet the purposes of sentencing, and Maria Butina respectfully requests that the court impose the same.

Dated: April 19, 2019                    Respectfully submitted,


                                         /s/Robert N. Driscoll
                                         Robert N. Driscoll (DC Bar No. 486451)
                                         McGlinchey Stafford PLLC
                                         1275 Pennsylvania Avenue NW, Suite 420
                                         Washington, DC 20004
                                         Phone: (202) 802-9999
                                         Fax: (202) 403-3870
                                         rdriscoll@mcglinchey.com


                                         /s/Alfred D. Carry
                                         Alfred D. Carry (DC Bar No. 1011877)
                                         McGlinchey Stafford PLLC
                                         1275 Pennsylvania Avenue NW, Suite 420
                                         Washington, DC 20004
                                         Phone: (202) 802-9999
                                         Fax: (202) 330-5897
                                         acarry@mcglinchey.com

                                         *Counsel for Defendant Maria Butina*

# ATTACHMENTS

No. 1:18-cr-951

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*United States vs. Mariia Butina*

_____

Attachments to Defendant Maria Butina's Sentencing Memorandum

_____

Honorable Tanya Chutkan

United States District Court for the District of Columbia

333Constitution Avenue N.W.

Washington D.C. 20001


Dear Madam Judge!

I, as the grandmother of Maria Butina, appeal to you in your capacity as a representative of American justice in my final hope for fairness and your support understanding the situation my granddaughter presently finds herself in at the Alexandria Jail, District of Columbia, USA.

As for myself, I will briefly share the following; I am an 85-year-old retiree. By profession, I am a geography teacher with 40 years of job experience. Numerous years of my beloved profession, I dedicated to educating and raising children in both a comprehensive school and at an orphanage for children lacking parents to care for them.

My professional experience was useful in raising my grandchildren (I have four); the oldest of which is Maria. Science tells us that all children are talented by nature. This is true, but based on my experience as a teacher; I can confidently add that family upbringing always plays a key role. Specifically, the love and care shown by parents and the mutual relationship amongst all the family members.

Now, I would like to share something about my granddaughter. During the early years of her life, I noticed Maria exhibiting curiosity, observation, excellent memory and acumen. At the age of four, she began reading using syllables, counting and easily reciting folktales from around the world.

Quite often, I would take Maria with me to my workplace at the children's orphanage. My granddaughter genuinely enjoyed interacting with the children's group. She commiserated with these children and would often ask how they manage to get by without parents. In response, I would suggest that we show them attention in order for them to feel our love. I believe that this was a good beginning for Maria's positive attitude, compassion and empathy towards people and those in need of help, care and attention.

At school, Maria easily tackled her studies in all subjects. She graduated high school with an honors medal. Each summer, Maria and her younger sister, would visit granddad and us for the holidays. To this day, Maria fondly and vividly recalls those times of her life. It consisted of relaxing with nature, daily chess lessons with grandpa and the first steps in learning how to drive

an automobile. There were daily jaunts to the local village library and in the evenings, discussions regarding the books that appealed to her…

My mornings always began by tenderly embracing my granddaughter Maria. The warmth from a grandmother's heart and hands were always essential for my granddaughter. Only a woman, mother and grandmother could truly appreciate such feelings. It was through these hugs that a unique all-encompassing genetic bond formed between my granddaughter and myself. Presently, I often ponder to myself, how is it that such a young child could grasp and feel this blood kinship, and carry it with her throughout her entire conscious life? In fact, after she became an adult, the bond with my granddaughter grew ever stronger, as she herself wrote to me from far off America…

Meanwhile, our encounters became few and far-between due to Maria's busyness and lack of financial resources. I could feel how much she longed for Russia, her family and me. In order to facilitate our communication, Maria, during one of her trips to Russia, gave me an iPad as a gift and then taught me how to use this device to communicate. As a result, I began to converse with my granddaughter on an almost daily basis. Due to her class schedule, our conversations usually took place while she was on her way to the library. I listened to her endless enthusiastic and exciting stories about America during our conversations! She was so happy and excited about the opportunity to explore your country's universe and culture! I shared in her enthusiastic delight.

Then something happened; on July 16th 2018 my iPad un-customarily fell silent. What happened? I did not want to entertain bad thoughts, but something did happen…

A couple of hours later, I heard a report on Russian media that my granddaughter was under arrest. There are no words to describe what I underwent during these minutes. My hope for getting together and a fine future faded and died in a flash! Only a single thought; how could something like this have happened? Why? No! This cannot be possible! Of course, this must be a mistake. To this day, I live with this recurring track of thought.

At this moment, despair overwhelmed me. How do I go on living, will I have the strength and health to endure these events and be able to see my granddaughter again? However, this is not about me. Instead, how will Maria cope? Will she find the strength and mental composure to outlive the humiliation reported to us by mass media?

I very much regret all that which has occurred, but I am confident that the manner in which she was raised by our family and myself would not have permitted Maria to commit any unlawful acts. In the event that this did happen, then most likely, it was due to ignorance or not fully understanding your country's laws. Additionally, it might have been youthful naivety entertaining a dream of bringing Russian-American relations closer together (although, I see nothing wrong with that). After all, having majored in "Foreign Relations" might have led Maria to pursue that goal.

Distinguished Judge! I sincerely request that you take a fair and humanitarian position towards my granddaughter Maria Butina. Being young, she might have been mistaken on certain issues,

but I am confident, that she could have only benefited two great countries such as Russia and America.

I hope that Maria pursuing and receiving her higher education in America, together with her intellectual ability and desire to achieve peaceful relations between both nations will assist you in rendering a decision in favor of my granddaughter Maria.

In addition, as for myself, an old person having seen so much on my journey through life, it would reinforce my belief that my life was not lived in vain.

Madam Judge, I believe in God and give thought as to there being a reason why God brought us together as travelers on one road with Maria. Time will tell us why this was. I plead for your mercy. May your mercy and my love for my granddaughter help her in resolving this difficult situation.

I wish you and your family all the best. God bless you! Peace and good wishes in everything!

With respect, grandmother of Maria Butina

Shapovalova Maria Grigorievna

Tel. ▆▆▆▆▆▆▆▆                    *[Signature]*

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

# Affidavit of Accuracy of Translation

State of New York)
County of Rockland   )   ss:


Andrew Harkuscha, being duly sworn, deposes and says:

In my capacity as a Russian/ English translator, interpreter, and linguist, I hereby certify that the attached translation:

Shapovalova, Maria G. [Grandmother] letter addressed to Honorable Judge Tanya Chutkan Re: Maria Butina

is true and accurate and a complete translation from the Russian language to the English language to the best of my knowledge, ability and belief.

_____

(Translator's signature)


Subscribed and sworn to before me this 10th day of January, 2019.


_____

(Notary Public)

Commission Expires:  _____5-18-2021_____

JESSICA K CLASS
Notary Public - State of New York
NO. 01CL6206117
Qualified in Orange County
My Commission Expires May 18, 2021

Honorable Tanya Chutkan
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Уважаемая госпожа судья!

Я, бабушка Марии Бутиной обращаюсь к Вам как к последней моей надежде на справедливость американского правосудия в Вашем лице и понимания той ситуации, в которой оказалась моя внучка, находящаяся в настоящий момент в тюрьме г. Александрия округа Колумбия США.

О себе коротко напишу следующее: Мне 85 лет, на пенсии. По профессии я учитель географии с 40-летним стажем работы. Много лет своей любимой профессии я отдала обучению и воспитанию детей, как в общеобразовательной школе, так и в школе детского дома для сирот и детей, оставшихся без попечения родителей.

Профессиональный опыт пригодился мне и в воспитании внуков (у меня их 4). Старшая из них - это Мария. Наука говорит, что все дети талантливы от природы. Это правда. Но по опыту своей педагогической работы могу с уверенностью утверждать, что особое значение в этом случае имеет семейное воспитание. Любовь и забота родителей, взаимоотношения всех членов семьи.

Теперь хочу рассказать о своей внучке. По первым годам ее жизни я замечала в Марии любознательность, наблюдательность, отличную память и сообразительность. С 4-х лет она начала читать по слогам. А также считать. Легко пересказывала сказки народов мира.

Очень часто я брала Марию с собой на работу в детский дом. Моей внучке очень нравилось бывать в детском коллективе. Она очень сочувствовала этим детям и часто спрашивала, как они могут обходиться без родителей. На это я отвечала ей, что мы с тобой можем уделить им много внимания, чтобы они почувствовали нашу любовь. Я думаю, что это было хорошим стартом дальнейших добрых отношений Марии к людям, сочувствия и сопереживания к тем, кто нуждается в помощи, заботе и внимании.

В школе Мария училась легко по всем предметам. Она закончила школу с медалью. Каждое лето Мария с младшей сестрой приезжала к нам с дедушкой на каникулы. Яркие воспоминания об этом периоде жизни Мария с благодарностью вспоминает до сих пор. Это отдых на природе, ежедневные занятия шахматами с дедушкой, первые шаги в обучении вождения автомобиля. Еженедельные походы в сельскую библиотеку. Обсуждение по вечерам понравившихся книг...

Мое утро всегда начиналось с ласковых объятий с моей внучкой Марией. Тепло сердца бабушки, моих рук внучке были необходимы всегда. Эти чувства может понять только женщина, мама, бабушка. Через эти объятья у меня появилась удивительная генетическая связь с моей внучкой во всем. Сейчас я думаю, как мог такой маленький ребенок понять и почувствовать это кровное родство и пронести это чувство через всю свою сознательную жизнь? Ведь став взрослой наша связь с внучкой стала еще более сильной, о чем она мне писала из далекой Америки...

Между тем, встречи становились все реже и от занятости Марии и от финансовых

возможностей. Я чувствовала, как она тоскует по России, по своей семье и по мне. Чтобы поддерживать нашу связь Мария в один из приездов в Россию подарила мне планшет iPad. Научила меня пользоваться этим видом связи. И мы стали говорить с внучкой почти ежедневно. По ее учебному плану это время переговоров совпадало по ее пути в библиотеку. Сколько восторженных рассказов об Америке я слышала от нее во время наших разговоров! Как она была счастлива постигать мир Вашей страны, ее культуру! Я разделяла ее восторги.

Но случилось так, что 16 июля 2018 года мой iPad непривычно молчал. Что случилось? Я не хотела даже думать о плохом. Но что то случилось...

Через пару часов я услышала сообщения российских СМИ, что мою внучку арестовали. Эти минуты я не могу передать словами. Надежда на встречу, на хорошее будущее померкли одним разом! Лишь одна мысль: как такое могло случиться? Почему? Нет! Этого не может быть! Конечно, же, это ошибка. С этой мыслью я живу до сих пор.

Но в этот момент мною овладело отчаяние: как жить дальше, хватит ли сил и здоровья, чтобы пережить эти события и встретиться с внучкой? Да причем здесь я? А как же Мария? Хватит ли у нее сил и душевного равновесия пережить эти унижения, которые сообщают нам СМИ?

Мне очень жаль, что так случилось. Я уверена, что мое воспитание и воспитание нашей семьи не позволило бы Марии совершить какие либо противоправные поступки. А если это и случилось, то скорее всего по незнанию или непониманию законов Вашей страны. Кроме наивного юношеского желания (хотя же в этом плохого, я не понимаю) сблизить отношения России и Америки? Ведь только с этой целью, изучая специальность «международные отношения», Мария могла делать это.

Уважаемая судья! Я очень прошу Вас принять справедливое и гуманное отношение в отношении моей внучки Марии Бутиной. Она молода и могла ошибаться в чем то, но я уверена, что она могла бы принести только пользу в отношении двух таких великих держав как Россия и Америка.

Полученное в Америке высшее образование Марии, ее интеллект и желание достичь мира в отношении обеих стран, надеюсь помогут Вам, госпожа судья вынести справедливое решение суда в пользу моей внучки Марии.

А мне старому человеку, много повидавшему на своем жизненном пути, придаст уверенности, что моя жизнь прожита не зря.

Госпожа судья, я верю в Бога и думаю сейчас о том, что Бог зачем то поставил нас с Вами на одну дорогу по пути в отношении Марии. Время покажет зачем нам это было нужно. Прошу Вашего милосердия. Пусть милосердие и моя любовь к внучке помогут ей в разрешении этого непростого дела.

Я желаю Вам и Вашей семье всего самого доброго. Да хранит вас Бог! Мира и добра во всем!

С уважением, бабушка Марии Бутиной

Шаповалова Мария Григорьевна
Тел. ▓▓▓▓▓▓▓▓

Honorable Tanya Chutkan

United States District Court for the District of Columbia

333 Constitution Ave. NW.

Washington DC 20001


Dear Madam Judge!

I am Maria Butina's father. Maria was our family's first child. I can say that from the day she was born, I was very close to my daughter and smothered her with love and attention. I read her, her first children's book at the age of one. Of course, she was not yet able to understand anything, but she watched me, almost adult like and listened attentively. Every available minute, when not working, I would spend with my daughter. We were always very close with each other. It was very interesting to interact with her and she would reciprocate with her love. We read, drew and went for strolls together. I would talk with little Maria about everything that she expressed an interest in.

It was probably back then, that my daughter developed a thirst for knowledge and a desire to absorb as much as possible. Since childhood, a good memory from nature, perseverance and a sense of purpose combined to form an amplified awareness of justice and a desire to make the world a better place.

I recall very well, how Maria was touched to the depths of her young soul by the stories that her grandfather shared about his brother, who died during the Great Patriotic War and the thirty-year search Maria's grandfather pursued in finding the location where he had perished. Having listened to war stories that his generation underwent, together with the almost thirty million persons that died during this terrible war, my young daughter was able to conclude that a war like this should never again occur. As an adult, Maria visited the location where her great uncle perished at the age of twenty-three years old. Maria being touched by these events, decided to assist individuals that work to immortalize the memory of those killed in the war. (I am attaching a reference letter from the Association of Search Groups "Memory").

Subsequently, appointed as head of the school museum, Maria would organize visits to war veteran homes in order to honor them during the holidays by presenting gifts and assisting them with various household chores.

Our family has always kept a distance from politics and government entities, living on a limited income, but as the parents of Maria, we strove to provide Maria a good education and the opportunity to acquire knowledge, furthering her education in hopes of her securing a good job and a successful career.

We enrolled our daughter at a high school that offered an intensive English language program. Maria studied there with great satisfaction. Virtually all the subjects came easy to her. She was very fond of the English language and shared her knowledge of it with her sister.

Subsequently, I myself also had an opportunity to evaluate her inclination for teaching. Maria participated in numerous international [Olympiads] contests and often competed in sports. As a reward for her diligent efforts, she received a silver honors medal upon graduating high school.

I spent much time with my daughter sharing the things I know and my life's experiences. She was a grateful child, attempting to help me in everything. She would always try to be nearby no matter what I was doing. She even learned how to handle hunting weapons, lessons she utilized when organizing the all-Russian rights organization "Right to Arms"; comparable to the N.R.A. in the U.S.A..

The period of time during which Maria graduated from high school coincided with deep democratic changes taking place in our country and she enrolled at the Altai University to pursue her studies in "Political Science" and "Pedagogics". During her studies, she developed an aspiration to participate in the most important political events taking place in Russia. She rose through the school ranks utilizing her potential as an organizer and leader. The school's student body elected Maria as senior leader. This led to her participation in and management of various political and student projects within the Altai region. She became a coordinator for the "School of Real Politics", an executive director for the Altai regional "Rotary Club" organization (a subsidiary of "Rotary International") and in 2008, the League of Students elected her as a member of a key public agency; the Altai Regional Public Chamber.

However, her enormous public workload did not interfere with her studies and in 2010, my daughter completed her master's program at the university in "political science" and "pedagogics"; I was very proud for her.

Shortly, after graduating from the university, Maria moved to Moscow and founded the all-Russian, non-profit civil rights organization "Right to Arms" bringing together gun owners and individuals interested in the evolution of gun laws. Over the course of its existence, the organization staged thousands of educational, open to the public, shooting events throughout various regions of the country, and furthermore, would defend individuals prosecuted for defending themselves as a last resort. With the intention of further developing the organization, Maria visited many countries and hosted honored guests from the leadership of the NRA (USA).

In 2015, my daughter shared a dream of hers with me; wanting to receive an education at a world-renowned university in the USA. No doubt, she chose an "international curriculum" for her studies. Russia and the USA are the two largest military powers in the world and, in Maria's opinion, must maintain a good relationship because, otherwise, planetary peace would be at stake. I recounted a story to my daughter about a young American schoolgirl from the state of Maine by the name of Samantha Smith, who through her letter was able to help bring détente to USSR- USA relations at the peak of the cold war.  Thereby, her choice was final.

Our family's income was limited and that is why Maria applied to seven various universities in the USA. As we believed, back then, she had struck luck having had her entrance application approved at one of the leading universities in the USA, the American University in Washington. After passing the required exams, Maria entered the Master's program for International Relations. It seemed as though her dream had fulfilled itself!

Studies at the University commenced, but comprehending knowledge in a foreign language did not come easy for Maria. There was unfamiliar vocabulary, new ideas and subjects. Initially, she had to study almost around the clock including Sundays and holidays. Only a very well organized and focused individual could prevail. Her activity schedule was maxed out to the limit. I spoke with my daughter on an almost daily basis while she was on her way to the university library or to class. As time passed, Maria's studies became somewhat easier and relaxed. Finally, there came an opportunity to entertain additional new subject matter, such as cybersecurity. We discussed all the interesting aspects surrounding this subject, its present importance and its promising future. Maria always possessed a colossal interest for learning in the pursuit of attaining knowledge. She is constantly reading books, covering subjects such as the origins of philosophy, history, world religion and economics. She expresses curiosity in a wide spectrum of interests! "America is a beautiful country", Maria would share and tell me with delight. "There are hardworking people here, being given an opportunity to put their talents to work"! Maria had countless interesting encounters with such people. Moreover, here are the results from studying at the university; a 3.91 G.P.A. out of a possible 4.00! Maria finally received her work authorization, which she had been anticipating in getting for all of last year! We were so proud for our daughter Maria!

On July 16th 2018 everything collapsed! Since that date, we spend every day in anticipation of any sort of news about our daughter. Each bit of incoming news is worse than the previous news and creates a complete misrepresentation of the situation. Maria grew up in the spirit of abiding the law, compassion and respect towards elders. If she violated something, it could not have possibly been intentional. The only possible reason that this could have occurred is lack of knowing the laws in the USA.

My heart is bursting from pain and sadness owing to what has happened. Will my girl be able to cope with all the suffering and will she have the strength to outlive this nightmare? I am very concerned and upset about my beloved daughter Maria. Everyday, I pray to God for help.

I appeal to you, respected Judge Tanya Chutkan, only you, together with your knowledge of the law, your life experience and emotions could you render a righteous decision and not deprive Maria of her freedom. The future will most certainly show that my daughter's intentions, ideas and actions were, aimed at and carried out, in the name of peace and goodwill between our two nations.

I thank you for your time, your attention and for reading my letter in its entirety.

2018.12.13

With respect and hope,                    *{Signature}*                    Butin Valeri

## Affidavit of Accuracy of Translation

State of New York)
County of Rockland   )   ss:

Andrew Harkuscha, being duly sworn, deposes and says:

In my capacity as a Russian/ English translator, interpreter, and linguist, I hereby certify that the attached translation:

Butin, Valeri [Father] letter addressed to Honorable Judge Tanya Chutkan Re: Maria Butina

is true and accurate and a complete translation from the Russian language to the English language to the best of my knowledge, ability and belief.

_____

(Translator's signature)

Subscribed and sworn to before me this 10th day of January, 2019.

_____

(Notary Public)

Commission Expires:        5-18-2021

JESSICA K CLASS
Notary Public – State of New York
NO. 01CL6206117
Qualified in Orange County
My Commission Expires May 18, 2021

Honorable Tanya Chutkan

United  States District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001


Уважаемая госпожа судья!

Я, папа Марии Бутиной.  Мария была первым ребенком нашей семьи. Могу сказать, что с самого ее рождения я был очень близок к дочери, окружал ее любовью и вниманием. Первые детские книжки я читал ей, в возрасте одного года, конечно, она еще ничего не понимала, но внимательно, как-то по взрослому, смотрела на меня и слушала. Всякую свободную от работы минутку я старался проводить с дочерью. Мы всегда были очень близки с ней. Мне  было очень интересно  общаться с ней. И она отвечала мне взаимной любовью. Мы читали, рисовали, ходили на прогулки. Я рассказывал маленькой Марии обо всем, что ее интересовало.

Наверное, тогда уже у дочери появилась стремление к знаниям, желание  познать как можно больше. Хорошая природная память, настойчивость, целеустремленность сочетались с самого детства с обостренным чувством справедливости, желанием сделать мир добрее.

Я хорошо помню, как Марию до глубины ее детской души тронули рассказы ее дедушки о погибшем в Великой Отечественной войне родном брате, место гибели которого дедушка Марии  искал 30 лет. Рассказы о войне, которую пережило его поколение, о почти тридцати миллионах погибших в этой страшной войне. Моя маленькая дочь смогла сделать выводы, что такая война не должна повториться. Будучи взрослой, Мария побывала на месте где погиб ее двоюродный дедушка. Ему было всего 23 года.  Мария не осталась равнодушной к этому событию и  решила помогать работе людей, которые увековечивают память погибших в войне. (Как один из примеров, я прилагаю к своему письму характеристику Ассоциации поисковых отрядов «Память»).

Впоследствии, в школе Мария стала руководить школьным музеем, организовывать посещения ветеранов войны, поздравлять их с праздниками, дарить подарки, помогать в бытовых вопросах.

Наша семья очень далека от политики, правительственных органов и не имела значительного достатка, но мы, ее родители, стремилась дать Марии хорошее образование, возможность получить больше знаний и иметь больше возможностей, чтобы продолжить образование в дальнейшем, иметь хорошую работу и карьеру.

Мы отдали дочь в гимназию с углубленным изучением английского языка. Марии училась с удовольствием. Ей легко давались практически все предметы. Ей очень нравился английский язык, знания которого она передавала своей сестре, а впоследствии и мне пришлось оценить ее педагогические наклонности. Мария участвовала в олимпиадах, много занималась спортом. Наградой за прилежный труд стала серебряная медаль за окончание гимназии.

Я проводил с дочерью очень много времени, делился своими знаниями, жизненным опытом. Она была благодарным ребенком, пыталась помогать мне во всем. Старалась быть рядом, чтобы я не делал. Даже научилась владеть охотничьим оружием, что пригодилось ей,  когда она создала Всероссийскую правозащитную организацию «Право на оружие» по подобию NRA в США.

Время окончания обучения в школе для Марии совпало со временем глубоких демократических перемен в нашей стране и Мария поступила в Алтайский Университет по направлениям «Политология» и «Педагогика». Во время учебы к ее стремлению познавать добавилось желание участвовать самой в важных политических процессах, происходящих в России. Активно рос ее потенциал как организатора, лидера. В Университете учебная группа выбрала ее старостой, Мария являлась участником и руководителем многих политических и студенческих проектов Алтайского края: в «Школе реальной политики» она являлась координатором, в Алтайской региональной организации «Rotary Club» (Международной ассоциации «Rotary International») она являлась исполнительным  директором, а в 2008 году от лиги студентов она была избрана членом важного регионального общественного органа – Общественной палаты Алтайского края.

   Но, огромная общественная нагрузка не помешали учебе, и в 2010 году дочь с отличием закончила обучение в Университете по магистерским программам: «Политология» и «Педагогика». Я очень гордился ее успехами.

    Вскоре после окончания Университета Мария уехала  в Москву и основала Всероссийскую некоммерческую правозащитную организацию «Право на оружие» организацию, объединяющую владельцев гражданского оружия и лиц, заинтересованных в совершенствовании закона об оружии. За время своего существования движение организовало несколько тысячи образовательных, публичных и стрелковых мероприятий в различных регионах страны, занималось правозащитой лиц, прибегавших к необходимой обороне. В целях совершенствования работы организации, приобретения необходимого опыта Мария посетила много стран, в том числе на съезде «Права на оружие» присутствовали почетные гости из руководства NRA (США).

   В 2015 году дочь поделилась со мной своей мечтой – получить образование в одном из ведущих мировых университетов в США. И конечно, выбор направления ее обучения оказался связан с «международным направлением». Россия и США самые крупные военные державы мира по убеждениям Марии  должны обязательно иметь хорошие отношения, так как от этого зависит мир на всей земле. Я рассказал дочери о маленькой американской школьнице из штата Мэн - Саманте Смит, сумевшей своим письмом внести разрядку в отношениях СССР и США в самый разгар холодной войны. Таким образом, выбор был сделан окончательно.

   Наша семья не обладала достаточным достатком  и, поэтому  Мария подала заявление на прием в семь университетов в США. Как нам казалось на тот момент, ей повезло - ее заявление одобрил один из ведущих университетов в США – Американский Университет в г. Вашингтона. Сдав необходимые экзамены,  Мария была зачислена в магистратуру по направлению «международные отношения». Казалось – мечта сбылась!

   Началась учеба в университете. Постичь знания на иностранном языке Марии давалось нелегко.  Очень много незнакомых слов, новых понятий, дисциплин! Поначалу учиться приходилось почти сутками, включая воскресенья и праздники. Такое может осилить только очень организованный и целеустремленный человек. Ее рабочее время было расписано предельно четко. Я разговаривал с дочерью практически каждый день в то время, пока она шла в библиотеку университета или на занятия. Со временем Марии становилось учиться легче. Появилась возможность изучить новые дисциплины. Кибербезопасность! Мы вместе обсуждали как это интересно, актуально, перспективно! У Марии всегда был и есть колоссальный  интерес к учебе, к знаниям. Она постоянно читает книги. Первоисточники философов, историков! Мировая религия! Экономика! Ее интересуют многие направления, очень много интересного! « Америка - красивая страна»,- с восторгом рассказывает мне Мария. «Здесь трудолюбивые люди, которым есть где применить свой талант!»  У Марии было много интересных встреч с такими людьми.

И вот результат обучения в Университете: — 3,91 баллов из возможных 4! Одобрено разрешение на работу, в поисках которой Мария была весь последний год! Я и моя семья были в это момент так счастливы! Так гордились нашей дочерью Марией!

16 июля 2018 года рушится всё! С этой даты каждый день мы проводим в ожиданиях хоть каких-то новостей о дочери. Только новости, поступают одна хуже другой. Полное непонимание ситуации. Мария всегда воспитывалась в духе законопослушания, сострадания, уважения к старшим. Если она что-то нарушила – это не могло произойти преднамеренно. Единственная причина, по которой это могло произойти связана с незнанием законов США.

Мое сердце разрывается от боли и досады о случившемся. Как моя девочка сможет вынести эти страдания, останутся ли у нее силы пережить этот кошмар? Я очень переживаю за свою любимую дочь Марию. И каждый день молю Бога о помощи.

Я обращаюсь к Вам, уважаемая судья Tanya Chutkan, только Вы, обладая не только знаниями Законов, но и жизненным опытом, а также чувствами можете принять правильное решение и не лишать Марию свободы. Будущее обязательно покажет, что мысли и поступки моей дочери были направлены исключительно во имя мира и хороших отношений между нашими странами.

Я благодарю Вас, что Вы уделили мне внимание и прочитали мое письмо до конца.

2018.12.13.

С уважением и надеждой,                                                   Бутин Валерий.

**Калининградская региональная молодежная общественная организация**

**Ассоциация**
**поисковых отрядов**
**«ПАМЯТЬ»**

**E-mail:**
**Форум:**
Исх.№ 198 от 29.11.2018 г.

## ХАРАКТЕРИСТИКА
для предъявления по месту требования.

**Бутина Мария Валерьевна:** - является активным участником поискового движения России, членом Калининградской региональной молодежной общественной организации «Ассоциации поисковых отрядов «ПАМЯТЬ». С ноября 2015 года активно принимала участия в поиске и увековечивании памяти погибших при защите Отечества. Мария Бутина, внучатая племянница командира минометного взвода капитана Н.Ф. Шаповалова геройски погибшего в годы Великой Отечественной войны с фашистскими захватчиками.

Н.Ф. Шаповалов без вести пропал во время боевых действий в Восточной Пруссии в феврале 1945 года, Мария Бутина со всей душой и своей активной работой стремилась узнать о судьбе ее деда Н.Ф. Шаповалова. Большую помощь оказывала в поиске архивных материалов поисковому движению. Мария Бутина очень грамотная и честная активистка, проявляла большое стремление к наукам, познанию культуры и уклада жизни, проживая в дружественной стране США, как она сама всегда думала и говорила. Ее стремлением было больше рассказать молодым поисковикам, что граждане Америки не желают зла России, хотели бы жить дружно и иметь деловые партнерские отношения. Так как в истории США, американский народ так же перенес большие тяготы и горе в войне по разгрому фашизма. Мария с благодарностью относится к американскому народу за помощь в Победе над общим злом фашизма.

Мария Бутина всегда ответственно относится к выполнению поручений по поисковой работе. За период с 2015 по 2018 год ей были успешно выполнены поручения по поиску без вести погибших солдат, совместно с поисковиками установлены имена более 27 солдат без вести пропавших на войне.

Марией Бутиной привлечены в ряды поискового движения новые юные участники по поисковой работе.

В данное время участники поискового движения России, считают, что произошел нелепый случай с Марией Бутиной. Мы уверены, что Мария, не способна каким либо образом причинить вред гражданам Америки. Она очень гордилась тем, что нашла друзей в полюбившейся ею великой стране Соединенных штатов Америки.

Председатель правления
**КРМОО «АПО «Память»**                                    Е.Н. Завертанов

Honorable Tanya Chutkan

United States District Court for the District of Columbia

333Constitution Avenue N.W.

Washington D.C. 20001


Dear Madam Judge!

I, the mother of Maria Butina, write you this letter hoping for your assistance in protecting my daughter Maria.

On July 16th 2018 my life and the lives of my family members, which up until that day were happy and fortunate, suddenly snapped.

Early that morning, as I was getting ready for work, I heard my husband utter, while he was reading the morning news, the words that "Masha has been arrested". I stared at him in silence attempting to grasp the implication of those words. What do they mean? We both stared at each other, unable to understand anything. Then, after reading additional details, fear and horror slowly came over me. Even though, still I was not able to fully comprehend what had exactly taken place.

At that moment, I could not even surmise the hell that awaited my family and daughter in the near future. From that day on, my world changed. I went on living as though I were in a daze, going to work, mingling with people, but deep inside my soul, a dull pain took root, literally stirring and cutting splintered thoughts inside my mind to the likes of, "what will happen to my child and what horrible ordeal awaits her now"?

Two long weeks passed in the dark, before a telephone call came in from Maria. Only then, upon hearing my darling daughters' voice did I receive an answer, to my question, how to go on living.

In spite of the nightmare that somehow she managed to endure, the sound of her voice was steady and calm. My daughter did not complain about anything and only reached out to us with a single request, that we not be upset about her and that we must, in spite of everything, maintain our health. In Maria's own words, only that could provide her the strength to endure this situation.

Madam Judge, if you could only imagine the supportive jolt and inspirational impulse I received at that moment. How was it and how is it that a sensitive girl could endure with dignity all these hardships without uttering a complaint, only expressing concern for those who are close

and dear to her? I am convinced that only a strong, benevolent and honest person is capable of such!

Presently, only this empowers us with the strength to live on and pursue the struggle for the best possible resolution of this matter.

Circumstance repeatedly compels me to re-visit our mutual past during Marias childhood and youth. I recall, above all, those happy times strolling together with my daughter holding hands when Maria was 5 or 6 years old and is telling me who she wants to become someday.

She was already full of plans and ideas. So much so, that she wanted to become a cosmonaut. "Why a cosmonaut?" I asked her. "Because cosmonauts are very strong and elegant people that can fly to and reach the stars". I believe this became her life's direction. At a young age, she set serious goals for herself and attempted to reach them no matter what it took. She studied intensively and worked hard in Russia. Subsequently, she decided to continue pursuing her education in America based on her belief that the American venue offered the most opportunity and degree of fairness for talented people. Her studies at an American university did not come easy. Nevertheless, thanks to her intellect and focus, as you know, Maria was able to graduate from the University with honors. During her studies, she tried to interact with successful people as role models in order to understand how to become a successful person herself. People agreeably accommodated and associated themselves with her because interacting with Maria on a human level was easy and pleasant. Our family did not oppose Maria's trip to America for an education, but at the same time, we did not have the financial resources to assist her. In Siberia, the average family gets by with limited income. That is why we held out hope that our daughter after graduating from a prestigious university abroad would be able to some future day provide her family with financial support. Especially, since now, I am the only one working in our family. In addition, we are paying down a large mortgage for an apartment that we acquired for our younger daughter. Moreover, as the years pass by, our state of health, unfortunately is not getting any younger. My mother will be 85 years old. She is very upset about her granddaughter. Each passing day I worry about her state of health. Trust me; at such an age to undergo events of the sort our family is experiencing can be very difficult.

Of course we had really hoped for and counted on Maria's assistance, but now madam judge, I ask only for one thing; for you to render a fair and just decision. If my daughter did something to break one of your country's laws, please believe me when I say, that this could have only have happened because of her not knowing the laws of another country. There was no premeditated intent or action on Marias part to bring any harm to your country. My specific request is to finally end my daughters suffering. Believe me; she has suffered enough both morally and physically. Look at her closely, not every man would be able to bear with honor the ordeal that Maria has undergone.

Madam Judge, perhaps you have children and you believe in God, therefore I hope that you understand me. I thank you for finding time for me and for reading my letter in its entirety.

With respect and hope, Butina Irina          *{Signature}*

2018.12.12

## Affidavit of Accuracy of Translation

State of New York)
County of Rockland   )   ss:


Andrew Harkuscha, being duly sworn, deposes and says:

In my capacity as a Russian/ English translator, interpreter, and linguist, I hereby certify that the attached translation:

Butina, Irina [Mother] letter addressed to Honorable Judge Tanya Chutkan Re: Maria Butina

is true and accurate and a complete translation from the Russian language to the English language to the best of my knowledge, ability and belief.

_____
(Translator's signature)


Subscribed and sworn to before me this 10th day of January, 2019.


_____
(Notary Public)

JESSICA K CLASS
Notary Public – State of New York
NO. 01CL62061
Qualified in Orange County
My Commission Expires May 16, 2021

Commission Expires:   5-18-2021

Honorable Tanya Chutkan

United  States District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001


Уважаемая госпожа судья!

Я, мама Марии Бутиной,  пишу Вам это письмо с надеждой о помощи в защиту моей дочери Марии.

16 июля 2018 года моя жизнь и жизнь моей семьи, которые до этой даты были вполне счастливы и благополучны, вдруг оборвалась.
Рано утром этого дня я, собираясь на работу, услышала фразу моего мужа, который читал утренние новости: «Машу арестовали». Я молча уставилась на него, пытаясь вникнуть в смысл этих слов. Что это значит? Мы оба смотрели друг на друга, не понимая ничего. Далее, читая подробности, меня медленно стал одолевать страх и ужас. Хотя я до конца не могла понять, что же таки произошло?

В этот момент я и предположить не могла в какой ад превратится в будущем жизнь моей семьи и моей дочери. С этого дня мир для меня стал другим. Я продолжала жить,  словно во сне: ходить на работу, общаться с людьми, но глубоко в душе поселилась тупая боль, которая иногда, словно шелохнувшись, резала острыми осколками мыслей: « Что сейчас с моим ребенком? Какому страшному испытанию подвергают ее сейчас?»

В неведении прошли долгие две недели, прежде чем раздался телефонный звонок от Марии. И только тогда, услышав родной голос дочери,  я получила ответ на свой вопрос, как жить дальше.

Несмотря на весь кошмар, который ей удалось как то пережить, интонация голоса была ровной и спокойной. Дочь  не пожаловалась ни на что, а лишь обратилась к нам с одной просьбой: не волноваться за нее и постараться не смотря ни на что сохранить наше здоровье. Так как только это, по словам Марии,  может дать ей силы выжить в этой ситуации.

Госпожа судья, Вы не представляете какой толчок, какой мощный импульс я получила тогда. Как могла и может сейчас эта хрупкая девушка с достоинством переносить все тяготы, не жаловаться, а лишь проявлять заботу о своих ближних. Я уверена, что это возможно сделать только сильному, доброму и честному человеку!

Сейчас только это дает нам силы жить и бороться дальше, а также надеяться на лучший исход дела.

Обстоятельства заставляют меня вновь и вновь возвращаться в наше совместное с дочерью  прошлое.  К детству и юности Марии. Я вспоминаю, прежде всего,  те счастливые моменты,  когда мы с дочерью были вместе. Вот мы идем вместе, держась за руки. Марии 5 или 6 лет. Моя дочь говорит мне о том, кем она хотела бы стать в будущем.

У нее уже  очень много планов и идей. Вплоть до того, что она хотела бы стать космонавтом.  «Почему космонавтом?», - спросила я.          «Потому что космонавты очень сильные и красивые люди. Они могут долететь до самых звезд!».

Я думаю, что  это стало направлением на всю ее жизнь. В таком молодом возрасте она ставила перед собой серьезные цели и старалась,  во что бы то ни стало достичь их.  Она очень много училась и много работала в России. Затем решила  продолжить свое образование в Америке. Поскольку считала, что Америка самая благополучная и справедливая в отношении талантливых людей страна. Учиться  в Американском университете Марии было не просто. Но благодаря своему уму, целеустремленности, как Вы знаете, Мария смогла закончить  университет с отличием. Во время учебы она старалась общаться с успешными людьми, брать с них пример, чтобы понять как можно самой стать успешной. И эти люди шли ей навстречу и общались с ней, лишь только потому,  что с Марией общаться по человечески легко и приятно.

Наша семья не препятствовала поездке Марии в Америку на учебу, хотя и помочь финансово особо не могла. В Сибири обычные семьи живут в небольшом достатке. Поэтому мы полагали, что наша дочь, закончив один из престижных университетов мира, сможет в дальнейшем оказать своей семье финансовую помощь. Тем более, что в данный момент в нашей семье я работаю одна. Мы выплачиваем большой кредит за квартиру младшей дочери.  Да и годы идут. Здоровья от этого, к сожалению не улучшается. Моей маме будет 85 лет. Она очень переживает за внучку. Каждый день я волнуюсь за ее здоровье. Поверьте, в таком возрасте пережить подобные события, как в нашей семье, трудно.

   Конечно, мы очень надеялись на помощь Марии, но сейчас, госпожа судья, я прошу лишь об одном: примите справедливое решение. Если моя дочь в чем то  нарушила один из законов Вашей страны, то поверьте, что это могло случиться лишь от незнания законодательства другой страны. Никаких преднамеренных действий, чтобы нанести вред Вашей стране Мария никогда не задумывала и не совершала.  Моя просьба состоит в том, чтобы прекратить, наконец то страдания моей дочери. Поверьте,  она достаточно пострадала как морально так и физически.  Посмотрите на нее внимательнее. Не каждый из мужчин мог бы так достойно выдержать все испытания, через которые прошла Мария.

   Госпожа судья, может быть у Вас есть дети и Вы верите в Бога, тогда я, надеюсь, что вы поймете меня.

Я благодарю Вас, что вы уделили мне внимание и прочитали мое письмо до конца.

С уважением и надеждой, Бутина Ирина

2018.12.12.

Honorable Tanya Chutkan

United States District Court for the District of Columbia

333Constitution Avenue N.W.

Washington D.C. 20001


Dear Madam Judge!

My name is Marina and I am Maria Butinas' sister by birth. My sister is only six years my elder. Since early childhood, Masha was not only a sister to me, but also my best friend in life. She always cared for, protected me, and was my role model. When we were children, due to strained financial resources, our parents constantly worked and despite our small age difference, a portion of adult responsibilities were taken on by my sister Masha. Frequently, when I was a child, she read to me at bedtime to help me fall asleep, would pick me up from kindergarten and school, assist me with getting through difficulties and taught me tolerance together with good manners. Masha was perpetually pursuing knowledge. From an early age, when computers initially appeared, she, unlike her peers who could spend countless hours in front of a monitor, would instead prefer to spend her time reading an interesting book.

Masha and I attended the same school together. The teachers at our school really adored and respected her. One of Masha's favorite subjects was history and recognizing a strong attraction to and an encompassing knowledge of this subject, the teacher body passed a resolution appointing her the director of the school museum. Masha graduated high school with excellence, earning a silver honors achievement medal. Probably, due to such success, the teachers expected a similar achievement from me and that would explain why even after her graduating, I would be mistakenly be referred to by her name. I am in proud admiration of her. She is the most talented, benevolent, ambitious, intelligent and clever person I have ever known.

When the time arrived for me to choose my future profession and select a university to further my education, Masha would attentively listen to my emotional trepidations and then console me with her thoughts in response. Coincidently, our master's program studies took place simultaneously; she joined American University in Washington (in order to pursue a second education) and I enrolled at the Polytechnic University in St. Petersburg. Despite the challenging study program, including the language barrier, she nonetheless, always found the time to talk with me, often while on the run to the university library. Nevertheless, she would always hear me out as I complained about my difficult studies, but she herself would never complain in return. I cannot imagine the stamina required to, persevere and succeed, in such a difficult program not taught in her native language; but she got it done, even graduating ahead of many of her classmates.

During our telephone conversations, we frequently dreamt about what career occupation(s) awaited us after completing our university programs. Together, we pondered the future,

discussed how we might help our parents and made mutual plans. However, on July 16, 2018 all my dreams were shattered. The American authorities detained my sister. On that day, quite literally, my life bled dry its colors. I ceased to enjoy the simple things that previously brought me joy. I often experience anxiety attacks, dreaming at night that my beloved sister is back home with me. I have trouble fitting in and cannot seem to focus at work. I have stopped going out with friends and no longer enjoy the outdoors. It has all been back and forth from home to work due to a shortage of financial resources in order to stay in touch and hear her voice at least once a week. I need to work a minimum of 12 hours a day just to earn enough to make telephone calls to her. I am prepared to give up everything that I have for her to return home as quickly as possible. Each of my mornings begin with hope and upon opening my eyes, I begin reading news about Masha; what if suddenly, it is all over?

Respected Judge Tanya Chutkan! Out of despair, I no longer know who to turn to for help, what to do in order to bring my dear and only sister back home! Presently, her fate and our mutual dreams depend entirely on you. That is why I ask that you render a correct and just decision not depriving Masha her freedom and to facilitate her speedy reunification with her family. I am very grateful that you found time for me and have read my letter in its entirety.

2018.12.13

With respect and hope,                    *[Signature]*                    Marina Butina

## Affidavit of Accuracy of Translation

State of New York)
County of Rockland   )    ss:

Andrew Harkuscha, being duly sworn, deposes and says:

In my capacity as a Russian/ English translator, interpreter, and linguist, I hereby certify that the attached translation:

Butina, Marina [Sister] letter addressed to Honorable Judge Tanya Chutkan Re: Maria Butina

is true and accurate and a complete translation from the Russian language to the English language to the best of my knowledge, ability and belief.

_____
(Translator's signature)

Subscribed and sworn to before me this 10th day of January, 2019.

_____
(Notary Public)

JESSICA K CLASS
Notary Public – State of New York
NO. 01CL6206117
Qualified in Orange County
My Commission Expires May 18, 2021

Commission Expires:    5-18-2021

Honorable Tanya Chutkan

United States District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001


Уважаемая, госпожа судья!

Меня зовут Марина, я являюсь родной сестрой Марии Бутиной. Моя сестра старше меня всего на шесть лет. С самого моего раннего детства Маша для меня не только сестра, но и самый близкий друг в моей жизни – она всегда заботилась обо мне, оберегала, была для меня примером. Из-за недостатка средств в семье, когда мы были совсем маленькими детьми, родителям приходилось много работать. Поэтому, несмотря на небольшую разницу в возрасте часть взрослых забот на себя брала моя сестра Маша. Очень часто, когда я была ещё ребёнком, она читала мне перед сном книжки, чтобы я могла уснуть, собирала меня в детский сад и школу, помогала мне преодолевать трудности, учила терпению и вежливости. Маша всегда тянулась к знаниям. Даже в юном возрасте, когда появились первые компьютеры, она, в отличие от своих сверстников, которые могли часами сидеть перед монитором, предпочитала провести время за чтением интересной книги.

С Машей мы учились в одной школе. Учителя в нашей школе очень любили и уважали её. Одним из любимых предметов Маши была история. Заметив необычную тягу и обширные знания по этому предмету, Собрание учителей приняло решение назначить её на должность Директора школьного музея. По окончании школы за отличную успеваемость Маша была награждена серебряной медалью. Видимо из-за таких успехов учителя ожидали подобной успеваемости и от меня. Поэтому часто даже после её выпуска меня по ошибке называли её именем. Я всегда горжусь и восхищаюсь ей. Она талантливый, добрый, амбициозный, интеллигентный и невероятно умный человек, которого я знаю.

Когда настало время мне выбирать мою будущую профессию и университет, в котором я буду продолжать обучение, Маша внимательно выслушивала мои бесконечные переживания и делилась своими мыслями. Так получилось, что

обучение в Магистратуре у нас совпало по времени: она поступила в American University в Вашингтоне (для получения уже второго образования), а я в Политехнический университет в Санкт-Петербурге. Несмотря на всю сложность обучения и языковой барьер, она находила время поговорить со мной на ходу, пока шла в университетскую библиотеку. При этом всегда выслушивала, как я жалуюсь на тяжёлую учёбу, но никогда не жаловалась мне в ответ. Не представляю, какой выносливостью надо обладать, чтобы освоить такую сложную программу, да ещё и не на родном языке! Но она справилась с этим, закончив даже намного лучше, чем многие её одногруппники.

В наших телефонных разговорах мы часто мечтали о том, чем мы будем заниматься после окончания университетов. Размышляли о будущем, о наших родителях – как мы будем им помогать, строили совместные планы. Но 16 июля 2018 года все мои мечты рухнули. Моя сестра была задержана американскими властями. С того дня моя жизнь словно потеряла краски. Я перестала радоваться простым вещам, которые раньше заставляли меня улыбаться. Часто стали возникать нервные приступы и сниться по ночам, что моя любимая сестра уже дома рядом со мной. Не нахожу себе места, не могу сосредоточиться на работе, перестала встречаться с друзьями и выбираться отдохнуть куда-нибудь на природу. Только дом – работа – дом – работа: из-за недостатка денежных средств даже для связи с ней, чтобы хотя бы раз в неделю услышать её голос. Мне приходится работать минимум по 12 часов в день, чтобы хоть как-то заработать хотя бы на телефонные звонки с ней. Я готова отдать всё, что у меня есть, лишь бы только она вернулась домой как можно скорее. Каждое моё утро начинается с надежды - я открываю глаза и сразу начинаю читать новости о Маше. А вдруг уже всё закончилось?

*Уважаемая судья Tanya Chutkan! От безысходности я уже не знаю, у кого просить о помощи, что сделать, чтобы вернуть мою дорогую и единственную сестру домой! Сейчас только от Вас зависит её дальнейшая судьба и наши с ней мечты – поэтому я прошу Вас вынести правильное и справедливое решение, не лишать Машу свободы и помочь ей как можно скорее встретиться с родными. Я очень признательна Вам за то, что Вы уделили мне время и прочитали моё письмо до конца.*

2018.12.13,

С уважением и надеждой,                                          Марина Бутина



January 26, 2019

The Honorable Tanya S. Chutkan
U.S. District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Ave. N.W., Washington, D.C. 20001
United States of America

Dear Judge Chutkan,

I met Maria at American University in the fall 2017. We were both in our second year of our master's degree program and studying cyber policy when our professor assigned us to a group project. There were 4 of us total in the group. Based on my other grad-school experiences and age (me 21 and her 28 years-old), I assumed that Maria would think little of me. However, to my surprise and delight, Maria valued me and all of my contributions.

Maria is incredibly bright, driven, and hardworking, as is evident by her emerging from Siberia, creating two businesses, and earning three degrees. In class, Maria was always attentive and prepared. You could just tell that she read all the homework (and *enjoyed* it). But her qualities of genuineness, helpfulness, and supporting reassurance impacted me most from the first day we met in the library to work on our project. The two of us ended up working the most on the project, and we became close friends.

It wasn't until another classmate told me about the widely circulated Daily Beast article that I finally read it. "The Kremlin and GOP Have a New Friend," the headline said. I didn't know the Maria Butina depicted in this article. The Maria I knew was thoughtful, open, and sincere. Not shadowy. She was always willing to speak candidly. She also consistently had a strong participation ethic in class. But because many students knew about the article, she was ostracized and talked about behind her back. I feel badly about that. I suppose this is why she didn't have many school friends outside of class. If they only knew Maria, she was friendly and kind.

With her aspirations and background, perhaps we weren't natural friends. I am not well connected. I could not challenge or help her academically beyond our group project. I am not as passionate as her about gun rights. I am gay. But Maria accepted me all the same. I can confidently say I was the closest person to her at school, and I loved talking to her about her experiences and learning about where she came from, as she did with me.

As our chats and daily studying time in the library grew more frequent, she became more open and generous with me. Along with the reciprocal coffees we'd buy each other, she shared Russian snacks with me, even buying me my own tin full. Hailing from Florida, she also noticed I was cold during

1

the D.C. winter and lent me her scarf. Regardless of her schedule, Maria would make herself available when I needed feedback on creative writings, or a friend for advice or to provide a needed distraction from school—usually in the form of dinner, where we'd both learn about new wines.

After reading the Daily Beast article about her, I spent more time getting to know her rather than immediately questioning her integrity or motivations. To this day even after reading and watching media coverage of her, I continue to view Maria as one of the most genuine people I've known. She is sincere and has an honest desire to connect with and learn from people. She's a bona fide extrovert, proud of her Russian heritage, and enchanted by American culture. She was the perfect foreign student, taking as many classes (even a non-required one) as possible, attending on and off campus events, and becoming a professor's research assistant to immerse herself fully in academia and the Americana. And she was an even better friend, coming to my sorority's formal, tutoring me in hard subject areas like debate, and helping some of my other friends in subjects like economics.

You should know that I wasn't surprised to learn that she continues to help people, even now. While incarcerated, I understand that she has tutored other inmates in math, modeled how to crochet, and has coached workout routines to her fellow inmates when she has not been in solitary. Recently, she shared with me that one inmate she tutored passed her GED tests. Maria takes inspiration from her grandmothers who were both teachers and are both still alive longing for her return. She has been so moved tutoring her fellow inmates that she said she'd like to pursue a professorship after completing her sentence. Without fail, Maria cares about others and has an immense desire to contribute and give back to whatever community she is associated with. As she awaits a response to the jail jobs she has applied to, she has proactively sought to help in unofficial capacities, as stated previously. She has such a way to care for, validate, and inspire people to be the best versions of themselves.

Despite the current circumstances, Maria has not monopolized conversation and she continues to reflect on the positives of this experience, like growing in faith and being able to still help others. From our phone calls, I have also heard resignation in her voice concerning what has happened. These are but some of the reasons I continue to value her and keep in touch with her and her lawyers through phone calls and letters, although I teach English and live in China.

Maria has already suffered greatly. She has been smeared as a person who used sex as spycraft, something that will likely follow her forever. She has also endured solitary confinement for three months of her detention. I hope the court can see Maria as I do—a friend who meant to improve dialogue between Americans and Russians and just didn't know she had to register—and find a way to show her mercy based on her past and current cooperation with the U.S. Senate and Department of Justice. I have no doubt that Maria is a good person, who will make a lasting and positive impact on society and her community in the future.

Thank you for the time, attention, and understanding you have afforded me through this letter.

With sincere gratitude,

Sarah Schoeffel

2

# George D. O'Neill, Jr.

March 1, 2019

The Honorable Judge Tanya Chutkan
United States District Court
Washington  DC

Dear Judge Chutkan:

I write on behalf of Maria Butina, who I believe is a delightful and idealistic young soul. She worked hard in Russia and formed a gun rights organization under difficult circumstances. I met her at a hunting convention where I learned we both had an interest in promoting constructive dialogue between America and Russia. This a project which my father and I have supported for years.

Maria worked hard to understand America and earned a master's degree at American University with high marks. It is her third master's degree. I happily supported that effort. She has deep and fascinating insights into Russian and American history.

In the two years I knew and spent time with Maria, I found her to be intelligent and charming with a willingness to understand and promote peaceful solutions to some of the world's conflicts.

Over the past eight months, Maria has suffered greatly and seen many of her dreams crushed by political circumstances beyond her control. I hope, in sentencing her, the court would look at this lovely and able young woman and set her free without further punishment.

After this difficult time ends, I expect with the spiritual strength gained from this painful and unhappy episode in her life, she can continue working to enable peaceful answers to some of our vexing international problems.

Sincerely,

George D. O'Neill, Jr.

January 1, 2019

The Honorable Tanya S. Chutkan
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC  20001

Dear Judge Chutkan:

This letter comes to you with warm regards from the frozen north of Minnesota, and with a request for some of your time to hear some of what I would like to share of my acquaintance with Maria Butina.

Maria is known to me as a visitor over several months to my Lutheran parish in South Dakota on several different occasions, and to my home as a guest of my family, myself and my wife.  Maria has proven entertaining and forthright in our activities and discourse both public and private.  I have never had any reason to mistrust anything Maria has ever shared with me, and I have never found it necessary to reconsider her integrity.

Maria is very honest and eager to learn all she can of American life and experience as a student and visitor to our country.  She has proven a delightful and encouraging presence in each and every occasion I have had the pleasure to share with her.

It is my hope you are able to discern the depth of Maria's personality and perceive her not as a threat to American interests, but as a visitor who has suddenly found herself at the hands of an unrelenting American prosecution.  Such a twisting of misfortune has caused consternation and unsettling reflection for all of us who have come to know Maria.  This is new ground for many of us; our confidence in our system of jurisprudence has been shaken.

Thank you, Judge Chutkan, for your very valuable time in considering this letter.  I am
Sincerely yours,

Rev. Nathan Hanson



## Russian Orthodox Cathedral of Saint John the Baptist
### 4001 Seventeenth Street Northwest
### Washington, D.C. 20011

January 12, 2019

The Honorable Tanya S. Chutkan
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC  20001

Your Honor,

I am Rev. Victor S. Potapov, parish rector of The Russian Orthodox Cathedral of St. John The Baptist in Washington, DC. I have held this position for the past forty years.

I am writing about Maria Butina. I have been visiting her in jail on a regular basis, hearing her confessions, administering Holy Communion, and discussing matters concerning her spiritual life. From the moment I met her, I saw sincerity and truthfulness. I found Maria to be kind. As examples, she helped another inmate study for and pass the GRE and consistently shared canteen provisions with less fortunate inmates. She was genuinely thrilled to have helped without any self-congratulation. As a pastor, I have frequented many local jails to provide ministry to the accused and incarcerated. Maria stands apart. In addition to her religious transformation, she is thoughtful and compassionate, which brings me great joy. My visits with her are an uplifting experience.

Maria's dream is to return to her family and home country to become a teacher and establish a Christian family. I have no doubt that she will be a productive member of society. Thank you for considering this letter.

Sincerely,

Fr. Victor S. Potapov
Cathedral Rector

Honorable Tanya Chutkan

United States District Court For the District Of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001

Dear Judge!

I met and became acquainted with Maria Butina during a very difficult period of my life. In July of 2012, a rapist assaulted me. Miraculously I survived after mortally wounding him. As the victim of an assault, instead of undergoing psychological rehabilitation, I was charged with premeditated murder.

Maria extended her support to me, a total stranger, organizing a defense campaign on the internet, appearing on radio and television programs to explain the concept of self-defense and how important it is, that a victim not be made into a criminal.

Maria put everything she was doing on hold, and despite the long commute, would accompany me to the investigators office and the court proceedings. In addition to her support as an informational knowledge base, her human compassion and participation were very important to me. During a very difficult time for myself, I felt that I was not alone in my troubles and that there was somebody willing to assist me, that being Maria; particularly so, since I was not expecting any help.
Specifically, it was thanks to her efforts as a defender of human rights and the involvement of other caring individuals responding to my misfortune (many of the individuals learned of my plight thanks only to Maria) that all charges against me were dropped.

This was not easy because, unfortunately in my country, an individual once charged, as a rule, is routinely convicted by the court. Additionally, in Russia there is still a widely held belief that a victim of a sexual assault has only oneself to blame for the assault.

My acquittal and the confirmation of my right to self-defense was not only important as to my own fate, but also as precedent possibly affecting court practice and laws, that might bring future justice in similar cases, thereby bringing hope to other victims of assault.

Maria, by defending and helping me, helped other victims of assault. Incidentally, after being further acquainted with her, I came to learn that I was not the first nor the last person that she had, with no self-interest, selflessly and generously helped.

Dear Judge, I am deeply confidant that Maria is a good kindhearted person incapable of doing anything wrong or of breaking the law.

Respectfully yours,

**Kudryavtseva Tatiana Ryurikovna**          *[Signature]*

14 December 2018

## Affidavit of Accuracy of Translation

State of New York)
County of Rockland    )    ss:


Andrew Harkuscha, being duly sworn, deposes and says:

In my capacity as a Russian/ English translator, interpreter, and linguist, I hereby certify that the attached translation:

Kudryavtseva, Tatiana Ryurikovna letter addressed to Honorable Judge Tanya Chutkan Re: Maria Butina

is true and accurate and a complete translation from the Russian language to the English language to the best of my knowledge, ability and belief.

_____
(Translator's signature)


Subscribed and sworn to before me this 8th day of February, 2019.

_____
(Notary Public)

Commission Expires:

KATHERINE J STERNS
Notary Public – State of New York
NO. 01ST6131965
Qualified in Rockland County
My Commission Expires Aug 22, 2021

Honorable Tanya Chutkan

United States District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001

### Уважаемая судья!

С Марией Бутиной я познакомилась в очень тяжелое для меня время. В июле 2012 года на меня напал насильник. Я чудом спаслась от него, смертельно его ранив. Вместо психологической реабилитации, меня, жертву нападения, обвинили в умышленном убийстве.

Мария поддержала меня, незнакомого ей человека, организовала кампанию в мою защиту в Интернете, выступала на радио и по телевидению, объясняя, что такое самооборона и как важно, чтобы из жертвы не делали преступника.

Мария, бросив все свои дела, ездила вместе со мной к следователю, в суд, хотя ездить приходилось далеко, мне очень важна была не только ее информационная поддержка, но и чисто человеческое сочувствие и участие. В очень трудное для меня время я неожиданно ощутила, что я не одна со своей бедой, что есть человек, готовый прийти во всем на помощь – Мария, притом, что помощи я не ожидала.

Именно благодаря ее правозащитной деятельности, а также помощи других неравнодушных людей, отозвавшихся на мою беду (многие из этих людей узнали обо мне только благодаря Марии), с меня были сняты все обвинения.

Это было очень непросто, поскольку, к сожалению, в моей стране человек, единожды обвиненный, как правило, автоматически осуждается судом. Кроме того, в России пока еще очень распространено мнение, что жертва насильника сама виновата, что на нее напали.

То, что меня оправдали, признав мое право на самооборону, важно не только для моей судьбы, но и как прецедент, могущий изменить судебную практику и даже законы и дающий надежду на справедливость при рассмотрении таких дел в будущем. Это дает надежду другим жертвам насилия.

Мария, защищая и помогая мне, тем самым помогала и другим жертвам насилия. При этом, познакомившись с ней, я узнала, что я не первая и не последняя, кому она вот так бескорыстно и самоотверженно помогла.

Уважаемая судья, я глубоко уверена, что Мария – добрый, отзывчивый человек – просто неспособна сделать что-то плохое или нарушить закон.

С уважением,

**Кудрявцева Татьяна Рюриковна,**
14 декабря 2018 г.

Honorable Tanya Chutkan

United States District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001


Dear Judge!


I met and became acquainted with Maria Butina in 2012, when as a second semester student of law at the **R.U.E.**, G.V. Plekhanov (**R**ussian **U**niversity of **E**conomics), I was accused of inflicting aggravated bodily harm to a group of young people that assaulted me and my friends inside the Moscow Metro.

Maria, having reviewed the situation and the paperwork surrounding this criminal case, extended her support to me, a complete stranger, by organizing a major campaign in my defense. In many aspects, thanks to Maria, my case received wide public support; Maria organized rallies in my defense, gave interviews to mass media and filed appeals with the authorities.

I am convinced, that an individual who from an early age having dedicated their life to protecting the rights of people without any personal material gain, could not be a criminal. I know Maria to be an individual of high moral fiber, generous and law abiding, who by her own nature and conviction is not capable of committing any sort of criminal offense.


Respectfully yours,

Lotkova Aleksandra Borisovna                     *[Signature]*

## __Affidavit of Accuracy of Translation__

State of New York)
County of Rockland   )   ss:


Andrew Harkuscha, being duly sworn, deposes and says:

In my capacity as a Russian/ English translator, interpreter, and linguist, I hereby certify that the attached translation:

Lotkova, Aleksandra Borisovna letter addressed to Honorable Judge Tanya Chutkan Re: Maria Butina

is true and accurate and a complete translation from the Russian language to the English language to the best of my knowledge, ability and belief.

_____
(Translator's signature)


Subscribed and sworn to before me this 8th day of February, 2019.

_____
(Notary Public)

Commission Expires:

KATHERINE J STERNS
Notary Public – State of New York
NO. 01ST6131965
Qualified in Rockland County
My Commission Expires Aug 22, 2021

**Honorable Tanya Chutkan**

**United States District Court for the District of Columbia**

**333 Constitution Avenue N.W.**

**Washington D.C. 20001**

**Уважаемая судья!**

Я познакомилась с Марией Бутиной в 2012 году, когда меня, студентку 2-го курса юридического факультета РЭУ им. Г.В. Плеханова обвинили в нанесении тяжких телесных повреждений группе молодых людей, напавших на меня и моих знакомых в московском метро.

Мария, изучив ситуацию и материалы уголовного дела, поддержала меня, незнакомого ей человека, организовав масштабную кампанию в мою защиту. Во многом благодаря Марии мое дело получило широкий общественный резонанс – Мария организовывала митинги в мою защиту, давала интервью в СМИ, обращалась в вышестоящие инстанции с жалобами.

Я убеждена, что человек, с юного возраста положивший свою жизнь на защиту прав людей, не получая от этого никакой материальной выгоды, просто не может быть преступником. Я знаю Марию как высоконравственного, благородного и законопослушного человека, который по своей природе и убеждениям просто не способен совершить какое-либо преступление.

С уважением,
Лоткова Александра Борисовна

Honorable Tanya Chutkan

United States District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001

Dear Madam Judge!

Good day your honor, esteemed Tanya Chutkan! I, Kostyrin, Evgeni Nikolaivich write this letter to you in your capacity and role as a guarantor of law and justice, a warden of an independent and impartial USA judicial system, in defense of Maria Butina, because I, as a law abiding citizen and a good honest Christian, cannot remain silent and sit idle while an injustice occurs, regarding a deeply respected and decent individual, with emphasis on a capital "I"; a loyal friend and selfless colleague, as well as an influential defender of civil rights. Additionally, I would like to share with you, your honor, my opinion of this person, her personal qualities, her actions in advocating for the rights of everyday Russian citizens confronted with injustice in the judicial court system and an unjust occurrence that affected me personally.

I, Kostyrin, Evgeni Nikolaivich, am a law-abiding citizen, a decent Christian, the father of four children and a loving husband who was on born March 26th 1975 in the Republic of Kazakhstan. After the collapse of the U.S.S.R., in and around the year 2000, I was forced to re-locate my family to the Altai Region of the RF, where I reside to this day. Together with my wife, we overcame many difficulties and hardships, acquired housing, had four children and began to forget the persecution and oppression that we had endured in Kazakhstan, when suddenly misfortune struck again.

On the night of March 22nd 2013, my youngest son being only 8 months old, while in the line of duty, I fell victim to an assault by two very inebriated and aggressive knife-wielding criminals. While defending myself, one of the attackers suffered a knife wound (received from their own knife) and consequently expired at the hospital. This led to my indictment for pre-meditated murder and in spite of many contradictions and direct evidence of my innocence, the court biased towards the prosecution, sentenced me to seven years of imprisonment at a maximum-security facility.

I found myself deeply depressed while incarcerated, deprived of being able to support and care for my wife, children and elderly parents, I put my trust in God and prayer.

Nevertheless, my family members did not accept this judicial injustice and via the internet reached out for public support detailing my situation.

One of the first to respond to our cry for help was Maria Butina. She expressed an interest in my story, thoroughly reviewed the situation, evaluated the available evidence and dispatched press releases to all available mass media outlets. She personally organized rallies and protests in my support, which caused my friends and relatives to be amazed by the vast number of our fellow citizens that decided to not remain indifferent toward our plight of grief. Due to the civil uproar, the public sector responded strongly, which in turn caused the Court of Appeals to

review my case, set aside the previous verdict and grant my acquittal. This became our mutual victory and triumph of justice!

To a large degree, all these accomplishments were due mainly to Maria and her civil activity, her stance in life and her intolerance for injustice and lawlessness within the realms of authority. She literally yanked me out of illegal detention and reunited me with my family and children. For the first time in my life, I encountered such a selfless and devoted individual, committed to rescuing people, like myself and others completely unknown to her, by understanding their problems, offering them empathy, support and assistance.

I am at a loss for words to describe the degree, to which I am grateful to Maria for her priceless efforts in her role as a civil rights activist, but I can describe how valuable this help was for me, for those dear to me and for those many Russian citizens that Maria's efforts helped. These were numerous individual lives that could have been crossed out by the mere stroke of a pen and therefore, possibly further affect hundreds of their close friends and relatives.

Your honor, esteemed Tanya Chutkan, I learned from mass media sources that Maria Butina was arrested in the USA for the suspicion of violating USA law. Being familiar with Marias' deeds and activities, I am convinced that if she did indeed violate the law, then it could only have been due to her not knowing the subtleties of your country's laws. Anyone who has known or has interacted with Maria believes her to be a law-abiding individual that closely takes to heart any injustice.

In 2016, I personally met Maria in Moscow, previously having only been in touch by telephone or the internet, at an event held by a public organization called the "Right to Arms" and can describe my first impressions after making her acquaintance; this is an amazingly energetic and positive person who quite literally charges you up with her optimistic energy. After interacting with her, it becomes much simpler to resolve problems that seemed previously unresolvable and future prospects shine brighter for many activities. Maria is a born public leader, the life of any crowd, a dependable friend, associate and put quite simply, a marvelous person.

Your honor, esteemed Tanya Chutkan, I pray to the Lord and believe that you will thoroughly, in detail review all the circumstances surrounding the charges Maria Butina is facing in her case and that you will render a just decision that will not deprive Maria of her freedom. I am confident that she will properly appraise your decision and make the right conclusion.

2019.01.16

With respect and hope,            *[Signature]*            Kostyrin Evgeni Nikolaivich

Affidavit of Accuracy of Translation

State of New York    )
County of Rockland   )     ss:


Andrew Harkuscha, being duly sworn, deposes and says:

In my capacity as a Russian/ English translator, interpreter, and linguist, I hereby certify that the attached translation:


    Kostyrin, Evgenij N.letter addressed to Honorable
    Judge Tanya Chutkan Re: Maria Butina


is true and accurate and a complete translation from the Russian language to the English language to the best of my knowledge and belief.

_____
(Translator signature)


Subscribed and sworn to before me this 29th day of January, 2019.

_____
(Notary Public)

Commission Expires: ___8/22/21___

KATHERINE J STERNS
Notary Public – State of New York
NO. 01ST6131965
Qualified in Rockland County
My Commission Expires Aug 22, 2021

Honorable Tanya Chutkan

United States District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001

Уважаемая госпожа судья!

Здравствуйте Ваша честь, уважаемая Tanya Chutkan!   Я, Костырин Евгений Николаевич, пишу Вам это письмо, как к гаранту соблюдения законности и справедливости, как к служителю независимой и беспристрастной Фемиды США, в защиту Марии Бутиной, потому что, как законопослушный гражданин и добропорядочный хрестьянин, я не могу молчать и бездействовать и просто обязан не позволить случится несправедливости в отношении, этого глубоко уважаемого, порядочного Человека с большой буквы, верного друга и самоотверженного товарища, а так же очень влиятельного общественного правозащитника и более того мне хочется довести до вас Ваша честь свое мнение об этом человеке,  об её личностных качествах, её поступки в отстаивании прав простых Российских граждан, перед несправедливостью судебной системы, которая коснулась меня лично.

Я Костырин Евгений Николаевич, законопослушный гражданин, добропорядочный хрестьянин, отец 4 -х детей, любящий муж. Родился 26 марта 1975 г. в республике Казахстан, после развала СССР, в 2000-ом году я был вынужден перевезти свою семью в Алтайский край РФ,  где и проживаю по настоящий день.  Мы с супругой преодолели множество трудностей и невзгод, приобрели жилье, родили четверых детей и уже стали забывать, те гонения и притеснения которые мы пережили в Казахстане, как случилась новая беда .

В ночь на 22 марта 2013 года, когда моему младшему сыну было всего 8 месяцев, выполняя свои служебные обязанности, я стал жертвой нападения двух изрядно выпивших, агрессивных и вооруженных холодным оружием преступников.  Я был вынужден обороняться, в итоге один из нападавших, получил ножевое ранение (собственным же оружием), и в последствии скончался в приемном покое больницы. В результате мне было предъявлено обвинение в  умышленном убийстве, а суд не смотря на множественные противоречия и прямые доказательства моей невиновности, следуя обвинительному уклону, приговорил меня к 7-ми годам лишения свободы в колонии строгого режима.

Я был в глубочайшей депрессии, находясь в заключении, лишенный возможности помочь хоть как то своей супруге, своим детям и престарелым родителям, которые остались без моего попечения и заботы, мне приходилось только уповать на Божию помощь и молиться.

Но  мои родные, не смирившись с этим судебным произволом,  обратились за помощью  к общественности,  через  интернет  ресурсы,  подробно  описав происшедшею со мной ситуацию.

Одной из первых, на наш крик о помощи, откликнулась Мария Бутина, она заинтересовалась  моей  историей,  досконально  ознакомилась  с  ситуацией  и имеющимися доказательствами, разослала пресс-релизы во все возможные СМИ, лично организовывала митинги и пикеты в мою поддержку, мои друзья и родственники были поражены, тем какому количеству наших граждан, было не безразлично наше горе.  В  результате таких активных гражданских протестов, был

создан общественный резонанс, который всё таки заставил аппеляционный суд, пересмотреть материалы дела, признать незаконным предыдущий приговор и вынести мне оправдательное решение . Это была наша общая победа и торжество справедливости!

Все это в большей степени заслуга Марии, которая благодаря такой активной гражданской и жизненной позиции, своей не терпимостью к этому произволу и беззаконию во властных структурах, буквально меня из незаконного заключения и вернула к семье и детям. Я впервые в жизни встретил настолько бескорыстного и преданного своему делу человека, который своей общественной деятельностью спасает, таких как я, совершенно не знакомых ему людей, проникается их проблемами, сопереживает, поддерживает и всячески помогает.

Я не смогу объяснить Вам словами, на сколько я благодарен Марии за её не оценимый труд, в качестве общественного правозащитника, но могу объяснить насколько эта помощь дорога мне и моим близким и еще многим Российским гражданам, которым помогла Мария, Это десятки человек чья жизнь, могла быть просто перечеркнута, одним не верным росчерком пера, а также пострадали бы, сотни людей являющиеся их близкими и родственниками.

Ваша честь, уважаемая Tanya Chutkan, из СМИ я узнал, что Марию Бутину арестовали в США по подозрению нарушении законов США. Зная Марию по её поступкам и действиям, я уверен что если она и нарушила закон, то это могло произойти только по незнанию каких либо нюансов в законодательстве Вашей страны. Потому что все кто хорошо знает или когда либо общался с Марией, знают её скорей как глубоко законопослушного человека, близко к сердцу принимающего несправедливость.

2016 году я лично встречался в Москве с Марией на собрании общественной организации " Право на оружие", до этого мы общались только по телефону и интернету, я могу рассказать Вам своё впечатление от знакомства с ней - это поразительно энергичный и позитивный человек, который буквально заражает своим оптимизмом и энергией, от общения с ней становится намного проще, решать какие то, раньше казавшимися не преодолимыми проблемы, и ярче видятся будущие - перспективы какого то мероприятия, Мария это прирожденный общественный лидер, душа любой компании и надежный друг, соратник и просто замечательный человек.

Ваша честь уважаемая Tanya Chutkan, я молю Бога и верю, что вы детально и всесторонне рассмотрите все обстоятельства, предъявленного Марии Бутиной обвинения и её дела, и вынесите справедливое решение не связанное с лишением свободы Марии. Я уверен, что она достойно оценит такое Ваше решение и сделает правильные выводы.

2019.01.16.

С уважением и надеждой,

Костырин Евгений Николаевич

Honorable Tanya Chutkan

United States District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001

From Russian citizen

Zajtsev Igor



Dear Judge Chutkan:

I write you this letter in defense of Maria Butina.

I have known Maria Butina for approximately six years. We worked together at the "Right to Arms" organization, where over a broad period she was an irreplaceable leader; I made her acquaintance during an organization event.

As an organization leader, she was a deservingly honored expert, respected, without exception, by all members of the organization. A phenomenal organizer, competent and a proactive lively individual.

Additionally, as a leader, her efforts focused on the handling of firearms by civilians and on the development of firearm legislation in the RF.

In her leadership activities, she dedicated extensive effort establishing and developing (during these not so simple times) good relations between the citizens of various countries, such as Estonia, Belarus, Israel, FRG and the USA attempting to wipe out misunderstanding and thereby reinforcing trust between regular citizens of these and other countries. She is a very attentive and compassionate person. She took close to heart the misfortunes and problems of regular people who found themselves in a difficult life situation, personally participating in defending their legal interests and rights.

During all her activities, Maria Butina never violated any RF laws and would always call on those around her, to not break any RF laws. During trips abroad, she would always warn organization members about strictly adhering to the laws of the country of their travel.

When Maria Butina began her studies at the university in the USA, she was very happy about receiving a good and prestigious education. I would call her from time to time.

Maria sent me photographs of the graduation ceremony and her receiving an honors diploma. She was very happy about being able to tackle such a complex university program.

Respectfully, *The Honorable Tanya Chutkan*, I believe that Maria during her stay in the USA, did not intend to cause any harm, what so ever, to the interests of the USA or to deliberately violate the laws of the USA; she is not that type of person.

Do not be severe with her.

_____ Igor Zajtsev

## **Affidavit of Accuracy of Translation**

State of New York)
County of Rockland    )    ss:


Andrew Harkuscha, being duly sworn, deposes and says:

In my capacity as a Russian/ English translator, interpreter, and linguist, I hereby certify that the attached translation:

Zajtsev, Igor letter addressed to Honorable Judge Tanya Chutkan Re: Maria Butina

is true and accurate and a complete translation from the Russian language to the English language to the best of my knowledge, ability and belief.

_____
(Translator's signature)


Subscribed and sworn to before me this 8th day of February, 2019.

_____
(Notary Public)

Commission Expires:

KATHERINE J STERNS
Notary Public – State of New York
NO. 01ST6131965
Qualified in Rockland County
My Commission Expires Aug 22, 2021

Honorable Tanya Chutkan

United States District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001

От гражданина России

Зайцева Игоря

Dear Judge Chutkan:

Я пишу Вам это письмо в защиту Марии Бутиной.

Я знаю Марию Бутину около 6 лет. Мы вместе работали в организации «Право на оружие», где на протяжении длительного времени она была бессменным руководителем. На одном из мероприятий этой организации, я с ней и познакомился.

Будучи руководителем организации, пользовалась заслуженным авторитетом и уважением у всех, без исключения, членов организации. Потрясающий организатор, грамотный и жизненно активный человек.

Вся ее деятельность, как руководителя организации, была направлена на культуру обращения граждан с оружием, совершенствование законодательства РФ об оружии.

В своей деятельности уделяла очень много внимания налаживанию, (в это очень не простое время) хороших отношений между гражданами разных государств, в частности с гражданами Эстонской республики, Белоруссии, государства Израиль, ФРГ, США. Стиранию непонимания и укреплению доверия между простыми гражданами этих и других государств.

Она очень внимательный и чуткий человек. Очень близко принимает к сердцу беды и проблемы простых людей, принимала личное участие в отстаивании законных интересов и прав граждан, попавших в сложные жизненные ситуации.

Во всей своей деятельности Мария Бутина, сама никогда не нарушала законодательства РФ, и призывала всех окружающих ее граждан никогда не нарушать законодательства РФ. При заграничных поездках, она также всегда,

всех членов организации, предупреждала о необходимости строгого соблюдения законодательства стран пребывания.

Когда Мария Бутина поступила на учебу в Университет США, она была очень рада, что сможет получить хорошее и престижное образование.  С ней периодически созванивался.

Мария, прислала мне фотографии с церемонии вручения диплома с отличием. Она была очень счастлива, что смогла так хорошо освоить такую сложную программу Университета.

Уважаемая The Honorable Tanya Chutkan, я верю в то, что Мария во время пребывания в США не имела намерений нанести какой-либо ущерб интересам США, умышленно нарушать законодательство США, она не такой человек.

Не будьте к ней очень строги.

_____ Игорь Зайцев

VERDICT

BAR ASSOCIATION OF ATTORNEYS

Honorable Tanya Chutkan

United States District Court for the

District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001

Dear Madam Judge!

The Bar Association "VERDICT" has worked with the Organization "Right to Arms", led by Maria Butina, for several years. I met with Maria on numerous occasions.

I can describe her as someone not indifferent to the misfortunes of others, selflessly helping those persons who are the subject of wrongful criminal prosecution. Thanks to the efforts of Maria rallying the attention of mass media, arranging for legal assistance and extending moral support, breakthroughs occurred in certain cases.

Additionally, Maria is an excellent organizer. On numerous occasions, I attended events that she organized. On occasion, my family members would also attend.

On more than one occasion, Maria invited some of our attorneys to lecture to members of her organization on the subject of how to conduct oneself in circumstances of self-defense as a last resort.

Maria is one of the authors of the "My Home is My Castle" initiative. This initiative focused on the introduction of legislative change in order to amend application of the law regarding individuals able to repel an assault and defend themselves against persons with criminal intent.

I can state from personal experience that Maria is a very tactful, well-mannered and kind individual. These qualities are evident not only during her interactions with me, but also during her interactions with others. Furthermore, Maria shows initiative, is honest, responsible and is an open person. She always fulfills all her promises and responsibilities, finishing everything she initiates.

I consider Maria an individual beneficial to society. I believe that she is capable of doing much additional good and many worthwhile deeds.

I was astonished to learn through mass-media that Maria was being accused of committing criminal acts, knowing fully well, that she was always a very law abiding individual.

I am fully confident that there was no malicious intent in her actions to bring any harm to the United States of America. I presume, that quite simply, Maria was not aware of any local laws forbidding activity as an unregistered foreign agent, especially in light of the fact, that no similar law exists in our Russian criminal legislation.

I plead that you take into account the above-referenced facts and relieve Maria Butina of any punishment or, at the very least, apply the bare possible minimum.


2018/12/19                              *{Circumscription Stamp}*

                    *{*RF Ministry of Justice*Chamber of Attorneys*City of Moscow*}*

                        *{*Bar Association of Moscow Attorneys "VERDICT"*}*

President Moscow Bar Association

of Attorneys "VERDICT"                    *[Signature]*                    A.V. Parshin

## Affidavit of Accuracy of Translation

State of New York)
County of Rockland   )   ss:


Andrew Harkuscha, being duly sworn, deposes and says:

In my capacity as a Russian/ English translator, interpreter, and linguist, I hereby certify that the attached translation:

Parshin, A.V. letter addressed to Honorable Judge Tanya Chutkan Re: Maria Butina

is true and accurate and a complete translation from the Russian language to the English language to the best of my knowledge, ability and belief.

_____
(Translator's signature)


Subscribed and sworn to before me this 8th day of February, 2019.

_____
(Notary Public)

Commission Expires:

KATHERINE J STERNS
Notary Public – State of New York
NO. 01ST6131965
Qualified in Rockland County
My Commission Expires Aug 22, 2021

**ВЕРДИКТЪ**

КОЛЛЕГИЯ АДВОКАТОВ

**Honorable Tanya Chutkan**

**United States District Court for the**
**District of Columbia**

**333 Constitution Avenue N.W.**

**Washington D.C. 20001**

### Уважаемая госпожа судья!

Коллегия адвокатов «Вердиктъ» несколько лет сотрудничала с организацией «Право на оружие», которую возглавляла Мария Бутина. Я много раз встречался с Марией.

Могу охарактеризовать ее как неравнодушного к чужой беде человека, которая абсолютно бескорыстно помогала людям, попавшим в беду, и подвергавшимся незаконному уголовному преследованию. Благодаря Марии, которая привлекала внимание СМИ, организовывала юридическую помощь, моральную поддержку, ситуация по конкретному делу переломлялась.

Кроме того, Мария прекрасный организатор. Я неоднократно посещал мероприятия, которые она готовила. На некоторые я приводил членов своей семьи.

Мария неоднократно приглашала наших адвокатов читать лекции, чтобы мы научили членов ее организации правильно себя вести в случае попадания в различные ситуации, связанные с необходимой обороной.

Мария – один из авторов инициативы «Мой дом – моя крепость». Инициатива направлена на внесение в российское законодательство изменений по улучшению правоприменительной практики к людям, которые успешно смогли противостоять нападению и обороняться от злоумышленников.

Могу сказать из личного общения, что Мария очень тактична, воспитана и доброжелательна. Эти качества она проявляет как при общении со мной, так и с другими людьми. Кроме того, Мария инициативный, честный, обязательный и открытый человек. Все обещания и обязательства она всегда выполняет, а дела доводит до конца.

Считаю, что Мария полезный для общества человек. Думаю, что она может сделать еще много добрых и нужных дел.

Я был очень удивлен, узнав из СМИ о том, что Мария обвиняется в преступлениях, так как знаю, что она очень законопослушна.

Уверен, что злого умысла причинить вред Соединенным Штатам Америки в ее действиях не было. Полагаю, что Мария просто не знала о местном законе, запрещающем деятельность в качестве иностранного агента без регистрации, так как аналогичного закона в нашем российском уголовном законодательстве нет.

Прошу учесть вышеизложенные факты, освободить Марию Бутину от наказания или применить к ней минимально возможное наказание.

2018/12/19

Президент Коллегии московских
адвокатов «Вердиктъ»                                    А.В. Паршин

14 December, 2018

Ph.D., Pr. Elena V. Pritchina
Russian Federation



Dear The Honorable Tanya Chutkan,

I was the dean at the Altai State University School of political science between the years of 2004 and 2013. Maria Butina joined our department in 2005 and graduated from the university in 2010 majoring in "Political Science".
In the curriculum studied by Masha, I taught Political Sociology, Political Conflict and an intensive course in Political Culture. I interacted with Maria during her education and co-operated with her on public and social matters related to the faculty body.

Maria's period of study at the university defined her as an individual in the best possible manner. She was a successful student, diligent and consistent. When studying events, she would seek to unearth the truth, figure things out and grasp the essence of the issue. Masha possesses a broad outlook and is well read. Masha was very conscientious in her studies and expressed a keen interest in learning her subject matter. She extensively read additional literature and actively participated in classroom discussions, passed her exams with excellence and graduated with an honors (Red) diploma.

During the same period, she was engaged in academic research projects. The subject of her academic pursuit was the development of civil society, emphasizing non-commercial public organizations. Maria took part in sociological research, presented reports and spoke at student conferences. The subject for her graduation thesis relates to the activity of Altai Regional Public Chamber, compiled from a wide array of sources, it stood out for its in-depth analysis.

During her student years, Maria was an active participant in the civic life of the region, university and faculty body. She was involved in the system of student self-government and worked with the board of senior academic council members. She was elected to the Altai Regional Public Chamber on behalf of the university's student organization "ASU Student League". In her work representing the interests of the university's students, she was involved in programs dedicated to sports, leading a healthy lifestyle and mentoring young people. In addition, she was engaged in producing creative and educational faculty events.

Maria knows her region and city very well, including aspects such as history, architecture, art and folk legends. She took great pleasure in conducting excursions for guests visiting the region, always receiving rave reviews. Masha is a benevolent, honest and sincere person of principle. In discussions, she always preferred to state that which she believes to be the truth; openly expressing her likes or dislikes. To persons of her liking and to those that in her opinion are worthy, she extends respect, gratitude and generosity. She was always ready to help with academics and issues of a personal nature. On one occasion, while attending the "Miss ASU" pageant, in addition to making the planned congratulatory statement, she presented a gift to one of the contestants for a performance she had personally admired. Maria showed herself to

be a good orator. Being very literate, convincingly well spoken, with skillful gesturing and quotes at hand, allowed her to make her point and be persuasive in her position. In her academic group, Maria was a generator of ideas and knew how to find unconventional solutions in problematic situations. She is not afraid of taking on responsibility in critically complex situations and logically goes the entire distance up until the end.

*[Signature]*          Candidate of Historical Sciences, Professor Elena V. Pritchina

## **Affidavit of Accuracy of Translation**

State of New York)
County of Rockland   )    ss:


Andrew Harkuscha, being duly sworn, deposes and says:

In my capacity as a Russian/ English translator, interpreter, and linguist, I hereby certify that the attached translation:

Pritchina, Elena V. letter addressed to Honorable Judge Tanya Chutkan Re: Maria Butina

is true and accurate and a complete translation from the Russian language to the English language to the best of my knowledge, ability and belief.

_____
(Translator's signature)


Subscribed and sworn to before me this 8th day of February, 2019.

_____
(Notary Public)

Commission Expires:

KATHERINE J STERNS
Notary Public – State of New York
NO. 01ST6131965
Qualified in Rockland County
My Commission Expires Aug 22, 2021

14 декабря, 2018
Ph.D., Pr. Елена В. Притчина
Российская Федерация,



Dear The Honorable Tanya Chutkan,

Я была деканом факультета политических наук Алтайского государственного университета с 2004 по 2013 год. Мария Бутина поступила на факультет на специальность «Политология» в 2005 году и окончила университет в 2010 году.

На курсе, где обучалась Маша, я преподавала политическую социологию, политическую конфликтологию и спецкурс политическая культура. Я общалась с Марией и в учебном процессе, и взаимодействовала с ней по вопросам общественной жизни факультета.

Период обучения Марии в университете характеризует её как личность с лучшей стороны. Она являлась успешной студенткой, усидчивой и последовательной. В изучении событий и тем старалась докопаться до истины, разобраться и понять суть проблемы. Маша имеет широкий кругозор, очень эрудированна. К учебе Маша относилась очень добросовестно и проявляла живой интерес к изучаемым предметам. Читала много дополнительной литературы, принимала активное участие в обсуждениях на семинарских занятиях. Отлично сдавала экзамены. Окончила университет с красным дипломом.

В то же время она занималась и исследовательской работой. Предметом ее научного интереса было развитие гражданского общества, особенно некоммерческих общественных организаций. Мария принимала участие в социологических исследованиях, выступала с докладами и сообщениями на научных студенческих конференциях. Темой ее дипломной работы стала деятельность Общественной палаты Алтайского края. Это сочинение было основано на широком круге источников и отличалось глубиной анализа.

В студенческие годы Мария активно участвовала в общественной жизни края, университета и факультета. Она работала в системе студенческого самоуправления, принимала участие в работе совета старост академических групп. От имени студенческой организации университета «Лига студентов АГУ» была избрана в Общественную палату Алтайского края. Работая в ней, представляла интересы студентов университета, принимала участие в организации мероприятий, посвященных спорту, здоровому образу жизни, наставничеству в молодежной среде. Кроме того она занималась организацией и проведением творческих и научных мероприятий факультета.

Мария очень хорошо знает свой регион, город. Причем как историю, архитектуру, так и культуру, творчество, легенды. Она с удовольствием проводила экскурсии для гостей региона. Получала прекрасные отзывы. Маша – доброжелательный, честный, искренний и принципиальный человек. В общении всегда предпочитала говорить собеседнику то, что считала правдой. Открыто выражала симпатию или антипатию. Так приобретала искренних друзей. К людям, которые ей симпатичны и, по её мнению, достойны - проявляла уважение, благодарность, щедрость. Она была готова помогать в учебе, личных проблемах. Однажды, присутствуя на конкурсе «Мисс АГУ» она кроме запланированного поздравления преподнесла подарок участнице за понравившийся номер. Мария показала себя хорошим оратором. Грамотная речь, убежденность в произносимом тексте, умелые жесты, цитаты позволяли доносить мысли, ̓убеждать в своей позиции. Мария в академиче-

ской группе являлась генератором идей. Умеет находить нестандартные выходы из проблемных ситуаций. Не боится брать ответственность на себя в сложных, критических ситуациях, последовательно идет до конца.

Кандидат исторических наук, профессор Елена В. Притчина

**MINISTRY OF SCIENCE AND HIGHER EDUCATION OF THE RUSSIAN
FEDERATION**
**Federal Government Budgetary Institution for Higher Education
"Altai State University"**
**Department of Mass Communication, Philology and Political Science**

13 December 2018
Dr., Head of the Political Science
Department Yaroslava Y. Shashkova
Russian Federation,
Altai Region, Barnaul,

Dear The Honorable Tanya Chutkan,

I, Yaroslava Shashkova, have been working at the Altai State University Department of
Political Science starting back in 1995, then in 2011, I headed up the Political Science
postgraduate program and then as of 2013, I became the Head of the Department of Political
Science. I have known Maria Butina as a student since 2005, when she initially joined our
department and then later on, as one of my first post-graduate students.

During Maria's studies at the university, I taught the curriculum related to the analysis
and management of political processes - "Political Analysis", "Political Management", "Political
Parties and Party Systems" and in addition, I managed practical training programs. Therefore,
from my observation, Masha always stood out and was unlike any of the other students in her
class. From the start of her student studies, she expressed an active interest in not only the theory
of politics, but also in real politics, participating in various projects and research studies related
to political processes on the regional and municipal levels. For that reason, during my classes,
Maria showed herself to be not only an attentive, interested listener, but also an active,
competent disputant eager to understand the material at hand, thereby making her capable of
applying her knowledge and acquired skills to political practice. Simultaneously, she
successfully mastered theoretical disciplines, read profusely, and timely fulfilled all her assigned
tasks, thereby qualifying her to graduate from the university with honors. Past public work
involvement, efforts at self-improvement, developed self-confidence, the ability to carry oneself
in public, speak publicly and lead discussions facilitated her learning pursuits. She was often the
first speaker at seminars, representing the group position at various public and faculty events,
such as scientific student conferences, "Political Scientist Day", "Student Welcome Orientation",
etc.

An important moment in Maria's life was her election to the Altai Regional Public
Chamber, which not only developed her ability to do public work for society, but also
strengthened her role as a citizen activist, allowing her to become, without exaggeration, a public
figure at the regional level. The work of the Public Chamber during that period was not very well
organized, and Maria voluntarily, pro bono, stepped into the role of Chamber Press Secretary.

She facilitated the organization's inclusion into the information and media segments of the region by creating and maintaining the Public Chamber web site and by defining its information policy. Finding the time for everything and successfully pursuing her studies back in those years was due to Maria's sense of purpose, high energy, efficiency and capacity for work. These traits then became integral features of her character.

I was not Maria's supervisor during her student days, but she often sought advice from me on issues concerning the Public Chamber and on the empirical segment of her thesis, which also, again, touched upon the Public Chamber. Moreover, I was impressed by her level of responsibility, expressed interest and unconventional approach towards matters. She always responded to requests; if she took something on, she always completed it and was grateful for any assistance extended along the way.

In this regard, I would like to highlight some of Maria's human qualities such as gratitude and loyalty. During the period her of postgraduate studies, while living in Moscow and in the USA, she always made an effort, either in person or online, to participate in university events and work with prospective student applicants. In addition, she always put emphasis on and took pride in the fact that she was a graduate of Altai State University, Faculty of Political Sciences. Furthermore, she always expressed gratitude to all her teachers.

In 2011, I began closely communicating with Maria, after she enrolled in the graduate program and at which she studied until 2015. The subject of her dissertation was on socio-political issues and in part on mono-problematic movements in the modern world. During this period, she re-located to Moscow, where she continued her public activity, establishing and heading the movement "Right to Arms". However, this did not hinder our interaction in person or online. The already previously mentioned character traits possessed by Maria, such as intellect, responsibility, dedication and efficiency, fully blossomed while she worked on her dissertation. Masha read profusely and began to participate in All-Russian and international scientific conferences. While in attendance, she was always at the networking center of communications, seeking interaction and discussion on the topics concerning her scientific work with well-known political scientists, experts and young scientists.

 Preparations for the thesis required the gathering of empirical data, especially on the activities of mono-problematic social movements abroad and the role they play in the political process of individual countries. This necessitated and required foreign travel and contact with representatives of these movements. Following this effort, Maria prepared a draft of her Ph.D thesis and after our review and discussion; the necessary elements for finalizing the dissertation we determined to be the addition of modern literature and empirical material.

Overall, I can say, that for me, Maria is a model "self-made" public figure, intelligent, hard-working, decent individual and finally a professional, whom I would like to see among the teaching staff of our department and university.

Therefore, your Honor, *Dear The Honorable Tanya Chutkan*, I appeal to you with the hope that the High Court in your image will demonstrate humanism, due understanding and leniency to my student Maria Butina.

Doctor of Political Science, Head of the Department of Political ScienceYaroslav Y. Shashkova
*[Signature]*

## Affidavit of Accuracy of Translation

State of New York)
County of Rockland    )    ss:


Andrew Harkuscha, being duly sworn, deposes and says:

In my capacity as a Russian/ English translator,
interpreter, and linguist, I hereby certify that the
attached translation:

Shashkova, Yaroslava Y. letter addressed to Honorable
Judge Tanya Chutkan Re: Maria Butina

is true and accurate and a complete translation from
the Russian language to the English language to the
best of my knowledge, ability and belief.

_____
(Translator's signature)


Subscribed and sworn to before me this 8th day of
February, 2019.

_____
(Notary Public)

Commission Expires: _____

KATHERINE J STERNS
Notary Public – State of New York
NO. 01ST6131965
Qualified in Rockland County
My Commission Expires Aug 22, 2021



**МИНИСТЕРСТВО НАУКИ И ВЫСШЕГО ОБРАЗОВАНИЯ РОССИЙСКОЙ ФЕДЕРАЦИИ**
**федеральное государственное бюджетное образовательное учреждение**
**высшего образования**
**«Алтайский государственный университет»**

**Факультет массовых коммуникаций, филологии и политологии**

13 декабря, 2018

D-r, заведующая кафедрой
политологии Ярослава Ю. Шашкова
Российская Федерация,
Алтайский край, Барнаул,
███████

Dear The Honorable Tanya Chutkan,

я, Ярослава Шашкова, работаю на кафедре политологии Алтайского государствен-
ного университета с 1995 г., с 2011 г. руковожу аспирантурой по направлению «Полито-
логия», с 2013 г. являюсь заведующей кафедрой политологии. Марию Бутину я знаю как
студента с 2005 г., когда она поступила на нашу специальность, а затем – как одного из
своих первых аспирантов.

В период обучения Марии в университете я преподавала дисциплины, связанные с
анализом и управлением политическими процессами – «Политический анализ», «Полити-
ческий менеджмент», «Политические партии и партийные системы», руководила произ-
водственной практикой. Поэтому для меня Маша всегда выделялась, отличалась от боль-
шинства студентов ее курса. С начала обучения как студента она стала активно интересо-
ваться не только теорией политики, но и реальной политикой, участвовать в различных
проектах и исследованиях по изучению политических процессов в крае и городе. Поэтому
на моих занятиях Мария проявляла себя не только как внимательный, заинтересованный
слушатель, но и как активный, компетентный дискутант, стремящийся разобраться в изу-
чаемом материале и способный почти мгновенно применять полученные знания и умения
к политической практике. При этом она успешно осваивала и теоретические дисциплины,
много читала, в срок выполняла все задания, что позволило ей закончить университет с
отличием. В обучении ей очень помогали сформированные общественной работой, рабо-
той над собой уверенность в себе, умение позиционировать себя на публике, публично
выступать и вести дискуссию. Она часто первой выступала на семинарах, представляла
группу в различных публичных и факультетских мероприятиях, таких как научные сту-
денческие конференции, «День политолога», «Посвящение в студенты» и др.

Важной точкой в жизни Марии стало избрание в Общественную палату Алтайского
края, которая выработала у нее не только способности к общественной работе, но и укре-
пила активную гражданскую позицию, позволила стать, без преувеличения, обществен-
ным деятелем краевого уровня. Работа Общественной палаты в тот период не была четко
налажена, и Мария добровольно, на безвозмездной основе, приняла на себя функции
пресс-секретаря Палаты. Она обеспечила включение данной организации в информацион-
ное пространство края, создала и вела сайт Общественной палаты, определяла ее инфор-

мационную политику. Успевать еще и успешно учиться Марии в те годы позволяли целеустремленность, огромная энергия и работоспособность, ставшие неотъемлемыми чертами ее личности.

Я не была научным руководителем Марии в период ее студенчества, но она часто консультировалась со мной по проблемам Общественной палаты, эмпирической части ее дипломной работы, посвященной опять же Общественной палате. И мне всегда импонировали ее ответственный подход, неравнодушное, не формальное отношение к делам: она всегда откликалась на просьбы; если она бралась за что-то, то всегда выполняла это и была благодарна за помощь.

В связи с этим хотелось бы отметить такие человеческие качества Марии, как благодарность и корпоративную солидарность. В период обучения в аспирантуре, проживания в Москве и в США, она старалась часто, очно или он-лайн, участвовать в университетских мероприятиях, работе с абитуриентами. При этом она постоянно подчеркивала, что является выпускницей факультета политических наук Алтайского госуниверситета, гордится этим и благодарна своим преподавателям.

Но особенно тесно мы стали общаться с Марией с 2011 г., когда она поступила ко мне в аспирантуру, в которой обучалась до 2015 г. Тема ее диссертации была связана с общественно-политическими, в частности монопроблемными, движениями в современном мире. В этот период она переехала в Москву, где продолжила свою общественную активность, создав и руководя движением «Право на оружие». Однако это не помешало нашему взаимодействию очно или он-лайн. Уже упомянутые ум, ответственность, целеустремленность и работоспособность Марии в полной мере проявились при подготовке диссертации. Маша много читала, стала регулярно участвовать во всероссийских и международных научных конференциях. На них она всегда была в центре коммуникаций, стремилась к общению, обсуждению тем своей научной работы с известными политологами, специалистами в данной области, молодыми учеными.

Подготовка диссертации требовала сбора эмпирического материала, особенно о деятельности монопроблемных общественных движений за рубежом, их роли в политическом процессе отдельных стран. В связи с чем понадобились зарубежные поездки, контакты с представителями этих движений. В результате этой работы Марией был подготовлен черновик кандидатской диссертации, а после моего знакомства с ним и нашей дискуссии – определены векторы доработки диссертации, добора современной литературы и эмпирического материала.

В целом могу отметить, что для меня Мария – образец общественного деятеля, который «сделал себя сам», умный, работоспособный, и порядочный человек, профессионал, которого я бы хотела видеть среди преподавателей нашей кафедры и университета.

Поэтому, Ваша честь, Dear The Honorable Tanya Chutkan, я обращаюсь к Вам с надеждой, что высокий Суд в Вашем лице проявит гуманизм, должное понимание и снисходительность к моей ученице Марии Бутиной.

Доктор политических наук, зав. кафедрой политологии Ярослава Ю. Шашкова

19 December, 2018
Ph.D., Natalia P. Korobkova

Dear The Honorable Tanya Chutkan,

I appeal to you via this letter in defense of my former student Maria Butina. My name is Natalia
Petrovna Korobkova, a Candidate of Historical Sciences and an Associate Professor teaching and
conducting seminars in excess of 37 years at Altai State University's School of Political Science.
This was Maria Butina's place of study between the years 2005 and 2010. I lectured there on
various subjects during the first, second, third and fifth years of the political science program and
had a first hand opportunity to observe the fast pace at which this young girl developed in both
an individual and professional capacity. She immediately caught my attention during my initial
introduction to the student class of which she was a member of. This was a strong class, but
nonetheless, Masha stood out from the others due to her excellent school past, erudition,
organizational skills and serious approach to learning. It is always a joy for a professor to interact
with such smart gifted students like Masha, that are focused on their future profession. I cannot
recall a single case where she was unprepared for class. She constantly engaged the teaching
staff and her classmates in dialogues and posed interesting questions during group discussions.
She was skilled at and enjoyed participating in discussions involving sociopolitical subjects and
issues. It was by no means an accident that she was an initiator and one of the founders of the
departments political science discussion club, "The Debates", which was attended not only by
political science students, but also by students from various other departments. Without any
doubt, her talents, self-discipline and diligence allowed Masha to apply and pursue an excellent
education, research work and public activity on multiple levels. In her first year, she was
appointed senior group leader and took part in the student self-governing body. I believe that her
main priority was to fully prepare herself both in theory and in a practice for her future activity
and profession. She did not just participate in the preparations for holding local elections like all
the other political science department students (this is always good practical experience for
future political experts), but instead gave it her all with great enthusiasm and passion. You could
see how engulfed she became in this activity. Her perfectionist approach to education, drive to be
first and to be at the top of her class, all spoke to this girls future plans. Maria made no secret of
her desire to continue the pursuit of her education, after graduation from Altai State University,
in a graduate program at one of Russia's finest universities. Masha's successes, her principled
character and business qualities were noticed and appreciated at both the department and
university levels. She actively participated in establishing civil institutions on a regional level
and was elected a member of Altai Regional Public Chamber.
Esteemed madam judge, I am very concerned about the future fate of one of my best students
and hope for her swift and speedy return home.

   *[Signature]*   Candidate of Historical Science N.P. Korobkova

## Affidavit of Accuracy of Translation

State of New York)
County of Rockland   )    ss:


Andrew Harkuscha, being duly sworn, deposes and says:

In my capacity as a Russian/ English translator, interpreter, and linguist, I hereby certify that the attached translation:

Korobkova, Natalia P. letter addressed to Honorable Judge Tanya Chutkan Re: Maria Butina

is true and accurate and a complete translation from the Russian language to the English language to the best of my knowledge, ability and belief.

_____
(Translator's signature)


Subscribed and sworn to before me this 8th day of February, 2019.

_____
(Notary Public)

Commission Expires: _____

KATHERINE J STERNS
Notary Public – State of New York
NO. 01ST6131965
Qualified in Rockland County
My Commission Expires Aug 22, 2021

19 декабря, 2018

Ph.D., Наталья П. Коробкова

Dear The Honorable Tanya Chutkan,

Я обращаюсь к Вам с этим письмом в защиту своей бывшей студентки Марии Бутиной. Меня зовут Наталья Петровна Коробкова. Я – кандидат исторических наук, доцент, преподавала более 37 лет в Алтайском государственном университете, в том числе на факультете политических наук, где с 2005 по 2010 гг. обучалась Мария Бутина. Я читала лекции и вела семинары по ряду дисциплин на первом, втором, третьем и пятом курсах факультета. Поэтому непосредственно могла наблюдать, как быстро росла в личностном и профессиональном плане эта девушка. Я обратила на нее внимание при первом же знакомстве со студенческой группой, где училась Мария. Группа оказалась сильной. Но Маша все равно выделялась на ее фоне своей отличной школьной подготовкой, эрудицией, организованностью и ответственным отношением к учебе. Преподавателю всегда доставляет радость общение с такими умными и заинтересованными в своей будущей профессии студентами, как Мария. Не помню ни одного случая, чтобы Мария была не готова к занятиям. Она была в постоянном диалоге с преподавателем и студенческой аудиторией, ставя порой неординарные вопросы для коллективного обсуждения. Умела и любила участвовать в дискуссиях по общественно-политической проблематике. И не случайно стала инициатором и одним из организаторов дискуссионного клуба на ФПН «Дебаты», куда приходили не только студенты-политологи, но и учащиеся с других факультетов. Несомненные способности, собранность и трудолюбие позволили Маше сочетать отличную учебу с исследовательской работой и активной общественной деятельностью на разных поприщах. С первого курса она была назначена старостой группы и включилась в студенческое самоуправление. Но мне кажется: еще важнее для нее было максимально подготовиться к своей будущей профессии и теоретически, и практически. Она не просто участвовала, как все студенты факультета политических наук, в подготовке и проведении местных выборов (что всегда является хорошей практической школой для будущих политологов), она отдавалась этому с таким энтузиазмом, я бы сказала, азартом, что видно было, как захватывает ее эта деятельность. Ее перфекционизм в учебе, стремление быть первой, быть лучшей студенткой на курсе – все это говорило о больших планах девушки на будущее. Мария и не скрывала своего желания непременно продолжить после окончания Алтайского государственного университета обучение в аспирантуре одного из лучших российских университетов. Успехи Маши, ее принципиальный характер и деловые качества были замечены и оценены не только на факультете и в университете. Она принимала самое активное участие в становлении институтов гражданского общества на региональном уровне, была избрана членом Общественной палаты Алтайского края.

Уважаемая госпожа судья, очень переживаю за дальнейшую судьбу одной из лучших своих студенток и надеюсь на ее скорейшее освобождение и возвращение на Родину.

Кандидат исторических наук Н.П. Коробкова

14 December, 2018
Dr., Prof. Vyacheslav A. Dolzhikov
Russian Federation,



Dear The Honorable Tanya Chutkan,

I am Vyacheslav Dolzhikov, a professor of political history at Altai State University, the venue where Maria Butina received her first academic degree with my direct participation. Her development as a persona, a public figure and a professional political expert, most certainly, partly reflects my modest input.

At the very onset of Maria's education, in the school of political science at our university and then upon her receiving the honors diploma she deservedly earned, I noticed great potential for her future. Over the course of her education, she always showed a remarkable capacity for learning and distinguished herself from the other students by her amplified activity, conscientiousness and dedication.

Up until the present, Maria has great stature amongst not only her classmates and student community, but also amongst my past and present colleagues. This was not merely by chance, but because she was born with remarkable human attributes and leadership skills. In fact, as I noticed from the onset, she possesses the rare attribute of winning the hearts and minds of diverse groups of people. In addition, as one of her past university teachers and going back to the days when we would see each other more often, I entertain and cherish the most pleasant and fond memories of her. Even after Maria moved to Moscow and then the U.S.A., we continued to maintain our friendship, only at this point, for the most part, via Facebook.

I paid close attention to her very noticeable swift ascent as a public activist and role as one of the leaders of the "Right to Arms" movement; activity, much of which, I support. I think that this romanticized fascination with American culture, played somewhat of a "cruel joke" on Maria's personal fate.

In addition, I should add, that for the longest time she had an infatuation with real politics and democracy in the United States of America and its historically rich roots and developed traditions. I think that Maria's decision to continue her education at an American, instead of a Russian university, was partly motivated by such beliefs. In any event, she was guided by these somewhat idealized beliefs about your country. On the other hand, unconscientious politicians might have exploited those beliefs.

Your honor, Dear The Honorable Tanya Chutkan, I appeal to you in the hope that you will be guided in the case of my young countrywoman Maria Butina, not only by the rationality of the legal guidelines, but also by universal principles of humanity, justice and leniency.

I believe the high court in your image, will show benevolence taking into account my very personal observations with due understanding.

*[Signature]*                                        Doctor, Professor Vyacheslav A. Dolzhikov

## Affidavit of Accuracy of Translation

State of New York)
County of Rockland    )    ss:


Andrew Harkuscha, being duly sworn, deposes and says:

In my capacity as a Russian/ English translator, interpreter, and linguist, I hereby certify that the attached translation:

Dolzhikov, Vyacheslav A. letter addressed to Honorable Judge Tanya Chutkan Re: Maria Butina

is true and accurate and a complete translation from the Russian language to the English language to the best of my knowledge, ability and belief.

_____
(Translator's signature)


Subscribed and sworn to before me this 8th day of February, 2019.

_____
(Notary Public)

Commission Expires:

KATHERINE J STERNS
Notary Public – State of New York
NO. 01ST6131965
Qualified in Rockland County
My Commission Expires Aug 22, 2021

14 декабря, 2018

D-r, Pr. Вячеслав А. Должиков

Российская Федерация,

Dear The Honorable Tanya Chutkan,

Я, Вячеслав Должиков являюсь профессором политической истории Алтайского государственного университета, где Мария Бутина получила первое высшее образование, в том числе и при моем непосредственном участии. В формировании ее как личности, как общественного деятеля и профессионального политолога, разумеется, есть и мой скромный вклад.

С самого начала обучения Марии на факультете политических наук нашего университета, диплом с отличием которого она заслуженно впоследствии получила, я обратил внимание на большой потенциал ее жизненной энергии. В процессе учебы она всегда проявляла незаурядную любознательность, отличалась от других студентов своей повышенной активностью, добросовестностью и целеустремленностью.

До настоящего времени Мария пользуется большим авторитетом не только у сокурсников по студенческому сообществу, но и у всех моих тогдашних и нынешних коллег-профессоров. И это не случайно, поскольку она обладает замечательными человеческими и прирожденными лидерскими качествами. Вообще-то у Марии, как я заметил сразу, имеется редкое свойство вызывать симпатию самых разных людей. И у меня как одного из университетских научных наставников о ней и о том времени, когда мы встречались довольно часто, сохранились только приятные и тёплые воспоминания. Но даже после переезда Марии в Москву, а затем и в США между нами были дружеские отношения, правда, общались мы до последнего времени главным образом уже через Фейсбук.

Я с большим вниманием относился к ее заметному быстрому росту как общественной деятельницы в качестве одного из лидеров движения «Право на оружие» и во многом был с ней солидарен. Думаю, что эта романтическая увлеченность американской культурой сыграла затем своего рода «злую шутку» в личной судьбе Марии.

Следует обязательно упомянуть и о давнем ее интересе к богатому опыту реальной политической демократии Соединенных Штатов Америки. Думаю, что решение Марии продолжить обучение именно в американском, а не российском, университете мотивировано именно этими симпатиями. Во всяком случае, она руководствовалась именно такими, несколько идеализированными представлениями о вашей стране. Другое дело, что их смогли использовать в своих интересах недобросовестные политики.

Ваша честь, Dear The Honorable Tanya Chutkan, я обращаюсь к Вам с надеждой, что Вы будете руководствоваться в деле моей молодой соотечественницы Марии Бутиной не только разумными установками законодательства Соединенных Штатов, но и общечеловеческими принципами гуманности, справедливости и снисходительности.

Я верю в то, что высокий Суд в Вашем лице проявит благосклонность и прислушается к моей сугубо личной просьбе с должным пониманием.

Доктор, Профессор Вячеслав А. Должиков

Honorable Tanya Chutkan
United States District Court for the District of Columbia
333 Constitution Avenue N.W.

Washington D.C. 20001

LETTER IN SUPPORT OF MARIA BUTINA
ADDRESSED TO THE AMERICAN COURT


Dear Judge!


I, Konstantin Emeshin reside in Barnaul, the place with which I have had a bond throughout my entire life and from where I embarked on my journey from being a student at the Altai Medical University to a graduate studies, associate professor and then provost. In 1984, I founded and headed the "Research Center for the Integration of Health Care Information Systems and the Training of Future Physicians", which eventually evolved into the U.S.S.R.'s first "Preventive Health Care Center". During, 1989-91, the years of turbulent change in the U.S.S.R., I was elected to the Regional Parliament ("Council of People's Deputies of the Altai Region"), led the "Deputy Club" faction and since then, together with my medical responsibilities, have actively participated in the political life of the new Russia, serving as an aide to a Russian State Duma Deputy, I evolved into a political science expert.

Having gone through the tumultuous years of political change during the nineties in Russia, it became obvious to my colleagues and myself, that it was necessary to educate young people on the new political realities confronting 21st century Russia. Specifically, an education that is not limited to the lecture halls of the University, but instead, based and modeled on the Altai Regional Parliament.

Therefore, in the year 2000, at the behest of deputies, politicians and scientists of the Altai University in Barnaul, the Altai regional public organization "School of Realpolitik" was formed and designed to support young pro-active dynamic political scientists aspiring to prepare themselves for future activism in public and political life.

Enrollment at the "School of Realpolitik" commences annually during the month of September.

In September of 2005, Altai State University political science student Maria Butina joined the "School of Realpolitik". Over the course of the academic year, she actively attended meetings of all the factions, committees and sessions of the "Altai Regional Council of People's Deputies", interacting with deputies the entire time and upon completion, she received certification as a "Deputy Aide".

Due to Maria exhibiting leadership qualities, in September of 2006, the participants of the "School of Realpolitik" elected Maria Butina as the coordinator of the group that prepares deputy aides.  Retaining this position for 3 years, she was able to assemble a group of young activists.

In 2008, during an Altai regional public affairs session, Maria Butina was elected to the public chamber of the Altai Region, 2nd convocation.  I was the executive chamber secretary and Maria headed the chamber information center. The information center, under the leadership of Maria, initiated many public events in the Altai region. Maria organized a wide range of roundtable discussions and for the first time, the Altai region reported on the status of civil society for the years 2008 and 2009. Simultaneously, Maria pursued a number of human rights projects. She successfully helped a group of citizens defrauded of their share in the construction of an apartment building located on Kutuzov Street in Barnaul. At the same time, Maria

continued to interact with the Assembly of Deputies and evaluate legal legislation for the Altai Region. I especially remember Maria's principled position after she reviewed legal legislation on "Combating Corruption in the Altai Region" and detected three intrinsically corrupt factors contained in the actual text of the law itself. Maria immediately notified the committee chairperson responsible for this law, thus, resulting in the acceptance and implementation of her position.

Maria's activities were not only limited to the Altai Region. After attending the "Russian Youth Forum" held in Seliger, she became widely known on the Russian national level and this led to her being invited to implement public projects in Moscow. We had already worked with her at the "All-Russian Civic Forum" and at the venue of the Public Chamber of Russia (Krasnoyarsk, 2011).

I was pleased that my student Maria Butina actively got involved with federal projects and was able to establish a network of public activists throughout the many regions of Russia.

It is only logical, that after receiving such experience on the national Russian level, she expressed interest in international projects and decided to pursue her studies in the United States. Back at the "School of Realpolitik", I tried to convey to Maria and all my students that it is necessary that they network with a wide range of officials, deputies, experts and everyone responsible for making political decisions. Due to Maria's many strong personal skills, such as, sociability, erudition, creativity and goodwill towards people, she was able to establish a large circle of contacts. Subsequently, Maria informed me that she is interacting with a wide range of international experts and is enthusiastically learning from their experience in public activism.

Suddenly, on July 16th, 2018, I learned about Maria Butina's detention in the United States. It was a complete surprise to me, though then it became clear, that the goodwill and the scope of communication to which Maria was accustomed to in Russia, were not compatible with accepted practices in the United States, where for a foreign national, this could be perceived as "foreign agent" activity.

Therefore, I can vouch that Maria's openness, communicability and pursuit of justice, acceptable in Russia, played a cruel joke on her, since in the United States such activity is unacceptable.

I believe that Maria, while seeking to acquire the experience of her American colleagues through interaction, could not have caused any damage to the country of her stay.

Therefore, I ask you, respectfully judge Tanya Chutkan, knowing Maria Butina very well, I can vouch that her well-meant efforts to learn something new, can hardly be interpreted as a "crime." I ask that you take into account the many positive character traits of Maria Butina, the lack of any motive and intent on her part to violate the laws of the United States and to render a fair resolution without the deprivation of liberty.


12.12.2018

Founder of AKOO "School of Realpolitik"
Executive Secretary of the "Altai Regional Public Chamber"; 2nd Convocation,
Expert of the "All-Russian Civic Forum".
Candidate of Medical Sciences, Professor          *[Signature]*          Konstantin Emeshin

Tel. ████████████
E-mail: █████████████

Affidavit of Accuracy of Translation

State of New York)
County of Rockland    )    ss:


Andrew Harkuscha, being duly sworn, deposes and says:

In my capacity as a Russian/ English translator, interpreter, and linguist, I hereby certify that the attached translation:

Emeshin, Konstantin letter addressed to Honorable Judge Tanya Chutkan Re: Maria Butina

is true and accurate and a complete translation from the Russian language to the English language to the best of my knowledge, ability and belief.

_____
(Translator's signature)


Subscribed and sworn to before me this 1st day of April, 2019.

_____
(Notary Public)

Commission Expires: _____8/22/21_____

KATHERINE J STERNS
Notary Public – State of New York
NO. 01ST6131965
Qualified in Rockland County
My Commission Expires Aug 22, 2021

Honorable Tanya Chutkan
United  States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001


ПИСЬМО ПОДДЕРЖКИ МАРИИ БУТИНОЙ
В АДРЕС АМЕРИКАНСКОГО СУДА

Уважаемая судья !

Я,  Константин Емешин,  живу в Барнауле, с которым связана вся моя жизнь и я прошел путь от студента Алтайского медицинского университета, до аспиранта, доцента и проректора . В 1984 году  создал и возглавил научный центр по внедрению информационных систем в здравоохранении и обучении будущих врачей, который перерос в первый в СССР центр «Медицинской профилактики». В 1989-91 годы – годы бурных перемен в СССР, был избран депутатом регионального парламента («Алтайский краевой Совет народных депутатов»), возглавлял фракцию «Депутатский клуб» и с тех пор наряду с врачебной деятельностью активно участвую в политической жизни новой России, и являлся помощником депутата Государственной Думы России, став одновременно и экспертом в области политологии.

Пережив бурные годы политических перемен в России 90-х годов,  для меня и моих коллег депутатов, стала очевидна необходимость обучения молодежи новым политическим реалиям России 21-го века, причем обучение не столько в аудиториях университета, сколько на базе парламента Алтайского края.

Поэтому по инициативе депутатов, политиков и ученых Алтайского университета в Барнауле в 2000 году была создана Алтайская краевая общественная организация «Школа реальной политики», которая была призвана поддерживать активных молодых политологов, которые  занимают активную жизненную позицию и хотят подготовить себя для будущей активной общественной и политической жизни.

Набор для обучения в «Школе реальной политики» осуществляется ежегодно в сентябре месяце.

В сентябре 2005 года в «Школу реальной политики» пришла для обучения студентка политолог Алтайского государственного университета Мария Бутина. В течение учебного года она активно посещала заседания всех фракций и комитетов, сессии Алтайского краевого Совета народных депутатов, взаимодействовала с депутатами и по окончанию получила сертификат «Помощник депутата».

Поскольку Мария проявила лидерские качества, поэтому в сентябре 2006 год учащиеся «Школы реальной политики» уже избрали Марию Бутину  координатором группы подготовки помощников депутата, и она оставалась координатором в течение 3-х лет, собрав вокруг себя группу активной молодежи.

В 2008 году  на краевом собрании общественности Алтая Мария Бутина была избрана в Общественную палату Алтайского края 2-го созыва. Я в этой палате был Исполнительным секретарем, а Мария – руководителем информационного центра палаты. Информационный центр под руководством Мария стал инициатором многих общественных мероприятий в Алтайском крае. Так Мария организовала целый спектр круглых столов и впервые в Алтайском крае были подготовлены Доклады о состоянии гражданского общества за 2008, 2009 годы. Одновременно Мария выполняла и ряд правозащитных проектов. Так она успешно помогла группе граждан, которые были обмануты при долевом строительстве дома в Барнауле на лице Кутузова. Одновременно Мария продолжала взаимодействовать с депутатским корпусом и проводить экспертизу законопроектов Алтайского края. Особенно мне запомнилась принципиальность Марии,  когда она провела экспертизу Закона Алтайского края «О противодействии коррупции»

и обнаружила три коррупциогенных фактора  в самом тексте Закона. Мария напрямую вышла на дискуссию с председателем комитета, курирующего этот закон, и ее позиция была  учтена и реализована.

Мария не только активно работала в Алтайском крае, но и после посещения российского молодежного форума на Селигере стала известна и на российском уровне, поэтому и была приглашена для реализации общественных проектов в Москву, где я уже с ней взаимодействовал на площадках Общероссийского Гражданского Форума и площадках Общественной палаты России (Красноярск, 2011 год).

Мне было приятно, что моя ученица Мария Бутина активно вошла в федеральные   проекты и сумела наладить коммуникации с общественниками многих регионов России.

Вполне логично, что получив опыт работы на уровне России, она заинтересовалась международными проектами и решила пройти обучение в США. Ещё в «Школе реальной политики» я старался донести Марии и всем своим ученикам, что им необходимо иметь большее общение с чиновниками, депутатами, экспертами  –  всеми от кого зависит принятие политических решений. С учетом многих положительных личностных качеств Марии – коммуникабельности, эрудированности, инициативности, доброжелательности к людям ей удавалось иметь большой круг знакомств. Впоследствии Мария мне сообщала мне, что она, взаимодействуя с широким кругом международных экспертов,  увлеченно изучает их опыт общественной деятельности.

16 июля 2018 года вдруг я узнаю о задержании Бутиной Марии в США. Это было для меня полной неожиданностью, хотя и  стало понятно, что доброта и широкий круг общений, к которому привыкла Мария в России, не совместимы с традициями в США, где для иностранного гражданина это может быть признано  как  деятельность «иностранного агента».

Поэтому я могу поручиться, что открытость и коммуникабельность, стремление к справедливости у Марии, которые приняты в России, сыграли с ней злую шутку, поскольку в США оказывается это не допустимо.

Считаю, что Мария стремясь изучить опыт американских коллег, общаясь с ними, не могла причинить какой-то урон стране пребывания.

Поэтому, я прошу Вас уважаемая судья Tanya Chutkan, зная хорошо Марию Бутину могу утверждать, что ее доброжелательные, заинтересованные порывы узнать новое, вряд ли  можно трактовать как «преступление».  Я прошу Вас, принимая во внимание наличие многих положительных черт характера Марии Бутиной, отсутствие у нее мотивов и намерений нарушить законы США, принять справедливое решение не связанное с лишением ее свободы.


12.12.2018 г.


Основатель АКОО «Школа реальной политики»,
Исполнительный секретарь Общественной палаты Алтайского края 2-го созыва,
Эксперт Общероссийского Гражданского Форума.

Кандидат медицинских наук, доцент          Константин Емешин

Тел.
E-mail:

19 December, 2018
Ph.D., Pr. Natalia A. Zauseva



Dear The Honorable Tanya Chutkan,

I write this letter to you in defense of Maria Butina. I am Zauseva, Natalia Aleksandrovna, associate professor and faculty member at the Altai State University School of Political Science from which Maria Butina graduated in 2010. I became closely acquainted with Masha during her third year of study while teaching a curriculum that specifically began at that stage. However, prior to our acquaintance, I had already heard about Masha being a very dynamic student, who had practically from the onset of her education, been involved in public work. Very often, when a student becomes involved in public activity, they tend to dedicate less time to the educational process, which might interfere with their ability to fully comprehend their intended course of study. However, in Masha's case, the situation turned out to be quite the reverse, her public-social work (responsibilities as senior class leader, pursuits at the "School of Real Politics", etc.) did not hinder her preparedness and success for learning what so ever.

During workshops in political philosophy, Maria, not only demonstrated a knowledge and command of the issues and problems under discussion, but also possessed a grasp for critical thinking that distinguished her from many of her student peers. In the ensuing discussions surrounding current events, she would, on occasion disagree with the generally accepted or status quo position. She would often base her opinion and stance on practical experience acquired from her involvement in public activity, having addressed and solved problems. Her presentations, always welcomed by the other students, made her arguments all the more difficult to repudiate. Today, it would be difficult to say whether this was a direct result of her role in the student-debate club or was actually due to her genuine fascination with politics and its problems.

Over the course of studying democracy, Maria possessed her own personal opinion regarding various aspects of implementing democratic institutions abroad and in Russia. Her opinions on challenges faced by democracy in the modern world seemed to have been be more "adult" like, then those of her student peers, and were more rooted in the essence of the problem. Generally, at this age, students judge democratic issues based on "hearsay" or by just repeating the opinion of others. Certainly, this was not the case with Maria. Specifically, she was not afraid of asking difficult pointed questions or giving unconventional responses. I remember her intellectual inquisitiveness and her expressed desire to find answers, through discussion, to pending questions. During her fourth year of study, Maria's intensive efforts focused more on practical political policy and resulted in her developing a deeper understanding of the issues confronting politics.

It was common to encounter Maria at numerous faculty functions and, more often than not, in the role as one of the organizers, always with a smile, optimistic and as a highly motivated student.

After graduation, I saw her on a several occasions at the university, where she enthusiastically described her undertaken public endeavors and left me with the distinct impression of her being completely immersed in her pursuits. I was not surprised to see Maria at the Political Studies Congress, held in Moscow during the fall of 2012. To be exact, she saw us, her teachers and came over to reminisce with us in conversation. Frequently encountering past graduates, I have never heard any unflattering comments regarding Maria, on the contrary, I believe many fellow students take pride in such an alumna.

Associate professor at the Altai State University
School of Political Science                    *[Signature]*    N.A. Zauseva

# Affidavit of Accuracy of Translation

State of New York)
County of Rockland    )    ss:


Andrew Harkuscha, being duly sworn, deposes and says:

In my capacity as a Russian/ English translator, interpreter, and linguist, I hereby certify that the attached translation:

Zausaeva, Natalia A. letter addressed to Honorable Judge Tanya Chutkan Re: Maria Butina

is true and accurate and a complete translation from the Russian language to the English language to the best of my knowledge, ability and belief.

_____
(Translator's signature)


Subscribed and sworn to before me this 8th day of February, 2019.

_____
(Notary Public)

Commission Expires: _____

KATHERINE J STERNS
Notary Public – State of New York
NO. 01ST6131965
Qualified in Rockland County
My Commission Expires Aug 22, 2021

19 декабря, 2018

Ph.D., Pr. Наталья А. Заусаева



Dear The Honorable Tanya Chutkan,

Пишу Вам письмо в защиту Марии Бутиной. Я, Заусаева Наталья Александровна, доцент кафедры политологии Алтайского государственного университета, который закончила в 2010 году Мария Бутина. С Машей я близко познакомилась, когда она перешла на третий курс обучения, поскольку преподаваемые мной предметы начинаются именно на этом курсе. Хотя и до этого знакомства я уже слышала о Маше как об активной студентке, которая практически с начала учебы занялась общественной работой. Нередко студент, погружаясь в общественные дела, начинает меньше времени уделять процессу обучения и в результате хуже осваивать изучаемые дисциплины. Однако в случае с Марией дело обстояло совершенно иначе. Ей общественные дела (выполнение обязанностей старосты в студенческой группе, занятия в школе реальной политики и т.п.) не мешали регулярно готовиться к занятиям и успешно учиться.

На практических занятиях по политической философии Мария демонстрировала не только знание рассматриваемых вопросов и проблем, но и критическое мышление, которое отличало ее от многих студентов. В возникающих дискуссиях по актуальным проблемам, она иногда не соглашалась с общепринятым или официальным мнением, обосновывала свою точку зрения, приводила доказательства из уже имеющейся практики общественной деятельности или опыта осмысления проблем, решением которых занималась. Ее выступления с интересом воспринимались остальными студентами, а приводимые ею аргументы сложно было отвергнуть. Сегодня трудно сказать, было ли это результатом участия в студенческом клубе дебатов или обуславливалось подлинным интересом к политике и ее проблемам.

В курсе изучения демократии Мария также имела собственное мнение по многим аспектам реализации демократических институтов за рубежом и в России. Ее суждения о проблемах демократии в современном мире зачастую казались более «взрослыми», нежели у других студентов, и касались сути проблемы. Обычно в таком возрасте о проблемах демократии студенты судят «понаслышке» или пересказывают чужое мнение, однако это совершенно не относилось к Марии. Как раз она не боялась ставить острые вопросы или давать на них нестандартные ответы. Вспоминается ее любознательность, желание в ходе обсуждения найти ответы на поставленные вопросы. На четвертом курсе еще интенсивнее проявилось влияние вовлеченности Марии в практическую политику на глубину понимания политической проблематики.

Марию можно было встретить на всех мероприятиях факультета, и по большей части в качестве одного из организаторов. И почти всегда улыбающейся, оптимистичной и энергичной студенткой.

После окончания университета несколько раз встречала ее в университете, она с энтузиазмом рассказывала о своей общественной деятельности, казалось, что она была ею поглощена. Не удивилась, когда осенью 2012 года увидела Марию на политологическом конгрессе в Москве. Точнее, она увидела нас, ее преподавателей, и подошла к нам поговорить.  Часто общаясь с выпускниками, никогда не слышала от них нелестных отзывов о Марии, а многие студенты, мне кажется, даже гордились такой выпускницей.

Доцент кафедры политологии АлтГУ                                    Н.А. Заусаева

Honorable Tanya Chutkan

United States District Court for the District of Columbia

333 Constitution Avenue N.W.
Washington D.C. 20001

Good day, respected Madam Judge Tanya Chutkan!

My name is Vladimir; I am a fellow student and friend of Maria's.

During her studies, as a freshman, Masha stood out from her peers with her passion for knowledge, her drive for self-realization and search for truth in all her endeavors. Her pursuit of knowledge was always an impressive and motivational force for others and myself to pursue self-improvement.

Indeed, it was her thirst for knowledge and the opportunity to develop as an individual that brought Maria to the USA, where she fulfilled her dream of studying at a prestigious educational facility! Specifically, she studied intensely and exerted herself to the max! During the moments that I was able to communicate with her, the lack of free time and a busy class schedule were always an issue. Large volumes of specialized English language publications required the use of a dictionary in order to translate and learn all the terminology! She would study day and night. Only through her perseverance was she able to conclude her studies, even sacrificing seeing her relatives for a couple of years! She was extremely happy upon receiving her cherished diploma! I still have her graduation photograph in my telephone memory which shows that radiant and joyful moment!

From the beginning of her journey, Maria was always an advocate for liberal and democratic values, which in our reality does not evoke support from our society, to say the least! Constantly encountering resistance, Maria always tried to change the system instead of becoming a part of it! She found herself at the development dawn of civil society and its institutions, taught university students and even succeeded in running her own small business!

Together with her convictions, Maria pursued a dream that would bring our people and countries closer together in spite of the system and the politicians. She was convinced that historical antagonisms would forever be shed, that we could all bountifully co-exist and build a future together! Her motives, in spite of any attempts by anyone to show or prove anything to the contrary, were always directed at achieving understanding in society, bettering things in my country using the USA as a model and, as odd as it may seem, to only set and pursue positive goals! Probably, from all aspects, this was utopian and was not destined to occur…

Your Honor, this letter is not an attempt to pressure or manipulate, but instead a request to not strip Maria of her belief in ideals, truth, freedom and democracy.

I appeal to you, in your role as an experienced specialist, in my hope for justice and Maria's early release.

I thank you for your attention and time!

Dortman V.V.                *[Signature]*            18.12.2018

## <u>Affidavit of Accuracy of Translation</u>

State of New York)
County of Rockland    )    ss:


Andrew Harkuscha, being duly sworn, deposes and says:

In my capacity as a Russian/ English translator,
interpreter, and linguist, I hereby certify that the
attached translation:

Dortman, Vladimir letter addressed to Honorable Judge
Tanya Chutkan Re: Maria Butina

is true and accurate and a complete translation from
the Russian language to the English language to the
best of my knowledge, ability and belief.

_____
(Translator's signature)


Subscribed and sworn to before me this 8th day of
February, 2019.

_____
(Notary Public)

Commission Expires: _____

KATHERINE J STERNS
Notary Public – State of New York
NO. 01ST6131965
Qualified in Rockland County
My Commission Expires Aug 22, 2021

Honorable Tanya Chutkan
United States District for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Добрый день, Уважаемая госпожа судья Tanya Chutkan!

Меня зовут Владимир, я однокурсник и друг Марии.

Во время обучения, Маша с первого курса отличалась от сверстников своей любознательностью, стремлением к саморазвитию и истине во всех ее проявлениях. Ее стремление к знаниям всегда меня поражало и мотивировало работать над собой, как и многих окружающих людей.

Именно жажда знаний и возможность развить себя привели Марию в США. Она исполняла свою мечту, обучаясь в престижном учебном заведении страны! Именно обучением она занималась максимально и плотно! В те моменты, когда удавалось с ней пообщаться, всегда подчеркивалось отсутствие времени и плотного учебного графика! Огромные тома специальной литературы на английском языке, где практически все термины приходилось переводить и заучивать со словарем! Ей приходилось практически сутками учиться. Только ее упорство позволило ей окончить обучение, ради которой она даже не могла видеться с родными несколько лет! И как же она была счастлива, получив заветный диплом! До сих пор у меня на телефоне ее фото сразу после вручения, светлое, радостное!

С самого начала своего пути, Мария стала приверженцем либеральных и демократических взглядов, что в нашей действительности является чем то, не вызывающим одобрение в обществе, как минимум! Постоянно сталкиваясь с противодействием, Мария всегда пыталась изменить систему, а не стать ее частью! Стояла у истоков создания гражданского общества и его институтов, обучала студентов в университете и даже преуспевала в своем небольшом бизнесе!

Следуя своим убеждениям, Мария преследовала большую мечту, сблизить наши народы и страны вопреки системе и политикам! Она была уверена, что противоречия навсегда останутся в истории, и мы сможем вполне благополучно уживаться и строить совместное будущее! Ее мотивы, кто бы и что не пытался доказать, были направлены лишь на взаимопонимание в обществе, улучшения в моей стране по образцу США и как не странно преследовались только благие цели! По всему видимому это утопия, которой не суждено сбыться...

Ваша честь, это письмо не попытка давления или «манипуляции», это просьба не лишать Марию веры в свои идеалы и истинную свободу и демократию.

Я обращаюсь к Вам, как опытному специалисту, с надеждой на справедливое правосудие и скорое освобождение Марии.

Благодарю Вас за уделенное внимание и время!

Дортман В.В.

18.12.2018г.

Honorable Tanya Chutkan
United States District Court for the District of Columbia
333Constitution Avenue N.W.
Washington D.C. 20001

Dear Madam Judge!

I am Maria Butina's best friend. We have known each other in excess of twenty years and our friendship bond is of such strength, that we consider ourselves brother and sister. Neither time, nor distance ever hindered our friendship.

We met in school, studied together in the same grade and surprisingly found much in common. Maria was always honest and sincere and specifically, that is what drew me to her. I value these qualities in friendships very much.

Maria had a positive impact on all aspects of my life. She always helped me with my studies, clarified subject matter that I had difficulty grasping and woke me up in the mornings (I really enjoy sleeping and this has been an issue for me in life).

When it came time to pursue our education at an institution of higher learning, we both chose the same university, applied to the same faculty and spent all our available free time preparing for the entrance exams together. However, because of pressure from my parents, things played out differently and I attended a university in a different city. At the time, I was very concerned that my departure might affect our friendship, but later on, I realized that my worries were unfounded and that ultimately, we continued to stay in touch, giving each other advice, sharing secrets and supporting each other in everything. We did not see each other often, but spoke on almost a daily basis.

At the university, I met a girl and most likely, only thanks to Masha's advice, won her heart and then her as my wife. That is why, when I invited Masha to my wedding, I had no doubt that she would find the time to make the trip from America to Siberia. I worked nights, which allowed us to spend a lot time on the phone talking to each other. I was aware of the fact that her university studies in Washington were not easy and therefore required that she spend a lot of time studying at the library. Therefore, I was very pleased that she was able to attend. At that time, it was the first occasion we had to see each other in more than over a year, but we interacted as though we had not been apart for even a minute. At the wedding, her speech was very touching to me, because only she knew the effort it took me to get to this point and how important this moment was for me. At the wedding reception, she was one of the liveliest guests present, charging everyone up around her with a boost of good spirit. Anyway, regardless of her needing to leave the next day, everyone expressed to me that Maria is genuinely a true friend to me.

When my wife and I found out that we were expecting a child, we unanimously decided that Masha should be the child's godmother, to which she happily consented. She did not just idly await the scheduled christening date, but instead prepared earnestly in an effort to grasp the essence of this ritual, its details and canons.

My son was two months old when he first met his future godmother to be. Back then, my son had not had enough time to get used to being with his own grandfather and was very suspicious of and on guard with strangers, but with Masha, they became friends unbelievably fast. As soon as she took him into her arms, he began smiling, made goo-goo sounds and became playful. Then, when she took out the Mickey Mouse she had brought along as a present and began to speak in a mouse like voice, the little one became ecstatic. During the christening ceremony, it was preferred that the infants be held by the birth parents, instead of by the godparents, in order to create a calmer atmosphere for the children. Instead, Masha insisted that she would be able to handle him herself and indeed, the little one peacefully fell asleep in her arms and for the most part, slept through the entire ceremony. That day I saw a side of Masha I had never previously seen, the look of sheer tenderness and happiness in her eyes. At that moment, I came to realize that if something ever happens to us; my child would be in safe hands, cared for and loved no less than by my wife and I.

Since then, Masha never lapsed in remembering her godson, always inquiring at every opportunity, how things were going for him and always expressing joy at all his little accomplishments. She would constantly ask us to send her additional photographs. Masha always sent gifts ahead of the holidays, so that we had enough time to pick them up at the post office and then present them to our son. Every package contained a greeting card with heartfelt wishes. In addition, she tried to select truly American items as gifts. For example, she bought a Mickey Mouse for her godson at Disneyland and still to the present day, it is one of my sons' favorite toys.

Despite the frequent telephone conversations, I longed for live personal interaction with Masha. I even began to give serious thought about moving to the USA, especially because living in the United States was our mutual childhood dream. I, together with my wife and son participated in the Green Card lottery on two separate occasions.

Presently, my wife and I are awaiting our second child, truly hoping that Masha will be able to visit as our guest this spring because we want to bestow the name Maria on our daughter in her honor.

Masha is a very sincere, full of life, kind and open individual that makes me proud to have a friend like her. I am deeply concerned for my "little sister", and hope that I will be able to hug her in the nearest future.

Respected Madam Judge Tanya Chutkan! I thank you for having read my letter in its entirety. I hope the description of our friendship with Masha will allow you to see Maria from a different perspective.

2018.12.15
Respectfully,                              *[Signature]*              Evdokimov Oleg

## Affidavit of Accuracy of Translation

State of New York)
County of Rockland   )    ss:

Andrew Harkuscha, being duly sworn, deposes and says:

In my capacity as a Russian/ English translator, interpreter, and linguist, I hereby certify that the attached translation:

Evdokimov, Oleg letter addressed to Honorable Judge Tanya Chutkan Re: Maria Butina

is true and accurate and a complete translation from the Russian language to the English language to the best of my knowledge, ability and belief.

_____
(Translator's signature)

Subscribed and sworn to before me this 8th day of February, 2019.

_____
(Notary Public)

Commission Expires: _____

KATHERINE J STERNS
Notary Public – State of New York
NO. 01ST6131965
Qualified in Rockland County
My Commission Expires Aug 22, 2021

Honorable Tanya Chutkan

United States District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001

Уважаемая Госпожа Судья!

Я лучший друг Марии Бутиной. Мы дружим уже более 20 лет, и наша дружба настолько крепка, что мы считаем друг друга братом и сестрой. И нашей дружбе никогда не мешало ни время, ни расстояние.

Мы познакомились в школе, учились в одном классе, и удивительно легко нашли общий язык. Мария всегда была честной и искренней, именно это меня в ней привлекло, я очень ценю эти качества в друзьях.

Мария положительно влияла на все аспекты моей жизни: всегда помогала в учебе, объясняла не понятные для меня темы, будила меня по утрам (я очень люблю поспать, и это мешает мне в жизни).

Когда пришло время поступать в высшее учебное заведение, мы выбрали один и тот же университет, подавали документы на один и тот же факультет, и все свободное время проводили за совместной подготовкой к экзаменам. Но так получилось, что мне пришлось по наставлению родителей уехать учиться в другой университет в другом городе. В тот момент я очень сильно переживал, что мой отъезд может помешать нашей дружбе, но спустя некоторое время я понял, что эти переживания были напрасными, мы не переставали общаться, советоваться, делиться секретами и во всем поддерживать друг друга. Встречались мы не так часто, но разговаривали практически каждый день.

В университете я познакомился с девушкой, и наверно только благодаря советам Маши я смог завоевать сердце той девушки, и она стала моей женой. Поэтому когда я пригласил Машу на свадьбу, у меня не было сомнений, что она найдет время и ни смотря ни на что сможет приехать из Америки в Сибирь. Спецификой моей работы были ночные смены, и это позволяло нам очень много разговаривать по телефону. Я знал, что учеба в Университете в Вашингтоне дается ей нелегко, и она много времени проводит в библиотеках, и поэтому очень обрадовался ее приезду. На тот момент это была наша первая встреча за год, но мы общались так, будто не расставались ни на минуту. На свадьбе ее речь была самой трогательной для меня, ведь только она знала, как долго я шел к этому моменту, и насколько этот день важен для меня. На протяжении свадебного торжества она была одним из самых

веселых гостей, и своим настроением заряжала всех вокруг. И не смотря на то, что спустя всего один день ей пришлось уехать, после все говорили мне, что Мария действительно настоящий друг для меня.

Когда мы с женой узнали, что у нас будет ребенок, то единогласно решили, что крестной матерью для него должна стать именно Маша. И она с радостью согласилась! Она не просто ждала назначения даты крестин, но и усердно готовилась, вникала в суть этого ритуала, старалась разобраться в деталях и соблюсти все правила обряда.

Сыну было 2 месяца когда он познакомился со своей будущей крестной мамой. К этому времени сын даже не успел привыкнуть к общению с собственным дедушкой, и настороженно относился к посторонним людям, но с Машей смог подружиться удивительно быстро! Как только она взяла его на руки, он начал ей улыбаться, агукать и играть! А когда она достала из сумки привезенного в подарок Микки Мауса и заговорила голосом мышки – малыш был просто в восторге! Во время церемонии крещения было разрешено маленьких детей держать на руках родным родителям, а не крестным, чтобы детям было спокойнее. Но Маша сказала, что справится сама, и действительно, малыш мирно уснул у нее на руках, и проспал почти до конца церемонии! В тот день Маша открылась для меня с новой стороны, я еще не видел столько нежности и радости в ее глазах. В тот момент я понял, что если со мной что-то случится – мой ребенок будет в надежных руках, Маша сможет о нем позаботиться, и будет любить его не меньше, чем мы с супругой.

С тех пор Маша никогда не забывала о своем крестном сыне, при каждом разговоре интересовалась как у него дела, и радовалась всем его маленьким успехам. И просила присылать ей как можно больше фотографий! Маша всегда заранее отправляла подарки, чтобы к празднику мы успели получить их на почте и вручить сыну. И в каждой посылке обязательно была открытка, с поздравлениями и пожеланиями от чистого сердца. И сами подарки она старалась подобрать так, чтобы они были истинно американскими. Например, Микки Мауса для крестника Маша купила в Дисней Лэнде, и эта игрушка до сих пор остается одной из самых любимых у моего сына.

Не смотря на частые разговоры по телефону, мне очень не хватало живого общения с Машей. Я даже начал всерьез задумываться о переезде в США, потому что жить в Америке было нашей общей мечтой с детства. Мы с женой и сыном дважды участвовали в лотереи Грин Кард.

Сейчас мы с женой ждем второго ребенка, и очень надеемся, что Маша сможет приехать к нам в гости весной, ведь мы хотим назвать дочку в честь нее, Мария.

Маша очень искренний, жизнерадостный, добрый и открытый человек, и я горжусь что у меня есть такой друг. Я очень сильно переживаю за мою сестренку, и надеюсь, что в скором времени смогу ее обнять.

Уважаемая госпожа судья Tanya Chutkan! Благодарю Вас за то, что Вы дочитали это письмо до конца. Надеюсь, история нашей с Машей дружбы поможет Вам взглянуть на Марию с другой стороны.

2018.12.15.

С уважением,

Евдокимов Олег

Honorable Tanya Chutkan
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Madam Judge!

    I, the cousin of Maria Butina, write you, hoping for your assistance in defending my cousin Maria, presently located at the Alexandria Jail, District of Colombia, USA.

    Briefly, about myself, I would like to state the following: I am 33 years old, with 10 years of work experience in the energy sector, with no children and having never been married.

    On July 16, 2018, I learned via the media about Maria's arrest in the USA. This news caused me to have great compassion and concern for my cousin.

    We were raised and grew up together. I am very well acquainted with Maria's parents and sister Marina and would like to share with you, the fact that they are very decent people. Her parents provided their children a good upbringing, education, teaching by example to live honestly, be positive, persistent and to always strive towards their goals.

    Maria has always been a very goal driven individual, with a serious agenda and striving towards achievement. She studied hard and worked extensively in Russia. Then she decided to further her education in America, because she believed that America was the most prosperous and evenhanded country for talented people. Studying at an American University for Maria did not come easy. However, as you know, thanks to her intelligence and dedication, Maria was able to graduate from the University with honors. During her studies, she strove to interact with successful people, taking example from them in order to understand how to become successful herself. These people were happy to accommodate and interact with her on a human level because communicating with Maria was always easy and pleasant.

    Dear judge! I appeal that you not render Maria a sentence denying her freedom. I am confident that my cousin did not commit any intentional acts and never had the intent to interfere in the internal affairs of your country. In our conversations, Maria shared her impressions about America, the country's culture and the people with whom she communicated. She enjoyed living and studying there. Maria shared many examples of the hard work ethic and discipline of Americans. In addition, Maria has always been a law-abiding citizen of her country. Her interaction with people has always been sincere and open. Apparently, this, as well as her youth and aggressiveness, together with naiveté, might have led to this incident occurring. I am convinced that whatever happened to my cousin was a terrible misunderstanding. I, as a young man, find it very difficult to imagine how a girl can cope with such an ordeal. I am very concerned for her health and I greatly miss her not being nearby.

    I truly miss not being able to socialize with Maria and genuinely feel true sorrow for all that has taken place; please accept and understand my feelings.

    Thank you for having read my letter. I hope that you will render a just and fair decision concerning my beloved cousin Maria.

Sincerely, Maria Butins' cousin
Shapovalov Vladimir Nikolaevich       *[Signature]*
Tel. ███████████████

## Affidavit of Accuracy of Translation

State of New York)
County of Rockland    )    ss:

Andrew Harkuscha, being duly sworn, deposes and says:

In my capacity as a Russian/ English translator, interpreter, and linguist, I hereby certify that the attached translation:

Shapovalov, Vladimir Nikolaevich letter addressed to Honorable Judge Tanya Chutkan Re: Maria Butina

is true and accurate and a complete translation from the Russian language to the English language to the best of my knowledge, ability and belief.

_____
(Translator's signature)

Subscribed and sworn to before me this 8th day of February, 2019.

_____
(Notary Public)

Commission Expires:

KATHERINE J STERNS
Notary Public – State of New York
NO. 01ST6131965
Qualified in Rockland County
My Commission Expires Aug 22, 2021

Attach. at 87

Honorable Tanya Chutkan

United States District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001


Уважаемая госпожа судья!

Я, кузен Марии Бутиной обращаюсь к Вам в надежде о помощи в защиту моей кузины Марии, которая находится в настоящий момент в тюрьме г. Александрия округа Колумбия США.

О себе коротко сообщаю следующее: Мне 33 года. Я работаю в области энергетики, стаж работы составляет 10 лет. Детей нет, не женат.

16 июля 2018 года из СМИ я узнал об аресте Марии в США. Данная новость вызвала у меня сильное сочувствие и сожаление к сестре.

Мы воспитывались и росли вместе. Я очень хорошо знаю родителей и сестру Марии Марину и со всей ответственностью могу сказать Вам, что они являются очень порядочными людьми. Её родители дали своим детям очень хорошее воспитание, образование, научили на собственном примере жить честно и позитивно, при этом быть упорными и всегда добиваться поставленных целей.

Мария всегда была очень целеустремлённым человеком, ставила перед собой серьезные цели и старалась, во что бы то ни стало достичь их. Она очень много училась и много работала в России. Затем решила продолжить свое образование в Америке. Поскольку считала, что Америка самая благополучная и справедливая в отношении талантливых людей страна. Учиться в Американском университете Марии было не просто. Но благодаря своему уму, целеустремленности, как Вы знаете, Мария смогла закончить университет с отличием. Во время учебы она старалась общаться с успешными людьми, брать с них пример, чтобы понять как можно самой стать успешной. И эти люди шли ей навстречу и общались с ней, лишь только потому, что с Марией общаться по-человечески легко и приятно.

Уважаемая судья! Я обращаюсь к Вам с просьбой не применять к Марии наказание, связанное с лишением свободы. Я уверен, что моя кузина не совершала преднамеренных действий и никогда не имела цели вмешиваться во внутриполитические дела Вашей страны. В беседах со мной моя Мария много рассказывала об культуре этой страны, о людях, с которыми ей приходилось общаться. Ей нравилось там жить и учиться. Мария приводила множество примеров трудолюбия и дисциплинированности американцев. Да и сама Мария всегда была законопослушным гражданином своей страны. Ее общение с людьми всегда было искренним и открытым. Видимо, как раз в силу этого, а также ее молодости и напористости, зачастую граничившей с наивностью, произошли эти события. То, что случилось с моей кузиной – ужасное недоразумение. Я в этом уверен. Мне, молодому человеку, мужчине очень трудно представить как девушка, может перенести все эти тяжелые испытания. Я очень беспокоюсь за ее здоровье. А еще я очень скучаю, что ее нет рядом.

Общения с Марией мне очень не хватает, и мне жаль, что все так сложилось, прошу понять мои чувства.

Спасибо, что прочитали моё письмо. Надеюсь, Вы примите правильное решение в отношении моей любимой кузины Марии.


С уважением, кузен Марии Бутиной

Шаповалов Владимир Николаевич
Тел.

Honorable Tanya Chutkan
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Madam Judge Tanya Chutkan!

I, Stepurko, Andrei Viktorovich, born in 1963 and holding an advanced medical education as a specialist "Psychotherapist, M.D.", married and raising two sons, submit this appeal to you. I am the author and organizer of numerous projects for the development of spiritual potential and the formation of a healthy lifestyle for young people. In 2007–2008, I served as President of the Rotary Club "Barnaul Capital Centennial", which was the regional office of *"Rotary International"* - an international non-governmental organization (NGO).

In 2007, as head of the Rotary Club "Barnaul Capital Centennial" organization, I appointed third-year Altai State University student, Maria Valerievna Butina to the voluntary position of executive director. I knew Maria from social activities stemming from within the framework of projects implemented by myself in regards to the formation of a healthy lifestyle for young people. At a young age, she significantly stood out from the other team members in her education, dedication, organizational abilities and strong leadership skills. With her direct and active participation, the Rotary Club in Barnaul implemented a large-scale charity project for the construction of eight multi-use athletic fields in various parts of the city, venues that held many events to develop spiritual potential and promote a healthy lifestyle for young people.

During the term of 2008-2010, the Altai Regional Public Youth Organization "ASU League of Students" elected Maria Butina a member of the Altai Regional Public Chamber, where she served as head of the Information Center. During this session of the Altai Regional Public Chamber, I was the chairperson of the commission on education, culture and youth affairs.

Observing the development of my student Maria Butina as an individual, a public and political figure, a good organizer and a law-abiding person, I can only express deep satisfaction in the fact that my role in her development led to an excellent result. Maria is a worthy citizen of her country.

I kept in touch with Maria during her studies at the American University in Washington. She gladly shared her impressions of living and studying in the USA, expressing respect for your country, its culture and citizens.

Dear Madam Judge Tanya Chutkan, I ask that you thoroughly and closely examine all the circumstances surrounding the case of my student- Maria Butina. Knowing Maria very well, I am confident that she could have only committed the offending accusations because of not being thoroughly familiar with the legal legislation in your country and therefore, could not have possibly perpetrated them intentionally. I appeal to you, not to render her a sentence involving the deprivation of freedom. I think that she has already undergone sufficient punishment and I am sure that she has already drawn the right conclusions.

01.22.2019
Respectfully, Stepurko A.V.                    *[Signature]*

## Affidavit of Accuracy of Translation

State of New York)
County of Rockland    )    ss:


Andrew Harkuscha, being duly sworn, deposes and says:

In my capacity as a Russian/ English translator,
interpreter, and linguist, I hereby certify that the
attached translation:

Stepurko, Andrej V. letter addressed to Honorable Judge
Tanya Chutkan Re: Maria Butina

is true and accurate and a complete translation from
the Russian language to the English language to the
best of my knowledge, ability and belief.

_____
(Translator's signature)


Subscribed and sworn to before me this 8th day of
February, 2019.

_____
(Notary Public)

KATHERINE J STERNS
Notary Public – State of New York
NO. 01ST6131965
Qualified in Rockland County
My Commission Expires Aug 22, 2021

Commission Expires:

Honorable Tanya Chutkan

United States District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001


    Уважаемая госпожа судья Tanya Chutkan!   К Вам обращается Степурко Андрей Викторович, 1963 года рождения, имеющий высшее медицинское образование по специальности «врач-психотерапевт», женат, воспитываю двоих сыновей. Я являюсь автором и организатором множества проектов по развитию духовного потенциала и формированию здорового образа жизни молодежи. В 2007–2008 гг. я занимал должность Президента «Ротари клуба Столетия "Барнаул — Столица", который был региональным представительством «Rotary International» — международной неправительственной ассоциации.

    Исполнительным директором на общественных началах, в   возглавляемую мною организацию - «Ротари клуба Столетия "Барнаул — Столица", в 2007 году  я назначил студентку 3-го курса Алтайского государственного университета Бутину Марию Валерьевну.   Мария была мне известна по общественной деятельности в рамках реализуемых мною проектов по формированию здорового образа жизни молодежи. В столь молодом возрасте она значительно выделялась в коллективе своей образованностью, целеустремленностью, организованностью, выраженными лидерскими качествами. С ее непосредственным, активным участием «Ротари клубом» в Барнауле был реализован крупный благотворительный проект по строительству 8-ми универсальных спортивных площадок в разных частях города, проводилось множество мероприятий по развитию духовного потенциала, формированию здорового образа жизни молодежи.

    На период с  2008-2010 гг от Алтайской краевой общественной молодежной организации «Лига студентов АлтГУ» Бутина Мария была избрана членом Общественной палаты Алтайского края, где исполняла обязанности руководителя Информационного центра. В этом созыве Общественной палаты Алтайского края я являлся председателем комиссии по образованию, культуре и делам молодежи.

    Наблюдая за становлением своей ученицы - Бутиной Марии как личности, общественного и политического деятеля, хорошего организатора и законопослушного человека я могу выразить лишь чувства глубокого удовлетворения в том, что мой вклад в её воспитание привел к хорошему результату. Мария является достойным гражданином своей страны.

    Я поддерживал связь с Марией и во время её учебы в Американском университете г. Вашингтона. Она с удовольствием делилась своими впечатлениями о жизни и учебе в США, выражала уважение к Вашей стране, её культуре и гражданам.


    Уважаемая госпожа судья Tanya Chutkan, я прошу Вас всесторонне и пристально рассмотреть все обстоятельства дела моей ученицы – Бутиной Марии. Зная достаточно хорошо Марию я уверен, что вменяемые ей правонарушения она могла  совершить только не зная о совершенстве законодательство Вашей страны и не могла сделать их преднамеренно. Я прошу Вас не применять к ней наказание, связанное с лишением свободы. Я думаю, что она уже понесла достаточное наказание и уверен, что  уже сделала правильные выводы.

22.01.2019 г.
С уважением, Степурко А.В.
Тел. ▮▮▮▮▮▮▮▮▮

Honorable Tanya Chutkan
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear respected madam judge!

My name is Arina and I am best friends with Marina; Maria Butina's sister. I know Maria since birth. Our parents have been friends for the longest time and we all grew up together. On our days off, we would either run around the courtyard or take trips to the countryside together with both our families. My parents would always leave Marina and me, with Maria and my older brother. In order to keep us busy, Masha would always think of various games for us to play. On one occasion, Maria and my brother built us a huge labyrinth out of pillows and blankets traversing the entire apartment through which we had to search for and find hidden keys. Maria was constantly inventing something interesting and out of the ordinary. She was always on the initiative, taking full responsibility for everything, looking out for Marina and me, protecting us and teaching us on all sorts of topics. From childhood, Maria was not like everyone else and her reasoning was very adult-like. Ever since childhood, she was interested in history and then, later on she began to show an interest in politics. Maria even managed to become the director of the school museum.

Maria is one of the few individuals that our school is exceptionally proud of and all the teachers would cite her as an example of a hardworking, extremely knowledgeable and pro-active participant in all school activities. I always admired how smart and talented she was in everything. She was never idle, always striving to accomplish all her goals and win. Maria always encouraged us to think big, study hard and to do your best at everything. She is an excellent leader and was able to accomplish much during her life. She is a good person, kindhearted, responsive and always helping everyone. I love her and am very proud of her. That, which happened to her is unthinkable. No one, that knows her, believes any of the things that are being said about her. I only know that she always admired America. She expressed such happiness when she was accepted by the American university. No one ever expected things to end up the way they did. It is very difficult to listen to all the accusations and hear about her treatment in jail. I cannot even imagine how difficult it must be for her to have spent half a year imprisoned. She looks like a completely broken person, looking nothing like her usual self. I am very concerned for her and hope that she can overcome this horror.

I sincerely await Marias swift homecoming.

Respected judge Tanya Chutkan, I ask that you be benevolent and not deprive Maria her freedom.

I thank you for your shown attention by having read my letter.

2018.12.17

Respectfully, Arina Kuznetsova                 *[Signature]*

## Affidavit of Accuracy of Translation

State of New York)
County of Rockland    )    ss:

Andrew Harkuscha, being duly sworn, deposes and says:

In my capacity as a Russian/ English translator, interpreter, and linguist, I hereby certify that the attached translation:

Kuznetsova, Arina letter addressed to Honorable Judge Tanya Chutkan Re: Maria Butina

is true and accurate and a complete translation from the Russian language to the English language to the best of my knowledge, ability and belief.

_____
(Translator's signature)

Subscribed and sworn to before me this 8th day of February, 2019.

_____
(Notary Public)

Commission Expires:

KATHERINE J STERNS
Notary Public – State of New York
NO. 01ST6131965
Qualified in Rockland County
My Commission Expires Aug 22, 2021

Honorable Tanya Chutkan

United States District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001

Уважаемая госпожа судья!

Меня зовут Арина, я являюсь лучшей подругой Марины, сестры Марии Бутиной.  Я знакома с Марией с самого рождения. Наши родители давно дружат. Мы все росли вместе. Каждый выходной мы гуляли во дворе либо выезжали семьями на природу. Меня и Марину Родители все время оставляли с Марией и моим старшим братом. Чтобы нас занять Маша все время придумывала для нас разные игры. Как-то раз Мария и Мой брат построили для нас из подушек и одеял на всю квартиру большой лабиринт, в котором нужно было искать ключи. Мария постоянно придумывала, что-то интересное и не обычное. Она всегда была инициативная и брала на себя всю ответственность, заботилась обо мне и Марине, защищала нас и многому нас научила. С самого детства Мария была не такой как все, ее рассуждения были очень взрослыми. С детства она интересовалась историей. В дальнейшем ее стала интересовать политика. Мария даже была директором школьного музея.

Мария одна из немногих людей кем гордится наша школа. Все учителя ставили ее в пример, за ее трудолюбие, отличное показание знаний, активное участие во всех мероприятиях школы. Меня всегда восхищало, насколько она умна и талантлива во всем. Она никогда не останавливалась, всегда стремилась реализовать все свои цели, победить. Мария всегда призывала нас мыслить шире, хорошо учится, и быть лучше во всем. Она прекрасный лидер и смогла достигнуть много за свою жизнь. Она хороший человек - добрая, отзывчивая и всегда всем помогает. Я ее люблю и горжусь ей. То, что произошло сейчас с ней это немыслимо. Все, кто знает Марию, никто не верит в то, что про нее говорят. Я знаю, что она всегда восхищалась Америкой. Она так радовалась, когда

поступила там в университет. Никто не ожидал, что все закончится именно так. Очень тяжело слышать обо всех обвинениях,… о том, как к ней относятся в тюрьме. Не могу представить, насколько ей тяжело приходится полгода в тюрьме. Она выглядит абсолютно сломленным человеком, совсем не похожа на себя. Я очень переживаю за нее и надеюсь, она сможет пережить весь этот ужас.

Я искренне жду скорейшего возвращения Марии домой.

Уважаемая судья Tanya Chutkan, прошу вас быть благосклонной и не лишать Марию свободы.

Я благодарю Вас, что Вы уделили внимание и прочитали мое письмо.

2018.12.17

С уважением, Арина Кузнецова



# CERTIFICATE OF COMPLETION
## *WOMEN EMPOWERING WOMEN*

This certificate is awarded to

### MARIA BUTINA

For completing all requirements of the Behavioral Health Group

WILLIAM G. TRUESDALE ALEXANDRIA DETENTION CENTER

Signature

Date 11/27/18



This Certificate acknowledges

Maria Butina

For her continuous participation in our ongoing

Community Service

"Knitting Projects"

Gloria Wright, Programs Manager
December 07, 2018



# CERTIFICATE
## of PARTICIPATION

*This certifies that*

## MARIA BUTINA

*Has successfully completed the final two weeks of the*

### LIFE SKILLS CLASS

*following her transfer*
*October 22 to December 10, 2018*
*Alexandria, Virginia*

*In addition, we appreciate her willingness to take on a class-related writing assignment.*

Anne L'Heureux / Anne Rensberger
**LIFE SKILLS COACH**

December 10, 2018
**DATE**