UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**



Washington Field Office
601 4th Street NW
Washington DC 20005

File Number:

Requesting Official(s) and Office(s):

Task Number(s) and Date Completed:

Name and Office of Linguist(s):    █████████, WFO

Name and Office of Reviewer(s):    █████████, WFO

Source Language(s):    Russian

Target Language:    English

Source File Information

█████ Source Material 8_2018_05_31_14_57_59_746

VERBATIM TRANSLATION

**Description of the Diplomacy Project**

**Status Quo: Russian-American relations**

It is highly likely that **the US �ના▮▮▮ Party (the ▮P) will gain full control of governing the country as a result of 2016 presidential elections**.

**As early as November 2014 the ▮▮▮▮▮ attained a majority in the US Congress** (the ▮P has 54 seats vs. the ▮▮▮▮ 44 in the US Senate, and 247 seats vs. the ▮▮▮▮▮ 188 in the House of Representatives). ▮▮▮▮ dominance in the institutions of U.S. state power will be finalized by victory in the presidential election.  This is very likely for two reasons.

- The ▮▮▮▮ have had more than two terms in a row only twice in the US history; ▮▮▮ has already served his two terms;
-  The level of support for the only probable ▮▮▮▮candidate in the 2016 presidential elections, ▮▮▮▮▮, is low (the scandal of breaking the law and having a personal email account, March 2015, the gender of the candidate (a woman has never won in the US).  It is acceptable that ▮▮▮ won against the emotional background of the black population that went through deep complexes during the years of slavery, but it seems highly unlikely that the people will have another emotional impulse to elect a woman given all her other negative aspects (her age, her husband's reputation, etc.).  The ▮▮▮▮ Party does not seem to have any other candidates.

It is important to understand, however, that despite the low, but still real chance that the ▮P will lose the presidential race, the Party still holds a majority in Congress, and that allows it to play a key role in the American political system.

Traditionally, the ▮P is associated with a negative and aggressive foreign policy, in particular towards Russia.  The present time, however, is a favorable one for building constructive relations if negotiations are conducted in the right way.

The situation is unfolding while the US economy is declining and unemployment is rising (fueled by Obama Care, the social program for the unemployed; this will also hurt the ▮▮▮▮ in the upcoming elections).  As a result, the people are dissatisfied with their policies.  One of the reasons for the crisis are the sanctions imposed on Russia and the  corresponding sanctions that RF imposed on the West; these measures inevitably lead to consequences of that kind, undermining commercial-economic relationships between Russian and American companies.

One of many obvious examples is the termination of cooperation between the Russian company ▮▮▮▮ and the American company ▮▮▮▮▮due to the sanctions (the cooperation agreement was signed in 2011); the agreement pertained to geo-exploration and extraction of hydrocarbon deposits in the Russian shelf of the Black and Caspian Seas, in Western Siberia and also in the US, Canada and other countries.  It also provided for creation of the Arctic Research Center (ARC) for sea-shelf exploration and for conducting joint research.  The agreement was signed in the presence of Prime Minster of RF V.V. Putin in Sochi.  Another example: ▮▮▮▮▮used the sanctions to stop imports of Russian weapons made by the ▮▮▮▮Company; this led not only to the collapse of the Russian company

(US sales made 80% of the Company's exports), but also prevented people from buying original Russian AKs in the US, and the people perceived this as an infringement of the Second Amendment of the US Constitution, which gives US citizens the right to bear arms.

**Situation inside the ▓P**

Selection of presidential candidates from political parties in the US is done in closed primaries.  It is already possible, however, to make a forecast of what is likely to happen.  The annual conference of the ▓▓▓▓▓▓▓▓▓▓ is an important indicator of the outcome of the ▓P primaries; the conference is also known as "the heart of the ▓▓▓▓▓▓ Party"; it takes place annually in Washington. All future candidates (and consequently all ▓▓▓▓▓ presidents) have always been speakers at the ▓▓▓  In 2015, the situation did not change.  Moreover, the conference organizers conduct pre-elections (pool [sic]) by asking the attendees about their preferences for the ▓▓▓▓▓▓ presidential candidate.  The results of the poll always match the results of the primaries later.  According to the poll results, the favorites in the race are ▓▓▓▓▓ and ▓▓▓▓▓▓▓▓ **who, according to information partly drawn from insider sources, will be the** ▓▓▓▓▓ **candidate in the 2016 presidential election campaign.**

**The** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ **plays a central role in the** ▓P **and exerts influence on it.**  The ▓▓ is the biggest sponsor of the US Congressional elections; it also sponsors the ▓▓ and other ▓P events.  The causes for this are economic – The ▓▓ includes all the US arms manufactures and the majority of the biggest foreign arms manufacturers as well.  To take part in ▓▓ activities companies are charged a minimum fee of $1,000,000 USD annually.

**The spokesperson's positions in the ▓P**

In view of her activities in the "Arms" project and her political background, the spokesperson has already established good communications with the ▓▓ leadership (▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ he visited the RF in response to an invitation from the Right to Bear Arms organization to attend its annual meeting in 2013.  Furthermore, the spokesperson took part in the annual meeting of the ▓▓ in 2014 as well as in a closed meeting of the ▓▓ governing body in 2015 and in the ▓▓▓▓▓▓▓▓ conference (the ▓▓) in February of 2015.  This contact became possible thanks to personal connections and a visit to the US of ▓▓▓▓▓ then-senator and acting chairman of the ▓▓▓▓▓▓▓▓ of the RF. **There are no other "informal" points of contact or experts on Russian-American relations in the** ▓P.

The number of Russian experts and social organizations for conveying the "unofficial" position which Russian state agencies in the US cannot voice, is extremely small (list is in the Attachment 1).  There are about 50 active Russian social organizations in the US, but they have no contacts with the future ruling Party.  Moreover, the ▓P leadership views the speaker spokesperson as a possible "second Pozner" who, as is known, was in fact the unofficial transmitter of Gorbachev's and Yeltsin's policies in the US; he did this, among other ways, by working with American television.

During her recent participation in the ▓P events in the US, the spokesperson was introduced to all the main RP leaders as "representative of the unofficial diplomacy" of the RF.   Also, she became personally acquainted with ▓▓▓▓▓▓▓▓ and all the presidential candidates in the ▓P primaries.

The Americans see the current situation as similar to the period of conflict resolution during the Cold War (let us remember that the two superpowers were able to defuse their nuclear standoff via an unofficial communications channel – the meeting between Soviet spy Fomin (Feklisov) and the ABC News correspondent John Scali where the Soviet government conveyed its conditions for resolving the conflict).   They are convinced that the official diplomatic establishments of the two countries cannot agree to compromise in negotiations without losing face and that building a relationship between the two countries in the future is possible only via an unofficial channel of communication.

**The ▓P leadership sees a connection: "Spokesperson – ▓ – access to VVP"** and the possibility of conveying the US position in order to achieve compromise and renewal of economic relations between the two countries.

It is important to understand that this American position is of a purely pragmatic nature – US business supports the ▓P because of its platform (maximum business freedom, reducing programs for the social welfare of the population, lowering taxes); that is, business is simply protecting the trade relationships between the two countries and its own profits.  US business has already harshly criticized ▓▓▓▓▓▓'s actions in 2014 because sanctions against the RF negatively affect business development.

**Results achieved so far**

During her stay in the US, the spokesperson

- received an invitation to speak as an expert on Russia on the biggest US news channel ▓▓▓▓▓▓ ▓▓▓▓ (the start of cooperation was postponed at the spokesperson's initiative until the points of the position that she would represent could be discussed).
- was admitted to the international speaker organization, ▓▓▓▓▓▓▓▓▓▓▓ headquartered in the US, as an expert on Russian-American relations.
- received an invitation to deliver a course of lectures on international politics in a number of US State Universities.
- was invited to speak on the topic of Russia and the US at the ▓▓▓▓▓▓▓▓ conference in ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ it gathers the ▓P leadership exclusively).
- personally met and has personal contact with the favorite of the ▓P primaries, ▓▓▓▓▓▓▓, and with members of the future ▓P administration of the White House including ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓ and foreign affairs advisor of the ▓P.

**Thus the groundwork for reliable contact in negotiating with the future US administration can be said to have been laid.**

**Further action**

**The resulting state of affairs needs to be strengthened specifically in the current time period,** before the 2016 presidential election.  After the election, conducting negotiations on that level will be

extremely problematic.  The spokesperson needs to participate in all the major upcoming ▮P conferences (about once a month in various US cities; the list is included below in attachment 2), to speak in the American media as an expert from Russia and to have constant contact with the ▮P leadership.

**Also, it is important to note the large number of players from Russia who are interested in this matter – entrepreneurs and RF citizens who own businesses and property in the US.**  If relations between the two countries do not improve and the process of imposing sanctions becomes harsher, Russian business will face a high risk of losing assets abroad.

Thus, we propose to consider the issue of providing the spokesperson with financial support for attending the events mentioned above (a total budget of about $125,000) as well as separate meetings with interested parties (the MFA, the Russian business representatives) in order to determine where the focus of Russian interests lies in cooperating with the US.

UNCLASSIFIED

Attachment 1

RUSSIAN ORGANIZATIONS IN THE US

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
-



Attachment 2

**LIST OF MAIN ██P EVENTS TO ATTEND**

May 14-16, 2015 -- ████████████████, Washington
June 11, 2015 -- Dinner at ██████████████, Washington
July 8-11, 2015 – ██████████ convention, Las Vegas
July 11-12, 2015 – Conference of the ████████████████████████
███████), Washington
September 25-27, 2015 – ██████████████ conference, Washington
October 2, 2015 – Dinner of the █████████████████████████
████), Chicago
November 5-8, 2015 – ██████████████ conference, South Carolina

