

|  | How are things, Mariya? |
|---|---|
|  | 13 Jul 2015 |

MB: Good afternoon! Excellent! I'm going to ▉▉▉ s announcement in a few hours. I met ▉▉▉▉▉▉▉ He is very intent on hunting in Kamchatka.
13 Jul 2015

MB: I'm working on this matter now. Judging from American polls – our bet on ▉▉▉ is correct. What do they think in the RF about this? How are things with you?
13 Jul 2015

In the RF no one is even looking in that direction. You will be the creator of something sensational, God willing!) Things are going steadily! On Thursday I'm going to the interview at the Embassy.
13 Jul 2015

MB: Excellent on all fronts!

MB: Do you have someone from your side for organizing the hunting or should I do it using my channels?

MB: Have you talked with ▉▉▉▉▉▉▉
13 Jul 2015

No. I haven't. When does he plan on Kamchatka?

13 Jul 2015

MB: In November, along with a group from the ▇
13 Jul 2015

MB: By the way, he's ready to organize Alaska for you anytime!

MB: He has a friend who lives there! And he will also take you to an island. Just let him know the dates.
13 Jul 2015

MB: I'm already prepared to help do everything! Will you take me with you:)?
13 Jul 2015

▇   I see!
14 Jul 2015

▇:  Of course!)
14 Jul 2015

MB: Though it's better in the summer or autumn:)

MB: I was at ▇'s announcement. Impressed. His chances are very high.
14 Jul 2015

▇   Need to think about it. ▇'s announcement – that's an event!) Can you briefly describe for me the event in an e-mail? Definitely need to go to Alaska.
14 Jul 2015

MB: Can I write in the morning? It's nighttime here.

MB: So, we'll plan Alaska for September?
14 Jul 2015

▇   Okay! In the morning. Need to see the weather and clarify the goal of the trip (could do something artful – have an idea).
14 Jul 2015

MB: Hmm. We'll do it. I really want to see Alaska.
14 Jul 2015

▮ There's no question – it must be done!).

14 Jul 2015

[Text of analytical piece concerning ▮'s announcement to run and his prospects to win the ▮ nomination; see pages 32-33 below.]

MB: I'm sending a report page-by-page. I was not sure that it should be sent through the TsB. So, sorry that it's so many pages.

[continuation of text of new story on ▮]

14 Jul 2015



[Text of analytical piece on ▆▆▆▆'s announcement from above sent on 7/14/2015.]

US ▆▆▆▆ Party candidate ▆▆▆▆'s announcement on joining the presidential race, analysis of the election campaign, and a preliminary forecast

US ▆▆▆▆ Party member and ▆▆▆▆ officially announced his 2016 presidential bid on ▆▆▆▆

▆▆▆▆ announced his participation in the presidential race before three thousand supporters at ▆▆▆▆

Even prior to his announcement, ▆▆▆▆ was among the clear favorites of the presidential race, with opinion polls putting him at the top of a triumvirate of other popular candidates, specifically ▆▆▆▆ and ▆▆▆▆.

Due to the number of those wanting to attend ▆▆▆▆'s official announcement, there was advance registration to get free tickets…

▆▆▆▆ has won elections three times in his political career: twice the gubernatorial elections in ▆▆▆▆ and once a gobernatorial recall procedure, keeping his position and securing public support and trust.

These facts are extremely important elements of ▆▆▆▆'s possible victory in the ▆▆ [▆▆▆▆ Party] primaries which will take place between February 1 and June 7, 2016.  It's also important to note that ▆▆▆▆ along with ▆▆▆▆, is the most popular persona in the media and the least criticized candidate: even ▆▆▆▆'s opponents respect him; while the most negatively criticized candidates as of today are ▆▆▆▆ and ▆▆▆▆. ▆▆▆▆ for his statements in the area of migration[sic] policy (proposal to kick out…

In his speech ▆▆▆▆ repeated the main points of his program: maximum rights "at the local level", strong foreign policy, lowering the tax burden, ending the Obama Care program.  In his speech, ▆▆▆▆ also touched upon the issue of relations with Russia, making a statement about the insufficiently tough position of Obama and promising that "America will be a loyal

friend and a terrible enemy." The principal focus in matters of foreign policy have been shifted toward Iran, ISIS and China.

▓▓▓▓ handled himself in a confident manner, spoke without text prompts, and interacted with the crowd, easily deviating a bit from the script which made his speech impressively lively.

At the end of the event ▓▓▓▓ remained for an hour-long interview with the Fox News television channel which was broadcast that very evening on the most popular ▓▓▓▓ TV channel.

After the event, Mariya Butina had an opportunity for a short personal contact with ▓▓▓▓ (the latter has a good memory for faces and easily remembered his interlocutor). As a reminder, Mariya Butina has had personal contact with ▓▓▓▓ more than once, taking part in his private reception under the framework of the ▓▓▓▓ annual conference in Washington, as well as in a private meeting at the annual gathering of members of the USA ▓▓▓▓ (The ▓▓▓▓) in 2015. At the announcement event Mariya was also introduced to one of ▓▓▓▓s three advisors in matters of international politics – ▓▓▓▓ A meeting of Butina with a second ▓▓▓▓ advisor – ▓▓▓▓ will take place on July 15, 2015, in New York…

Overall conclusions: based on what took place on July 14, 2015, it is highly possible that precisely ▓▓▓▓ will become the winner of the USA ▓▓ primaries and the US presidential candidate. Taking into account the practice of a switch between the two key parties at the helm of the country, the ▓P is next in line; therefore, there is a high probability of ▓▓▓▓ being elected the US president in 2016.

Risks: ▓▓▓▓ who recently entered the race, is extremely unlikely to win the primaries; however, he could go all in and run as an independent candidate, which will split the ▓▓▓▓ electorate between the official winner of the primaries from the ▓P and ▓▓▓▓ In such a situation there is a serious risk of ▓▓▓▓'s victory.