UNCLASSIFIED

**THE
UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION**



WFO

| | |
|---|---|
| File Number: | |
| Requesting Official(s) and Office(s): | |
| Task Number(s) and Date Completed: | |
| Name and Office of Linguist(s): | , WFO |
| Name and Office of Reviewer(s): | , WFO |
| Source Language(s): | Russian |
| Target Language: | English |

Source File Information

**HP 303964**

VERBATIM TRANSLATION

Participants:

Abbreviations:
   SF: Federation Council
   KhV: Cold War

UNCLASSIFIED

[TN: ] (Delete if not needed.)

Meeting with ▇▇▇▇

1. He will come to Moscow in the end of May, beginning of June to give a lecture.
2. He will provide contact information of ▇▇▇▇ editor.
3. I need to write an article on conservative values which unite Russians and Americans.
4. At the end of June, a trip to Moscow is planned from the Center.
5. At the end of June, ▇▇ will arrive with ▇▇▇▇. A meeting with ▇▇▇▇. Need to get information about ▇▇▇▇

▇▇▇▇

1. A separate meeting is possible. Write before the trip to New York.

▇▇▇▇

1. Interview tomorrow at 11.
2. He will provide contact information of the programmer who made the program for them.

▇▇▇▇

1. Arrival of ▇▇▇▇ in Moscow before or after Israel (11/28/15 – 12/4/15). Trip to Izhevsk is possible, hunting for bears in Kamchatka. Get an exact list of people from ▇▇ including ▇▇▇▇
2. It's possible to invite ▇▇ foreign policy adviser with them.
3. Read the article which ▇▇ will send about approaches in US foreign policy. Find and buy foreign policy books which he recommended to ▇▇
4. He will provide contact information of the ▇▇ board member who was working on developing their program on membership registry.
5. Hunting on days off if ▇▇ wants.
6. Invitation to ▇▇▇▇ debates in January 2015 in New York.

Ambassador

1. I gave him the coins as a gift. A question about whether or not they are real.
2. I told about myself, that I have been ▇▇s assistant since the times of the SF, and I have my own company in Moscow, I am a member of the board, founder of the organization, I'm writing my dissertation on international relations.
3. I read his publications about the lack of ideological differences which could become the beginning of a new *KhV*
4. He asked how the ▇▇ could be useful.

5. He shoots skeet, huge fan, ▓▓▓▓ Invite to the Site.
6. He visited the ▓▓▓▓ museum when its office was in Washington.
7. Relations between the RF and the USA will be smoothing out in 1-2 years, they will become warm in 5 years.
8. He's skeptical about ▓▓▓▓ s victory. Send the name of the advisor who can come to Moscow.
9. He likes The ▓▓▓▓ and their joint project of cooperation with the Embassy.
10. He thinks that the ▓▓▓▓ can become one of the points of cooperation.
11. He wants to meet with ▓▓▓▓ send his contact information.
12.