UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**



Washington Field Office
601 4th Street NW
Washington DC 20005

| | |
|---|---|
| File Number: | ▇▇▇▇▇▇ |
| Requesting Official(s) and Office(s): | ▇▇▇▇ |
| Task Number(s) and Date Completed: | ▇▇▇▇▇▇▇ |
| Name and Office of Linguist(s): | ████, WFO |
| Name and Office of Reviewer(s): | ████, WFO |
| Source Language(s): | Russian |
| Target Language: | English |
| Source File Information | |

Hard copy 302345

VERBATIM TRANSLATION

UNCLASSIFIED

**Notes regarding a series of Russian-American meetings for developing a joint position in the area of foreign policy for the future presidential administration of the USA**

**At the end of 2016, three meetings to develop a joint policy for Russian-American relations are being planned at the Americans' initiative.  The initiator, organizer and sponsor of these events is** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **The proposed dates are: Monday, May 23, 2016 in Washington, DC, Tuesday, May 24, 2016, in New York.**

▮▮▮▮▮ takes the position that Russia and the US should be partners; he is against confrontation between the two countries.  For the last ten years, he has sponsored several programs in this area. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ It is important to note that he maintains contact with a number of people from both the Republican and Democratic parties, making foreign policy his priority regardless of which party rules the White House.

About five years ago, ▮▮▮▮▮ visited Moscow with a delegation and held a number of meetings for the purpose of establishing a reciprocal connection with the RF and getting political support from Russian government officials and the Russian scientific community for his initiatives.  One of the meetings that most impressed ▮▮▮▮▮ and bolstered his resolve to continue Russian-American cooperation was at the Federation Council of the Federal Assembly with Federation Council member and vice-chairman (at that time) ▮▮▮▮▮

In February 2016 ▮▮▮▮▮ ▮▮▮▮▮ met with ▮▮▮▮▮▮▮, now state secretary and vice chairman of the Bank of Russia; they discussed the issue of restarting the program provided the Russian business and political community were interested in developing a program for cooperation between Russia and the US.  According to ▮▮▮▮▮ s statement, any such policy must be worked out on a bilateral basis.

After the meeting with ▮▮▮▮▮▮▮▮ proposed to conduct 3 events at the end of May 2016 in Washington, DC and New York for the purpose of gathering like-minded Russians and Americans from the spheres of science, politics and business.  The main goal of the planned events is to work out recommendations to the future US Presidential Administration for developing Russian-American relations, and also for maintaining regular meetings as a means of informal dialogue between the two countries.  **List of US participants is attached.**  It is important to note that the persons on the list belong to the US political, business and scientific establishment of both Republican and Democratic parties.  This fact is a kind of guarantee of not becoming dependent on the support of just one of the parties and of exerting influence on foreign policy regardless of which party is in control of the US Congress or the White House.

**Among the participants are advisers to** ▮▮▮▮▮ **presidential candidate** ▮▮▮▮▮ **and also to** ▮▮▮▮▮ **Party candidate** ▮▮▮▮▮ **.**

UNCLASSIFIED

The meetings are planned without media presence.

To summarize the results of the events, there is a plan to draw up a document with recommendations for the White House in the area of engagement with Russia.

As a **response from Russia,** ▓▓▓▓▓**envisions the following:**

1. **Participation in the events in May of 2016 on the part of** ▓▓▓▓▓ **state secretary and vice chairman of the Bank of Russia, of Maria Butina, social activist and board member of the Russian civic organization Right to Bear Arms and also of another representative to be proposed by Russia**.  As possible participants, ▓▓▓▓▓envisions a representative of Russian big business who has interests in the US and who understands the importance of dialogue between the two countries or else a government official with analogous views.  Participants that Russia might propose for participation in the meetings are:
   - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

However that may be, the Americans would agree to any representative who Russia considers to be the most fitting third participant in the meetings.  Obviously, it should be a figure who has a financial, political and/or ideological interest in developing relations between the two countries.

Remember that the annual meeting of the ▓▓▓▓▓▓▓▓▓will take place May 19-22, and that an invitation to the event might be issued, if need be, for this individual.

2. **Organization of a corresponding meeting in September-October 2016 at the Russians' initiative in Moscow** on the eve of the upcoming presidential election in the USA.

In the future, ▓▓▓▓▓**foresees the possibility of founding a research institute for studying and working out Russian-American policies.**

**It is desirable to provide confirmation of readiness to attend the events and also a name of the proposed third participant before April 1, 2016,** in order to give the Americans enough time to organize the meetings.

Attachment

Proposed American Participants in the Informal Meeting Series,

"Dialogue between Russia and the USA"

UNCLASSIFIED



UNCLASSIFIED

