UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Criminal Case: 18-cr-00218 (TSC)** |
| **MARIIA BUTINA,** : | |
|     Also known as Maria Butina, : | |
| : | |
|     **Defendant.** : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits a redacted version of Exhibit 8 to the government's Memorandum in Aid of Sentencing, as directed by the Court at the sentencing hearing on April 26, 2019.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472845

By: _____/s/_____
ERIK M. KENERSON
Assistant United States Attorney
Ohio Bar Number 82960
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7201
Email: erik.kenerson@usdoj.gov

UNITED STATES DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION



Washington Field Office
601 4th Street NW
Washington DC 20005

| | |
|---|---|
| File Number: | ▓▓▓▓▓▓▓▓▓▓ |
| Requesting Official(s) and Office(s): | ▓▓▓▓▓ |
| Task Number(s) and Date Completed: | ▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| Name and Office of Linguist(s): | ███████, WFO |
| Name and Office of Reviewer(s): | ███████, WFO |
| Source Language(s): | Russian |
| Target Language: | English |

Source File Information

▓▓▓ Source Material 10_2018_05_31_15_00_00_431

VERBATIM TRANSLATION

Abbreviations:

████████████████████

██████████

████████████████

Notes

National Prayer Breakfast and *the events around* (January 30 – February 2, 2017)

**January 30, 2017, Monday**

- Met with ▓▓▓▓▓▓▓▓▓▓ at 19:30. ▓▓▓▓ said that he will probably work at the headquarters of VVP's election campaign in 2018.

**January 31, 2017, Tuesday**

- Completed registration for breakfast at the Hilton.  Checked the list to make sure that there are tickets for all the delegation members.
- Met ▓▓ at the airport.  The plane was delayed for 1 hour.  He had a hard flight.
- We sorted out the presents, got ready for dinner.
- ▓▓▓▓▓▓ do not speak English. ▓▓▓▓ likes single-malt whiskey. ▓▓▓▓ – only red wine.

**Dinner a** ▓▓▓▓▓▓▓▓

- The Russians invited ▓▓ to Moscow (▓▓▓▓ – to the Moscow Economic Forum, ▓▓ – to the prayer breakfast.)
- ▓▓ and ▓▓ really want to go to Moscow.
- ▓▓▓▓ was introduced as VVP's campaign manager.
- ▓▓ met separately with the ▓▓▓▓ regarding ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**February 1 2017, Wednesday**

**Breakfast at the ambassador's with participation of** ▓▓▓▓▓▓▓▓▓▓

- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
- ▓▓ gave him some Crimean paper money as a present.
- The ambassador is skeptical about the breakfast (he is upset because the invitation came with a request to pay the entrance fee).
- Butina mentioned the ▓▓▓▓▓▓▓▓▓▓ and ▓▓
- Discussed *the* ▓▓▓▓▓▓▓▓▓▓▓▓ *received an award from VVP.  The Ambassador supports her actions.  "The idea was born at the residence during breakfast."*
- At the residence there's an Aivazoskiy painting – *landscape* –  *only 3 exist*
- As soon as we left, ▓ wrote a complaint about the delegation (according to ▓▓▓▓)
- He mentioned ▓▓ and hunting with him.

12:30     Lunch for members of foreign delegations to the National Prayer Breakfast at the Washington Hilton Hotel –an event of very questionable usefulness.

2

14:30     Meeting with ▨▨▨ (Butina/▨▨) at his residence at ▨▨▨▨

- ▨▨ apologized for the cancelation of the meeting with ▨▨
- As a substitution, he offered a direct contact with ▨▨▨▨
- ▨▨ asked us to give VVP a small globe and 2 Bibles with the translation that is the closest to the Greek original.

18:30   Parliamentary dinner for the National Prayer Breakfast participants.

- ▨▨ spoke at the European dinner. ▨▨▨▨ wrote the speech. He promised a translation, but alas.

**February 2 2017, Thursday**

5:45   Meeting in the lobby, transfer to the Washington Hilton Hotel -- just the right time! The line is very long.

- 7:30   The National Prayer Breakfast (table numbers are seldom checked. Tickets to the main hall are yellow; tickets to *the special* are blue). Specials are let in at around 7:45 during the break between the speakers and the resident.

The group tour of the Capitol was organized by ▨▨▨▨ (need to write him a thank-you note)

- **Met with ▨▨▨▨**
- Did not leave any contact info. I wrote to ▨▨▨▨ separately.
- ▨▨ brought up the idea of a Russian-American aid fund for Ukraine to resolve the situation.
- Translation of ▨▨ Twitter tweet

Shopping

▨▨▨▨▨▨▨▨▨▨▨▨

18:00   Russian dinner – around 40 people. ▨▨▨▨▨▨ The event was dragged out too long.

**February 3, 2017, Friday**

Had a conversation with ▨▨▨ He sees potential in the Russian- American project.

▨▨▨▨ idea is ▨▨▨▨   Representing Russia – ▨▨▨▨

Please contact Maria Butina with any questions

▨▨▨▨▨▨▨