UNCLASSIFIED

# UNITED STATES DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF INVESTIGATION



Washington Field Office
601 4th Street NW
Washington DC 20005

| | |
|---|---|
| File Number: | ▮▮▮ |
| Requesting Official(s) and Office(s): | ▮▮▮ |
| Task Number(s) and Date Completed: | ▮▮▮ |
| Name and Office of Linguist(s): | ▮▮▮, WFO |
| Name and Office of Reviewer(s): | ▮▮▮, WFO |
| Source Language(s): | Russian |
| Target Language: | English |

Source File Information

▮▮▮ Source Material 10_2018_05_31_15_00_00_431

VERBATIM TRANSLATION

Abbreviations:

▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

1

Notes

National Prayer Breakfast and *the events around* (January 30 – February 2, 2017)

**January 30, 2017, Monday**

- Met with ▮▮▮▮▮ at 19:30. ▮▮▮ said that he will probably work at the headquarters of VVP's election campaign in 2018.

**January 31, 2017, Tuesday**

- Completed registration for breakfast at the Hilton. Checked the list to make sure that there are tickets for all the delegation members.
- Met ▮▮ at the airport. The plane was delayed for 1 hour. He had a hard flight.
- We sorted out the presents, got ready for dinner.
- ▮▮▮▮▮ do not speak English. ▮▮▮▮ likes single-malt whiskey. ▮▮▮ – only red wine.

**Dinner a** ▮▮▮▮▮

- The Russians invited ▮▮ to Moscow (▮▮▮ – to the Moscow Economic Forum, ▮▮ – to the prayer breakfast.)
- ▮▮ and ▮▮ really want to go to Moscow.
- ▮▮▮ was introduced as VVP's campaign manager.
- ▮▮▮ met separately with the ▮▮▮▮ regarding ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**February 1 2017, Wednesday**

**Breakfast at the ambassador's with participation of** ▮▮▮▮▮▮

- ▮▮▮▮▮▮▮▮▮▮
- ▮▮ gave him some Crimean paper money as a present.
- The ambassador is skeptical about the breakfast (he is upset because the invitation came with a request to pay the entrance fee).
- Butina mentioned the ▮▮▮▮▮▮▮ and ▮▮▮
- Discussed *the* ▮▮▮▮▮▮▮▮▮ *received an award from VVP. The Ambassador supports her actions. "The idea was born at the residence during breakfast."*
- At the residence there's an Aivazoskiy painting – *landscape* – *only 3 exist*
- As soon as we left, ▮ wrote a complaint about the delegation (according to ▮▮▮▮)
- He mentioned ▮▮▮ and hunting with him.

12:30   Lunch for members of foreign delegations to the National Prayer Breakfast at the Washington Hilton Hotel –an event of very questionable usefulness.

2

14:30   Meeting with ▓▓▓▓ (Butina/▓▓▓ at his residence at ▓▓▓▓▓▓

- ▓▓ apologized for the cancelation of the meeting with ▓▓
- As a substitution, he offered a direct contact with ▓▓▓▓▓▓
- ▓▓ asked us to give VVP a small globe and 2 Bibles with the translation that is the closest to the Greek original.

18:30   Parliamentary dinner for the National Prayer Breakfast participants.

- ▓▓ spoke at the European dinner. ▓▓▓▓▓▓ wrote the speech.  He promised a translation, but alas.

**February 2 2017, Thursday**

5:45   Meeting in the lobby, transfer to the Washington Hilton Hotel -- just the right time!  The line is very long.

- 7:30   The National Prayer Breakfast (table numbers are seldom checked.  Tickets to the main hall are yellow; tickets to *the special* are blue).  Specials are let in at around 7:45 during the break between the speakers and the resident.

The group tour of the Capitol was organized by ▓▓▓▓▓▓ (need to write him a thank-you note)

- **Met with** ▓▓▓▓▓▓
- Did not leave any contact info.  I wrote to ▓▓▓▓▓▓ eparately.
- ▓▓ brought up the idea of a Russian-American aid fund for Ukraine to resolve the situation.
- Translation of ▓▓ Twitter tweet

Shopping

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

18:00   Russian dinner – around 40 people. ▓▓▓▓▓▓▓▓▓▓ The event was dragged out too long.

**February 3, 2017, Friday**

Had a conversation with ▓▓▓▓ He sees potential in the Russian- American project.

▓▓▓▓▓▓ idea is ▓▓▓▓▓▓   Representing Russia – ▓▓▓▓▓▓

Please contact Maria Butina with any questions

▓▓▓▓▓▓▓▓▓▓▓▓