Notice of Appeal Criminal

CO-290
Rev. 3/88

*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  ) | |
| ) | |
| v.  ) | Case No.: 1:18-cr-218 (TSC) |
| ) | |
| **MARIIA BUTINA, aka MARIA BUTINA**  ) | |
| ) | |
| **Defendant.**  ) | |
| ) | |

## NOTICE OF APPEAL

**Name and address of appellant:**         Mariia Butina, a/k/a Maria Butina
                                            Grady County Jail
                                            Chickasha, OK 73018

**Name and address of appellant's attorney:**   Robert N. Driscoll (DC Bar #486451)
                                                Alfred D. Carry (DC Bar #1011877)
                                                McGlinchey Stafford PLLC
                                                1275 Pennsylvania Avenue NW, Suite 420
                                                Washington, DC 20004

**Offense:** Conspiracy to violate 18 USC § 951 (acting as an agent of a foreign official), in violation of 18 USC § 371.

**Concise statement of judgment or order, giving date, and any sentence:**
Judgment in a Criminal Case, entered on the docket 5/2/19. Defendant sentenced to a term of 18 months imprisonment; no term of supervised release; and $100 special assessment.

**Name and institution where now confined, if not on bail:** Grady County Jail Oklahoma

   I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

5/15/19                                   Mariia Butina
**DATE**                                  **APPELLANT**

                                          Robert N. Driscoll
                                          **ATTORNEY FOR APPELLANT**

CJA, NO FEE           x
PAID USDC FEE         No
PAID USCA FEE         No

Does counsel wish to appear on appeal?           ___ Yes     _x_ No
Has counsel ordered transcripts?                 _x_ Yes     ___ No
Is this appeal pursuant to the 1984 Sentencing Reform Act?   ___ Yes   _x_ No