APPEAL,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:18–cr–00218–TSC–1
### *Internal Use Only*

Case title: USA v. BUTINA
Magistrate judge case number:  1:18–mj–00073–DAR

Date Filed: 07/17/2018

Assigned to: Judge Tanya S. Chutkan

**Defendant (1)**

| | | |
|---|---|---|
| **MARIIA BUTINA**<br>*also known as*<br>MARIA BUTINA | represented by | **A.J. Kramer**<br>FEDERAL PUBLIC DEFENDER FOR THE<br>DISTRICT OF COLUMBIA<br>625 Indiana Avenue, NW<br>Suite 550<br>Washington, DC 20004<br>(202) 208–7500<br>Fax: (202) 501–3829<br>Email: a._j._kramer@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community*<br>*Defender Appointment* |

**Alfred Dumetz Carry**
MCGLINCHEY STAFFORD PLLC
1275 Pennsylvania Avenue, NW
Suite 420
Washington, DC 20004
(202) 802–9999
Fax: (202) 330–5897
Email: acarry@mcglinchey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Robert Neil Driscoll**
MCGLINCHEY STAFFORD PLLC
1275 Pennsylvania Avenue, NW
Suite 420
Washington, DC 20004
(202) 802–9950
Email: rdriscoll@mcglinchey.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:371 and 951;<br>IMPERSONATING AGENTS OF<br>FOREIGN GOVERNMENTS;<br>Conspiracy to Act as an Agent of a<br>Foreign Government.<br>(1) | Defendant sentencing to Eight (18) months on<br>Count 1. No period of supervised release imposed.<br>Special Assessment of $100.00. |
| 18:951; IMPERSONATING<br>AGENTS OF FOREIGN<br>GOVERNMENTS; Agents of<br>Foreign Government.<br>(2) | Oral motion by government to dismiss Count 2;<br>heard and GRANTED. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| COMPLAINT In Violation of<br>18:371 | |

---

**Plaintiff**

| **USA** | represented by | **Erik Michael Kenerson** |
| --- | --- | --- |
| | | U.S. ATTORNEY'S OFFICE FOR THE<br>DISTRICT OF COLUMBIA<br>555 Fourth Street, NW<br>Suite 11–449<br>Washington, DC 20530<br>(202) 252–7201<br>Email: erik.kenerson@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney* |
| | | **Thomas Nelson Saunders** |

2

UNITED STATES ATTORNEY FOR
THE DISTICT OF COLUMBIA
National Security Section
555 4th Street, NW
11th floor
Washington, DC 20001
(202) 252–7790
Email: thomas.saunders@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**William A. Mackie**
U. S. DEPARTMENT OF JUSTICE
National Security Division
950n Pennsylvania Avenue NW
Suite 7700
Washington, DC 20530
(202) 233–2122
Email: Will.Mackie@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/14/2018 | 1 | | COMPLAINT as to MARIIA BUTINA (1). (Attachments: # 1 Affidavit In Support of an Application for a Criminal Complaint) (zjs)[1:18–mj–00073–DAR] Modified on 7/17/2018 (hsj). (Entered: 07/16/2018) |
| 07/14/2018 | 2 | | MOTION to Seal Complaint and Related Documents by USA as to MARIIA BUTINA. (zjs) [1:18–mj–00073–DAR] (Entered: 07/16/2018) |
| 07/14/2018 | 3 | | ORDER granting 2 Motion to Seal Complaint and Related Documents as to MARIIA BUTINA (1).Signed by Magistrate Judge Deborah A. Robinson on 7/14/2018. (zjs) [1:18–mj–00073–DAR] (Entered: 07/16/2018) |
| 07/16/2018 | | | Arrest of MARIIA BUTINA. (zcal) [1:18–mj–00073–DAR] (Entered: 07/16/2018) |
| 07/16/2018 | 4 | | Arrest Warrant Returned Executed on 7/16/2018 as to MARIIA BUTINA. (zcal) [1:18–mj–00073–DAR] (Entered: 07/16/2018) |
| 07/16/2018 | | | ORAL MOTION by the Government to Unseal Case as to MARIIA BUTINA. (zcal) [1:18–mj–00073–DAR] (Entered: 07/16/2018) |
| 07/16/2018 | | | ORAL MOTION by the Government for Temporary Detention (3–Day Hold) as to MARIIA BUTINA. (zcal) [1:18–mj–00073–DAR] (Entered: 07/16/2018) |
| 07/16/2018 | | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson: Initial Appearance as to MARIIA BUTINA held on 7/16/2018. Oral Motion by the Government to Unseal Case as to MARIIA BUTINA (1); heard and granted. Oral Motion by the Government for Temporary Detention (3–Day |

| | | |
|---|---|---|
| | | Hold) as to MARIIA BUTINA (1); heard and granted. The Government represented that the Defendant's Consular Notification was made prior to today's hearing. Preliminary/Detention Hearing set for 7/18/2018 at 01:30 PM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. [Medical/Mental Health Alert issued to the D.C. Department of Corrections Medical Unit] Bond Status of Defendant: Defendant Held without Bond/ Commitment Issued; Court Reporter: FTR – Gold; FTR Time Frame: Ctrm 4 [1:41:32 – 1:50:59; (Sealed: 1:51:27 – 1:53:34); 1:53:34 – 1:54:38]; Defense Attorney: Robert Driscoll; US Attorney: Erik Kenerson and Wiliam Mackie; Pretrial Officer: Masharia Holman. (zcal) [1:18–mj–00073–DAR] (Entered: 07/16/2018) |
| 07/17/2018 | 6 | TRANSCRIPT OF PROCEEDINGS in case as to MARIIA BUTINA before Magistrate Judge Deborah A. Robinson held on July 16, 2018; Page Numbers: 1–8. Date of Issuance: July 17, 2018. Transcriber Janice Dickman, Telephone number 202–354–3267, Transcripts may be ordered by submitting the <a href="http://www.dcd.uscourts.gov/node/110">Transcript Order Form</a><P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<P></P> Redaction Request due 8/7/2018. Redacted Transcript Deadline set for 8/17/2018. Release of Transcript Restriction set for 10/15/2018.(Dickman, Janice) [1:18–mj–00073–DAR] (Entered: 07/17/2018) |
| 07/17/2018 | 7 | INDICTMENT as to MARIIA BUTINA (1) count(s) 1, 2. (hsj) (Entered: 07/17/2018) |
| 07/18/2018 | | MINUTE ORDER as to MARIIA BUTINA: It is ORDERED that the July 16, 2018 recording of the bench conference (FTR–Gold Time Frame: 1:51:27 – 1:53:34), now under seal, is hereby UNSEALED. So Ordered by Magistrate Judge Deborah A. Robinson on 7/18/2018. (cal) (Entered: 07/18/2018) |
| 07/18/2018 | 8 | MEMORANDUM in Support of Pretrial Detention by USA as to MARIIA BUTINA (Attachments: # 1 Exhibit A)(Kenerson, Erik) (Entered: 07/18/2018) |
| 07/18/2018 | 9 | Consent MOTION for Order permitting Defendant to appear at in–court proceedings in civilian clothes and without restraints by MARIIA BUTINA. (Attachments: # 1 Text of Proposed Order)(Carry, Alfred) (Entered: 07/18/2018) |
| 07/18/2018 | | MINUTE ORDER denying 9 Motion for Order permitting Defendant MARIIA BUTINA to appear at in–court proceedings in civilian clothes is DENIED. By said motion, counsel for Defendant requests action by the United States Marshal Service not customarily provided, except in instances in which an individual in custody appears before a jury. In any event, said motion was not filed until forty minutes prior to the start of the scheduled hearing, affording no opportunity for consideration by the Marshal of said request. So Ordered by |

| | | |
|---|---|---|
| | | Magistrate Judge Deborah A. Robinson on 7/18/2018. (cal) (Entered: 07/18/2018) |
| 07/18/2018 | | ORAL MOTION to Commit Defendant MARIIA BUTINA to Custody of Attorney General. (cal) (Entered: 07/18/2018) |
| 07/18/2018 | | ORAL MOTION for Release from Custody by MARIIA BUTINA. (cal) (Entered: 07/18/2018) |
| 07/18/2018 | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson: Detention Hearing/Arraignment as to MARIIA BUTINA (1): Count 1,2 held on 7/18/2018. Not Guilty Plea as to all counts. Oral Motion to Commit Defendant MARIIA BUTINA (1) to Custody of Attorney General; heard and granted. Oral Motion for Release from Custody by MARIIA BUTINA (1); heard and denied. Pretrial Detention Ordered. Status Conference set for 7/24/2018 at 10:00 AM in Courtroom 9 before Judge Tanya S. Chutkan. Bond Status of Defendant: Defendant Committed/ Commitment Issued; Court Reporter: Lisa Edwards; FTR Time Frame: Ctrm 4 [1:40:58 – 2:26:35; 2:42:51 – 3:19:06]; Defense Attorney: Robert Driscoll, Alfred Carry, and Daniel Plunkett; US Attorney: Erik Kenerson, William Mackie, and Deborah Curtis; Pretrial Officer: Masharia Holman; 1 Government Witness: Joseph Stowell. [3 Government Exhibits admitted into Evidence, 2 Defense Exhibits admitted into Evidence] (cal) (Entered: 07/18/2018) |
| 07/18/2018 | 10 | EXHIBIT LIST by USA as to MARIIA BUTINA. (cal) (Entered: 07/18/2018) |
| 07/18/2018 | 11 | EXHIBIT LIST by MARIIA BUTINA. (cal) (Entered: 07/18/2018) |
| 07/18/2018 | 12 | TRANSCRIPT OF PROCEEDINGS in case as to MARIIA BUTINA before Magistrate Judge Deborah A. Robinson held on July 18, 2018; Page Numbers: 1–73. Date of Issuance: July 18, 2018. Court Reporter/Transcriber Lisa Edwards, Telephone number (202) 354–3269, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purcha sed from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/8/2018. Redacted Transcript Deadline set for 8/18/2018. Release of Transcript Restriction set for 10/16/2018.(Edwards, Lisa) (Entered: 07/18/2018) |
| 07/19/2018 | 13 | TRANSCRIPT OF PROCEEDINGS in case as to MARIIA BUTINA before Magistrate Judge Deborah A. Robinson held on July 16, 2018 UNSEALED; Page Numbers: 1–12. Date of Issuance: July 19, 2018. Transcriber Janice |

| | | | |
|---|---|---|---|
| | | | Dickman, Telephone number 202–354–3267, Transcripts may be ordered by submitting the <a href="http://www.dcd.uscourts.gov/node/110">Transcript Order Form</a><P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<P></P> Redaction Request due 8/9/2018. Redacted Transcript Deadline set for 8/19/2018. Release of Transcript Restriction set for 10/17/2018.(Dickman, Janice) (Entered: 07/19/2018) |
| 07/19/2018 | | | Set/Reset Hearings as to MARIIA BUTINA:Status Conference reset for 7/25/2018 at 10:15 AM in Courtroom 9 before Judge Tanya S. Chutkan. (tb) (Entered: 07/19/2018) |
| 07/24/2018 | 14 | | NOTICE OF ATTORNEY APPEARANCE Thomas Nelson Saunders appearing for USA. (Saunders, Thomas) (Entered: 07/24/2018) |
| 07/24/2018 | 15 | | DETENTION MEMORANDUM as to MARIIA BUTINA Signed by Magistrate Judge Deborah A. Robinson on 07/24/2018. (lcdar3) (Entered: 07/24/2018) |
| 07/25/2018 | | | Minute Entry: Status Conference as to MARIIA BUTINA held on 7/25/2018 before Judge Tanya S. Chutkan: Government shall file proposed protective order by 08/08/18 and the defendant may file any objection(s) or a protective order by 08/15/18. Status Conference set for 9/10/2018 at 02:00 PM in Courtroom 9 before Judge Tanya S. Chutkan. The Court finds in interest of justice (XT) that the time between 07/25/18 and 09/10/18 shall be excluded from the speedy trial calculation. Defendant committed; commitment issued. Court Reporter: Bryan Wayne; Defense Attorney: Robert Driscoll and Alfred Carry; US Attorney: Tom Saunders and Erik Kenerson. (tb) (Entered: 07/25/2018) |
| 07/25/2018 | | | Set/Reset Deadlines as to MARIIA BUTINA: Government's protective order due by 8/8/2018. Defendant's response due by 8/15/2018. (tb) (Entered: 07/25/2018) |
| 07/25/2018 | 16 | | TRANSCRIPT OF 7/25/18 STATUS HEARING in case as to MARIIA BUTINA, before Judge Tanya S. Chutkan, held on July 25, 2018; Page Numbers: 1–27. Date of Issuance: July 25, 2018. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced abov e. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. |

| | | | |
|---|---|---|---|
| | | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/15/2018. Redacted Transcript Deadline set for 8/25/2018. Release of Transcript Restriction set for 10/23/2018.(Wayne, Bryan) (Entered: 07/25/2018) |
| 07/30/2018 | <u>18</u> | | LEAVE TO FILE DENIED– Motion to Intervene and Join as to MARIIA BUTINA This document is unavailable as the Court denied its filing. 'Leave to File Denied Signed by Judge Tanya S. Chutkan on 7/30/2018. (hsj) (Entered: 08/03/2018) |
| 08/01/2018 | <u>17</u> | | LEAVE TO FILE DENIED– Motion to Dismiss Indictment for Insufficient Evidence and Lack of Jurisdiction Fed R. Crim Proc.12(b) and Defense Sentencing Memorandum and Notice of Appeal of the Order Denying Bond as to MARIIA BUTINA This document is unavailable as the Court denied its filing. "Leave to File Denied" Signed by Judge Tanya S. Chutkan on 8/1/2018. (hsj) (Entered: 08/03/2018) |
| 08/06/2018 | <u>19</u> | | NOTICE OF ATTORNEY APPEARANCE William A. Mackie appearing for USA. (Mackie, William) (Entered: 08/06/2018) |
| 08/08/2018 | <u>20</u> | | Unopposed MOTION for Protective Order by USA as to MARIIA BUTINA. (Attachments: # <u>1</u> Text of Proposed Order)(Kenerson, Erik) (Entered: 08/08/2018) |
| 08/10/2018 | <u>21</u> | | PROTECTIVE ORDER setting forth procedures for handling confidential material; allowing designated material to be filed under seal as to MARIIA BUTINA. Signed by Judge Tanya S. Chutkan on 08/08/18. (tb) (Entered: 08/10/2018) |
| 08/23/2018 | <u>22</u> | | NOTICE *of Filing* by USA as to MARIIA BUTINA (Attachments: # <u>1</u> Letter from Govt to Def)(Saunders, Thomas) (Entered: 08/23/2018) |
| 08/24/2018 | <u>23</u> | | MOTION to Review *Bond and to Modify Pretrial Order of Detention* by MARIIA BUTINA. (Attachments: # <u>1</u> Memorandum in Support, # <u>2</u> Ex. 1, # <u>3</u> Ex. 2, # <u>4</u> Ex. 3, # <u>5</u> Ex. 4, # <u>6</u> Ex. 5, # <u>7</u> Ex. 6, # <u>8</u> Ex. 7, # <u>9</u> Ex. 8, # <u>10</u> Ex. 9, # <u>11</u> Text of Proposed Order)(Carry, Alfred) (Entered: 08/24/2018) |
| 08/24/2018 | | | MINUTE ORDER as to MARIIA BUTINA. In light of the Governments letter of August 23, 2018 <u>22</u> and the courts discussion regarding statements to the media at the 7/25/2018 status conference, the parties may file submissions setting forth reasons why the court should not enter an order pursuant to Local Rule 57.7(c), requiring all interested parties to refrain from making further statements to the media or in public settings that are substantially likely to have a materially prejudicial effect on the conduct of this case. Any submissions are due at 2:00 PM on 9/9/18. The court expects to address this issue along with the Defendants bond review motion <u>23</u> at the status conference scheduled for 9/10/18. SO ORDERED By Judge Tanya S. Chutkan on 8/24/2018. (jth) (Entered: 08/24/2018) |

| 08/31/2018 | 24 | | RESPONSE by USA as to MARIIA BUTINA *Resp. to Court's Aug. 24 Minute Order (Media Stmts.)* (Attachments: # 1 Text of Proposed Order)(Saunders, Thomas) (Entered: 08/31/2018) |
|---|---|---|---|
| 09/07/2018 | 25 | | RESPONSE by MARIIA BUTINA re Order,,,, Set Deadlines,,, *and the Minute Order of Aug. 24, 2018, concerning Local Rule 57.7(c)* (Carry, Alfred) (Entered: 09/07/2018) |
| 09/07/2018 | 26 | | Memorandum in Opposition by USA as to MARIIA BUTINA re 23 MOTION to Review *Bond and to Modify Pretrial Order of Detention* (Kenerson, Erik) (Entered: 09/07/2018) |
| 09/07/2018 | 28 | | RESPONSE TO MINUTE ORDER OF THE COURT on 8/24/2018 by MARIIA BUTINA. (See Docket Entry 25 to View Document). (hsj) (Entered: 09/10/2018) |
| 09/09/2018 | 27 | | REPLY in Support by MARIIA BUTINA re 23 MOTION to Review *Bond and to Modify Pretrial Order of Detention* (Carry, Alfred) (Entered: 09/09/2018) |
| 09/10/2018 | 29 | | TRANSCRIPT OF 9/10/18 STATUS HEARING in case as to MARIIA BUTINA, before Judge Tanya S. Chutkan, held on September 10, 2018. Page Numbers: 1–26. Date of Issuance: September 10, 2018. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter refer enced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/1/2018. Redacted Transcript Deadline set for 10/11/2018. Release of Transcript Restriction set for 12/9/2018.(Wayne, Bryan) (Entered: 09/10/2018) |
| 09/10/2018 | | | Minute Entry: Status Conference as to MARIIA BUTINA held on 9/10/2018 before Judge Tanya S. Chutkan: Defendant's Motion to Review Bond and to Modify Pretrial Order of Detention is hereby DENIED. The Court will issue gag order. Motions due by 10/26/2018. Responses due by 11/9/2019. Reply due by 11/12/2018. Status Conference set for 11/13/2018 at 10:00 AM in Courtroom 9 before Judge Tanya S. Chutkan. The Court finds in the interest of justice (XT) that the time between 09/10/18 and 11/13/18 shall be excluded from the speedy trial calculation. Defendant committed; commitment issue. Court Reporter: Bryan Wayne; Defense Attorney: Alfred Carry and Robert Driscoll; US Attorney: Erik Henderson and Thomas Saunders. (tb) (Entered: 09/11/2018) |

| 09/10/2018 | 30 | | NOTICE of Filing by MARIIA BUTINA re 23 MOTION to Review Bond and to Modify Pretrial Order of Detention. (hsj) (Entered: 09/11/2018) |
|---|---|---|---|
| 09/12/2018 | 31 | | VACATED PURSUANT TO MINUTE ORDER FILED ON 12/21/2018.....ORDER: Pursuant to Local Criminal Rule 57.7(c) regarding statements to the media or in public settings as to MARIIA BUTINA. Signed by Judge Tanya S. Chutkan on 09/12/18. (tb) Modified on 12/21/2018 (tb). (Entered: 09/12/2018) |
| 09/21/2018 | 32 | | ORDER TO SHOW CAUSE: By 5:00 PM today Friday 9/21/18 the Defendant shall show cause why this court should not quash the subpoena issued to the American University. (See order for further details). Signed by Judge Tanya S. Chutkan on 9/21/2018. (jth) (Entered: 09/21/2018) |
| 09/21/2018 | 33 | | ORDER of Authorization for Transportation of Prisoner for Interview Purposes at the U.S. Attorney's Office or the Alexandria Public Safety Center. (See the order for complete details). Signed by Judge Tanya S. Chutkan on 9/21/2018. (zjth) Modified on 12/14/2018 (zhsj). (Entered: 09/21/2018) |
| 09/21/2018 | 34 | | MOTION for Extension of Time to *Reply to the Order to Show Cause* by MARIIA BUTINA. (Carry, Alfred) (Entered: 09/21/2018) |
| 09/21/2018 | | | MINUTE ORDER: Defendants Motion for Extension of Time to Reply to the Order to Show Cause 34 is hereby GRANTED. By 5:00 PM on Saturday, September 22, 2018, the Defendant shall show cause why this court should not quash the subpoena issued to the American University. Signed by Judge Tanya S. Chutkan on 9/21/2018. (jth) (Entered: 09/21/2018) |
| 09/21/2018 | 35 | | MOTION for Authorization of Transportation filed by USA as to MARIIA BUTINA. (Attachments: # 1 Text of Proposed Order) (zhsj) Modified on 12/14/2018 (hsj). (Entered: 09/21/2018) |
| 09/22/2018 | 36 | | REPLY by MARIIA BUTINA re 32 Order to Show Cause (Attachments: # 1 Subpoena Duces Tecum to American University)(Carry, Alfred) Modified to add link on 9/25/2018 (znmw). (Entered: 09/22/2018) |
| 09/24/2018 | | | MINUTE ORDER as to MARIIA BUTINA: Counsel for the Defendant is hereby directed to serve a copy of 36 , the Defendants response to the Order to Show Cause, on counsel for American University and file a certificate of service on the docket. Signed by Judge Tanya S. Chutkan on 9/24/18. (DJS) (Entered: 09/24/2018) |
| 09/24/2018 | 37 | | NOTICE *of Certificate of Service in re service of the Order to Show Cause (Doc. 32) and Defendant's Reply (Doc. 36) on counsel for American University* by MARIIA BUTINA (Carry, Alfred) (Entered: 09/24/2018) |
| 09/24/2018 | 38 | | RESPONSE by USA as to MARIIA BUTINA re 36 Reply to document *Order to Show Cause* (Kenerson, Erik) (Entered: 09/24/2018) |
| 09/25/2018 | | | Set/Reset Deadlines as to MARIIA BUTINA: Show Cause Response due by 5:00 p.m. on 9/22/2018. (tb) (Entered: 09/25/2018) |
| 10/05/2018 | | | MINUTE ORDER: The court hereby GRANTS the ex parte motions to quash the subpoena duces tecum (see ECF 32) without prejudice for failure to comply with the procedural requirements of Federal Rule of Criminal Procedure 17(c). If Defendant still seeks the issuance of a Rule 17(c) subpoena for the records, it |

| | | | |
|---|---|---|---|
| | | | shall file a proper motion within seven (7) days. The motion shall address, with specificity, the following questions: (1) What party and/or entities or persons, if any, should receive the motion and be given an opportunity to contest the subpoena in part or full?; (2) Does the requested material satisfy the requirements of Rule 17(c)?; and (3) Should the subpoenaed documents be delivered to the court or to an address specified by Defendant? The court's September 21, 2018 Order to Show Cause is deemed resolved. SO ORDERED – by Judge Tanya S. Chutkan on 10/05/18. (tb) (Entered: 10/05/2018) |
| 10/12/2018 | 39 | | MOTION for Order Authorizing Issuance of Rule 17(c) Subpoena by MARIIA BUTINA. (Attachments: # 1 Memorandum in Support, # 2 Proposed Rule 17(c) Subpoena, # 3 Text of Proposed Order)(Carry, Alfred) (Entered: 10/12/2018) |
| 10/14/2018 | 40 | | NOTICE *of Filing* by MARIIA BUTINA (Attachments: # 1 Ltr. from Def. to Govt re Discovery)(Carry, Alfred) (Entered: 10/14/2018) |
| 10/16/2018 | | | MINUTE ORDER as to MARIIA BUTINA: If the Government wishes to file an opposition to 39 Defendant's Motion for Issuance of Rule 17(c) Subpoena, it shall by October 19, 2018 at 5:00 p.m. Defendant may file a reply, if needed, by October 24, 2018 at 5:00 p.m. SO ORDERED – by Judge Tanya S. Chutkan on 10/15/18. (tb) Modified on 10/16/2018 (tb). (Entered: 10/16/2018) |
| 10/22/2018 | 41 | | NOTICE *of Filing* by MARIIA BUTINA (Attachments: # 1 Redacted Ltr. from Def. to Govt 2018–Oct–22)(Carry, Alfred) (Entered: 10/22/2018) |
| 10/22/2018 | 42 | | NOTICE *Of Filing* by USA as to MARIIA BUTINA (Attachments: # 1 Letter to Defense Counsel)(Kenerson, Erik) (Entered: 10/22/2018) |
| 10/23/2018 | 43 | | MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by USA as to MARIIA BUTINA. (Attachments: # 1 Text of Proposed Order, # 2 Motion for Authorization of Transportation, # 3 Text of Proposed Order)(Saunders, Thomas) Modified on 12/14/2018 (hsj). (Entered: 10/23/2018) |
| 10/25/2018 | 44 | | Joint MOTION to Continue *Status Conference* by USA as to MARIIA BUTINA. (Attachments: # 1 Text of Proposed Order)(Kenerson, Erik) (Entered: 10/25/2018) |
| 10/26/2018 | 45 | | ORDER as to MARIIA BUTINA: Granting motion for authorization to transport. Signed by Judge Tanya S. Chutkan on 10/26/18.(tb) Modified on 12/14/2018 (hsj). (Entered: 10/26/2018) |
| 10/26/2018 | 46 | | ORDER as to MARIIA BUTINA: Granting Motion for Leave to File. Signed by Judge Tanya S. Chutkan on 10/26/18.(tb) Modified on 12/14/2018 (hsj). (Entered: 10/26/2018) |
| 10/26/2018 | 47 | | ORDER: Upon consideration of the parties' 44 Joint Motion to Continue Status Hearing as to MARIIA BUTINA (1); it is hereby ordered that the motion is GRANTED. It is further ordered that the parties shall appear for a status hearing on 120618 at 11:00 a.m. SEE ORDER FOR MORE DETAILS. Signed by Judge Tanya S. Chutkan on 10/26/18. (tb) (Entered: 10/26/2018) |
| 10/26/2018 | | | Set/Reset Deadlines/Hearings as to MARIIA BUTINA: Dispositive motion due by 11/16/2018. Response due by 11/30/2018. Reply due by 12/3/2018. Status Conference set for 12/6/2018 at 11:00 AM in Courtroom 9 before Judge Tanya |

| | | | |
|---|---|---|---|
| | | | S. Chutkan. (tb) Modified on 10/26/2018 (tb). (Entered: 10/26/2018) |
| 10/26/2018 | 49 | | MOTION for Authorization of Transportation filed by USA as to MARIIA BUTINA. (hsj) Modified on 12/14/2018 (hsj). (Entered: 11/01/2018) |
| 10/31/2018 | 48 | | ORDER: Defendant's 39 Motion for Issuance of Rule (17)(c) Subpoena (to American University) is GRANTED with modifications and conditions. See Order for more details. By November 12, 2018 the Defendant and Government shall meet and confer and provide the court with a proposed Protective Order that will govern documents, information, and objects provided by American University. Signed by Judge Tanya S. Chutkan on 10/31/18. (mac) (Entered: 10/31/2018) |
| 11/09/2018 | 50 | | Consent MOTION for Protective Order *Governing Documents from American Univ.* by MARIIA BUTINA. (Attachments: # 1 Stipulated Protective Order Governing Documents from American Univ.)(Carry, Alfred) (Entered: 11/09/2018) |
| 11/13/2018 | 51 | | ORDER: The Consent Motion for Protective Order Governing Documents from American University 50 is GRANTED. See Order for more details. Signed by Judge Tanya S. Chutkan on 11/131/8. (tb) (Entered: 11/13/2018) |
| 11/15/2018 | 52 | | WITHDRAWN PURSUANT TO NOTICE FILED 11/16/2018..... MOTION to Dismiss Case *or Compel Election between Multiplicitous Counts* by MARIIA BUTINA. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Carry, Alfred) Modified on 11/19/2018 (znmw). (Entered: 11/15/2018) |
| 11/15/2018 | 53 | | WITHDRAWN PURSUANT TO NOTICE FILED 11/16/2018..... MOTION to Compel Election between Multiplicitous Counts by MARIIA BUTINA. (See Docket Entry 52 to View Document). (hsj) Modified on 11/19/2018 (znmw). (Entered: 11/16/2018) |
| 11/16/2018 | 54 | | Joint MOTION to Continue *Status Conference* by USA as to MARIIA BUTINA. (Attachments: # 1 Text of Proposed Order)(Kenerson, Erik) (Entered: 11/16/2018) |
| 11/16/2018 | | | MINUTE ORDER as to MARIIA BUTINA (1): The Joint Motion to Continue Status Conference 54 is GRANTED in part. Defendant may withdraw the Motions to Dismiss or Compel Election Between Multiplicitous Counts 52 53 without prejudice. The Defendant shall fill any dispositive motions by November 28, 2018. The government's response is due December 12, 2018. The Defendant's reply is due December 14, 2018. The Status Conference set for December 6, 2018 is VACATED. A Status Conference is scheduled for December 19, 2018 at 2:00 p.m. For the reasons stated in the court's Order on October 26, 2018 47 , it is ORDERED that the time between the date of this Order and December 19, 2018 shall be excluded from calculation under the Speedy Trial Act, 18 U.S.C. Section 3161. SO ORDERED – by Judge Tanya S. Chutkan on 11/16/18. (tb) (Entered: 11/16/2018) |
| 11/16/2018 | 55 | | NOTICE *of Withdrawal of Defendant's Motions (Docs. 52, 53) Without Prejudice* by MARIIA BUTINA re 53 MOTION to Compel, 52 MOTION to Dismiss Case *or Compel Election between Multiplicitous Counts* (Carry, Alfred) (Entered: 11/16/2018) |
| 11/19/2018 | | | |

| | | | |
|---|---|---|---|
| | | | Set/Reset Deadlines/Hearings as to MARIIA BUTINA: Dispositive motion due by 11/28/2018. Response due by 12/12/2018. Reply due by 12/14/2018. Status Conference set for 12/19/2018 at 02:00 PM in Courtroom 30A before Judge Tanya S. Chutkan. (tb) (Entered: 11/19/2018) |
| 11/23/2018 | 56 | | NOTICE *of Proof of Service in re Rule 17(c) Subpoena to American University* by MARIIA BUTINA (Attachments: # 1 Return Copy of Rule 17(c) Subpoena)(Carry, Alfred) (Entered: 11/23/2018) |
| 11/27/2018 | 57 | | MOTION for Order Transferring Defendant Maria Butina into General Population Housing by MARIIA BUTINA. (Attachments: # 1 Text of Proposed Order)(Carry, Alfred) (Entered: 11/27/2018) |
| 11/27/2018 | 58 | | NOTICE *of Corrected Filing* by MARIIA BUTINA re 57 MOTION for Order Transferring Defendant Maria Butina into General Population Housing (Attachments: # 1 Errata Corrected Motion, # 2 Text of Proposed Order)(Carry, Alfred) (Entered: 11/27/2018) |
| 11/27/2018 | 59 | | CORRECTED 57 MOTION to Transfer Defendant Maria Butina into General Population Housing by MARIIA BUTINA. (Attachments: # 1 Text of Proposed Order) (hsj) (Entered: 11/28/2018) |
| 11/28/2018 | 60 | | Joint MOTION to Vacate *Dispositive Motions Schedule* by USA as to MARIIA BUTINA. (Saunders, Thomas) (Entered: 11/28/2018) |
| 11/28/2018 | 61 | | Defendant's Corrected Motion to Transfer Defendant Maria Butina into General Population Housing 59 is DENIED. See Order for more details. Signed by Judge Tanya S. Chutkan on 11/28/2018. (jth) (Entered: 11/28/2018) |
| 11/30/2018 | | | MINUTE ORDER: The Joint Motion to Vacate Dispositive Motions Schedule 60 is GRANTED. The Status Conference will be held on December 19, 2018 at 2:30 p.m. unless the parties request an earlier date. SO ORDERED – by Judge Tanya S. Chutkan on 11/30/18. (tb) (Entered: 11/30/2018) |
| 11/30/2018 | | | Set/Reset Hearings as to MARIIA BUTINA:Status Conference reset for 12/19/2018 at (TIME CHANGE) 02:30 PM in Courtroom 9 before Judge Tanya S. Chutkan. (tb) (Entered: 11/30/2018) |
| 12/05/2018 | 62 | | MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL as to MARIIA BUTINA. (Attachments: # 1 UNDER SEAL Motion for Telephone Conference on Dec. 6, 2018 at 11:00 A.M.) (Carry, Alfred) Modified on 12/14/2018 (hsj). (Entered: 12/05/2018) |
| 12/05/2018 | | | MINUTE ORDER: A telephone conference is scheduled for December 6, 2018 at 11:00 a.m. Signed by Judge Tanya S. Chutkan on 12/5/2018. (lctsc3) (Entered: 12/05/2018) |
| 12/06/2018 | | | Set/Reset Deadlines/Hearings as to MARIIA BUTINA: Telephone Conference set for 12/6/2018 at 11:00 AM in Courtroom 9 before Judge Tanya S. Chutkan. (tb) (Entered: 12/06/2018) |
| 12/06/2018 | | | Minute Entry: Telephone Conference as to MARIIA BUTINA held on 12/6/2018 before Judge Tanya S. Chutkan: Defendant's presence waived; defendant remains committed. Court Reporter: Bryan Wayne; Defense Attorney: Robert Driscoll and Alfred Carry; US Attorney: Erik Kenreson and Thomas Saunders. (tb) (Entered: 12/06/2018) |

| 12/06/2018 | | | MINUTE ORDER: The court appoints A.J. Kramer as advisory counsel to Defendant Mariia Butina. SO ORDERED – by Judge Tanya S. Chutkan on 12/06/18. (tb) (Entered: 12/06/2018) |
|---|---|---|---|
| 12/06/2018 | | | MINUTE ORDER TO SHOW CAUSE: By December 10, 2018 at 5:00 p.m. the Defendant shall show cause in writing why the court should not unseal the sealed portion of the transcript of the telephone conference held on December 6, 2018. SO ORDERED – by Judge Tanya S. Chutkan on 12/06/18. (tb) (Entered: 12/06/2018) |
| 12/10/2018 | 63 | | Joint MOTION for Hearing by USA as to MARIIA BUTINA. (Kenerson, Erik) (Entered: 12/10/2018) |
| 12/10/2018 | 64 | | RESPONSE TO ORDER TO SHOW CAUSE by MARIIA BUTINA re Minute Order *Dec. 6, 2018 Minute Order to Show Cause* (Carry, Alfred) Modified event title on 12/12/2018 (znmw). (Entered: 12/10/2018) |
| 12/10/2018 | | | MINUTE ORDER as to MARIIA BUTINA: The 63 Joint Motion to Set Change of Plea Hearing is GRANTED. The hearing is scheduled for December 12, 2018 at 3:15 p.m. before Judge Tanya S. Chutkan in Courtroom 9. SO ORDERED – by Judge Tanya S. Chutkan on 12/10/18. (tb) (Entered: 12/10/2018) |
| 12/10/2018 | | | Set/Reset Hearings as to MARIIA BUTINA: Plea Agreement Hearing set for 12/12/2018 at 03:15 PM in Courtroom 9 before Judge Tanya S. Chutkan. (tb) (Entered: 12/10/2018) |
| 12/11/2018 | | | MINUTE ORDER: The hearing scheduled for December 12, 2018 at 3:15 p.m. is VACATED. The hearing is now scheduled for December 13, 2018 at 10:30 a.m. in Courtroom 9. SO ORDERED – by Judge Tanya S. Chutkan on 12/11/18. (tb) (Entered: 12/11/2018) |
| 12/13/2018 | | | Minute Entry: Plea Agreement Hearing as to MARIIA BUTINA held on 12/13/2018 before Judge Tanya S. Chutkan on Count 1: Plea of GUILTY entered by MARIIA BUTINA (1) as to Count 1. Court orally rules that all portions of the last hearing on December 6, 2018 and today's bench conferences are to be unsealed. Docket entries 33, 35, 43, 45, 46, 49 and 62 shall all be unsealed. Docket 62 shall be terminated as moot. The appointment of A.J. Kramer is hereby discharged. The Courts December 6, 2018 order to show cause is deemed resolved. The status hearing currently scheduled for December 19, 2018 is VACATED. Status Conference set for 2/12/2019 at 10:00 AM in Courtroom 9 before Judge Tanya S. Chutkan. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to MARIIA BUTINA. Defendant committed; commitment issued. Court Reporter: Bryan Wayne; Defense Attorney: Robert Driscoll and Aflred Carry, AJ Kramer; US Attorney: Erik Kenerson, Thomas Saunders and William Mackie. (tb) (Entered: 12/13/2018) |
| 12/13/2018 | 65 | | WAIVER of Right to Trial by Jury as to MARIIA BUTINA. Signed by Judge Tanya S. Chutkan on 12/13/18. (tb) (Entered: 12/13/2018) |
| 12/13/2018 | 66 | | STATEMENT OF OFFENSE by USA and MARIIA BUTINA as to MARIIA BUTINA. (tb) (Entered: 12/13/2018) |
| 12/13/2018 | 67 | | PLEA AGREEMENT as to MARIIA BUTINA. (tb) (Entered: 12/13/2018) |

| 12/13/2018 | 68 | | TRANSCRIPT OF 12/6/18 TELEPHONE CONFERENCE in case as to MARIIA BUTINA, before Judge Tanya S. Chutkan, held on December 6, 2018. Page Numbers: 1–17. Date of Issuance: 12/13/18. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 1/3/2019. Redacted Transcript Deadline set for 1/13/2019. Release of Transcript Restriction set for 3/13/2019.(Wayne, Bryan) (Entered: 12/13/2018) |
| 12/13/2018 | 69 | | TRANSCRIPT OF PLEA HEARING in case as to MARIIA BUTINA, before Judge Tanya S. Chutkan, held on December 13, 2018. Page Numbers: 1–56. Date of Issuance: 12/13/18. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 9 0 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 1/3/2019. Redacted Transcript Deadline set for 1/13/2019. Release of Transcript Restriction set for 3/13/2019.(Wayne, Bryan) (Entered: 12/13/2018) |
| 12/14/2018 | 70 | | NOTICE *of Withdrawal of Defendant Maria Butina's Rule 17(c) Subpoena to American University* by MARIIA BUTINA (Carry, Alfred) (Entered: 12/14/2018) |
| 12/17/2018 | | | MINUTE ORDER: The Court's September 12, 2018 Order, pursuant to Local Criminal Rule 57.7(c), ECF No. 31, is still in effect. By December 19, 2018 at 5:00 p.m., the parties shall file pleadings stating their positions on the continuance, modification, or vacating of the September 12, 2018 Order. SO |

| | | | |
|---|---|---|---|
| | | | ORDERED – by Judge Tanya S. Chutkan on 12/17/18. (tb) Modified on 12/17/2018 (tb). (Entered: 12/17/2018) |
| 12/19/2018 | 75 | | RESPONSE by USA as to MARIIA BUTINA *Response to Court's Dec. 17 Minute Order* (Kenerson, Erik) (Entered: 12/19/2018) |
| 12/19/2018 | 76 | | RESPONSE by MARIIA BUTINA *to Dec. 17, 2018 Minute Order* (Carry, Alfred) (Entered: 12/19/2018) |
| 12/21/2018 | | | MINUTE ORDER as to MARIIA BUTINA: Upon consideration of the parties' responses to the court's December 17, 2018 Minute Order, it is hereby ORDERED that the court's September 12, 2018 Order 31 is VACATED. Attorneys are reminded to adhere to Local Criminal Rule 57.7(b). SO ORDERED – by Judge Tanya S. Chutkan on 12/21/18. (tb) (Entered: 12/21/2018) |
| 01/07/2019 | 77 | | LEAVE TO FILE DENIED– Amicus Brief of Alex Abouhussein as to MARIIA BUTINA This document is unavailable as the Court denied its filing. "Leave to File Denied". Signed by Judge Tanya S. Chutkan on 12/12/18. (ztl) (Main Document 77 Replaced to Include Judge's Signature and Date on 2/26/2019) (hsj). Modified Event on 2/26/2019 (hsj). (Entered: 01/07/2019) |
| 02/08/2019 | 83 | | Joint MOTION to Continue *Status Conference* by USA as to MARIIA BUTINA. (Kenerson, Erik) (Entered: 02/08/2019) |
| 02/08/2019 | | | MINUTE ORDER as to MARIIA BUTINA: The Joint Motion to Continue Status Conference 83 is GRANTED. The hearing is now scheduled for February 26, 2019 at 2:30 p.m. in Courtroom 9. Signed by Judge Tanya S. Chutkan on 2/8/2019. (lctsc3) (Entered: 02/08/2019) |
| 02/12/2019 | | | Set/Reset Hearings as to MARIIA BUTINA:Status Conference reset for 2/26/2019 at 02:30 PM in Courtroom 9 before Judge Tanya S. Chutkan. (tb) (Entered: 02/12/2019) |
| 02/26/2019 | 87 | | LEAVE TO FILE DENIED– Application for Amicus Brief In Support of Allegations of Torture While in U.S. Custody as to MARIIA BUTINA This document is unavailable as the Court denied its filing. "Leave to File Denied" Signed by Judge Tanya S. Chutkan on 2/26/2019. (hsj) (Entered: 02/26/2019) |
| 02/26/2019 | 88 | | TRANSCRIPT OF 2/26/19 STATUS HEARING in case as to MARIIA BUTINA, before Judge Tanya S. Chutkan, held on February 26, 2019. Page Numbers: 1–9. Date of Issuance: 2/26/19. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers |

| | | |
|---|---|---|
| | | specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/19/2019. Redacted Transcript Deadline set for 3/29/2019. Release of Transcript Restriction set for 5/27/2019.(Wayne, Bryan) (Entered: 02/26/2019) |
| 02/26/2019 | | Minute Entry: Status Conference as to MARIIA BUTINA held on 2/26/2019 before Judge Tanya S. Chutkan:Status Conference set for 3/28/2019 at 10:00 AM in Courtroom 9 before Judge Tanya S. Chutkan. Defendant committed; commitment issued. Court Reporter: Bryan Wayne; Defense Attorney: Aflred Carry and Robert Driscoll; US Attorney: Erk Kenerson. (tb) Modified on 3/28/2019 (tb). (Entered: 02/27/2019) |
| 03/28/2019 | | Set/Reset Hearings as to MARIIA BUTINA:Status Conference set for 3/28/2019 at 10:00 AM in Courtroom 9 before Judge Tanya S. Chutkan. (tb) (Entered: 03/28/2019) |
| 03/28/2019 | | Minute Entry: Status Conference as to MARIIA BUTINA held on 3/28/2019 before Judge Tanya S. Chutkan: Government's oral motion to seal bench conference; heard and GRANTED. Sentencing Memoranda due by 4/19/2019. Sentencing set for 4/26/2019 at 10:00 AM in Courtroom 9 before Judge Tanya S. Chutkan. Bond Status of Defendant: Defendant committed; commitment issued. Court Reporter: Bryan Wayne; Defense Attorney: Aflred Carry and Robert Driscoll; US Attorney: Erik Kenerson.; (tb) Modified on 3/28/2019 (tb). (Entered: 03/28/2019) |
| 03/28/2019 | 91 | TRANSCRIPT OF 3/28/19 STATUS HEARING in case as to MARIIA BUTINA, before Judge Tanya S. Chutkan, held on March 28, 2019. Page Numbers: 1−6. Date of Issuance: 3/28/19. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. Af ter 90 days, the transcript may be accessed via PACER. Other transcript formats, (PDF, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/18/2019. Redacted Transcript Deadline set for 4/28/2019. Release of Transcript Restriction set for 6/26/2019.(Wayne, Bryan) (Entered: 03/28/2019) |
| 03/29/2019 | 92 | Joint MOTION for Order of Judicial Removal by USA as to MARIIA BUTINA. (Attachments: # 1 Notice to Counsel/Party Notice of Intent to Request Judicial Removal, # 2 Statement of Facts Factual Allegations in Support of Judicial Removal, # 3 Statement of Facts Defendant's Statement in Support of Judicial Removal, # 4 Notice and Consent Consent of SAC, # 5 |

| | | | |
|---|---|---|---|
| | | | Text of Proposed Order)(Kenerson, Erik) (Entered: 03/29/2019) |
| 04/16/2019 | 96 | | Recommendation of PSI Report (prepared by USPO Crystal Lustig) as to MARIIA BUTINA. re 95 Final Presentence Investigation Report Not for public disclosure per Judicial Conference Policy.(Moses–Gregory, Renee) (Entered: 04/16/2019) |
| 04/19/2019 | 98 | | SENTENCING MEMORANDUM by MARIIA BUTINA (Attachments: # 1 Character Letters and Certificates)(Carry, Alfred) (Entered: 04/19/2019) |
| 04/19/2019 | 99 | | SENTENCING MEMORANDUM by USA as to MARIIA BUTINA (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Kenerson, Erik) (Entered: 04/19/2019) |
| 04/19/2019 | 101 | | SENTENCING MEMORANDUM (Corrected) by USA as to MARIIA BUTINA. (Kenerson, Erik) Modified Text on 4/22/2019 (hsj). (Entered: 04/19/2019) |
| 04/21/2019 | 102 | | MOTION to Exclude *Opinions and Testimony of Robert Anderson, Jr. at Sentencing*, MOTION to Strike *Declaration of Robert Anderson, Jr. for use at Sentencing* by MARIIA BUTINA. (Attachments: # 1 Exhibit)(Carry, Alfred) (Entered: 04/21/2019) |
| 04/22/2019 | | | MINUTE ORDER as to MARIIA BUTINA: The government shall respond to 97 Defendant's Motion to Exclude and Strike the Declaration of Robert Anderson, Jr., ECF No. 102, by April 23, 2019 at 5:00 p.m. The Defendant shall also file a submission by April 23, 2019 at 5:00 p.m. stating how long an adjournment she would require in order to respond to the Anderson Declaration. Signed by Judge Tanya S. Chutkan on 4/22/2019. (lctsc3) Modified on 4/23/2019 (tb). (Entered: 04/22/2019) |
| 04/23/2019 | | | Set/Reset Deadlines as to MARIIA BUTINA: Defendant's submission on how long an adjournment is needed due by 5:00 p.m. on 4/23/2019. Government's response to motion to exclude and strike due by 5:00 p.m. on 4/23/2019. (tb) (Entered: 04/23/2019) |
| 04/23/2019 | 110 | | RESPONSE by MARIIA BUTINA *to the court's April 22, 2019 Minute Order* (Carry, Alfred) (Entered: 04/23/2019) |
| 04/23/2019 | 111 | | Memorandum in Opposition by USA as to MARIIA BUTINA re 102 MOTION to Exclude *Opinions and Testimony of Robert Anderson, Jr. at Sentencing* MOTION to Strike *Declaration of Robert Anderson, Jr. for use at Sentencing* (Kenerson, Erik) (Entered: 04/23/2019) |
| 04/25/2019 | | | MINUTE ORDER as to Mariia Butina: Defendant's 102 Motion to Exclude and Strike the Declaration of Robert Anderson, Jr. is DENIED. Defendant has had notice of the government's intent to call Mr. Anderson as a witness or submit a Declaration from him since April 10, 2019. The court "may appropriately conduct an inquiry broad in scope, largely unlimited either as to the kind of information [the court] may consider, or the source from which it may come." *United States v. McCrory*, 930 F.2d 63, 68 (D.C. Cir. 1991) (quotation marks and citations omitted); *see also United States v. Beaulieu*, 893 F.2d 1177, 1179 (10th Cir. 1990) ("[C]ourts have traditionally been allowed to consider all sources of information in formulating an appropriate sentence."). The defense did not request additional time to prepare a rebuttal to Mr. |

| | | | |
|---|---|---|---|
| | | | Anderson's Declaration, despite the court's willingness to adjourn sentencing in order for it to do so. Therefore, the Sentencing Hearing will not be adjourned. Signed by Judge Tanya S. Chutkan on 4/25/2019.(lctsc3) (Entered: 04/25/2019) |
| 04/26/2019 | | | Minute Entry: Sentencing held on 4/26/2019 as to MARIIA BUTINA (1) before Judge Tanya S. Chutkan on Count(s) 1: Defendant sentencing to Eight (18) months on Count 1. No period of supervised release imposed. Special Assessment of $100.00. Oral motion by government to dismiss Count 2; heard and GRANTED. Defendant committed; commitment issued. Court Reporter: Bryan Wayne; Defense Attorney: Robert Driscoll and Alfred Carry; US Attorney: Erik Kenerson, Thomas Saunders and William Mackie; Prob Officer: Crystal Lustig. (tb) (Entered: 04/26/2019) |
| 04/26/2019 | 119 | | ORDER: Granting 92 Joint Motion for Order of Judicial Removal as to MARIIA BUTINA (1). Signed by Judge Tanya S. Chutkan on 04/26/19. (tb) (Entered: 04/26/2019) |
| 04/26/2019 | 120 | | TRANSCRIPT OF SENTENCING HEARING in case as to MARIIA BUTINA, before Judge Tanya S. Chutkan, held on April 26, 2019. Page Numbers: 1–43. Date of Issuance: 4/26/2019. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. Aft er 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 5/17/2019. Redacted Transcript Deadline set for 5/27/2019. Release of Transcript Restriction set for 7/25/2019.(Wayne, Bryan) (Entered: 04/26/2019) |
| 05/01/2019 | 121 | | NOTICE of Filing by USA as to MARIIA BUTINA re 101 Errata (Attachments: # 1 Exhibit 8 to Government's Memorandum in Aid of Sentencing)(Kenerson, Erik) (Entered: 05/01/2019) |
| 05/01/2019 | 122 | | NOTICE of Filing by USA as to MARIIA BUTINA re 66 Statement of Offense (Attachments: # 1 Corrected Statement of Offense)(Kenerson, Erik) (Entered: 05/01/2019) |
| 05/01/2019 | 123 | 21 | JUDGMENT as to MARIIA BUTINA. Statement of Reasons Not Included. Signed by Judge Tanya S. Chutkan on 5/1/2019. (hsj) (Entered: 05/02/2019) |
| 05/01/2019 | 124 | | STATEMENT OF REASONS as to MARIIA BUTINA re 123 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Tanya |

| | | | |
|---|---|---|---|
| | | | S. Chutkan on 5/1/2019. (hsj) (Entered: 05/02/2019) |
| 05/15/2019 | 125 | 20 | NOTICE OF APPEAL – Final Judgment by MARIIA BUTINA Fee Status: No Fee Paid. Parties have been notified. (Carry, Alfred) (Entered: 05/15/2019) |

**Notice of Appeal Criminal**

<div align="right">

**CO-290**
**Rev. 3/88**

</div>

*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:18-cr-218 (TSC)** |
| | ) | |
| **MARIIA BUTINA, aka MARIA BUTINA** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF APPEAL**

**Name and address of appellant:**     Mariia Butina, a/k/a Maria Butina
Grady County Jail
Chickasha, OK 73018

**Name and address of appellant's attorney:**     Robert N. Driscoll (DC Bar #486451)
Alfred D. Carry (DC Bar #1011877)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004

**Offense:**  Conspiracy to violate 18 USC § 951 (acting as an agent of a foreign official), in violation of 18 USC § 371.

**Concise statement of judgment or order, giving date, and any sentence:**
Judgment in a Criminal Case, entered on the docket 5/2/19. Defendant sentenced to a term of 18 months imprisonment; no term of supervised release; and $100 special assessment.

**Name and institution where now confined, if not on bail:**  Grady County Jail Oklahoma

      **I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.**

5/15/19
**DATE**

Mariia Butina
**APPELLANT**

Robert N. Driscoll
**ATTORNEY FOR APPELLANT**

CJA, NO FEE          x
PAID USDC FEE          No
PAID USCA FEE          No

Does counsel wish to appear on appeal?          Yes     x  No
Has counsel ordered transcripts?          x  Yes          No
Is this appeal pursuant to the 1984 Sentencing Reform Act?          Yes     x  No

AO 245B (Rev. 02/18)    Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | |
| MARIIA BUTINA | Case Number:  18-218   (TSC) |
| also known as | |
| MARIA BUTINA | USM Number:  35406-016 |
| | Robert Driscoll and Alfred Carry |
| | Defendant's Attorney |

**FILED**

**MAY – 1 2019**

Clerk, U.S. District and
~~Bankruptcy Courts~~

## THE DEFENDANT:

☑ pleaded guilty to count(s)   1 of the Indictment filed on July 17, 2018.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:371 and 951 | Conspiracy to Act as an Agent of a Foreign Government. | 7/17/2018 | 1 |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)   2 of the Indictment   ☑ is   ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

4/26/2019
Date of Imposition of Judgment

Signature of Judge

Tanya S. Chutkan                    U.S. District Judge
Name and Title of Judge

Date   5/1/2019



AO 245B (Rev 02/18)   Judgment in Criminal Case
                Sheet 2 — Imprisonment

Judgment — Page    2    of    6

DEFENDANT:  MARIIA BUTINA  also known as MARIA BUTINA
CASE NUMBER:  18-218  (TSC)

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

EIGHTEEN (18) MONTHS ON COUNT ONE (1).

☐  The court makes the following recommendations to the Bureau of Prisons:

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

     ☐  at _____  ☐ a.m.  ☐ p.m.  on _____

     ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐  before 2 p.m. on _____

     ☐  as notified by the United States Marshal.

     ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 02/18)  Judgment in a Criminal Case
Sheet 2A — Imprisonment

Judgment—Page ___3___ of ___6___

DEFENDANT: MARIIA BUTINA  also known as MARIA BUTINA
CASE NUMBER: 18-218  (TSC)

## ADDITIONAL IMPRISONMENT TERMS

The probation office shall release the presentence investigation report to all appropriate agencies in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the probation office upon the defendant's completion or termination from treatment.

The probation office shall release the presentence investigation report and/or Judgment and Commitment Order to the Bureau of Immigration and Customs Enforcement (ICE) to facilitate any deportation proceedings.

AO 245B (Rev. 02/18)    Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __4__ of __6__

DEFENDANT:   MARIIA BUTINA  also known as MARIA BUTINA
CASE NUMBER:   18-218  (TSC)

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

NO TERM OF SUPERVISED RELEASE IMPOSED.

# MANDATORY CONDITIONS

1.    You must not commit another federal, state or local crime.
2.    You must not unlawfully possess a controlled substance.
3.    You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you
        pose a low risk of future substance abuse. *(check if applicable)*
4.    ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution  *(check if applicable)*
5.    ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.    ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.    ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

Judgment — Page  5  of  6

DEFENDANT: MARIIA BUTINA  also known as MARIA BUTINA
CASE NUMBER: 18-218  (TSC)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Judgment — Page   6   of   6

DEFENDANT:  MARIIA BUTINA  also known as MARIA BUTINA
CASE NUMBER:  18-218  (TSC)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☑   Lump sum payment of $ ___100.00___   due immediately, balance due

         ☐   not later than _____ , or
         ☐   in accordance with   ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B   ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C   ☐   Payment in equal _____ *(e g , weekly, monthly, quarterly)* installments of $ _____ over a period of
         _____ *(e.g , months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D   ☐   Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
         _____ *(e.g , months or years)*, to commence _____ *(e g , 30 or 60 days)* after release from imprisonment to a
         term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
         imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ☑   Special instructions regarding the payment of criminal monetary penalties:

         The special assessment is immediately payable to the Clerk of the Court for the U.S. District Court, District of
         Columbia. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such
         time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

         Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount,
         and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.