# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 19-3039**　　　　　　　　　　　　　　**September Term, 2019**

1:18-cr-00218-TSC-1

Filed On: December 17, 2019 [1820532]

United States of America,

    Appellee

v.

Mariia Butina, also known as Maria Butina,

    Appellant

## M A N D A T E

In accordance with the order of December 17, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
Laura M. Chipley
Deputy Clerk

Link to the order filed December 17, 2019.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 19-3039**  **September Term, 2019**

1:18-cr-00218-TSC-1

Filed On: December 17, 2019

United States of America,

    Appellee

  v.

Mariia Butina, also known as Maria Butina,

    Appellant

## O R D E R

Upon consideration of appellant's motion for voluntary dismissal of her appeal and the declaration in support thereof, it is

**ORDERED** that the motion be granted and this case be dismissed. See D.C. Circuit Handbook of Practice and Internal Procedures 35 (2019).

The Clerk is directed to issue the mandate forthwith.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

              BY:    /s/
                      Laura Chipley
                      Deputy Clerk