# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

**No. 19-3039**  **September Term, 2019**

1:18-cr-00218-TSC-1

Filed On: December 17, 2019

United States of America,

    Appellee

  v.

Mariia Butina, also known as Maria Butina,

    Appellant

## O R D E R

Upon consideration of appellant's motion for voluntary dismissal of her appeal and the declaration in support thereof, it is

**ORDERED** that the motion be granted and this case be dismissed. See D.C. Circuit Handbook of Practice and Internal Procedures 35 (2019).

The Clerk is directed to issue the mandate forthwith.

                                      FOR THE COURT:
                                      Mark J. Langer, Clerk

                      BY:    /s/
                               Laura Chipley
                               Deputy Clerk